AO 120 (Rev. 08/10)  (CAND version 7/18)

| TO: **Do not mail; see e-filing instructions at bottom of page.** <br> **Mail Stop 8** <br> **Director of the U.S. Patent and Trademark Office** <br> **P.O. Box 1450** <br> **Alexandria, VA 22313-1450** | REPORT ON THE <br> FILING OR DETERMINATION OF AN <br> ACTION REGARDING A PATENT OR <br> TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   for the Northern District of California   on the following ...

☑ Trademarks or     ☐ Patents.     ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. <br> 18-5945 | DATE FILED <br> 9/27/2018 | U.S. DISTRICT COURT <br> Northern District of California |
|---|---|---|
| PLAINTIFF <br> Social Technologies, LLC | | DEFENDANT <br> Apple, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5566242 | 9/18/2018 | Social Technologies, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK <br> Susan Y. Soong | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.**