

# The 6 biggest highlights from Apple WWDC 2018

By Natt Garun | @nattgarun | Jun 4, 2018, 3:38pm EDT

Apple kickstarted its annual WWDC event today with a keynote led by CEO Tim Cook, where he introduced all the latest updates for iOS 12 and the new macOS. The keynote this year comes off of a quieter season for Apple. The company just had a press event back in March for its educational iPad launch in the midst of strong iPhone sales but unfavorable news cycles around HomePods leaving ring marks on wooden tables, defective MacBook Pro keyboards, and the fallout since confirming that it throttled iPhone speeds for depreciating batteries.

Starting today, the company hopes to set a new tone for the year. Here are some of the highlights.

## IOS 12 GETS IN ON TIME WELL SPENT

As Craig Federighi puts it, the next unsurprising update to your Apple devices' mobile OS, "you guessed it" — iOS 12. The breakout highlight is the digital health dashboard that leaked last week and was confirmed today, which Apple says is designed to help curb smartphone overuse. Now, you can set Do Not Disturb for when you're heading to bed, group notifications so you aren't overwhelmed by too many lock screen bubbles, and set a timer for how long you want to use apps daily.



Photo by Vjeran Pavic / The Verge

Unlike Android's rendition of the feature, Apple will allow users to ignore and snooze the screen time limit they've put on themselves. iOS 12 users can also set allowances for managed devices for kids.

## MORE VISUAL FUN ON IOS 12

Apple is following up Samsung's AR Emoji with Memoji, which let users customize the faces to whatever they'd like to look like. There's also a "Tongue Detection" mode now, so you can make Animoji... stick their tongues out.



There's a whole lot of stuff coming in the form of suggestions. In Photos, Apple is drawing a lot of inspiration from Google Photos by offering search suggestions for specific people, places, or events. There's even a Facebook-like On This Day reminder of a picture you took years ago. You can also use multiple search terms to search for images. Again, this is all stuff Google Photos has had for a while.

In Messages, there are new Animoji, stickers, text, and a drawing tool built into the app camera, and iOS 12 will now support Group FaceTime that lets you chat with up to 32 people. You can FaceTime in your Animoji or Memoji overlay as well.

## SIRI GETS AN UPDATE... BUT NOT QUITE THE ONE YOU'RE LOOKING FOR

Siri is getting suggestions, too, with some app actions that it thinks you may want to do based on your smartphone usage behavior. A new Shortcut app lets you add your own action as well if you want to customize an action, such as an order at the coffee shop with all your specific dietary preferences. You can combine multiple actions as well, such as what radio station to play, a thermostat setting, or a text message to your kids letting them know you're on the way — all set to the Siri command that you're headed home.

You can also combine the shortcuts with third-party devices, such as a Tile, so you can ask it to locate lost items with your own personalized trigger phrase.

## MACOS MOJAVE ANNOUNCED

Apple is continuing with its macOS naming structure after beautiful landscapes, with macOS Mojave. The new operating system brings Dark Mode, which not only turns Finder windows black, but it comes with an inverted look to XCode, too.



Coming off the Cambridge Analytica data scandal, there's an obvious emphasis on privacy, with a new Safari feature that preemptively blocks tracking sites like Facebook's Like and Comment feature and asks you to allow it to appear when you're browsing a website. Apple will also only give sites a "simplified system configuration" to help prevent them from being able to identify and fingerprint your device for advertisements.

**Apple's new Safari feature**
Posted by **The Verge**
256,188 Views

The Mac App store is getting a redesign that features new sections that better highlight video previews, ratings, and editor's choice picks. Some new apps coming include Office 365, Lightroom CC, and BBEdit.



In productivity, Mojave will add a bunch of quick actions, such as organizing your desktop by Stacks to clean up all the files sitting around or choose to watermark multiple files or sign a PDF document just by selecting a menu option from the sidebar. Even screencapping videos will now be quicker from the keyboard shortcut, rather than going through QuickTime to screen record. In Keynote, a neat new tool lets you sync up with your phone so you can snap photos and automatically add them to the document.

Home is coming to Mojave as well, so you can adjust all your smart home gadgets from a Mac dashboard or ask Siri on the desktop to make changes.

## WATCHOS 5 TAKES ON FITBIT

The Apple Watch's fitness features are about to become more social with the new watchOS 5. Soon, you can challenge friends to fitness competitions, get digital awards, and record workouts retroactively in case you forget to press start or if workout tracking doesn't start automatically.



Apple's adding WebKit for watchOS so users can browse some website on the Watch, such as a restaurant menu optimized for the tiniest screen Apple sells. Podcast support will also come to the latest Apple Watch OS, as well as interactive notifications such as Siri Suggestions and Shortcuts.

There's a new Walkie-Talkie feature coming as an Apple Watch app. Once you grant permission for a contact to send you a message, they can drop in and send you a voice memo. It won't work like an Amazon Echo Show, per se; you still have to click to play the recording (sent over cellular or Wi-Fi connection) instead of the sound just immediately playing when a message is received.

## DOLBY ATMOS ARRIVES ON APPLE TV 4K

At last, Dolby Atmos support is coming to Apple TV 4K. In the fall, Apple says it will update its iTunes library to include Dolby Atmos on supported movies, TV shows, and music videos for free. The Apple TV will also support cable service with Charter Spectrum, as well as Live News and Sports channels on the app.

Charter Spectrum support is expected to arrive late this year, where Apple TV will also provide "Zero Sign-On" to let you automatically log into streaming account without requiring secondary authentication.

Want more Apple news? For a comprehensive look at everything coming to iOS 12, macOS Mojave, and more, check out our storystream.

CBS NEWS / *June 5, 2018, 12:07 AM*

# Here are the highlights from Apple's 2018 Worldwide Developers' Conference

f Share / 🐦 Tweet / 🔴 Reddit / 📋 Flipboard / @ Email

Apple held its annual Worldwide Developers' Conference (WWDC) on Monday in San Jose, California, unveiling new updates to its operating system, customizable Animoji, new fitness features and more. The software-focused conference didn't include any new hardware announcements, but the company did unveil a bevy of upgrades that will roll out in the coming months across various products

## iOS 12

The company's latest iPhone operating system update brings a host of new features. With iOS 12, users will be able to FaceTime with up to 32 people and use a new app called Screen Time to monitor how long you're spending on specific apps. iPhone X users will also be able to create a "Memoji" -- a personalized human-like version of Animoji.

According to CNET, the Memoji appears to have a leg up on Samsung's AR Emoji because you have the option to choose eye color, shape, ear shape, freckles, different styles of glasses, lenses and earrings.

"With iOS 12, we're enabling new experiences that weren't possible before," Apple's top software engineering exec Craig Federighi said in a statement. "We're using advanced algorithms to make AR even more engaging and on-device intelligence to deliver faster ways to get things done using Siri."

*Recapping Apple's new tech from WWDC*
*4:12*

Trending Videos



WATCH LIVE
WHY ARE THE FOUNDERS
LEAVING INSTAGRAM?

Brett Kavanaugh: "I'm not going anywhere"



60 Minutes Overtime
Tiger Woods in 2006: I'm addicted to golf



CBS This Morning
Sen. Klobuchar on Kavanaugh witnesses



CBSN
CBS News. Always On.   Watch Now >

Ad



www.LandFirstNY.com

**Lake Property Sale**

Own 2.3 acres, new dock, 232' on NY Lake: $59,900. See new lake homes too!

### Watch CBSN Live


A judge in Alaska facing controversy over the sentence he gave to a man who pleaded guilty to choking, threatening, and assaulting a woman


A little girl's singing of the national anthem goes viral after performance at LA soccer match


Toddler found crawling across street


Troopers suing over carbon monoxide sickening


Decision day in Bill Cosby trial

### Latest From "60 Minutes"


Henk Ovink and the Dutch solution to flooding


How did Google get so big?

## Privacy

Apple says Safari will prevent share buttons and widgets on websites from tracking users without their permission. This announcement comes on the heels of new reports of Facebook sharing user data with technology partners, including Apple. Safari will also prevents advertisers from collecting characteristics specific to each user's mobile device so they can't identify your device and retarget ads to users.

With iOS 12, Apple says Safari will prevent share buttons and widgets on website from tracking users without their permission. It says Safari will also prevents advertisers from collecting characteristics specific to each user's mobile device so they can't identify your device and retarget ads to users.

## MacOS Mojave

Apple also showed off its newest Mac operating system, Mojave, which includes a "Dark Mode" consisting of subtle colors promising a "distraction-free work environment that's easy on the eyes."

MacOS Mojave will also add new features to help users clean up desktops, preview photos, alter screenshots and an app to create password-protected PDFs.

## Apple TV 4K

Apple TV 4K will receive an upgrade to support Dolby Atmos audio. In a statement, Apple said iTunes will be home to the "largest collection of Dolby Atmos supported movies anywhere," and those titles will be updated for free.

However, CNET reports that Apple TV 4K is actually late to the Dolby Atmos streaming party. Roku has supported Atmos via the Vudu app for more than a year. The same goes for Xbox One, Nvidia Shield TV and a few other devices. Meanwhile, Xbox One and LG Smart TVs support Atmos from Netflix.

Apple did not announce whether its Netflix or Vudu apps, which both currently support 4K HDR and Dolby Vision, would get Atmos support as well.

***More WWDC 2018 news from CNET:***

All the times Apple threw shade at Android and Facebook
Original Apple Watch won't get WatchOS 5 update
12 iOS 12 features Apple didn't mention

## WatchOS 5

There will also be new enhancements to Apple's WatchOS 5. Soon Apple Watch owners will be able to use the smartwatch as a walkie talkie, along with additional workout features like "automatic workout detection." The watch will now be able to sense when you're working out, alert you to start the Workout app and track your progress for exercises you've already completed.

*© 2018 CBS Interactive Inc. All Rights Reserved.*

---

f Share / ⓣ Tweet / ⬢ Reddit / ⌐ Flipboard / @ Email

---

Sponsored Links

**New York, New York: This Unbelievable, Tiny Company Is Disrupting a $200 Billion Industry**
EverQuote Insurance Quotes

**3 Ways Your Cat Asks For Help**
Dr. Marty

**An Insane Credit Card Charging 0% Interest Until Nearly 2020**
NextAdvisor

**New York City "Flood Rat" takes the internet by storm**

**Doctor and girlfriend may have drugged and raped more victims, official says**

Sponsored Links

**Veterinarian: Add This One Thing To Your Dog's Food To Help Them Be Healthier**


Into the wild with Thomas D. Mangelsen


The Theranos deception


Combat veterans coming home with CTE


Inside MIT's "Future Factory"


Aly Raisman speaks out about sexual abuse


The polo team that uses cloned horses


Aleksandr Kogan: The link between Cambridge Analytica and Facebook

Why Bill and Melinda Gates put 20,000 students through college


*play* **VIDEO**
Brett Kavanaugh: "I'm not going anywhere"

## Popular On CBS News


Michael Avenatti reveals details about new Brett Kavanaugh accuser


Outrage after judge sentences no jail time to man who pleaded guilty to felony assault

U.S. powerless to fight drone attacks, top official says

7-year-old girl's moving rendition of national anthem stuns crowd

Ultimate Pet Nutrition

**U.S. Cardiologist: It's Like a Pressure Wash for Your Insides**

Health Headlines

Pope admits dire impact as report details church sex abuse in Germany

*32* **PHOTOS**

Graffiti rises at the World Trade Center site

Latest From CBS News

Investigators play parents' voices over loudspeakers in search for missing autistic boy

Bill Cosby sentenced to 3 to 10 years for 2004 sex assault

Parents blindsided by daughter's suicide hope her story helps save others

Brett Kavanaugh developments - live updates: Senate Judiciary Committee schedules Friday vote

Trump blasts "globalism" in address to United Nations General Assembly

Why were UN diplomats laughing at Trump?

CBS News on Roku



**CBSNews.com**

Site Map
Help
Contact Us
CBS Bios
Careers
CBSi Careers
Internships
Development Programs

**CBS Interactive**

Privacy Policy
Ad Choice
Terms of Use
Mobile User Agreement
About CBS
Advertise
Closed Captioning
CBS News Store

**Follow Us**

Facebook
Twitter
RSS
Email Newsletters
YouTube
CBS News Radio
CBS Local

Copyright © 2018 CBS Interactive Inc.
All rights reserved.

Search...



ARIELLE PARDES GEAR  06.04.18  04:59 PM

# EVERYTHING APPLE ANNOUNCED AT WWDC 2018

**Apple's yearly developer keynote was all about software.**

Apple's big developer spectacle, WWDC 2018, took place today in San Jose, California. The annual conference tied together all of the latest updates to Apple's platforms—iOS, macOS, watchOS, and tvOS—along with some bigger initiatives focused on bolstering privacy and security, and curbing technology addiction. If you missed the keynote, catch our play-by-play here, or read on for the biggest announcements.

## Hey, Siri

When Apple introduced Siri in 2011, it promised a voice assistant that made life easier. Now, years later, that might actually come true thanks to two new features. Siri can now make suggestions based on the things you do habitually, like ordering a soy latte from Starbucks every morning or ordering sushi on Sundays. Another new feature called Shortcuts works with third-party apps. The phrase "Siri, I lost my keys" can pull up the Tile app, showing you where you left them; asking Siri for your "travel plans" might bring up the flight number and address of the hotel you booked through Kayak. Shortcuts also work on the HomePod and Apple Watch if that's where you talk to Siri.



## ARKit Redux

The next version of ARKit (simply called "ARKit 2") Apple's suite of developer tools for augmented reality, comes with more sophisticated face-tracking tech and 3-D object detection. It allows for "shared" experiences, so you and your friends can all see the same digital overlays when you point separate iPads at the same AR playground. Apple also introduced support for a file format called USDZ, which optimizes the experience of sharing animations in AR, and a native app called Measure, which uses AR to accurately measure real-world objects.



## Animoji, Meet Memoji

Have your friends with the iPhone X *finally* stopped annoying you with Animoji videos? Well, we have some bad news. The face-tracking tech that formerly animated the poop emoji now powers Memoji, a customizable character made to look just like you. (Think of it as Bitmoji meets Animoji.) They work just the same as Animoji, but you get a ton of customization options. Both Animoji and Memoji also come with tongue detection now. So have fun with that.



## Group Chat on FaceTime

Apple's native video chat platform now supports group chats of up to 32 people. You can also now use Apple's camera effects in FaceTime too, which means you can decorate your face with filters, stickers, Animoji, and Memoji, all while chatting with your friends.



## Apple Gets Into Time Well Spent

A few weeks after Google introduced its "digital wellness" initiative, Apple introduced its own suite of features to combat phone addiction and FOMO. There's a new feature called Instant Tuning, which lets you customize your notifications, batch them by group, and turn off certain notifications altogether directly from the lock screen. Do Not Disturb now flips on during bedtime; it silences your phone and hides all notifications until you wake up. An activity breakdown summarizes how you've spent your time onscreen every week, and a new feature called App Limits let you set time limits for certain apps. Apple also has a kid-focused version of its activity breakdown, which lets parents monitor their kids' app activity and set limits on how their kids spend time on their iDevices.



## Smarter Photos

The refreshed Photos app highlights key moments, people, and places, to create intelligently grouped photo collections. All those photos from your trip to the Mojave? They automatically get their own folder. It also adds sharing suggestions, like sending your "Vacation Photos" album to the people tagged in it. Google Photos

introduced many of these features years ago, but Apple's update gives iPhone users reason to stick with the native photo app.



## More Updates to iOS 12

The next version of iOS has a few minor updates, too: Apple News gets a refresh, with a brand new design for the iPad. The iPad will support voice memos and the Stocks app for the first time, and iBooks has been officially rebranded as Apple Books. When the new software is released later this year, it'll be available on Apple devices dating back to 2013—all the way back to the iPhone 5s.



## Watch This

The updates to watchOS 5 are all focused on staying active. New fitness features let you challenge your friends to an exercise competition, and offer better workout detection for activities like yoga and hiking. Siri works better on Apple Watches now, too. You can raise your wrist to ask Siri a question, or customize the Siri watch face to

surface your heart rate or sports scores. There's also a new Walkie Talkie function for live voice-chatting with other Apple Watch-wearing friends with the tap of



## Apple TV Gets Dolby Atmos

Last year, Apple introduced 4K capabilities to its TV device. Now, it's getting HDR and support for Dolby Atmos, a high-end audio format. (That makes Apple TV the first device to support both Dolby Vision and Dolby Atmos.) If you're watching your Apple TV on your cable broadband provider's network, Apple can automatically log you into channel apps with a new feature cheekily called "zero sign-on." That'll roll out to Charter Spectrum first, and other providers later.



## Privacy and Security

It wouldn't be a developer conference in 2018 without a pitch about privacy. "One of the reasons that people choose Apple products is because of our commitment to privacy," said Craig Federighi, Apple's senior vice

president of software engineering. Safari, Apple's web browser, will now block tracking from comment fields and "share" or "like" buttons—features that Facebook uses to harvest user behavior data. Mojave will also include new features to fight "fingerprinting," a technique data companies use to track users based on identifying computers. Apps on iOS will now need explicit permission to use the camera, microphone, location data, mail, messages, and more.



| SUBSCRIBE | ADVERTISE |
| --- | --- |
| SITE MAP | PRESS CENTER |
| FAQ | ACCESSIBILITY HELP |
| CUSTOMER CARE | CONTACT US |
| SECUREDROP | T-SHIRT COLLECTION |

| NEWSLETTER | WIRED STAFF |
| --- | --- |
| JOBS | RSS |

CNMN Collection

© 2018 Condé Nast. All rights reserved.

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 5/25/18) and Privacy Policy and Cookie Statement (updated 5/25/18). Your California Privacy Rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices.

Gadgets

Events

Videos

———

Crunchbase

More

Search ○

Facebook

Enterprise

Microsoft

TC Sessions AR/VR 2018

✕

# 14 big announcements from Apple's annual developer conference WWDC 2018

**Matthew Lynley**  @mattylnley  /  4 months ago

☐ Comment

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**



**Apple's** annual developer conference, WWDC, started this afternoon down in San Jose — kicking off with a keynote as it does every year where it announced a bunch of updates to all of its major operating systems. We've wrapped up all the big announcements from its keynote below, and there will be plenty more information to come in over the next few days.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

Facebook

Enterprise

Microsoft

TC Sessions AR/VR 2018



### Apple introduces iOS 12

**What Apple announced:** Its next generation iPhone operating system. iOS 12 new features, many of which we'll dig into below, but it

**Why it matters:** WWDC has always been more of a developer show than a consumer event, but that's always been the place where the tools developers use to show off their hands-on new features, which while very consumer-y in feel is typically pointed at developers to show all the tools they'll soon get their hands on and all the reasons Apple will keep users on iPhones. The company is introducing its own file format for augmented reality, clearly signaling to developers that they should be flocking to iOS 12 if they want to go where the users are in the future.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**

Gadgets
Events
Videos
—
Crunchbase
More

**Search** 🔍

**Facebook**
**Enterprise**
**Microsoft**
**TC Sessions AR/VR 2018**



## Apple delivers big updates to its augmented reality platform

**What Apple announced:** Apple said it is rolling out ARKit 2.0, the next

oment software for augmented reality experiences on

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

Facebook

Enterprise

Microsoft

**TC Sessions AR/VR 2018**

tools.

**Why it matters:** Tim Cook has alluded to the importance of augmented reality for the iPhone multiple times over the years. While it was a sort of promise of the future for a while, the release of Pokémon Go and the phenomenon that followed demonstrated the potential of augmented reality to capture the hearts and minds of potential users. That was just one use case of what could be a massive potential app ecosystem, and Apple wants to get ahead of that with robust development kits that will keep users on iPhones with better augmented reality experiences.



Gadgets
Events
Videos

—

Crunchbase
More

**Search** ⌕

Facebook
Enterprise
Microsoft

TC Sessions AR/VR 2018

## With iOS 12, Apple focuses on performance

**What Apple announced:** Apple loves to talk about how its new OS generations, including iOS 11, have the highest adoption rate among smartphones — as well as show off a graphic that shows how bad Google is at that with Android. But it spent a lot of time today talking about how efficient its next OS, iOS 12, will be on older phones like the iPhone 6.

**Why it matters:** Apple can't leave its older users in the dust. While it's better ver phones, some users are sitting on older devices like

Gadgets

Events

Videos

—

Crunchbase

More

**Search** Q

Facebook

Enterprise

Microsoft

TC Sessions AR/VR 2018

has to keep those users with older phones excited about the Apple ecosystem amid a ton of competition.



### Apple's Memoji brings an animated you to your iPhone

**What Apple announced:** If you've ever used Bitmoji, you know exactly what to expect here. Apple is giving users a way to create a customized avatar for ave exactly like an Animoji, its animated emoji that

Clearly this is a reason that users want, and it could end up in a lot of different ways as an attempt to differentiate a communications platform. Apple obviously needs iMessage to succeed because it continues to create iOS lock-in, and having these kinds of customized avatars can make the experience more robust.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**

Gadgets
Events
Videos
—
Crunchbase
More

Search

Facebook
Enterprise
Microsoft
TC Sessions AR/VR 2018



## Apple is adding group FaceTime video calls to iOS 12

**What Apple announced:** Apple is adding group FaceTime video calls to iOS 12, where you can chat with up to 32 people.

**Why it matters:** Apple is adding group FaceTime video calls to iOS 12, where you can chat with up to 32 people! This is an interesting and obvious move for capabilities of Houseparty, an app that tapped a weird

Gadgets
Events
Videos
—
Crunchbase
More

**Search** 🔍

Facebook
Enterprise
Microsoft
TC Sessions AR/VR 2018



### Apple introduces watchOS 5

**What Apple announced:** Apple showed a bunch of new features that will show up in the next generation of the operating system for the Apple Watch. That includes new features like new workout types like yoga and hiking, challenges

health team, which is what Apple is increasingly positioning itself with the Apple Watch. Originally seen as a sort of do-it-all accessory, it turns out the whole wearable category doesn't really click for that, but it makes a lot of sense as a fitness tracker and a way to monitor health. It's still an important part of Apple's ecosystem, and creating better experiences around workouts can help the company position the Watch as the best fitness tracker on the market.



Gadgets

Events

Videos

———

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**

of certain apps, as well as new time limits on app usage when they're approaching the self-imposed boundaries within iOS. The updates also include more robust do-not-disturb modes. All this also extends to parental controls for children.

**Why it matters:** Apple is announcing this just after Google unveiled a slew of updates to its new Android operating system that were also focused on digital wellness. It's become an increasing focus for the creators of the operating systems to try to discourage users from just tapping around and wasting time on some apps — and hopefully promote better behavior, which would make the whole experience nicer (and, of course, get them to buy new phones). The parental controls part is also significant given that investors questioned Apple when it came to screen time for children.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**



**Apple gives users control of Siri with new Shortcuts tool**

**What Apple announced:** Apple is giving its users the ability to create custom commands with Siri. The whole process involves chaining together a bunch of activities and queries within Siri that users can piece together to respond to a single voice command like "I'm headed to the gym."

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**

is competitive with other products out there.



**The next version of macOS is macOS Mojave**

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

Facebook

Enterprise

Microsoft

TC Sessions AR/VR 2018

organized, such as a new way of viewing files in Finder and stacking documents intelligently.

**Why it matters:** While the Mac operates a smaller niche inside Apple's larger business — which, to be clear, is driven by phones — it has to keep those Mac users happy. They can be among Apple's most avid fans, and the Mac serves as another piece of Apple's overall ecosystem that sits alongside the phone and tablet. If Apple wants to pitch additional devices like the Watch or the HomePod, it has to convince users to stay within the Apple ecosystem. That means ensuring its laptop is up to date with new features every year.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** ⌕

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**



## Apple Watch gets Walkie-Talkie mode

**What Apple announced**: You can talk into your watch like a walkie talkie.

**Why it matters**: You can talk into your watch like a walkie talkie. Some people at TechCrunch care about that a lot for some reason. It's another thing Apple Watch users have to play with that might get them to buy more watches. Or not.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**



### Apple aims to simplify the Mac App Store with a redesign

**What apple announced**: Apple's Mac App Store, it's *other* App Store for its line of laptops and computers, is getting a complete overhaul. Everything is divvied up into tabs and more intelligent grouping, and Apple is making it easier for developers to prompt users to rate their apps.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

Facebook

Enterprise

Microsoft

TC Sessions AR/VR 2018

getting increasingly crowded. So it makes sense that the company would port over those learnings to the Mac App Store.



**App Store hits 20M registered developers and $100B in revenues, 500M**

Gadgets
Events
Videos

Crunchbase
More

**Search** 🔍

**Facebook**
**Enterprise**
**Microsoft**
**TC Sessions AR/VR 2018**

you're deciding whether or not to invest in something, but it's good to have that nice round public-facing number.



Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

Facebook

Enterprise

Microsoft

TC Sessions AR/VR 2018

introducing Dolby Atmos audio, two quality-of-life improvements for Apple TV owners. The latter of which is a nice way to keep the experience clean, but the former makes the Apple TV the only streaming device to be both Dolby Atmos and Vision certified.

**Why it matters:** Apple insists that the TV is not a hobby, so it keeps bringing these updates to its living room device. While it really hasn't gotten *there yet*, owning the living room is a tantalizing piece of the home puzzle that would help Apple not only sell more devices, but keep people locked into its ecosystem. That'll be especially true as more and more internet-connected devices end up in the home, all of which needing some kind of hub — which could be the Apple TV.

Gadgets

Events

Videos

—

Crunchbase

More

**Search** 🔍

Facebook

Enterprise

Microsoft

TC Sessions AR/VR 2018



## Apple says CarPlay will now support third party navigation and mapping apps

**What Apple announced:** CarPlay, the company's car-focused operating system, will support third-party apps like Google Maps and Waze.

**Why it's important:** This is pretty self-explanatory. It's a nice quality of life improvement that might make users a little more interested in using CarPlay. Apple doesn't have a true car play yet, so to speak, but this is one way to start getting users accustomed to iOS in the car.

Gadgets
Events
Videos

Crunchbase

More

Search 🔍

**Facebook**

**Enterprise**

**Microsoft**

**TC Sessions AR/VR 2018**

**Add a Comment**

# Sign up for Newsletters

**The Daily Crunch**

**The Weekly Roundup**

**Crunchbase Daily**

Email*

**Subscribe**

See all newsletters

https://tcrn.ch/2swarQW   Copy

## Tags

**Apps**

**Apple**

**iOS at WWDC 2018**

**Events**

**iOS 12**

**macOS at WWDC 2018**



S

Up Next

SCIENTISTS DISCOVER DUST STORMS
ON TITAN
KEITH A. SPENCER

MATTHEW ROZSA

KAVANAUGH DEGRADED ONE OF HIS
APOLOGISTS
SHIRA TARLO

TED CRUZ CHASED OUT OF
RESTAURANT
MATTHEW ROZSA

Support our award-winning independent journalism  CONTRIBUTE                    ×

Craig Federighi, Apple's senior vice president of Software Engineering, shows Memoji during the Apple Worldwide Developers Conference, June 4, 2018. (AP/Marcio Jose Sanchez)

## Apple's "Memoji" speak to the psychology of why humans love our digital avatars

Bitmoji wasn't just a fad. Apple's "memoji" mean that digi-caricatures will be a permanent feature of our future

46                                                            3   ◀◆▶

**NICOLE KARLIS**
JUNE 5, 2018 10:00PM (UTC)

Yesterday Apple CEO Tim Cook took the stage in San Jose, California, to show off the company's latest work at Apple's annual World Wide Developers Conference (WWDC). Per usual protocol, Cook and underlings discussed the next iteration of Apple's iPhone and iPad operating system, iOS 12. As there are an estimated 1.3 billion Apple devices in use around the world, any updates to Apple's iOS will affect the consumption habits, desires and communication style of hundreds of millions of users. This year, the operating system updates constituted largely superficial bells and whistles, ranging from a phone tool to combat tech addiction and the curious addition of an emoji feature called "Memoji."

*Continue Reading Below*

Memoji, as you may have surmised from the "emoji" suffix, constitute Apple's attempt to design a more personalized version of emoji, unique to the user. Those familiar with Bitmoji (a Snapchat-owned product) or Apple's previous "Animoji" (a mashup of "animated emoji") feature will recognize this as a synthesis of the two: Memoji allow users to create customized emojis of themselves, like Bitmoji, but with faces animated in real-time akin to its Animoji.

Memoji, like Animoji, can respond to facial expressions via the camera, and will allow you to essentially create an animated cartoon of yourself — a caricatured, personalized avatar that smiles, blinks, and talks in sync with your own movement. Apple's facial recognition software recognizes the user's facial features and animates the Memoji in real-time; the company highlighted that its Animoji and Memoji can now tell when the user sticks out their tongue.

"We wanted to take Animoji even further," said Craig Federighi, Apple's senior vice president of Software Engineering. "You can now create your very own, personalized Animoji."

"We're all going to be sticking out o[...]ues to our phones in the near future," Federighi added.

Despite the potential for the tongue-detection feature to be used for obscenities — as tech blog <u>Mashable</u> explicitly pointed out (*cough cough*, sexting) — the starring role of the Memoji announcement during the renowned conference suggests that the craze over personalized avatars — a trend inaugurated by Bitmoji — is not some throwaway digital-vogue fad.

Rather, Apple's announcement that they are going all in on Memoji suggests that they will be part of our future for years to come: we will identify with these digital caricatures of ourselves and our friends for years, perhaps decades, as they inch towards being an ineradicable part of our culture. As this becomes our reality, it is worth contemplating: why is our society so obsessed with these cartoonish images of ourselves? And what do they say about our culture?

Continue Reading Below

▣ FROM OUR SPONSOR    CONTINUE FOR MORE CONTENT                                                                    FEEDBACK

Linda Kaye, a cyber-psychologist at Edge Hill University who has studied the psychology behind emojis extensively, said Apple's investment in the Memoji feature makes sense from a business perspective.

"Because emoji are still immensely popular, it makes sense to capitalise on this by creating something more personalized and exciting to users," Kaye wrote in an email.

SPONSORED BY <u>TRULYRADIANT.COM</u>



**Promoted video**

Click to learn more

SEE MORE →

Some thought 2015 was the year that emojis peaked. Indeed, <u>Oxford Dictionaries Word of the Year</u> in 2015 was not actually a word, but the "Face with Tears of Joy" emoji. A <u>2015 report found</u> that 92 percent of online consumers use emojis. While some experts speculated that the rise in popularity of emojis suggests humans are becoming less intelligent, or lazy (to use their words), Kaye has debunked this. In a <u>separate interview with Vice</u>, Kaye suggested that our enthusiasm for emojis could be seen as a creative outlet.

Kaye said similar to emoji, Apple's new Memoji is a form of "self-presentational behaviour."

"Memoji can be considered a form of self-presentational behaviour, in a similar way to using photos, emoji, etc.," she wrote to Salon. "This allows us to put across our 'best self' to others."

<u>Self-presentational behavior</u> is a social psychological term used to describe how people want to control or shape how an audience views them. The idea behind self-presentational behavior is that it enables humans to better hide their flaws.

SPONSORED BY



**I Gave HelloFresh A Taste. Here's Why I'm Never Going Back.**

BY POPDUST

**Amazing Air Force One Facts That Only A Few Presidents Have Been Willing To Confess**

BY JETLAGGIN

Kaye added that Memoji could be  an opportunity for people to create "a personalized expression of themselves and therefore can be used really well as a form of self-presentational expression."

Understandably, some may see communicating through a screen with a digital mask as faintly dystopian. After all, the popular dystopian sci-fi series "Black Mirror" featured a season two episode, "The Waldo Moment," explicitly about a comparable digital avatar controlled by a human's face that morphed into an authoritarian political figurehead. In David Foster Wallace's novel "Infinite Jest", Wallace envisions a world in which video conferencing becomes the norm, and where the obsession over self-presentation leads consumers to spend vast sums on real-time facial and body editing to make them look unblemished.

Fortunately, Kaye says it is unlikely Memoji will take over all forms of digital communication.

"I wouldn't anticipate that Memoji will take over Facetiming or all online communication in the same way that emoji haven't fully replaced language," she said. "Yes there are times when these symbols can be used to replace certain words, but in the main part, they provide a supplementary and enriching element to communication."

Yet there is a dark side to the increasing idolization and trendiness of the emoji and their subsidiary by-products. Emoji have sparked an unofficial culture war over the politics of the limited number of chosen symbols and figures, which are selected by largely opaque committees whose members are plucked mostly from corporations and universities in the Western world.

Memoji also raises questions about the psychology behind digital expression. According to a 2015 survey by Bangor University, 72 percent of participants between 18 to 25 said they felt more comfortable expressing themselves using emoji than words. If this is the case, one wonders how our new communication regime might hinder face-to-face communication. When speaking face-to-face, humans can pick up on non-verbal cues.

In 2012, Stanford University researchers found strong correlations between time spent in front of screens and poor emotional and social health. They surveyed 3,461 girls from the ages of 8 to 12.

Perhaps that is why Apple simultaneously premiered its new iOS "tech addiction tool" during the same conference.

**NICOLE KARLIS**
Nicole Karlis is a news writer at Salon. She covers health, science, tech and gender politics. Tweet her @nicolekarlis.

**MORE FROM NICOLE KARLIS**

**You can now support Salon from as little as $2, and help shape the future of Salon that you'd prefer.**

Salon's pioneering, award-winning journalism that is read by people in over 230 countries has been mostly supported by advertising revenue over its 20+ year history. To keep up with the costs of creating great content, we increasingly need to run more advertising to support the business. In an effort to reduce the amount of ads, we are offering our readers the opportunity to directly contribute to us.

**SUPPORT SALON.COM**

| $10 | $50 | $100 | Custom Amount |

Powered By ⚡ LATERPAY



## THIS WEEK ON salonTV



Trendsetters Feed
Tim Cook
@tim_cook • 4d
Thrilled to get these new Apple products into the hands (and onto the wrists) of so many customers around the world. Can't wait t...
Follow  🔁 1.9k  ⭐ 15.8k     Reply Here          140  Send

# You May Like

Sponsored by          |


**11 3-Year-Old Cars Experts Agree Are a Steal!**
Forbes


**'Fear' Reveals Donald Trump's Most Awkward Habits in the White House**
The Cheat Sheet


**Why You Should Never Eat at These Celebrity Chef Restaurants**
The Cheat Sheet


**Your IQ is At Least 135 If You Can Name All Of These American Icons**
Offbeat


**'Fire and Fury' Reveals Donald Trump's Disturbing Nightly Habits**
Auto Draft | The Cheat Sheet


**[Pics] Rare Historical Photos You'll Never Find In History Books**
Direct Expose