| TO: **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court , Northern District of California on the following:

( ) Patents     or     ( x ) Trademarks

| DOCKET NO:<br>18-cv-05945-CRB | DATE FILED:<br>September 27, 2018 | UNITED STATES DISCTRICT COURT<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|

| PLAINTIFF:<br>Social Technologies LLC | DEFENDANT:<br>Apple Inc. |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | See attached copy of Complaint |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED           INCLUDED BY:
                        ( ) Amendment          ( ) Answer          ( ) Cross Bill          ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

_Susan Y. Soong_
Susan Y. Soong, Clerk

_Minh_
(by) Deputy Clerk, Maria Loo

*Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy