Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO.: 3:18-cv-05945-CRB<br><br>**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Complaint Filed: September 27, 2018 |

1    In accordance with Federal Rule of Civil Procedure 7.1, Defendant Apple Inc., by and through its undersigned counsel, certifies that it does not have a parent corporation and knows of no publicly held corporation that owns ten percent or more of its issued and outstanding common stock.

DATED: October 2, 2018              Respectfully submitted,


                                    By:    */s/ Diana M. Torres*
                                           Diana M. Torres

                                           Attorney for Defendant
                                           Apple Inc.

**CERTIFICATE OF SERVICE**

On October 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                          */s/ Diana M. Torres*
                                             Diana M. Torres