Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO.: 3:18-cv-05945-CRB <br><br> **DEFENDANT APPLE INC.'S CERTIFICATE OF INTERESTED PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** <br><br> Complaint Filed: September 27, 2018 |

1  TO THE COURT CLERK AND ALL PARTIES OF RECORD:

2      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

5  DATED:  October 2, 2018                    Respectfully submitted,

7                                         By:   */s/ Diana M. Torres*
                                                  Diana M. Torres

                                                  Attorney for Defendant
                                                  Apple Inc.

# CERTIFICATE OF SERVICE

On October 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Diana M. Torres*
Diana M. Torres