Nicholas Ranallo (SBN 275016)
nranallo@mavrolaw.com
MAVRONICOLAS & DEE LLP
2443 Fillmore St., #380-7508
San Francisco, CA 94115-
T: (831) 607-9229
F: (831) 533-5073

Peter Dee (*pro hac vice* to be filed)
pdee@mavrolaw.com
MAVRONICOLAS & DEE LLP
3 Park Avenue, 15th Floor
New York, NY 10016
T: 646.770.1256
F: 866.774.9005

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, | Case Number: 3:18-cv-05945 |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| APPLE INC., a California corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3-15, Plaintiff Social Technologies, LLC, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   FlexDev, LLC

2.   Robert Long II

3.   Samuel Bonet

4.     Mavronicolas & Dee, LLP, and undersigned counsel

Dated: September 29, 2018                         Respectfully Submitted,

                                                __/s/ Nicholas Ranallo_____

Nicholas Ranallo (SBN 275016)
nranallo@mavrolaw.com
OF COUNSEL - MAVRONICOLAS & DEE LLP
2443 Fillmore St., #380-7508
San Francisco, CA 94115-
T: (831) 607-9229
F: (831) 533-5073