UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No.  18-cv-05945-VC<br><br>**ORDER DENYING MOTION TO SHORTEN TIME AND SETTING DEADLINES**<br><br>Re: Dkt. No. 9 |

　　　The Motion to Shorten Time is denied.  Apple's opposition to Social Technologies' Motion for Preliminary Injunction is due October 19, 2018; Social Technologies' reply is due October 26, 2018; and a hearing on the Motion is set for November 1, 2018, at 10:00 am in San Francisco, Courtroom 4, 17th Floor.  Apple's opposition may be up to 25 pages in length.

**IT IS SO ORDERED.**

Dated: October 9, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge