# EXHIBIT 1

Case 3:18-cv-05945-VC Document 32-1 Filed 10/19/18 Page 2 of 2

Home Moments Search Twitter Have an account? Log in

**Howie Mandel**
@howiemandel

Follow

Funny RT @bigman7000: @howiemandel love my face this morn with the new MEEmoji app. Cool app

This media may contain sensitive material. Learn more View

6:52 AM - 22 Oct 2014

**4** Retweets **11** Likes

1 4 11

Hov
@howiemandel

My na… to be known as the guy that smells nice. Deal Or No Deal is coming back Dec 5th on CNBC!

howiemandel.com

Joined July 2009

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

