# EXHIBIT 6

Case 3:18-cv-05945-VC Document 32-6 Filed 10/19/18 Page 2 of 2

