# EXHIBIT 8

Home Moments Search Twitter Have an account? Log in

**Howie Mandel**
@howiemandel

Follow

Nice app Me moji RT @JohnnyKosich: @howiemandel I have better facial hair than you #DealWithIt

This media may contain sensitive material. Learn more View

5:52 PM - 24 Oct 2014

**5** Retweets **20** Likes

2 5 20

**Anguletta** @Lawandorder777 · 24 Oct 2014
Replying to @howiemandel
@howiemandel @JohnnyKosich RT . So excited 5 min. DEAL WITH IT

1

**karrieclowater** @karrieclowater · 24 Oct 2014
Replying to @howiemandel
@howiemandel you at way to funny I have lived you for a long time

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

