# EXHIBIT 10

Case 3:18-cv-05945-VC   Document 32-10   Filed 10/19/18   Page 2 of 2

