# EXHIBIT 11

Home Moments Search Twitter Have an account? Log in ▾

**Howie Man**
@howiemandel

My name is Howie
known as the guy
Or No Deal is com
CNBC!

howiemandel.
Joined July 20

**Howie Mandel** ✓
@howiemandel

Follow

U r welcome RT @Thememojiapp: @howiemandel thanks for the shoutout! 😜 We're free on the App Store: goo.gl/ZSDKkW

10:51 AM - 24 Oct 2014

**10** Retweets **17** Likes

3 10 17

**Maxim Genov** @maxim_genov · 24 Oct 2014
Replying to @howiemandel
@howiemandel @Thememojiapp when does amg season 10 start?

**krystal spencer** @Krystal6304 · 24 Oct 2014
Replying to @howiemandel
@howiemandel @Thememojiapp I downloaded it the other day!

GIF

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

