# EXHIBIT 12



### HuffPost Live ✓
@HuffPostVideo

Follow

Enjoy this MEmoji gif taken by @joshzepps on set with @howiemandel!



GIF

9:49 AM - 24 Oct 2014

**2** Retweets  **4** Likes   

💬    ♻ 2    ♡ 4

© 2018 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info