# EXHIBIT 13

Home Moments Search Twitter Have an account? Log in

**Howie Mandel** @howiemandel

Follow

RT @WhisperadoDave: @howiemandel what is the app your son in law just released? Memoji link: goo.gl/ZSDKkW

11:42 AM - 26 Oct 2014

**2** Retweets **17** Likes

2 2 17

**Kurt Seiberling** @kurtontheradio · 26 Oct 2014

Replying to @howiemandel

@howiemandel @WhisperadoDave Is the app out for Android or just IOS

**Kirk Carter** @moto4kc · 26 Oct 2014

Replying to @howiemandel

@howiemandel @WhisperadoDave

**Snizzle Master**

This is a place where we will embrace funny, interesting, & talented humans.

youtube.com

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

