# EXHIBIT 14

10/1/2018 Howie Mandel: No selfies, but how about an 'ussie'?

Case 3:18-cv-05945-VC   Document 32-14   Filed 10/19/18   Page 2 of 4

Stay Connected For As Low As
$9.99/Month

Subscribe Now
(https://offers.usatoday.com/BENB?
gps-source=BENB999)

# Howie Mandel: No selfies, but how about an 'ussie'?

**Jefferson Graham**, USA TODAY    Published 12:52 a.m. ET Nov. 3, 2014 | **Updated 12:01 p.m. ET Nov. 4, 2014**



*(Photo: Jefferson Graham)*

LOS ANGELES — Comedian Howie Mandel is swimming in cameras. The executive producer of TBS' hidden camera series *Deal with It* (new episodes air Fridays at 9 p.m.) talks of using as many as 15 to 20 iPhones, iPads, Canon 5Ds and GoPro cameras behind closed doors to catch the action without his subjects realizing they are being taped. So when we showed him the latest GoPro attachment — a headband — he obliged and posed with the miniature camera. "Is it obvious?" he asked. Well, yes, but that's OK.

**HIDDEN CAMERAS**

On the original hidden camera show, *Candid Camera*, producer Allen Funt "had one camera and it was rooted wherever he was. Technology has allowed me to capture more, clearer. We can put cameras all over, and no one knows they are there. We can walk in, and nobody knows they're being recorded."

Mandel's son Alex is also into pranks and shows them on YouTube, where his antics (making escalators come to a sudden stop in a shopping mall, dressing up as a werewolf and approaching strangers) have pulled in over 500,000 views. Alex Mandel shoots with the Canon 5D Mark III, and so impressed his dad that he was inspired to buy one for his TV show.

"It was a game changer, because it looked like a still camera you could walk with and nobody knew they were being taped — at broadcast quality."

The second game changer, he says, is the tiny GoPro, the miniature camera favored by action enthusiasts, who attach it to surfboards, bike helmets and the like.

Beyond those cameras, there's also the most popular mobile device, the iPhone. "We can hand it to someone, call and send texts, manipulate scenes wirelessly. Our crew will go film on iPhones, iPads, anything. Technology is great."



**Howie Mandel tries on a GoPro.** *(Photo: Sean Fujiwara)*

**TECH INVESTOR**

Mandel is backing two new apps, MeMoji (https://itunes.apple.com/us/app/memoji-gif-selfies-emoji-accessories!/id921847909?mt=8), which is out, and Uguru, which has yet to be released.

"What are the two biggest things online? Selfies and emojis. We're combining them. Instead of sending some character that means nothing with a hat — what if it was your face doing something? Me-moji."



**MeMoji is a new app backed by Howie Mandel** *(Photo: screenshot)*

The Uguru app is described as "Uber for tutors." It's for finding local tutors from one central location, instead of searching on Craigslist. "You have a question, they come to you and answer for a nominal fee."

**SELFIES vs. USSIES**

As a stand-up comic, Mandel gets many requests for photos with fans after the shows, or as they describe them, "selfies." He doesn't get it.

"A selfie is a picture of yourself. As soon as someone else is in it, it's an 'ussie.' It's a selfie plus someone else. If you just want a selfie, I can't be in your selfie. I can be in your ussie."

**APPS**

His favorite is the MyFitnessPal calorie and nutrition tracker (free; Apple, Android, Windows, BlackBerry).

"I've been on it for three years, and I'm crazy about it. It's about keeping my wheel right. I'm not on a diet, but want to make sure I have the right amount of protein, carbs and fat." (The app) "is a miracle.



**Jefferson Graham and Howie Mandel shooting an "ussie," on an iPhone.** *(Photo: Sean Fujiwara)*

Follow *Jefferson Graham (http://twitter.com/jeffersongraham)on Twitter*

Read or Share this story: http://usat.ly/1wZgdFm