# EXHIBIT 15

**ADWEEK**  NEWS · EVENTS · WEBINARS · CONNECT · ADWEEK JOBS ·   Sign In   Subscribe

TV / VIDEO

# Howie Mandel Uses Every Single Social App He Can

'I need to have my finger on the pulse'

By Emma Bazilian  |  December 1, 2014



**POPULAR NOW**

1  With Bryan Cranston at the Wheel, W+K Debuts a New Brand Positioning for Ford

2  Watch Your Video Ad Engagement Soar: 5 Tips for Marketers

3  10 Royalty-Free Music Sites Every Online Video Creator Should Know

4  This Cosmetics Ad From Japan May Be the Most Romantic Love Story of the Year

5  5 Instagram Marketing Trends We Will See in 2019

4  This Cosmetics Ad From Japan May Be the Most Romantic Love Story of the Year

5  5 Instagram Marketing Trends We Will See in 2019



**Specs**

**Who** Howie Mandel

**Age** 59

**Claim to fame** Comedian and actor; executive producer of the TBS series Deal With It (Fridays, 9/8c); judge on NBC's America's Got Talent

**Base** Los Angeles

**Twitter** @howiemandel

**What's the first information you consume in the morning?**

Twitter. It gives me the headlines. I follow the news outlets from CNN to Fox to USA Today to TMZ to The Hollywood Reporter, Variety, Deadline. I get everything from world news to entertainment and gossip.

**What other social media platforms do you use?**

I'm on Instagram, Snapchat … I use them all. Whatever there is, I'm there. And I follow thousands of people. I believe that because of what I do, which is first and foremost stand-up comedy and secondly being a producer of entertainment, I need to have my finger on the pulse.

**Tell us about your favorite app.**

My son-in-law just created one called MEmoji, which combines selfies and emojis. You can take your own picture or video and decorate it and make it into an emoji.

**Do you have a favorite gadget?**

My iPhone is the end-all and be-all. It's my life force. I got the iPhone 6 Plus, and whether I'm checking media or information or playing a game or tracking my health or recording something, it's a 360 piece of technology. On Deal With It, which is my hidden-camera game show, we use everything from high-tech robotic cameras down to the GoPro, but when somebody runs off of the set and all else fails, we're there running after them with our iPhones.

2
Watch Your Video Ad Engagement Soar: 5 Tips for Marketers

3
10 Royalty-Free Music Sites Every Online Video Creator Should Know

4
This Cosmetics Ad From Japan May Be the Most Romantic Love Story of the Year

5
5 Instagram Marketing Trends We Will See in 2019

**FEATURED JOBS**

**Director of Sales, West Coast**
ADWEEK
San Francisco, California

**Art Director, Marketing & Events**

**Art Director, Marketing & Events**
ADWEEK
New York, New York

**SEO Manager**
Guns.com
Richmond, Virginia

**Digital Media Specialist**
Jobelephant.com
New York, New York

**Media Director**
Gelia
Buffalo, New York

See More Jobs

**What TV shows do you watch?**

I think it's part of my OCD—I always think I'm going to miss something, so I watch everything. It's hard for me to watch anything straight through because I know that there's got to be something better on another channel. It doesn't even have to be in English or anything that I'm interested in. It could be an infomercial or a commercial or public access. I actually get more entertainment out of things that seem more amateurish or not as polished. And I don't DVR shows because I'm fascinated by commercials. As somebody who makes television, I want to see how things are promoted, and I think we're losing that as an art form.

**Are there any current TV campaigns that you really like?**

No. Not right now. The last ads that I really liked and that stood out were the AT&T ads with the guy from SNL who sits around the table with all the kids. That was the last campaign where I would see one of the commercials and actually focus on the television rather than what was going on in the room around me.

**What's on your reading list?**

I don't like fiction. I love biographies and true stories and adventures, but I also find myself reading anything on the Internet. I'll find a political story in USA Today and then look up that story on The New York Times and The Wall Street Journal and the L.A. Times. I'm fascinated by how many ways the same story can be told.

**How do you wind down at night?**

I don't. The only way I can get to sleep is by totally exhausting myself during the day. So I watch as much, do as much and listen to as much as I can … I just keep winding up until the spring breaks.

**Art Director, Marketing & Events**
ADWEEK
New York, New York

**SEO Manager**
Guns.com
Richmond, Virginia

**Digital Media Specialist**
Jobelephant.com
New York, New York

**Media Director**
Gelia
Buffalo, New York

See More Jobs

**Media Director**
Gelia
Buffalo, New York

See More Jobs

**EDITOR'S PICKS**








**CREATIVITY**
This Cosmetics Ad From Japan May Be the Most Romantic Love Story of the Year
by Shannon Miller



**DIGITAL**
After Almost 4 Years, Lenny Letter Shuts Down
by Sara Jerde



**POLITICS**
Is Ted Cruz 'Tough as Texas?' These Richard Linklater-Directed Ads Doubt It
by Shannon Miller



**TV / VIDEO**
Turner Shuts Down Super Deluxe
by Sara Jerde



**PROGRAMMING & PERFORMANCE**
Jimmy Kimmel Tells New Yorkers Trump Will Overhaul Lincoln Center With Mediocre Brands
by Jason Lynch



**DIGITAL**
Facebook Video Ad Metric Lawsuit Prompts Publishers to Revisit the 'Pivot to Video'
by Kelsey Sutton



**DIGITAL**
What Blockchain Will Mean for Advertisers and Publishers
by Chris Ariens



**DIGITAL**
The Washington Post's Chief Revenue Officer Abruptly Leaves the Company
by Sara Jerde

View Latest News >

## RECOMMENDED

 5 Instagram Marketing Trends We Will See in 2019

 DDB to Part With New York President, CEO and 20-Year

 Can't Decide What to Watch? PopSugar Just Released an

 Why Knowing Your Audience Matters More Than Ever

 This Ad Promoting a French Spy Thriller Is Just as Exciting as

 How Mr. Rogers Taught Me Everything I Need to

Recommended by Outbrain



### About
Contact Us
Media Kit
Editorial Calendar
Sponsor Content
Jobs

### Subscriptions
Subscription Options
Digital App
Newsletters
Frequently Asked Questions
Customer Service

### Awards / Honors / Events
Awards and Honors
Adweek Events
Webinars
On-Demand Webinars
Trophies / Awards / Seals

### Publications
Adweek Network
RSS
Backissues
Reprints / E-Prints

© 2018 Adweek - All Rights Reserved   •   About Adweek   •   Contact Us   •   Terms of Use   •   Privacy Policy