# EXHIBIT 17



Jacob Demonte-Finn | LinkedIn



## Jacob Demonte-Finn • 3rd

Google AdWords and ASO Consultant

Greater Los Angeles Area

**Message**   ...

 Lucky Bunny LLC

 California State University, Northridge

See contact info

213 connections

## Experience



**Co Founder and CEO**
Lucky Bunny LLC
Apr 2014 – Present · 4 yrs 7 mos
Head of product in iOS app development on several successful apps, including Stitch It! and MEmoji.

Mockup UX workflows for new apps and apps going through redesign.

Develop marketing strategies for apps (MEmoji has been featured by Howie Mandel on the Ellen DeGeneres show; Stitch It! regularly makes the front page of Reddit).
... See more

 Stitch It! - edit & share screenshots!



**App Store Optimization (ASO) Consultant**
Cie Digital Labs
Nov 2015 – Dec 2015 · 2 mos
Designed and wrote app description on iOS App Store; analyzed competitors and optimized client's metadata keywords to maximize visibility.

 Live At | Home



**App Store Optimization (ASO) Consultant**
revo.fm
Nov 2015 – Dec 2015 · 2 mos
Consulted regarding market strategy, developed mobile app store copy and optimized keywords, and placed revo.fm at the top of relevant searches.

## Education



**California State University, Northridge**
Psychology, Linguistics

### People Also Viewed

 **Ananth Venkateswaran** • ...
Technology Leadership Program Vanguard

 **Steve Dimon** 3rd
--

 **Luke Peters** • 3rd
President / CEO at NewAir Comp Appliances

 **Rob Glasser** • 3rd
Owner at Have Leash Will Travel

 **michael C.** • 3rd
Owner at Barrington Fitness Stuc

 **Isaac Cho** • 3rd
Senior User Acquisition Specialis GAMEVIL COM2US USA, Inc.

 **Laura Ratcliff** • 3rd
University of Washington Learnir Technologies

 **Susan Colligan** • 3rd
Director of Channel Marketing a Columbia Threadneedle Investm

 **Brandon Deloney-Fulmer**
Security Officer at SECURE NET PROTECTION

 **Tyler Divona** • 3rd
Sales Manager at Regency Cigar Emporium

### Learn the skills Jacob has

 **Moodle: Advanced Techniques**
Viewers: 3,185

 **Stay Lean with Kanba**
Viewers: 8,328

 **Cryptocurrency Foundations**
Viewers: 4,704

See more

Messaging

Free Upgrade
to Premium

## Skills & Endorsements

**Entertainment** · 12

Timothy Finn and 11 connections have given endorsements for this skill

**Social Media** · 4

Cameron Ehrlich and 3 connections have given endorsements for this skill

**Microsoft Office** · 2

Cameron Ehrlich and 1 connection have given endorsements for this skill

Interpersonal Skills

**Public Speaking** · 1                    **Fundraising** · 1

**Teaching** · 1

Other Skills ⓘ

**Social Networking** · 5

Show less ∧

## Accomplishments

**3   Languages**                                                      ⌄

English · Sign Languages · Spanish

**1   Project**                                                        ⌄

This is Hunger

## Interests



California State University, Northri...
198,541 followers

**Linked**in

About
Community Guidelines
Privacy & Terms ⌄
Send feedback

LinkedIn Corporation © 2018

? **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy.**
Go to your Settings.

Select Language

English (English) ▾

● Messaging