# **EXHIBIT 18**

Case 3:18-cv-05945-VC   Document 32-18   Filed 10/19/18   Page 2 of 4





