# EXHIBIT 19

900453462    06/05/2018

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
ETAS ID: TM476862

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| BIG 3 ENT, LLC | | 05/31/2018 | Limited Liability Company: CALIFORNIA |
| LUCKY BUNNY, LLC | | 05/31/2018 | Limited Liability Company: CALIFORNIA |

### RECEIVING PARTY DATA

| Name: | MEMOFUN APPS LLC |
|---|---|
| Street Address: | 1209 Orange Street |
| City: | Wilmington |
| State/Country: | DELAWARE |
| Postal Code: | 19801 |
| Entity Type: | Limited Liability Company: ~~UNITED STATES~~ DELAWARE |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87397135 | MEMOJI |

### CORRESPONDENCE DATA

Fax Number:  
Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.  
Email: trademarkdocket@apple.com, laperle@apple.com  
Correspondent Name: THOMAS R. LA PERLE  
Address Line 1: Apple Inc., 1 Infinite Loop  
Address Line 2: MS 169-3IPL  
Address Line 4: Cupertino, CALIFORNIA 95014

| NAME OF SUBMITTER: | Spencer Jolfrion |
|---|---|
| SIGNATURE: | /Spencer Jolfrion/ |
| DATE SIGNED: | 06/05/2018 |

Total Attachments: 1  
source=Memoji Agreement (executed)#page1.tif

## TRADEMARK ASSIGNMENT

WHEREAS LUCKY BUNNY LLC, a California limited liability company whose address is 10047 Louise Avenue, Northridge, California 91325, and BIG 3 ENT, LLC, a California limited liability company whose address is 5950 Canoga Avenue, Suite 510, Woodland Hills, California 91367 (together, "Assignors") have applied to register the mark MEMOJI (the "Mark") with the U.S. Patent and Trademark Office pursuant to application Serial No. 87/397,135; and

WHEREAS MEMOFUN APPS LLC, a Delaware limited liability company whose address is 1209 Orange Street, Wilmington, Delaware 19801 ("Assignee"), desires to acquire all of Assignors' right, title and interest in the Mark, the Application, and the goodwill of the business connected with the use of and symbolized by the Mark.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignors hereby irrevocably transfer and assign to Assignee all right, title and interest in and to the Mark and Application (including without limitation all common law rights and any other rights in, and any registrations or other applications for registration of, the Mark and all other marks that consist of or incorporate the term MEMOJI in any form), together with the goodwill connected with the use of and symbolized by the Mark, and all rights of action arising from the Mark, to be held and enjoyed by Assignee for its own use and benefit and for Assignee's successors and assigns as the same would have been held by Assignors had this assignment not been made (collectively, the "Transferred Rights").

BIG 3 ENT, LLC

By: _____

Name: Alexander Shultz
Title: Partner

LUCKY BUNNY LLC

By: _____

Name: Jacob DeMonte-Finn
Title: CEO

Effective May 31, 2018

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                     ETAS ID: TM476866
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| MEMOFUN APPS LLC | | 06/04/2018 | Limited Liability Company: DELAWARE |

**RECEIVING PARTY DATA**

| Name: | APPLE INC. |
|---|---|
| Street Address: | One Apple Park Way |
| City: | Cupertino |
| State/Country: | CALIFORNIA |
| Postal Code: | 95014 |
| Entity Type: | Corporation: CALIFORNIA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87397135 | MEMOJI |

**CORRESPONDENCE DATA**

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Email: | trademarkdocket@apple.com, laperle@apple.com |
|---|---|
| Correspondent Name: | THOMAS R. LA PERLE |
| Address Line 1: | Apple Inc. 1 Infinite Loop |
| Address Line 2: | MS 169-3IPL |
| Address Line 4: | Cupertino, CALIFORNIA 95014 |

| NAME OF SUBMITTER: | Spencer Joffrion |
|---|---|
| SIGNATURE: | /Spencer Joffrion/ |
| DATE SIGNED: | 06/05/2018 |

| Total Attachments: 1 |
|---|
| source=MEMOJI trademark assignment - Memofun to Apple - executed#page1.tif |

CH $40.00   87397135

## TRADEMARK ASSIGNMENT

WHEREAS MEMOFUN APPS LLC, a Delaware limited liability company with an address at 1209 Orange Street, Wilmington, Delaware 19801 ("Assignor") is the owner of the mark MEMOJI (the "Mark") and is the applicant for U.S. registration of the Mark pursuant to application Serial No. 87/397,135; and

WHEREAS Apple Inc., a California corporation with an address at One Apple Park Way, Cupertino, California 95014 ("Assignee"), desires to acquire all of Assignor's right, title and interest in the Mark, the Application, and the goodwill of the business connected with the use of and symbolized by the Mark.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Assignor hereby irrevocably transfers and assigns to Assignee all right, title and interest in and to the Mark and Application (including without limitation all common law rights and any other rights in, and any registrations or other applications for registration of, the Mark and all other marks that consist of or incorporate the term MEMOJI in any form), together with the goodwill connected with the use of and symbolized by the Mark, and all rights of action arising from the Mark, to be held and enjoyed by Assignee for its own use and benefit and for Assignee's successors and assigns as the same would have been held by Assignor had this assignment not been made.

MEMOFUN APPS LLC

By: _____

Name: Thomas R. La Perle
Title: Manager

Effective June 4, 2018

4