# EXHIBIT 23

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 86961925 |
| LAW OFFICE ASSIGNED | LAW OFFICE 113 |
| EXTENSION OF USE | NO |
| MARK SECTION | |
| MARK FILE NAME | https://tmng-al.uspto.gov/resting2/api/img/86961925/large |
| LITERAL ELEMENT | MEMOJI |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| OWNER SECTION (current) | |
| NAME | SOCIAL TECHNOLOGIES LLC |
| INTERNAL ADDRESS | 881 N. HIGHLAND AVENUE NE |
| STREET | APT. 19 |
| CITY | ATLANTA |
| STATE | Georgia |
| ZIP/POSTAL CODE | 30306 |
| COUNTRY | United States |
| OWNER SECTION (proposed) | |
| NAME | SOCIAL TECHNOLOGIES LLC |
| INTERNAL ADDRESS | 881 N. HIGHLAND AVENUE NE |
| STREET | APT. 19 |
| CITY | ATLANTA |
| STATE | Georgia |
| ZIP/POSTAL CODE | 30306 |
| COUNTRY | United States |
| PHONE | 6464849569 |
| EMAIL | gmavronicolas@mavrolaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| GOODS AND/OR SERVICES SECTION | |
| INTERNATIONAL CLASS | 009 |
| | Computer application software for mobile phones, namely, software for |

| | |
|---|---|
| CURRENT IDENTIFICATION | recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 06/28/2018 |
| FIRST USE IN COMMERCE DATE | 06/28/2018 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\869\619\86961925\xml19\SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\869\619\86961925\xml19\SOU0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\869\619\86961925\xml19\SOU0004.JPG |
| SPECIMEN DESCRIPTION | screenshots showing the mark in use to provide the services |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Samuel E. Bonet/ |
| SIGNATORY'S NAME | Samuel E. Bonet |
| SIGNATORY'S POSITION | Principal |
| DATE SIGNED | 06/30/2018 |
| SIGNATORY'S PHONE NUMBER | 6783584965 |
| DECLARATION SIGNATURE | /Robert M. Long/ |
| SIGNATORY'S NAME | Robert M. Long/ |
| SIGNATORY'S POSITION | Principal |
| DATE SIGNED | 06/30/2018 |
| SIGNATORY'S PHONE NUMBER | 6786377579 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Sat Jun 30 14:12:22 EDT 2018 |
| TEAS STAMP | USPTO/SOU-XX.XX.XX.XX-201 80630141222544995-8696192 5-61035711d21d54a9ea33f44 b747e6ce56f4376ead9a2c081 2ff27fc39968d2-CC-8310-20 180630134608560853 |

2

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** MEMOJI (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/86961925/large)
**SERIAL NUMBER:** 86961925


The applicant, SOCIAL TECHNOLOGIES LLC, having an address of
   881 N. HIGHLAND AVENUE NE
   APT. 19
   ATLANTA, Georgia 30306
   United States
   6464849569
   gmavronicolas@mavrolaw.com (authorized)
is submitting the following allegation of use information:

For International Class 009:
Current identification: Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/28/2018, and first used in commerce at least as early as 06/28/2018, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) screenshots showing the mark in use to provide the services.
Specimen File1
Specimen File2
Specimen File3


The applicant is not filing a Request to Divide with this Allegation of Use form.


A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.


### Declaration

   The signatory believes that the applicant is the owner of the mark sought to be registered.
   **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
   **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
   **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

   The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Samuel E. Bonet/     Date Signed: 06/30/2018
Signatory's Name: Samuel E. Bonet
Signatory's Position: Principal
Signatory's Phone: 6783584965

Signature: /Robert M. Long/     Date Signed: 06/30/2018
Signatory's Name: Robert M. Long/
Signatory's Position: Principal
Signatory's Phone: 6786377579

RAM Sale Number: 86961925
RAM Accounting Date: 07/02/2018

Serial Number: 86961925
Internet Transmission Date: Sat Jun 30 14:12:22 EDT 2018
TEAS Stamp: USPTO/SOU-XX.XX.XX.XX-201806301412225449
95-86961925-61035711d21d54a9ea33f44b747e
6ce56f4376ead9a2c0812ff27fc39968d2-CC-83
10-20180630134608560853







# FEE RECORD SHEET

**Serial Number:** 86961925

**RAM Sale Number:** 86961925

**RAM Accounting Date:** 20180702

**Total Fees:** $100

| **Transaction** | **Fee Code** | **Transaction Date** | **Fee per Class** | **Number of Classes** | **Total Fee** |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20180630 | $100 | 1 | $100 |

**Transaction Date:** 20180630



8