# EXHIBIT 24



## About us

Social Technologies LLC is a digital based enterprise, focused on bringing innovative social media products to the marketplace that enhance your online and phone-based messaging experience. Internet platforms are growing daily, and we have made it our imperative to keep up with the expansion of the digital communication environment, by providing the consumer with exciting new methods to express themselves. The mission, at Social Technologies LLC, is to contribute to the continued enjoyment of digital interaction, through the introduction of creative messaging tools, that engage both sender, and recipient.

Our first foray into the marketplace is "Locomojis: Emojis that come to life when you press send!" The Locomojis brand is a suite of emojis that are upgraded derivations of the standard emoji, with the enhanced-capability of movement. Each Locomoji displays the action that the standard emoji displays in static form, with full-motility, which is the next logical evolutionary step in the messaging tool paradigm. In layman's terms: the kissing emoji, for example, will actually blow a kiss. Also included in the Locomojis suite, will be additional movement based messaging tools such as the peace sign, and the ever-popular mic drop, which performs the actual dropping motion.

In the latter part of 2017, we will also introduce Memoji, which utilizes the same movement technology of the Locomojis suite, allowing the consumer to capture a headshot of themselves, and convert the image to a personalized emoji, that moves.

The Player division serves the global gaming community, with eye catching apparel highlighting the meteoric rise of console, online, and mobile gaming. Several cross platform video games are currently under development, inspired from both Locomojis and Memoji, showcasing an unparalleled cohesive brand strategy across multiple industries.

Social Technologies LLC. Putting more SOCIAL, in your MEDIA.

## Company details

**Website**
https://www.socialtechnologiesllc.com

**Headquarters**
Atlanta, GA

**Year founded**
2016

**Company type**
Partnership

