# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, | Case Number: 3:18-cv-05945-VC |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINSTRATIVE MOTION TO FILE OVERSIZED REPLY BRIEF |
| vs. | |
| APPLE INC., a California corporation, | |
| Defendant. | |

Plaintiff Social Technologies' Motion to File an Oversized Reply Brief is granted.  Social Technologies reply brief in support of its Motion for Preliminary Injunction may be up to 15 pages in length.

**IT IS SO ORDERED.**

Dated:  October 25, 2018



APPROVED

Judge Vince Chhabria