AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern _____ **District of** _____ Northern California

Social Technologies, LLC

Plaintiff (s),

V.

Apple Inc.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  18-CV-05945

Notice is hereby given that, subject to approval by the court,  Social Technologies, LLC  substitutes

John M. Pierce , State Bar No. 250443 as counsel of record in
<br>(Name of New Attorney)

place of  Peter Dee  and Nicholas Ranallo,  Mavronicolas & Dee LLP .
<br>(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Pierce Bainbridge Beck Price & Hecht LLP

Address:  600 Wilshire Blvd Suite 500 Los Angeles, CA 90017

Telephone:  (213) 262-9333  Facsimile

E-Mail (Optional):  jpierce@piercebainbridge.com

I consent to the above substitution.

Date:  01/04/19

_____
(Signature of Party (s))

I consent to being substituted.

Date:  01/04/19

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  01/04/19

John M. Pierce
<br>_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**