# UNITED STATES DISTRICT COURT

__Northern__ District of __Northern California__

Social Technologies, LLC

    Plaintiff (s),

V.

Apple Inc.

    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-CV-05945

Notice is hereby given that, subject to approval by the court, __Social Technologies, LLC__ substitutes
(Party (s) Name)

__John M. Pierce__, State Bar No. __250443__ as counsel of record in
(Name of New Attorney)

place of __Peter Dee and Nicholas Ranallo, Mavronicolas & Dee LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Pierce Bainbridge Beck Price & Hecht LLP
    Address: 600 Wilshire Blvd Suite 500 Los Angeles, CA 90017
    Telephone: (213) 262-9333    Facsimile: 
    E-Mail (Optional): jpierce@piercebainbridge.com

I consent to the above substitution.
Date: 01/04/19

_(Signature of Party (s))_

I consent to being substituted.
Date: 01/04/19

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 01/04/19

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: January 9, 2019

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]