UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:18-cv-05945-VC   (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. No. 64 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is scheduled for **October 28, 2019 at 11:00 a.m.**, in Courtroom No. 4, Third Floor, at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.

If all parties, counsel, and other mandatory attendees are **not** available on the above date, counsel shall notify the court in writing **within 2 business days.** The parties should be mindful of any time limits set by the judge to whom the case is assigned. **If written notice is not provided within 2 business days, the settlement conference date as stated above shall remain in effect.**

Parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order dated January 10, 2019. [*See* Docket No. 55.] No later than ten days prior to the further settlement conference, the parties shall submit supplemental Exchanged Settlement Conference Statements and Confidential Settlement Letters. **A hard copy of each** document shall be **LODGED (not filed)** with the U.S. District Court Clerk's Office in **Oakland**, located at 1301 Clay Street, Suite 400S, 4th Floor, Oakland, California 94612. The documents shall be submitted in a sealed envelope addressed to Magistrate Judge Ryu and prominently marked "**FURTHER SETTLEMENT CONFERENCE DOCUMENTS - DO NOT

**FILE."  In addition** to the hard copy version, **an electronic copy** shall be submitted to **DMRsettlement@cand.uscourts.gov.**

    **IT IS SO ORDERED.**

Dated: March 25, 2019

_____
DONNA M. RYU
United States Magistrate Judge