**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
(213) 262-9333

David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
20 West 23rd St Fifth Floor
New York, NY 10010
(212) 484-9866

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Social Technologies LLC,**<br><br>        Plaintiff,<br><br>    v.<br><br>**Apple Inc.**<br><br>        Defendant. | Case No. CV 18-05945-VC<br><br>**DECLARATION OF SAMUEL BONET IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CHRISTOPHER ANTHONY'S MOTION TO INTERVENE** |

I, Samuel Bonet, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am the co-founder and president of Social Technologies LLC ("Social Tech"). I am duly authorized to make this declaration which I submit based on my personal knowledge. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. I was unaware of any app published by Christopher Anthony ("Anthony") until the summer of 2018. At that time, I was made aware of the Facebook page for Anthony's app, "Memoji-Emoji Yourself." A review of that Facebook page showed no activity related to the Anthony app since October 2014. A true and correct copy of the posts from the Memoji-Emoji Yourself Facebook page, last accessed on March 25, 2019, is attached hereto as Exhibit A.

3. Social Tech was in contact with a developer consultant, Justin Grant ("Grant"), who was also in contact with Anthony. Based on the additional information Grant and Anthony provided to me regarding the small number of Anthony app downloads and the lack of updates to the Anthony app, I decided that Anthony held no rights of value to Social Tech and did not make efforts to purchase anything from Anthony.

Executed on March 25, 2019.

_____
Samuel Bonet

President, Social Technologies LLC

## CERTIFICATE OF SERVICE

On March 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

Dated: March 25, 2019          Pierce Bainbridge Beck Price & Hecht LLP

By: */s/ David L. Hecht*
David L. Hecht (*pro hac vice*)
Attorneys for Plaintiff