AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Social Technologies, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-CV-05945-VC |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Social Technologies LLC                                                                                          .

Date:    05/17/2019

_____
*Attorney's signature*

Brian Dunne (SBN#275689)
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

*Address*

bdunne@piercebainbridge.com
*E-mail address*

(213) 262-9333
*Telephone number*

_____
*FAX number*

Print    Save As...    Reset