**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
(213) 262-9333

David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
20 West 23rd St Fifth Floor
New York, NY 10010
(212) 484-9866

Attorneys for Plaintiff

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Social Technologies LLC,** | Case No. CV 18-05945-VC |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| **Apple Inc.** | |
| Defendant. | |

1

## NOTICE OF CHANGE OF ADDRESS

2

3       PLEASE TAKE NOTICE that Attorney John M. Pierce has changed his address for service of

4    notice and documents in the above-captioned action.  The new address of the attorney is as follows:

5                              Pierce Bainbridge Beck Price & Hecht LLP
                                 355 S. Grand Ave. 44th Floor
6                                  Los Angeles, CA 90071
                                     Tel: 213-262-9333
7                          Email:jpierce@piercebainbridge.com

8    Please amend your service list accordingly.

9

10   Dated: May 17, 2019                    **Pierce Bainbridge Beck Price & Hecht LLP**

11

12

13                                   By:   */s/ John M. Pierce*
                                     John M. Pierce
14                                   Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On May 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the

CM/ECF system, which will send a notice of electronic filing to all person registered for ECF.

All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so

served.

Dated: May 17, 2019

_/s/ John M. Pierce_
John M. Pierce