**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
600 Wilshire Boulevard, Suite 500
Los Angeles, California 90017
(213) 262-9333

David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
20 West 23rd St Fifth Floor
New York, NY 10010
(212) 484-9866

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Social Technologies LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Apple Inc.**<br><br>　　　　　Defendant. | Case No. CV 18-05945-VC<br><br>**NOTICE OF CHANGE OF ADDRESS** |

# NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Attorney David L. Hecht has changed his address for service of notice and documents in the above-captioned action. The new address of the attorney is as follows:

Pierce Bainbridge Beck Price & Hecht LLP
277 Park Ave. 45th Floor
New York, NY 10172
Tel: 212-484-9866
Email:dhecht@piercebainbridge.com

Please amend your service list accordingly.

Dated: May 17, 2019               **Pierce Bainbridge Beck Price & Hecht LLP**


By:  */s/ David L. Hecht*
David L. Hecht (*pro hac vice*)
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On May 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all person registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

Dated: May 17, 2019

*/s/ David L. Hecht*
David L. Hecht