UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Social Technologies LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Apple Inc.<br><br>    Defendant. | No. 18-cv-05945-VC (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>AS MODIFIED |

Pursuant to Local Rule 6-2 and this Court's Civil Standing Order, the parties hereby stipulate and request that the Court order that the scheduling order entered on January 8, 2019 (Dkt. No. 53) be modified as follows:

| Event | Previous Deadline | Proposed Deadline | Extension Time |
|---|---|---|---|
| Close of Fact Discovery | June 4, 2019 | July 2, 2019 | 4 weeks |
| Opening Expert Reports | July 2, 2019 | July 31, 2019 | 4 weeks, 1 day |
| Rebuttal Expert Reports | August 9, 2019 | August 30, 2019 | 3 weeks |
| End of Expert Discovery | August 29, 2019 | September 13, 2019 | 2 weeks, 1 day |

– 1 –
**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER**

| Brief 1 | September 13, 2019 | October 3, 2019 | 2 weeks, 6 days |
|---|---|---|---|
| Brief 2 | October 10, 2019 | October 30, 2019 | 2 weeks, 6 days |
| Brief 3 | October 24, 2019 | November 13, 2019 | 2 weeks, 6 days |
| Brief 4 | November 7, 2019 | November 26, 2019 | 2 weeks, 5 days |
| Cross Dispositive Motion Hearing | November 21, 2019 | December 12, 2019 | 3 weeks |
| Final Pretrial Conference | January 27, 2020 | January 27, ~~2019~~ 2020 | None |
| Jury Trial | February 10, 2020 | February 10, ~~2019~~ 2020 | None |

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F. 2d 604 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F. 3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F. 2d at 607).

The parties have not made any previous requests for deadline extensions, and the parties continue to treat the trial date as firm. Further, good cause exists for this extension. The parties prioritized preparation for the settlement conference that took place on March 4, 2019. While the parties did not settle at that time, the parties have been proceeding in discovery. The parties are attempting to schedule several depositions, including fact witnesses and corporate representatives, and to finalize document discovery. Several witnesses are unavailable until the middle or end of June for deposition, and witnesses are located throughout the country. The purpose of the extension is to allow the parties time for depositions, and to adjust subsequent deadlines as necessary to accommodate the extension for completing depositions and document production. The parties agree that there will be no further written discovery requests between the parties. This agreement does not limit the parties' rights to demand the production of documents

– 2 –
**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER**

previously requested but identified during depositions or through document productions as having not been produced or move to compel documents from one another. The parties further agree that they will substantially complete their document productions and produce their respective privilege logs by June 7, 2019.

    For these reasons, the parties ask the Court to extend the discovery, expert, and dispositive motion deadlines as set forth above.

Respectfully submitted,

DATED: May 31, 2019

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

By: */s/ David L. Hecht*
David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, New York 10172
Telephone: (212) 484-9866
*Attorneys for Plaintiff Social Technologies LLC*

DATED: May 31, 2019

KIRKLAND & ELLIS LLP

By: */s/ Diana M. Torres*
Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
*Attorneys for Defendant Apple Inc.*

IT IS SO ORDERED.

Dated: __June 10__, 2019

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE