Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
Yungmoon Chang (S.B.N. 311673)
yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice* pending)
mary.mazzello@kirkland.com
Megan L. McKeown (*pro hac vice* pending)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO.: 3:18-cv-05945-VC<br><br>**NOTICE OF APPEARANCE OF YUNGMOON CHANG** |

PLEASE TAKE NOTICE that Yungmoon Chang of Kirkland & Ellis LLP will hereby appear on behalf of Defendant Apple Inc.  All future pleading and correspondence related to the above-caption matter should be served upon Kirkland & Ellis LLP at the address indicated below:

>Yungmoon Chang (S.B.N. 311673)
>yungmoon.chang@kirkland.com
>KIRKLAND & ELLIS LLP
>333 South Hope Street
>Los Angeles, California 90071
>Telephone: (213) 680-8400

Dated: June 26, 2019 

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Yungmoon Chang*
Yungmoon Chang (S.B.N. 311673)

Attorney for Defendant Apple Inc.

**CERTIFICATE OF SERVICE**

On June 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                             */s/ Yungmoon Chang*
                                               Yungmoon Chang