Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Megan L. McKeown (*pro hac vice*)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

*(Attorneys for Plaintiff Social Technologies LLC listed at end)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br> APPLE INC., a California corporation, <br><br>　　　　　Defendant. | ) CASE NO.: 3:18-cv-05945-VC <br> ) <br> ) <br> ) **JOINT STIPULATION AND [**~~PROPOSED~~**]** <br> ) **ORDER TO MODIFY SCHEDULING** <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Local Rule 6-2 and this Court's Civil Standing Order, the parties hereby stipulate to and request that the Court modify the Scheduling Order, Dkt. 53, and subsequent Order to Modify Scheduling Order, Dkt. 80. "The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F. 2d 604, 607 (9th Cir. 1992) (citations omitted). Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. S. Cal. Edison Co.*, 302 F. 3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F. 2d at 609).

The current close of fact discovery is July 2, 2019. Dkt. 80. Despite the best efforts of the parties, due to the limited availability of eight other deponents and counsel for both parties, the deposition of Mr. Samuel Bonet, the 30(b)(6) representative for Plaintiff Social Technologies LLC, cannot be held until July 3, 2019. The parties stipulate to and request that the Court permit Mr. Bonet's deposition to occur on July 3, 2019, one day after the close of fact discovery.

Additionally, pursuant to the Standing Order for Civil Cases Before Judge Vince Chhabria at ¶ 21, the parties stipulate to and request that the Court allow Defendant Apple Inc. to file any joint letter concerning discovery deficiencies identified during Mr. Bonet's deposition no later than July 10, 2019—seven days following Mr. Bonet's deposition.

The parties have made one previous request for a deadline extension, which the Court granted on May 31, 2019. Dkt. 80. The parties' request does not affect the parties' prior agreement that no further written discovery requests shall be served on one another. No dates other than those specifically identified herein shall be impacted by this request.

For these reasons, the parties ask the Court to permit the July 3, 2019 deposition of Mr. Bonet, and the subsequent filing of any joint letter identifying discovery deficiencies arising from his

testimony by July 10, 2019.

Dated: June 24, 2019                                    Respectfully submitted,

                                                        KIRKLAND & ELLIS LLP

                                                        */s/ Dale M. Cendali*
                                                        Dale M. Cendali (S.B.N. 1969070)
                                                        601 Lexington Avenue
                                                        New York, New York 10022
                                                        Attorney for Defendant Apple Inc.


                                                        PIERCE BAINBRIDGE BECK
                                                        PRICE & HECHT LLP

                                                        */s/ David L. Hecht*
                                                        David L. Hecht (admitted *pro hac vice*)
                                                        dhecht@piercebainbridge.com
                                                        277 Park Avenue, 45th Floor
                                                        New York, New York 10172
                                                        Attorney for Plaintiff Social
                                                        Technologies LLC


**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from David L. Hecht.

                                                By:     */s/ Dale M. Cendali*
                                                        Dale M. Cendali


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __June 27__, 2019

                                                        _____
                                                        HON. VINCE CHHABRIA
                                                        UNITED STATES DISTRICT JUDGE