**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Brian J. Dunne (SBN 275689)
bdunne@piercebainbridge.com
355 S. Grand Ave 44th Floor
Los Angeles, California 90071
Telephone: (213) 262-9333

David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
Melody L. McGowin (admitted *pro hac vice*)
mmcgowin@piercebainbridge.com
277 Park Ave. 45th Floor
New York, New York 10172
Telephone: (212) 484-9866
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Social Technologies LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Apple Inc.<br><br>  Defendant. | No. 18-cv-05945-VC (SK) |

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Social Technologies LLC hereby supplements its Certificate of Interested Parties and Corporate Disclosure Statement (Dkt. 20) as follows: Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i)

– 1 –

have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Christopher Anthony

Dated: July 2, 2019

/s/ *David L. Hecht*
John M. Pierce (S.B.N. 264703)
jpierce@piercebainbridge.com
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
355 S. Grand Ave 44th Floor
Los Angeles, California 90071
Telephone: (213) 262-9333

David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
277 Park Ave. 45th Floor
New York, New York 10172
Telephone: (212) 484-9866
*Attorneys for Plaintiff*

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

# CERTIFICATE OF SERVICE

On July 2, 2019, I caused a copy of the foregoing **SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** to be served via ECF to:

**COUNSEL FOR DEFENDANT:**

Dale Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
dale.cendali@kirkland.com

Mary Mazzello
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
212-446-4900 (fax)
mary.mazzello@kirkland.com

Megan Leigh McKeown
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
212-446-4900 (fax)
megan.mckeown@kirkland.com

Lauren J. Schweitzer
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8252
lauren.schweitzer@kirkland.com

Diana Marie Torres
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8400
213-680-8500 (fax)
diana.torres@kirkland.com

Dated: July 2, 2019

*/s/ Melody McGowin*
Melody McGowin

– 3 –

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**