UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 18-cv-05945-VC  (SK)<br><br>**ORDER REGARDING JOINT LETTER DISCOVERY BRIEF**<br><br>Regarding Docket Nos. 87, 88 |

The parties dispute the process by which they can or cannot submit a joint letter brief for a discovery dispute. The Court ORDERS as follows:

Plaintiffs shall submit their portion of the letter brief by July 11, 2019. This letter brief shall not exceed four pages.

Defendant shall submit its portion of the letter brief by July 15, 2019. This letter brief shall not exceed six pages.

The Court will rule on the threshold issue of whether Plaintiff's letter brief is timely and whether the parties complied with the Local Rules after receipt of those letter briefs.

**IT IS SO ORDERED**.

Dated: July 10, 2019

_Sallie Kim_____
SALLIE KIM
United States Magistrate Judge