Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
Yungmoon Chang (S.B.N. 311673)
Yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Megan L. McKeown (*pro hac vice*)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

*(Attorneys for Plaintiff Social Technologies LLC listed at end)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>APPLE INC., a California corporation,<br><br>   Defendant. | CASE NO.: 3:18-cv-05945-VC (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DISCOVERY DISPUTE LETTERS** |

WHEREAS, on July 10, 2019, the Court ordered Plaintiff Social Technologies LLC ("Social Tech") to submit its portion of its joint letter brief regarding its discovery disputes with Defendant Apple Inc. ("Apple") by July 11, 2019 with a page length not to exceed four pages (Dkt. 89);

WHEREAS, the Court further ordered Apple to submit its portion of Social Tech's letter brief by July 15, 2019 with a page length not to exceed six pages (Dkt. 89);

WHEREAS, the parties agree that it would be appropriate to adopt the same briefing schedule for the discovery disputes Apple intended to raise with the Court via joint letter on July 10, 2019 regarding Social Tech as the Court adopted for Social Tech's discovery dispute with Apple;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

1. Apple shall submit its portion of its letter brief by July 11, 2019. This letter brief shall not exceed four pages.
2. Social Tech shall submit its portion of Apple's letter brief by July 15, 2019. This letter brief shall not exceed six pages.
3. By entering into this stipulation with Apple, Social Tech does not waive any argument regarding whether Apple's discovery dispute is timely that Social Tech intended to raise with the Court via the joint letter Apple planned to file on July 10, 2019.

Dated: July 10, 2019                                  Respectfully submitted,

                                                      KIRKLAND & ELLIS LLP

                                                      */s/ Dale M. Cendali*
                                                      Dale M. Cendali (S.B.N. 1969070)
                                                      601 Lexington Avenue
                                                      New York, New York 10022
                                                      Attorney for Defendant Apple Inc.


                                                      PIERCE BAINBRIDGE BECK
                                                      PRICE & HECHT LLP

                                                      */s/ David L. Hecht*
                                                      David L. Hecht (admitted *pro hac vice*)
                                                      dhecht@piercebainbridge.com
                                                      277 Park Avenue, 45th Floor
                                                      New York, New York 10172
                                                      Attorney for Plaintiff Social
                                                      Technologies LLC


**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from David L. Hecht.

                                              By:     */s/ Dale M. Cendali*
                                                      Dale M. Cendali


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __July 11__, 2019

                                                      *[signature: Sallie Kim]*
                                                      SALLIE KIM
                                                      United States Magistrate Judge

**JOINT STIPULATION AND [PROPOSED]**                                          **CASE NO. 3:18-cv-05945-VC (SK)**
**ORDER RE BRIEFING SCHEDULE FOR DISCOVERY**
**DISPUTE LETTERS**

## CERTIFICATE OF SERVICE

On July 10, 2019 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                                      */s/ Dale M. Cendali*
                                                        Dale M. Cendali