**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Brian Dunne (SBN 275689)
bdunne@piercebainbridge.com
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
(213) 262-9333
David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
Melody McGowin (*pro hac vice*)
mmcgowin@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, NY 10172
(212) 484-9866

*Attorneys for Plaintiff*

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Social Technologies LLC,**

Plaintiff,

v.

**Apple Inc.,**

Defendant.

Case No. CV 18-05945-VC-SK

**PLAINTIFF SOCIAL TECHNOLOGIES LLC'S CERTIFICATION OF MEET AND CONFER REQUIREMENTS**

**Trial Date:** February 10, 2020

Pursuant to the Standing Order for Magistrate Judge Kim, Plaintiff Social Technologies LLC attests that it has complied with Section 9 of the Northern District's Guidelines for Professional Conduct and that its lead trial counsel met and conferred with counsel for Defendant Apple, Inc. telephonically on July 2, 2019.

Dated: July 11, 2019

Respectfully Submitted,

*/s/ David L. Hecht*

David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, NY 10172
(212) 484-9866

*Attorneys for Plaintiff Social Technologies LLC*

## CERTIFICATE OF SERVICE

On July 11, 2019, I caused a copy of the foregoing **CERTIFICATION OF DAVID L. HECHT IN SUPPORT OF PLAINTIFF SOCIAL TECHNOLOGIES LLC'S DISCOVERY LETTER MOTION** to be served via ECF to:

**COUNSEL FOR DEFENDANT:**

Dale Cendali
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
dale.cendali@kirkland.com

Mary Mazzello
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
212-446-4900 (fax)
mary.mazzello@kirkland.com

Megan Leigh McKeown
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800
212-446-4900 (fax)
megan.mckeown@kirkland.com

Lauren J. Schweitzer
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8252
lauren.schweitzer@kirkland.com

Diana Marie Torres
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
213-680-8400
213-680-8500 (fax)
diana.torres@kirkland.com

Dated: July 11, 2019

*/s/ Melody McGowin*
Melody McGowin