Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
Yungmoon Chang (S.B.N. 311673)
Yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (pro hac vice)
mary.mazzello@kirkland.com
Megan L. McKeown (pro hac vice)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | ) CASE NO.: 3:18-cv-05945-VC (SK)<br>)<br>)<br>) **DECLARATION OF DIANA M. TORRES IN**<br>) **SUPPORT OF SOCIAL TECH'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL (DKT. NO. 103)**<br>)<br>)<br>)<br>)<br>) |

Declaration of Diana M. Torres                                    CASE NO. 3:18-cv-05945-VC (SK)
ISO Social Tech's Administrative Motion to
File Under Seal (Dkt. No. 103)

I, Diana M. Torres, declare as follows:

1.      I am a member in good standing of the State Bar of California and am a partner at Kirkland & Ellis LLP, located at 333 South Hope Street, Los Angeles, California 90071.

2.      I am counsel of record for Defendant Apple Inc. ("Apple").  I make this declaration pursuant to Civil Local Rule 79-5(e) in support of Social Tech's Administrative Motion to File Under Seal (Dkt. No. 103) relating to portions of Exhibit A (Dkt. No. 103-2) filed under seal in connection with the August 6, 2019 Letter from David Hecht regarding Social Tech's and Apple's discovery disputes (Dkt. No. 101) ("Social Tech's August 6, 2019 Letter").[1]

3.      I have personal knowledge of the facts set forth herein, and if called to testify as a witness, could and would do so competently under oath.

4.      Social Tech's August 6, 2019 Letter is non-dispositive.  Non-dispositive filings and materials, including Social Tech's August 6, 2019 Letter and the supporting Exhibit A filed thereto, may be sealed so long as the designating party makes a "particularized showing" under the "good cause" standard of Rule 26(c).  *See Apple Inc. v. Samsung Elecs. Co*., 727 F.3d 1214, 1222 (Fed. Cir. 2013) (applying Ninth Circuit law).  The Local Rules for the Northern District of California require the designating party to further establish that "the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law."  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id*.

5.      I have reviewed Social Tech's August 6, 2019 Letter and the supporting Exhibit A filed thereto and confirm that Exhibit A includes information that is confidential to Apple.  There is good cause to seal the redacted portions of Exhibit A as described below:

---

[1]      Social Tech originally filed an incorrect public version of Exhibit A that contained insufficient redactions revealing material that Apple had identified for Social Tech as confidential.  *See* Ex. A, Dkt. No. 101-1.  Social Tech moved to remove the incorrectly filed document, Dkt. No. 104, and filed a corrected public redacted version of the exhibit with the appropriate redactions at Dkt. No. 102.

Declaration of Diana M. Torres                                                  CASE NO. 3:18-cv-05945-VC (SK)
ISO Social Tech's Administrative Motion to
File Under Seal (Dkt. No. 103)

| Social Tech's August 6, 2019 Letter | |
|---|---|
| **Location of Redacted Information** | **Basis for Request to File Under Seal** |
| Exhibit A (Dkt. No. 103-2) | Civil L.R. 79-5(d)<br><br>The redacted portions of Exhibit A indicated with yellow highlights include, and make reference to, non-public information concerning: (i) Apple's system for identifying its users, (ii) a mechanism Apple uses to ensure that apps on the App Store comply with Apple's App Store Review Guidelines, (iii) a procedure Apple used to make its App Store platform more appealing to users and more competitive; (iv) an effort Apple undertook to assess aspects of iOS 12, (v) the media on which Apple maintains certain historical information regarding apps on the App Store, and (vi) another name Apple considered for its Memoji software feature.<br><br>The redacted information contains highly confidential information reflecting significant investment of financial and technical resources and Apple's trade secrets, and could threaten Apple with competitive harm if publicly disseminated.  Apple's request to redact portions of Exhibit A is narrowly tailored in order to protect its confidential information. |

6.      Exhibit A contains highly confidential information and testimony regarding Apple's investment of financial and technical resources, which constitute good cause to file these materials under seal.  *See, e.g.*, *U.S. Ethernet Innovations, LLC v. Acer, Inc.*, No. 10 Civ. 3724, 2014 WL 6664621, at *1 (N.D. Cal. Nov. 24, 2014) (granting motion to seal documents under higher "compelling reasons" standard with redactions limited to confidential technical, sales, and financial information).  Public disclosure of this information could cause Apple competitive and financial harm.

7.      Apple's redactions are narrowly tailored and limited to portions containing confidential Apple information.  Therefore, Apple requests that the Court grant Social Tech's motion to seal the language proposed for redaction in Exhibit A.

8.      Exhibit A has not been the subject of a previous request to file under seal.

9.      I declare under penalty of perjury that the foregoing is true and correct.


DATED:  August 12, 2019                          Respectfully submitted,

                                                 */s/ Diana M. Torres*
                                                 Diana M. Torres (S.B.N. 162284)
                                                 diana.torres@kirkland.com
                                                 KIRKLAND & ELLIS LLP
                                                 333 South Hope Street
                                                 Los Angeles, California 90071
                                                 Telephone: (213) 680-8400

                                                 Attorney for Defendant Apple Inc.

1

## **CERTIFICATE OF SERVICE**

2

On August 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using

3

CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All

4

copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

5

6                                             */s/ Diana M. Torres*
                                              Diana M. Torres

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Diana M. Torres                     CASE NO. 3:18-cv-05945-VC (SK)
ISO Social Tech's Administrative Motion to
File Under Seal (Dkt. No. 103)