UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Social Technologies LLC,

    Plaintiff,

v.

Apple Inc.

    Defendant.

No. 18-cv-05945-VC (SK)

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

Pursuant to Local Rule 6-2 and this Court's Civil Standing Order, the parties hereby stipulate and request that the Court order that the scheduling order entered on June 10, 2019 (Dkt. No. 82) be modified as follows to allow additional time for rebuttal expert report and expert discovery:

| Event | Previous Deadline | Proposed Deadline | Extension Time |
| --- | --- | --- | --- |
| Rebuttal Expert Reports Due | August 30, 2019 | September 6, 2019 | 1 week |
| End of Expert Discovery | September 13, 2019 | September 20, 2019 | 1 week |
| Brief 1 | October 3, 2019 | October 3, 2019 | None |
| Brief 2 | October 30, 2019 | October 30, 2019 | None |

– 1 –
**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER**

| Brief 3 | November 13, 2019 | November 13, 2019 | None |
|---|---|---|---|
| Brief 4 | November 26, 2019 | November 26, 2019 | None |
| Cross Dispositive Motion Hearing | December 12, 2019 | December 12, 2019 | None |
| Final Pretrial Conference | January 27, 2020 | January 27, 2020 | None |
| Jury Trial | February 10, 2020 | February 10, 2020 | None |

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F. 2d 604 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F. 3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F. 2d at 607).

The parties have made one previous request for general deadline extensions, and one additional request to extend discovery for one deposition, and the parties continue to treat the trial date and all other deadlines as firm. Further, good cause exists for this extension. One of plaintiff's experts has a conflict during the first two weeks of September and cannot be deposed until the third week of September.

For these reasons, the parties ask the Court to extend the expert discovery deadline as set forth above.

– 2 –
**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER**

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: August 28, 2019 | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP |

By: */s/ David L. Hecht*
    David L. Hecht (admitted *pro hac vice*)
    dhecht@piercebainbridge.com
    277 Park Avenue, 45th Floor
    New York, New York 10172
    Telephone: (212) 484-9866
    *Attorneys for Plaintiff Social Technologies LLC*

DATED: August 28, 2019    KIRKLAND & ELLIS LLP

By: */s/ Dale Cendali*
    Dale M. Cendali (S.B.N. 1969070)
    601 Lexington Avenue
    New York, New York 10022
    *Attorney for Defendant Apple Inc.*

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Dale Cendali.

By: */s/ David L. Hecht*
    David L. Hecht

IT IS SO ORDERED.

Dated: _____, 2019

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

– 3 –
**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER**

**CERTIFICATE OF SERVICE**

On August 28, 2019 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

By: <i>/s/ David L. Hecht</i><br>David L. Hecht

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER**