| | |
|---|---|
| 1 | Diana M. Torres (S.B.N. 162284) |
| 2 | diana.torres@kirkland.com |
|   | Lauren J. Schweitzer (S.B.N. 301654) |
| 3 | lauren.schweitzer@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 4 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 5 | Telephone: (213) 680-8400 |
| 6 | |
|   | Dale M. Cendali (S.B.N. 1969070) |
| 7 | dale.cendali@kirkland.com |
|   | Mary Mazzello (pro hac vice) |
| 8 | mary.mazzello@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 9 | 601 Lexington Avenue |
|   | New York, New York 10022 |
| 10 | Telephone: (212) 446-4800 |
| 11 | Attorneys for Defendant Apple Inc. |
| 12 | Megan L. McKeown (pro hac vice) |
|   | megan.mckeown@kirkland.com |
| 13 | KIRKLAND & ELLIS LLP |
|   | 609 Main Street |
| 14 | Houston, TX 77002 |
| 15 | Telephone: (713) 836-3499 |
|   | Facsimile: (713) 836-3601 |
| 16 | |
| 17 | Attorneys for Defendant Apple Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, | CASE NO.: 3:18-cv-05945-VC |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| APPLE INC., a California corporation, | |
| Defendant. | |

The undersigned attorney for Defendant Apple Inc. ("Apple") files this Notice of Change of Address and requests that the Court's docket in the above-captioned case be updated accordingly. All future correspondence, service of pleadings, and other documents submitted in hard copy for the undersigned attorney should be directed to the address listed below. The addresses of Apple's other attorneys remain unchanged.

>Megan L. McKeown
>KIRKLAND & ELLIS LLP
>609 Main Street
>Houston, TX 77002
>Telephone: (713) 836-3499
>Facsimile: (713) 836-3601
>Email: megan.mckeown@kirkland.com

DATED: September 13, 2019                Respectfully submitted,

>*/s/ Megan L. McKeown*
>Megan L. McKeown (admitted *pro hac vice*)
>KIRKLAND & ELLIS LLP
>609 Main Street
>Houston, TX 77002
>Telephone: (713) 836-3499
>Facsimile: (713) 836-3601
>megan.mckeown@kirkland.com
>
>*Attorney for Defendant Apple Inc.*