**Pierce Bainbridge Beck Price & Hecht LLP**
John M. Pierce (SBN 250443)
jpierce@piercebainbridge.com
Brian Dunne (SBN 275689)
bdunne@piercebainbridge.com
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
(213) 262-9333

David L. Hecht (*pro hac vice*)
dhecht@piercebainbridge.com
Melody McGowin (*pro hac vice*)
mmcgowin@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, NY 10172
(212) 484-9866

Attorneys for Plaintiff Social Technologies LLC

*(Attorneys for Defendant Apple Inc. listed at end)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO.: 3:18-cv-05945-VC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER** |

Pursuant to Local Rule 6-2 and this Court's Civil Standing Order, the parties hereby stipulate and request that the Court modify the Scheduling Order, Dkt. 53, Order as Modified to Modify Scheduling Order, Dkt. 82, and subsequent Order granting Stipulation to Modify Scheduling Order, Dkt. 111. "The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F. 2d 604, 607 (9th Cir. 1992) (citations omitted). Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. S. Cal. Edison Co.*, 302 F. 3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F. 2d at 609).

Pursuant to the parties' previous stipulation and this Court's order, the current close of expert discovery is September 20, 2019. Dkt. 111. Despite the best efforts of the parties, due to the short expert deposition schedule, the location of Apple's rebuttal experts in California, and limited availability of Plaintiff's counsel to take depositions in California while taking and defending previously scheduled expert depositions in New York before the expert discovery cut-off, the depositions of two of Apple Inc.'s rebuttal experts, Mr. Itamar Simonson and Mr. Garry Kitchen, whose identities and locations were disclosed on the rebuttal expert report deadline, September 6, 2019, cannot be held until October 8, 2019 and October 11, 2019, respectively. The parties stipulate and request that the Court permit the deposition of Mr. Simonson on October 8 and the deposition of Mr. Kitchen on October 11.

No dates other than those specifically identified herein shall be impacted by this request, including the October 3, 2019 deadline for Plaintiff to file Brief 1 of the dispositive briefing schedule.

For these reasons, the parties ask the Court to permit the October 8, 2019 deposition of Mr. Simonson and the October 11, 2019 deposition of Mr. Kitchen.

| | |
|---|---|
| Dated: September 16, 2019 | Respectfully submitted,<br><br>PIERCE BAINBRIDGE BECK<br>PRICE & HECHT LLP<br><br>*/s/ David L. Hecht*<br>David L. Hecht (admitted *pro hac vice*)<br>dhecht@piercebainbridge.com<br>277 Park Avenue, 45th Floor<br>New York, New York 10172<br>Attorney for Plaintiff Social<br>Technologies LLC<br><br>KIRKLAND & ELLIS LLP<br><br>*/s/ Dale M. Cendali*<br>Dale M. Cendali (S.B.N. 1969070)<br>601 Lexington Avenue<br>New York, New York 10022<br>Attorney for Defendant Apple Inc. |

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Dale M. Cendali.

By:    */s/ David L. Hecht*
            David L. Hecht

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2019

                                                    HON. VINCE CHHABRIA
                                                    UNITED STATES DISTRICT JUDGE

2

**JOINT STIPULATION AND [PROPOSED]**
**ORDER TO MODIFY SCHEDULING ORDER**                              **CASE NO. 3:18-cv-05945-VC**

## **CERTIFICATE OF SERVICE**

On September 16, 2019 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ David L. Hecht*
David L. Hecht