**VIA ECF AND FEDERAL EXPRESS**

October 17, 2019

Magistrate Judge Donna M. Ryu
Oakland Courthouse, Courtroom 4
1301 Clay Street
Oakland, CA 94612

      *Re: Social Technologies LLC v. Apple Inc.*, No. 18-cv-05945 (N.D. Cal.) Settlement Conference

Dear Hon. Judge Ryu,

We write jointly on behalf of the parties to the above-referenced action regarding the settlement conference presently scheduled before Your Honor on October 28, 2019.  Dkt. No. 81.  The parties have discussed the potential of settlement but are presently at an impasse.  The parties believe that it would be efficient to wait to re-engage in settlement talks after the summary judgment motions are fully briefed and argued.  Therefore, the parties jointly request that the settlement conference presently scheduled for October 28, 2019 be removed from the calendar with the potential for a future settlement conference to be scheduled after summary judgment is fully briefed and argued.

Sincerely,

| | |
|---|---|
| */s/ David L. Hecht* | */s/ Dale M. Cendali* |
| David L. Hecht (admitted *pro hac vice*) | Dale M. Cendali (S.B.N. 1969070) |
| PIERCE BAINBRIDGE BECK PRICE & HECHT LLP | KIRKLAND & ELLIS LLP |
| dhecht@piercebainbridge.com | dale.cendali@kirkland.com |
| 277 Park Avenue, 45th Floor | 601 Lexington Avenue |
| New York, New York 10172 | New York, New York 10022 |
| | |
| *Attorney for Plaintiff Social Technologies LLC* | *Attorney for Defendant Apple Inc.* |