AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Social Technologies, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-CV-5945-VC |
| Apple, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Social Technologies, LLC.

Date:   10/28/2019

/s/ Kathryn Lee Boyd
*Attorney's signature*

Kathryn Lee Boyd (SBN#189496)
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
355 S. Grand Ave. 44th Floor
Los Angeles, CA 90071
*Address*

lboyd@piercebainbridge.com
*E-mail address*

(213) 262-9333
*Telephone number*

(213) 279-2008
*FAX number*