Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (pro hac vice)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Megan L. McKeown (pro hac vice)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3499

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO.: 3:18-cv-05945-VC<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rules 79-5 and 7-11 and Judge Vince Chhabria's Civil Standing Order, Defendant Apple Inc. ("Apple"), hereby brings this administrative motion for an order to seal ("Apple's Motion to Seal") certain portions of Apple's Motion for Summary Judgment ("Apple's Motion") and certain Exhibits submitted thereto.  In particular, certain portions of Apple's Motion and accompanying Exhibits contain information that is confidential to Apple, or that Plaintiff Social Technologies LLC ("Social Tech") or third-parties Google and/or FlexDev have designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" pursuant to the Protective Order (Dkt. No. 74).

As to information designated for redaction by Apple, Apple's request is narrowly tailored to seal only information that would create a substantial risk of harm if publicly disclosed.  Apple respectfully requests that the Court grant Apple's request to file the documents described below under seal.

| Location of Redacted Information | Entirety or Redacted | Basis for Request to File Under Seal |
|---|---|---|
| Apple's Motion for Summary Judgment | Redacted | 79-5(d).  Deposition Exhibit 130 contains a chart that Apple produced containing non-public information concerning the total number of apps on the App Store, total number of app downloads on the App Store, the average number of downloads of apps on the App Store, and the number of App Store accounts for each year from 2014–2018.  Dr. Ghose's report includes information from this chart and compares the data in this chart to public download data for Lucky Bunny's app.  The redacted portions of Apple's Motion similarly compare Lucky Bunny's performance to this non-public information concerning the performance of an average app.  Based on this comparison, the public could derive information about the performance of the average app.

This data is highly confidential, non-public information that, if released, could cause significant competitive harm to Apple.  For example, Apple's competitors could use this information to assess how their application platforms are performing compared to Apple's.  The information also could impact developers' decisions regarding whether to release their apps |
| **Torres Ex. 13 -** Deposition Exhibit 130 | Entirety | |
| **Ghose Ex. 1** - Ghose Opening Expert Report | Redacted | |

| | | |
|---|---|---|
| | | on Apple's platform and/or impact public perceptions of Apple's App Store. Apple's request is narrowly tailored in order to protect this confidential information. Apple respectfully requests that Deposition Exhibit 130, the redacted portions of its Motion, and the redacted portion of Dr. Ghose's opening expert report be sealed. |
| **Torres Ex. 9** - Knight Deposition Excerpt<br><br>**Torres Ex. 10** - La Perle Deposition Excerpt | Redacted | 79-5(d). The redacted portions of these deposition excerpts indicated with yellow highlighting discuss non-public information relating to (i) the timing concerning Apple's consideration of the Memoji name for its Memoji software feature and (ii) the alternate name that Apple considered for the Memoji software feature.<br><br>The document contains highly confidential information, and would threaten Apple with competitive harm if publicly disseminated, as it would reveal confidential information concerning Apple's product naming process and a specific name that Apple considered for its product and may want to use in the future and, thus, would not want others to know. Apple's request is narrowly tailored in order to protect its confidential information. Apple thus respectfully requests that the redacted portions of these exhibits be sealed. |
| **Torres Ex. 21 -** Deposition Exhibit 101 (APL-STECH_00000867) | Redacted | 79-5(d). This document is a commercial agreement involving MemoFun Apps LLC (an Apple-formed entity) and Lucky Bunny LLC and Big 3 Ent LLC (collectively "Lucky Bunny") regarding the acquisition of Lucky Bunny's trademark rights. The redacted portion of this document indicated with yellow highlighting discloses the confidential purchase price for the MEMOJI acquisition. Disclosure of the purchase price would put Apple at a disadvantage in future negotiations of similar agreements.<br><br>Apple's request is narrowly tailored in order to protect its confidential information. Apple respectfully requests that the redacted portion of this exhibit be sealed. |
| **Torres Ex. 39 -** Deposition Exhibit 129 (APL -STECH 00001335) | Entirety | 79-5(d). This document is a non-public spreadsheet that Apple produced regarding the number of downloads and in app purchases made each year and month with respect to third party Christopher Anthony's mobile app. The difference between columns J and K of the spreadsheet identify Apple's earning from in app purchases of Anthony's app and thus disclose Apple's confidential financial information. |

| | | Moreover, this document may also contain information that Mr. Anthony considers confidential but that he has not yet had an opportunity to review and designate.<br><br>Apple's request is narrowly tailored in order to protect its and Mr. Anthony's confidential information. Apple respectfully requests that this exhibit be sealed in its entirety. |
|---|---|---|

For information and documents designated under the Protective Order by Social Tech, FlexDev, or Google, Apple files this Motion to Seal to afford them the opportunity to defend their confidentiality designations as provided by Civil Local Rules 79-5(e) and as contemplated by the Protective Order entered by Judge Sallie Kim in this matter. *See* Dkt. No. 74. This information is:

- The portions of Apple's Motion indicated in green highlighting. Redactions indicated with green highlighting appearing on pages 1–2 and 12 of Apple's Motion derive from a document designated confidential by Social Tech. Redactions indicated with green highlighting appearing on pages 9, 13, and 23 derive from a document designated by Google. Redactions indicated with green highlighting on page 23 derive from a document designated by FlexDev.

- **Torres Exhibit 1**, SocialTech_0000796, which Social Tech designated as confidential in its entirety.

- **Torres Exhibit 4**, excerpts from the deposition of Samuel Bonet, portions of which Social Tech designated as confidential.

- **Torres Exhibit 29**, FlexDevGrant_0543, which FlexDev designated as confidential in its entirety.

- **Torres Exhibit 35**, GOOG-MEMO-00000009, which Google designated as confidential in its entirety.

- **Torres Exhibit 54**, FlexDevGrant_0067, which FlexDev designated as confidential in its entirety.

Pursuant to Civil Local Rules 79-5(d), this motion is accompanied by the following documents:

- Declaration of Dale Cendali in support of Apple's Motion to Seal;

- A proposed order;

- Redacted version of Apple's Motion;

- Filed under seal, an unredacted version of Apple's Motion;

- Redacted versions of relevant Exhibits are attached to the Declarations of Diana Torres and Anindya Ghose in Support of Apple Inc.'s Motion for Summary Judgment; and
- Filed under seal, unredacted versions of relevant Exhibits are attached to the Declaration of Dale Cendali in Support of Apple's Motion to Seal.

DATED: October 30, 2019                    Respectfully submitted,

                                           */s/ Dale Cendali*
                                           Dale M. Cendali (S.B.N. 1969070)
                                           dale.cendali@kirkland.com
                                           KIRKLAND & ELLIS LLP
                                           601 Lexington Avenue
                                           New York, New York 10022
                                           Telephone: (212) 446-4800

                                           Attorney for Defendant Apple Inc.