Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (admitted *pro hac vice*)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Megan L. McKeown (admitted *pro hac vice*)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3499

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | ) CASE NO.: 3:18-cv-05945-VC<br>)<br>) Hon. Vince Chhabria<br>)<br>) **DECLARATION OF DIANA M. TORRES IN**<br>) **SUPPORT OF APPLE INC.'S MOTION FOR**<br>) **SUMMARY JUDGMENT AND IN**<br>) **OPPOSITION TO SOCIAL**<br>) **TECHNOLOGIES LLC'S MOTION FOR**<br>) **SUMMARY JUDGMENT**<br>) |

---

**TORRES DECLARATION ISO SUMMARY JUDGMENT**                            **CASE NO. 3:18-cv-05945-VC**

I, Diana M. Torres, declare as follows:

1. I am a partner at Kirkland & Ellis LLP. I represent Defendant Apple Inc. ("Apple") in this action. I submit this declaration in support of Apple Inc.'s Motion of Summary Judgment.

2. I have personal knowledge of all facts stated in this declaration.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain among Social Technologies LLC ("Social Tech") and I. FlexDev ("FlexDev") personnel Justin Grant ("Grant") and Idrees Ashraf ("Ashraf") with subject line Memoji Translations, dated from July 6 to July 14, 2018, produced as SocialTech_0000796 through SocialTech_0000799, and used as Exhibit 80 to the June 12, 2019 deposition of Grant.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain among Social Tech., Grant, and Ashraf with subject line MEMOJI | Stage 1, dated from June 7 to June 18, 2018, produced as SocialTech_0000752 through SocialTech_0000758, and used as Exhibit 75 to the June 12, 2019 deposition of Grant.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the file wrapper for Serial No. 86/961,925, MEMOJI, produced as APL-STECH_00000165 through APL-STECH_00000286, and used as Exhibit 227 to the July 3, 2019 deposition of Samuel Bonet ("Bonet").

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the July 3, 2019 deposition of Bonet.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the homepage for thememojiapp.com as of Dec. 20, 2014, produced as APL-STECH_00000023 through APL-STECH_00000025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Apple's Responses and Objections to Social Tech's First Set of Interrogatories, dated March 18, 2019.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Apple Webpage titled "Use Memoji on your iPhone X or iPad Pro" as of September 19, 2019, produced as SocialTech_0001279 through SocialTech_0001282.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a compendium of publicly available articles describing Apple's Memoji software feature.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the June 21, 2019 deposition of Kurt Knight ("Knight").

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the transcript of the June 18, 2019 deposition of Thomas R. La Perle ("La Perle").

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the June 8, 2019 deposition of Cameron Ehrlich ("Ehrlich").

14. Attached hereto as **Exhibit 12** is a true and correct copy of the spreadsheet titled "Total number of downloads by year and state," with last download date of July 18, 2018, which was used as Exhibit 119 to the June 20, 2019 deposition of Michael Jaynes ("Jaynes").

15. Attached hereto as **Exhibit 13** is a true and correct copy of the spreadsheet which was used as Exhibit 130 to the June 20, 2019 deposition of Jaynes.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Lucky Bunny's press kit for its app, produced as LB000339 through LB000342.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a compendium of social media posts from celebrities and other endorsers relating to Lucky Bunny's MEMOJI App.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a video clip of *The Ellen DeGeneres Show*, produced as APL-STECH_00006230.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an audio clip of *The Howard Stern Show*, produced as APL-STECH_00006225.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a compendium of promotional materials from national press sources relating to Lucky Bunny's MEMOJI App.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the file wrapper for Serial No. 86/438,926, MEMOJI, produced as APL-STECH_00000138 through APL-STECH_00000164.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the file wrapper for Serial No. 87/397,135, MEMOJI, produced as APL-STECH_00000287 through APL-STECH_00000382.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Trademark Agreement between Lucky Bunny LLC, Big 3 Ent, LLC and Memofun Apps LLC, dated May 31, 2018, produced as APL-STECH_00000867 through APL-STECH_00000876, and used as Exhibit 101 to the June 18, 2019 deposition of La Perle.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the Trademark Assignment between Memofun Apps LLC and Apple Inc., dated June 4, 2018, produced as APL-STECH_00000855, and used as Exhibit 107 to the June 18, 2019 deposition of La Perle.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Apple Press Release titled "Apple previews iOS 12" and produced as APL-STECH_00000578 through APL-STECH_00000591.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the Apple Press Release titled "Apple previews iOS 13," dated August 2, 2019, and used as Exhibit 335 to the September 20, 2019 deposition of Dr. Anindya Ghose ("Ghose").

27. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the transcript of the June 11, 2019 deposition of Robert Long ("Long").

28. Attached hereto as **Exhibit 26** is a true and correct copy of Plaintiff's Objections and Responses to Defendant's Second Set of Interrogatories, dated May 10, 2019.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Social Tech's LinkedIn Page, preserved Oct. 1, 2018, produced as APL-STECH_00000512 through APL-STECH_00000513, and used as Exhibit 235 to the July 3, 2019 deposition of Bonet.

30. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the June 12, 2019 deposition of Grant.

31. Attached hereto as **Exhibit 29** is a true and correct copy of an email from Grant to Social Tech with subject line Payment, dated Dec. 9, 2018, produced as FlexDevGrant_0543 through FlexDevGrant_0546, and used as Exhibit 72 to the June 12, 2019 deposition of Grant.

32. Attached hereto as **Exhibit 30** is a true and correct copy of an email from Social Tech to Ashraf and Grant with subject line MEMOJI | Stage 1, dated June 7, 2018, and produced as SocialTech_0000774.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a letter from Gregori Mavronicolas ("Mavronicolas") to La Perle with subject line "MEMOJI" Trademark, dated June 13, 2018.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a letter from Glenn Gunderson ("Gunderson") to Mavronicolas with subject line MEMOJI trademark - Apple / Social Technologies, dated June 14, 2018.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a letter from Mavronicolas to Gunderson with subject line "MEMOJI" Trademark, dated June 22, 2018.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the Apple Press Release titled "Highlights from WWDC 2018," dated June 4, 2019, and produced as APL-STECH_00000461 through APL-STECH_00000466.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a Google report with subject line "Install Counts" for Social Tech's MEMOJI app, produced as GOOG-MEMO-00000009.

38. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from the transcript of the June 25, 2019 deposition of Christopher Anthony ("Anthony").

39. Attached hereto as **Exhibit 37** is a true and correct copy of the log concerning the status and availability of Mr. Anthony's app, which used the word "Memoji," produced as APL-STECH_00012764 through APL-STECH_00012766, and used as Exhibit 215 to the June 27, 2019 deposition of Stoney Gamble ("Gamble").

40. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the transcript of the June 27, 2019 deposition of Gamble.

41.     Attached hereto as **Exhibit 39** is a true and correct copy of the spreadsheet produced as APL-STECH_00001335 through APL-STECH_00001337, and used as Exhibit 129 to the June 20, 2019 deposition of Jaynes.

42.     Attached hereto as **Exhibit 40** is a true and correct copy of excerpts from the transcript of the June 20, 2019 deposition of Jaynes.

43.     Attached hereto as **Exhibit 41** is a true and correct copy of the Trademark Agreement between Christopher Anthony and Social Technologies LLC dated May 13, 2019, produced as SocialTech_0000870 through SocialTech_0000886, and used as Exhibit 189 to the June 25, 2019 deposition of Anthony and the July 3, 2019 deposition of Bonet.

44.     Attached hereto as **Exhibit 42** is a true and correct copy of a screenshot of the SocialTechnologiesLLC/Memoji-iOS GitHub, produced as SocialTech_0000887, and used as Exhibit 233 during the deposition of Bonet.

45.     Attached hereto as **Exhibit 43** is a true and correct copy of an email alert from Wells Fargo to S. Bonet titled "You sent money with Zelle" concerning payment to "Justin Grant" and other payment alerts related to Social Tech's Memoji App, produced as SocialTech_0000905 SocialTech_0000907 and FlexDevGrant_0231, and used as Exhibit 279 to the July 3, 2019 deposition of Bonet.

46.     Attached hereto as **Exhibit 44** is a true and correct copy of an email from Social Tech to Grant with subject line Memoji Functionality Description, dated June 6, 2018, produced as FlexDevGrant_0176, and used as Exhibit 237 to the July 3, 2019 deposition of Bonet.

47.     Attached hereto as **Exhibit 45** is a true and correct copy of an email chain among Social Tech, Grant, and Ashraf with subject line Memoji Release for iOS and Android, dated from June 26 to June 28, 2018, produced as FlexDevGrant_0430 through FlexDevGrant_0441, and used as Exhibit 79 to the June 12, 2019 deposition of Grant.

48.     Attached hereto as **Exhibit 46** is a true and correct copy of the Apple App Store Preview Page for Lucky Bunny's MEMOJI app, produced as LB000818.

49. Attached hereto as **Exhibit 47** is a true and correct copy of a video excerpt of the MEMOJI announcement from June 4, 2018 Apple WWDC 2018 Keynote presentation in San Jose, California, available at https://www.youtube.com/watch?v=UThGcWBIMpU.

50. Attached hereto as **Exhibit 48** is a true and correct copy of a printout of the Twitter page for @Thememojiapp.

51. Attached hereto as **Exhibit 49** is a true and correct copy of the declaration of Andreas Groehn ("Groehn"), dated July 31, 2019.

52. Attached hereto as **Exhibit 50** is a true and correct copy of excerpts from the transcript of the September 20, 2019 deposition of Groehn.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a screenshot displaying Apple's software feature, produced as APL-STECH_00008926.

54. Attached hereto as **Exhibit 52** is a true and correct copy of screenshots from Apple's iPhone X Animoji demonstration, available at: https://www.youtube.com/watch?v=VPWQrNQICU0, released Sept. 14, 2017.

55. Attached hereto as **Exhibit 53** is a true and correct copy of the Facebook Ads Manager for Bonet, produced as SocialTech_0000854.

56. Attached hereto as **Exhibit 54** is a true and correct copy of an invoice from FlexDev to Bonet, dated Sept. 10, 2018, produced as FlexDevGrant_0067 through FlexDevGrant_0068, and used as Exhibit 87 to the June 12, 2019 deposition of Grant.

57. Attached hereto as **Exhibit 55** is a true and correct copy of the Apple Webpage titled "Apple Trademark List," as it existed on October 21, 2019.

58. Attached hereto as **Exhibit 56** is a true and correct copy of the Google Play Webpage for Social Tech's MEMOJI app, as it existed on October 21, 2019.

59. Counsel for Anthony, Michael Ahmadshahi, sent a letter dated January 9, 2019 to myself and J. Pierce. In the letter, he asserted Anthony's rights to the MEMOJI Trademark and infringement by Apple and Social Tech. This communication was the first communication that

Apple received on Anthony's behalf related to any alleged trademark rights held by Anthony in MEMOJI.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: October 30, 2019                     */s/ Diana M. Torres*
                                            Diana M. Torres (S.B.N. 162284)

                                            Attorney for Defendant Apple Inc.