# EXHIBIT 2

**From:** "Social Technologies LLC" <info@socialtechnologiesllc.com>
**To:** "Justin Grant" <Justin@flexdev.io>
**Subject:** Fwd: MEMOJI | Stage 1
**Date:** Mon, 18 Jun 2018 01:50:57 -0400
**Inline-Images:** BA0CC7AF-BE13-4124-BF77-2916FE6EA227.gif

---

---------- Forwarded message ----------
From: **Social Technologies LLC** <info@socialtechnologiesllc.com>
Date: Mon, Jun 18, 2018 at 1:50 AM
Subject: Re: MEMOJI | Stage 1
To: Idrees Flexdev <idrees@flexdev.io>


Also, 180 x 120 (pre-Android 4.0) is in DropBox. We didn't have that yet.

Thank you.

On Mon, Jun 18, 2018 at 1:47 AM, Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> This is for Android, of course. We are going to push that one to the store first, as I'm sure Justin mentioned, so please don't upload iOS version yet. Wait for our word.
> We are lining up all of our information, in preparation for a nice lawsuit against Apple, Inc! We are looking REALLY good. Get your Lamborghini picked out!
>
> Thank you, sir.
>
> On Mon, Jun 18, 2018 at 1:44 AM, Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>> Also, we are allowed to use a YouTube video for promotional material....please use the following URL:
>> https://www.youtube.com/watch?v=cPEwDXIYaEA
>>
>> On Mon, Jun 18, 2018 at 1:28 AM, Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>> 1024x500 is in DropBox now.
>>>
>>>
>>> On Sun, Jun 17, 2018 at 5:12 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>> Ok sounds good.
>>>>
>>>> So far, what functionality is available for the app? Recording, sending, etc?
>>>>
>>>> I know the background removal is difficult...but we need to be able to apply some type of filter, effect, etc...to satisfy the "editing" requirement of the trademark.
>>>>
>>>> We will need to add a home app (which will take how long, and what do you need from me) but the editing feature is vital.
>>>>
>>>> Thoughts?
>>>>
>>>> On Sun, Jun 17, 2018 at 4:47 PM Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>> Hi Sam,
>>>>>
>>>>> There were some icons that we can reuse from iOS on Android platform. The only icon I need from you is of size "1024x500". We have not developed home app for both iOS and Android. These will be available for iMessage Store for iOS and as a keyboard extension for Android.
>>>>>
>>>>> Thanks
>>>>>
>>>>> On Mon, Jun 18, 2018 at 1:20 AM, Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>> Idrees, do you have Android specs for icons and home app pages?

> On Fri, Jun 15, 2018 at 8:53 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>> Getting anxious over here! How are you doing?
>
>> On Thu, Jun 14, 2018 at 3:10 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>> Correct icons are renamed and added to "iOS" icons folder.
>>>
>>> I will make Android now.
>>
>>> On Thu, Jun 14, 2018 at 2:10 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>> Where are we with Android?
>>>
>>>> On Thu, Jun 14, 2018 at 2:08 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>> Got it. I will fix and re-upload.
>>>>
>>>>> On Thu, Jun 14, 2018 at 1:55 PM Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>>> The icons for iMessage are incorrect. Can you please correct and send those again? Attached is the size information.
>>>>>>
>>>>>> Thanks
>>>>>
>>>>>> On Thu, Jun 14, 2018 at 10:53 PM, Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>> Sounds good. Keep me posted, please. I know you can do it!
>>>>>>
>>>>>>> On Thu, Jun 14, 2018 at 1:41 PM Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>>>>> I'm on it. Have tried couple of other libraries but have not achieved the goal.
>>>>>>>> Now I am doing a work around. Hopefully that will serve the purpose.
>>>>>>>
>>>>>>>> On Thu, Jun 14, 2018 at 10:02 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>>>> Hello, engineer super star. How is it coming along?
>>>>>>>>
>>>>>>>>> On Wed, Jun 13, 2018 at 6:49 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>>>>> Shared DropBox folder with graphics.
>>>>>>>>>>
>>>>>>>>>> These are all the app icons...there may be a few extra sizes. I will continue with home app pages after work.
>>>>>>>>>>
>>>>>>>>>> In other news...the initial letter has been sent to Apple. The process has begun.
>>>>>>>>>>
>>>>>>>>>> Peace and wealth!
>>>>>>>>>
>>>>>>>>>> On Wed, Jun 13, 2018 at 2:23 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>>>>>> How is it coming along? Making progress?
>>>>>>>>>>
>>>>>>>>>>> On Wed, Jun 13, 2018 at 11:34 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>>>>>>> I know you can do it!!
>>>>>>>>>>>
>>>>>>>>>>>> On Wed, Jun 13, 2018 at 11:30 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>>>>>>>> Ok sounds good! I have total faith in you!!
>>>>>>>>>>>>
>>>>>>>>>>>>> On Wed, Jun 13, 2018 at 11:20 AM Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>>>>>>>>>>> But i don't give up till the last minute. Still trying to remove the background.
>>>>>>>>>>>>>
>>>>>>>>>>>>>> On Wed, Jun 13, 2018 at 7:50 PM Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>>>>>>>>>>>> I have been trying with the background removal but no luck yet. :(

The only working version i have for now is the one that I sent you in video. I have done a little change in that to make the video of perfect square size.

I have asked the Android guy to send me what he has accomplished and will forward you as soon as I receive.

On Wed, Jun 13, 2018 at 10:25 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> Lol. Coming at you a little later. Don't you worry.
>
> On Wed, Jun 13, 2018 at 1:24 AM Justin Grant <justin@flexdev.io> wrote:
>> He needs logos and everything! Don't be slackin, Sam!
>>
>> On Tue, Jun 12, 2018 at 8:31 PM, Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>> Also, I almost forgot...the app needs to erase the background AND the body, so the only thing that remians is the head.
>>>
>>> Of course this may take a little work to get perfect, but as long as we can get close initially, we can start to test and put in commerce.
>>>
>>> How are looking on the Android front? Will that be a similar time line?
>>>
>>> Thank you, engineer genius!
>>>
>>> On Tue, Jun 12, 2018 at 8:27 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>> Also awesome!!!
>>>>
>>>> On Tue, Jun 12, 2018 at 8:26 PM Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>> BTW, do you remember iOS had a bug on mute/unmute button in previous iOS versions? it's now resolved and i can unmute the video successfully.
>>>>>
>>>>> On Wed, Jun 13, 2018 at 5:19 AM, Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>>> Have a look! Working on removing background thing.
>>>>>>
>>>>>> On Wed, Jun 13, 2018 at 5:12 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>> Sounds good! I'm beyond excited. Can't wait to see what you have.
>>>>>>>
>>>>>>> On Tue, Jun 12, 2018 at 7:14 PM, Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>>>>> Yes going good so far.
>>>>>>>>
>>>>>>>> On Wed, Jun 13, 2018 at 3:11 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>>>> Still on track for tonight/tomorrow morning sir?
>>>>>>>>>
>>>>>>>>> On Fri, Jun 8, 2018 at 9:29 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
>>>>>>>>>> Awesome man, sounds good.
>>>>>>>>>>
>>>>>>>>>> On Fri, Jun 8, 2018 at 8:44 AM Idrees Flexdev <idrees@flexdev.io> wrote:
>>>>>>>>>>> Hi Sam,
>>>>>>>>>>>
>>>>>>>>>>> As you know i was traveling today and have arrived at home. I will start the work tonight.

I will use native buttons to complete the functionality and once done then I will send you the build to have a look.
We can apply the graphics at any time once we will have completed functionality.

On Thu, Jun 7, 2018 at 10:06 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> Good day, gentlemen!
>
> Well, it appears our collective moment has finally arrived! As I'm sure you guys have discussed...this is life changing, you gentlemen included.
>
> Idrees please let me know if you have any questions, or when it's time to add some graphics, etc, so I can create another DropBox folder and send it all over to you.
>
> Time to get paid, gentlemen.
>
> --
> **Samuel Bonet**
> CEO & Co-Founder Social Technologies LLC
> (678) 358-4965
> info@socialtechnologiesllc.com
> www.socialtechnologiesllc.com
> Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
(678) 358-4965
info@socialtechnologiesllc.com
www.socialtechnologiesllc.com
Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
(678) 358-4965
info@socialtechnologiesllc.com
www.socialtechnologiesllc.com
Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Justin Grant**
Founder/CEO FlexDev
☐ (404) 987-6864
☐ justin@flexdev.io
☐ www.flexdev.io
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--
**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com

SocialTech_0000756

☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
CEO & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ [info@socialtechnologiesllc.com](mailto:info@socialtechnologiesllc.com)
☐ [www.socialtechnologiesllc.com](http://www.socialtechnologiesllc.com)
☐ Atlanta Tech Village [3423 Piedmont Road, Atlanta, GA 30305](...)

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

--

**Samuel Bonet**
President & Co-Founder Social Technologies LLC
☐ (678) 358-4965
☐ info@socialtechnologiesllc.com
☐ www.socialtechnologiesllc.com
☐ Atlanta Tech Village 3423 Piedmont Road, Atlanta, GA 30305

SocialTech_0000758