# EXHIBIT 3

**Generated on:** This page was generated by TSDR on 2019-03-21 11:00:17 EDT

**Mark:** MEMOJI



| | | | |
|---|---|---|---|
| **US Serial Number:** | 86961925 | **Application Filing Date:** | Apr. 01, 2016 |
| **US Registration Number:** | 5566242 | **Registration Date:** | Sep. 18, 2018 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Sep. 26, 2018 | | |
| **Publication Date:** | Dec. 05, 2017 | **Notice of Allowance Date:** | Jan. 30, 2018 |

# Mark Information

**Mark Literal Elements:** MEMOJI

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark.

**Design Search Code(s):** 02.03.01 - Busts of women facing forward; Heads of women facing forward; Portraiture of women facing forward; Women - head, portraiture or busts facing forward
27.03.02 - Humans forming letters or numerals; Humans forming punctuation

**Name Portrait Consent:** The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record.

# Related Properties Information

**International Registration Number:** 1421035

**International Application(s) /Registration(s) Based on this Property:** A0076764/1421035

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; downloadable mobile applications for recording, editing, and distributing images, videos, and audio;

APL-STECH_00000165

downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio

| | | |
|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jun. 28, 2018                    **Use in Commerce:** Jun. 28, 2018

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** SOCIAL TECHNOLOGIES LLC

**Owner Address:** 881 N. HIGHLAND AVENUE NE
APT. 19
ATLANTA, GEORGIA 30306
UNITED STATES

**Legal Entity Type:** LIMITED LIABILITY COMPANY          **State or Country**  GEORGIA
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** GREG MAVRONICOLAS
MAVRONICOLAS & DEE LLP
3 PARK AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016
UNITED STATES

**Phone:** 6464849569

**Correspondent e-mail:** gmavronicolas@mavrolaw.com gmavronicolas@mavrolaw.com          **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 26, 2018 | CANCELLATION INSTITUTED NO. 999999 | 69578 |
| Sep. 18, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 16, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Aug. 15, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 25, 2018 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Jun. 30, 2018 | USE AMENDMENT FILED | 65362 |
| Jul. 24, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 65362 |
| Jun. 30, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 12, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 23, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 21, 2018 | EXTENSION 1 GRANTED | 98765 |
| Mar. 21, 2018 | EXTENSION 1 FILED | 98765 |
| Mar. 21, 2018 | TEAS EXTENSION RECEIVED | |
| Jan. 30, 2018 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |

APL-STECH_00000166

| Dec. 05, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 05, 2017 | PUBLISHED FOR OPPOSITION | |
| Nov. 15, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 02, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 12, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70138 |
| Oct. 12, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70138 |
| Oct. 09, 2017 | NOTICE OF REVIVAL - E-MAILED | |
| Oct. 08, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 08, 2017 | PETITION TO REVIVE-GRANTED | 88889 |
| Oct. 08, 2017 | TEAS PETITION TO REVIVE RECEIVED | |
| Oct. 03, 2017 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Oct. 03, 2017 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Mar. 03, 2017 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| Mar. 03, 2017 | PRIORITY ACTION E-MAILED | 6326 |
| Mar. 03, 2017 | PRIORITY ACTION WRITTEN | 86338 |
| Feb. 10, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70138 |
| Feb. 10, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70138 |
| Feb. 02, 2017 | ASSIGNED TO LIE | 70138 |
| Jan. 18, 2017 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jan. 16, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 25, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 25, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 25, 2016 | NON-FINAL ACTION WRITTEN | 86338 |
| Jul. 15, 2016 | ASSIGNED TO EXAMINER | 86338 |
| Apr. 07, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Apr. 06, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 05, 2016 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Aug. 15, 2018 |

# Assignment Abstract Of Title Information

| **Summary** | |
| Total Assignments: 1 | Registrant: SOCIAL TECHNOLOGIES LLC |
| **Assignment 1 of 1** | |
| Conveyance: CHANGE OF NAME | |
| Reel/Frame: 5956/0794 | Pages: 2 |
| Date Recorded: Dec. 28, 2016 | |
| Supporting Documents: assignment-tm-5956-0794.pdf | |
| **Assignor** | |
| Name: ONE MONKEY LLC | Execution Date: Dec. 28, 2016 |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: GEORGIA |
| **Assignee** | |
| Name: SOCIAL TECHNOLOGIES LLC | |
| Legal Entity Type: LIMITED LIABILITY COMPANY | State or Country Where Organized: GEORGIA |
| Address: 881 N. HIGHLAND AVENUE NE APT. 19 ATLANTA, GEORGIA 30306 | |
| **Correspondent** | |

| | |
|---|---|
| **Correspondent Name:** | SAMUEL BONET |
| **Correspondent Address:** | 881 N. HIGHLAND AVENUE NE<br>APT. 19<br>ATLANTA, GA 30306 |

**Domestic Representative - Not Found**

# Proceedings

**Summary**

| | |
|---|---|
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92069578 | **Filing Date:** | Sep 26, 2018 |
| **Status:** | Suspended | **Status Date:** | Nov 28, 2018 |
| **Interlocutory Attorney:** | MARY B MYLES | | |

**Defendant**

| | |
|---|---|
| **Name:** | Social Technologies LLC |
| **Correspondent Address:** | GREG MAVRONICOLAS<br>MAVRONICOLAS & DEE LLP<br>3 PARK AVENUE, 15TH FLOOR<br>NEW YORK NY , 10016<br>UNITED STATES |
| **Correspondent e-mail:** | gmavronicolas@mavrolaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MEMOJI | Cancellation Pending | 86961925 | 5566242 |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Apple Inc. |
| **Correspondent Address:** | GLENN A GUNDERSEN<br>DECHERT LLP<br>CIRA CENTRE, 2929 ARCH STREET<br>PHILADELPHIA PA , 19104-2808<br>UNITED STATES |
| **Correspondent e-mail:** | glenn.gundersen@dechert.com , jennifer.insley-pruitt@dechert.com , trademarks@dechert.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| MEMOJI | Suspension Letter - Mailed | 87397135 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 26, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 26, 2018 | Nov 05, 2018 |
| 3 | PENDING, INSTITUTED | Sep 26, 2018 | |
| 4 | D MOT TO SUSP PEND DISP CIV ACTION | Oct 24, 2018 | |
| 5 | SUSP PEND DISP OF CIVIL ACTION | Nov 28, 2018 | |



APL-STECH_00000169

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86961925**
**Filing Date: 04/01/2016**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86961925 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT16\IMAGEOUT 16\869\619\86961925\xml1\ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | MeMOJI |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) black, white, brown, tan, red, pink, blue, green, gray is/are claimed as a feature of the mark. |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of white reflective letters spelling "MeMOJI" on a black background, with a female face inside the "o". |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 400 x 225 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | One Monkey LLC |
| **INTERNAL ADDRESS** | 881 North Highland Avenue NE |
| ***STREET** | Apt. 19 |
| ***CITY** | Atlanta |
| ***STATE** (Required for U.S. applicants) | Georgia |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants) | 30306 |
| **PHONE** | 6783584965 |
| **EMAIL ADDRESS** | sambonet34@gmail.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Georgia |

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Computer application software for mobile phones, namely, software for **recording, editing, and distributing images, videos, and audio.**; Computer application software for **mobile phones, computers, and tablets**, namely, software for **recording, editing, and distributing images, videos, and audio.**; Downloadable mobile applications for **recording, editing, and distributing images, videos, and audio.**; Downloadable software in the nature of a mobile application for **recording, editing, and distributing images, videos, and audio.** |
| FILING BASIS | SECTION 1(b) |
| CORRESPONDENCE INFORMATION | |
| NAME | One Monkey LLC |
| FIRM NAME | One Monkey LLC |
| INTERNAL ADDRESS | 881 North Highland Avenue NE |
| STREET | Apt. 19 |
| CITY | Atlanta |
| STATE | Georgia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 30306 |
| PHONE | 6783584965 |
| EMAIL ADDRESS | sambonet34@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | Regular TEAS |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Samuel E. Bonet/ |
| SIGNATORY'S NAME | Samuel E. Bonet |
| SIGNATORY'S POSITION | Principal |
| SIGNATORY'S PHONE NUMBER | 678-358-4965 |
| DATE SIGNED | 04/01/2016 |
| SIGNATURE | /Robert M. Long/ |
| SIGNATORY'S NAME | Robert M. Long |
| SIGNATORY'S POSITION | Principal |
| SIGNATORY'S PHONE NUMBER | 678-637-7579 |

APL-STECH_00000171

| DATE SIGNED | 04/01/2016 |
|---|---|

APL-STECH_00000172

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86961925**
**Filing Date: 04/01/2016**

## To the Commissioner for Trademarks:

**MARK:** MeMOJI (stylized and/or with design, see mark)

The literal element of the mark consists of MeMOJI.
The color(s) black, white, brown, tan, red, pink, blue, green, gray is/are claimed as a feature of the mark. The mark consists of white reflective letters spelling "MeMOJI" on a black background, with a female face inside the "o".
The applicant, One Monkey LLC, a corporation of Georgia, having an address of
    881 North Highland Avenue NE
    Apt. 19
    Atlanta, Georgia 30306
    United States
    6783584965(phone)
    sambonet34@gmail.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio.; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio.; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio.; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Correspondence Information:
    One Monkey LLC
    One Monkey LLC
    881 North Highland Avenue NE
    Apt. 19
    Atlanta, Georgia 30306
    6783584965(phone)
    sambonet34@gmail.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the

APL-STECH_00000173

validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Samuel E. Bonet/   Date: 04/01/2016
Signatory's Name: Samuel E. Bonet
Signatory's Position: Principal
Signature: /Robert M. Long/   Date: 04/01/2016
Signatory's Name: Robert M. Long
Signatory's Position: Principal
RAM Sale Number: 86961925
RAM Accounting Date: 04/04/2016

Serial Number: 86961925
Internet Transmission Date: Fri Apr 01 19:29:38 EDT 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2016040119293838
8417-86961925-55039cf6b8c6238e0bfad70c78
180242432e2ceb62741c8b628edbbc208f40f66-
CC-5400-20160401180837237485

APL-STECH_00000174



APL-STECH_00000175

| From: | TMDesignCodeComments |
|---|---|
| Sent: | Thursday, April 7, 2016 00:23 AM |
| To: | sambonet34@gmail.com |
| Subject: | Official USPTO Notice of Design Search Code and Pseudo Mark: U.S. Trademark SN: 86961925: MEMOJI (Stylized/Design) |

**Docket/Reference Number:**

The USPTO may assign design search codes and/or pseudo marks, as appropriate, to new applications and renewed registrations to assist in searching the USPTO database for conflicting marks.  They have no legal significance and will not appear on the registration certificate.

DESIGN SEARCH CODES are numerical codes assigned to figurative, non-textual elements found in marks.  For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application.  Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html.

A PSEUDO MARK may be assigned to marks that include words, numbers, compound words, symbols, or acronyms that can have alternative spellings or meanings.  For example, if the mark comprises the words 'YOU ARE' surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as 'YOU ARE SQUARE'.  A mark filed as 'URGR8' would receive a pseudo mark of 'YOU ARE GREAT'.

Response to this notice is not required; however, to suggest additions or changes to the design search code(s) or pseudo mark assigned to your mark, please e-mail TMDesignCodeComments@USPTO.GOV.  You **must** reference your application serial number within your request.  The USPTO will review the proposal and update the record, if appropriate.  For questions, please call 1-800-786-9199 to speak to a Customer Service representative.

The USPTO will not send any further response to your e-mail.  Check TESS in approximately two weeks to see if the requested changes have been entered.  Requests deemed unnecessary or inappropriate will not be entered.

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=86961925.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**Design search codes and pseudo marks assigned to the referenced serial number are listed below.**

**DESIGN SEARCH CODES:**

02.03.01 - Busts of women facing forward
02.03.01 - Heads of women facing forward
02.03.01 - Portraiture of women facing forward
02.03.01 - Women - head, portraiture or busts facing forward
27.03.02 - Humans forming letters or numerals
27.03.02 - Humans forming punctuation

**PSEUDO MARK:**

ME MOJI

APL-STECH_00000176

*** User:akertgate ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 12 | 6 | 6 | 6 | 0:01 | *m{"ie"}$mo{"gj"}{"iey"}*[bi,ti] |
| 02 | 361641 | N/A | 0 | 0 | 0:02 | *m{"ie"}*[bi,ti] not dead[ld] |
| 03 | 643 | N/A | 0 | 0 | 0:01 | *mo{"jg"}{"iey"}*[bi,ti] not dead[ld] |
| 04 | 58 | 0 | 58 | 58 | 0:01 | 2 and 3 |
| 05 | 17225 | N/A | 0 | 0 | 0:02 | *m{v}{"gj"}{v}*[bi,ti] not dead[ld] |
| 06 | 5839 | N/A | 0 | 0 | 0:01 | 2 and 5 |
| 07 | 2867 | N/A | 0 | 0 | 0:01 | 6 and "009"[cc] |
| 08 | 849 | N/A | 0 | 0 | 0:01 | 6 and ("a b 200" "009")[ic] |
| 09 | 26 | 18 | 8 | 7 | 0:01 | *memo$1{"gj"}*[bi,ti] |
| 10 | 3 | 1 | 2 | 2 | 0:01 | *mimo$1{"gj"}*[bi,ti] |
| 11 | 3 | 0 | 3 | 3 | 0:01 | "One Monkey"[on] |
| 12 | 1829 | N/A | 0 | 0 | 0:01 | 020301[dc] not dead[ld] |
| 13 | 3603 | N/A | 0 | 0 | 0:02 | 270302[dc] not dead[ld] |
| 14 | 33 | 0 | 3 | 33 | 0:01 | 12 and 13 |
| 15 | 712 | N/A | 0 | 0 | 0:02 | 12 and "009"[cc] |
| 16 | 103 | 0 | 3 | 103 | 0:02 | 12 and ("a b 200" "009")[ic] |
| 17 | 9008 | N/A | 0 | 0 | 0:02 | 260317[dc] not dead[ld] |
| 18 | 43 | 0 | 2 | 43 | 0:01 | 12 and 17 |

Session started 7/22/2016 1:27:09 PM

Session finished 7/22/2016 1:38:19 PM

Total search duration 0 minutes 24 seconds

Session duration 11 minutes 10 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 86961925

APL-STECH_00000177

# NOTE TO THE FILE

SERIAL NUMBER:      86961925

DATE:               07/22/2016

NAME:               akertgate

**NOTE:**

**Searched:**                              **Discussed ID with:**
X  Google                                 ___  Senior Atty
X  Lexis/Nexis                            ___  Managing Atty
X  OneLook
___  Wikipedia
___  Acronym Finder                       ___  Protest evidence reviewed
___  Other:

**Checked:**                               **Discussed Geo. Sig. with:**
___  Geographic significance              ___  Senior Atty
___  Surname                              ___  Managing Atty
___  Translation
___  ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
      ___  phone                          ___  Left message with
      ___  email                               Attorney/Applicant

___  Requested Law Library search         ___  Issued Examiner's Amendment
      for:                                     and entered changes in TRADEUPS

      ___  **PRINT**  ___  **DO NOT PRINT**   ___  Added design code in TRADEUPS
___  Description of the mark
___  Translation statement                ___  Re-imaged standard character
                                               drawing
___  Negative translation statement
___  Consent of living individual         ___  Contacted TM MADRID ID/CLASS
                                               about misclassified definite ID
___  Changed TRADEUPS to:

___  OTHER:

APL-STECH_00000178

| | |
|---|---|
| **To:** | One Monkey LLC (sambonet34@gmail.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86961925 - MEMOJI - N/A |
| **Sent:** | 7/25/2016 7:36:22 AM |
| **Sent As:** | ECOM113@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86961925

**MARK:** MEMOJI

# *86961925*

**CORRESPONDENT ADDRESS:**
   ONE MONKEY LLC
   ONE MONKEY LLC
   APT. 19
   881 NORTH HIGHLAND AVENUE NE
   ATLANTA, GA 30306

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** One Monkey LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
   N/A
**CORRESPONDENT E-MAIL ADDRESS:**
   sambonet34@gmail.com

# OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 7/25/2016**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES THAT APPLICANT MUST ADDRESS:**

- Explanation required as to significance of mark
- Color claim disagrees with drawing – Clarification required
- Mark description referencing color required

**NO CONFLICTING MARKS FOUND**
The trademark examining attorney has searched the Office's  database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

However, applicant must respond to the following requirement(s) before registration can be granted.

**EXPLANATION OF MARK'S SIGNIFICANCE REQUIRED**
Applicant must explain whether "MEMOJI" has any meaning or significance in the industry in which the goods are manufactured, or if such wording is a "term of art" within applicant's industry.   *See* 37 C.F.R. §2.61(b); TMEP §814.  Applicant must also explain whether this wording identifies a geographic place.  *See* 37 C.F.R. §2.61(b); TMEP §814.

Further, applicant must provide additional information about this wording to enable proper examination of the application.  Specifically, applicant must respond to the following questions:

(1) What does the term "MEMOJI" mean, signify, or refer to, as applied to the goods listed in the application?

Failure to respond to a request for information is an additional ground for refusing registration. *See In re Cheezwhse.com, Inc*., 85 USPQ2d 1917, 1919 (TTAB 2008); *In re DTI P'ship LLP* , 67 USPQ2d 1699, 1701 (TTAB 2003); TMEP §814.

## COLOR CLAIM DISAGREES WITH DRAWING – CLARIFICATION REQUIRED

The drawing shows the mark in colors that differ from those specified in the color claim. Specifically, the drawing shows the mark in the colors black, white, gray, brown, tan, red and pink; however, the following colors appear in the color claim: black, white, brown, tan, red, pink, blue, green and gray. The colors in the drawing, color claim, and mark description must all agree. *See* 37 C.F.R. §2.52(b)(1); TMEP §§807.07(a) *et seq.*

In the present case, amending the mark drawing to agree with the color claim would not be considered a material alteration. However, any other amendments to the drawing will not be accepted if such changes would materially alter the mark. 37 C.F.R. §2.72; *see* TMEP §§807.07(c), 807.14 *et seq.*

Therefore, applicant must submit one of the following:

(1) A substitute color drawing that shows the mark in the colors specified in the color. TMEP §807.07(c).

(2) A corrected color claim that agrees with the colors shown on the drawing. Generic color names must be used to describe the colors in the mark, e.g., magenta, yellow, turquoise. TMEP §807.07(a)(i)-(ii). If black, white, and/or gray are not being claimed as a color feature of the mark, applicant must exclude them from the color claim and include in the mark description a statement that the colors black, white, and/or gray represent background, outlining, shading, and/or transparent areas and are not part of the mark. *See* TMEP §807.07(d). The following color claim is suggested:

Color claim:  "**The colors black, white, gray, brown, tan, red and pink are claimed as a feature of the mark**."

## MARK DESCRIPTION REFERENCING COLOR REQUIRED

Applicant has submitted a color drawing and provided a color claim, but has not provided the required description specifying where color appears in the literal and design elements in the mark. *See* 37 C.F.R. §§2.37, 2.52(b)(1); TMEP §807.07(a)-(a)(ii).

Generic color names must be used to describe the colors in the mark, e.g., magenta, yellow, turquoise. TMEP §807.07(a)(i)-(ii). If black, white, and/or gray are not being claimed as a color feature of the mark, applicant must exclude them from the color claim and include in the mark description a statement that the colors black, white, and/or gray represent background, outlining, shading, and/or transparent areas and are not part of the mark. *See* TMEP §807.07(d).

Therefore, applicant must provide a mark description that specifies where all the colors appear in the literal and design elements in the mark. *See* TMEP §807.07(a)(ii). The following is suggested, if accurate:

**The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink.**

## GUIDELINES FOR RESPONDING TO THIS OFFICE ACTION

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements. For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02. Additionally, the USPTO will not refund the application filing fee, which is a required processing fee. *See* 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to active status. *See* 37 C.F.R. §2.66; TMEP §1714. There is a $100 fee for such petitions. *See* 37 C.F.R. §§2.6, 2.66(b)(1).

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/Amy L. Kertgate/
Examining Attorney
Law Office 113
Tel: (571) 272-1943
Email: amy.kertgate@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | One Monkey LLC (sambonet34@gmail.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86961925 - MEMOJI - N/A |
| **Sent:** | 7/25/2016 7:36:23 AM |
| **Sent As:** | ECOM113@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON 7/25/2016 FOR U.S. APPLICATION SERIAL NO. 86961925

Your trademark application has been reviewed.  The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond.  Please follow these steps:

**(1)  READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from 7/25/2016, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3)  QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Amy L. Kertgate/
Examining Attorney
Law Office 113
Tel: (571) 272-1943
Email: amy.kertgate@uspto.gov

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

APL-STECH_00000182

APL-STECH_00000183

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86961925 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/86961925/large |
| **LITERAL ELEMENT** | MEMOJI |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) black, white, brown, tan, red, pink, blue, green, gray is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of white reflective letters spelling "MeMOJI" on a black background, with a female face inside the "o". |
| **ADDITIONAL STATEMENTS SECTION** | |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| **SIGNIFICANCE OF MARK** | memoji appearing in the mark means or signifies or is a term of art for combining the words "me" and "emoji", which is a mobile application that takes the user's self portrait and turns the file into an emoji in the relevant trade or industry or as used in connection with the goods/services/collective membership organization listed in the application. |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /Samuel Bonet/ |
| **SIGNATORY'S NAME** | Samuel Bonet |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 6783584965 |
| **DATE SIGNED** | 01/16/2017 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Jan 16 21:03:00 EST 2017 |
| | USPTO/ROA-XX.XXX.XXX.XX-2 0170116210300621586-86961 |

APL-STECH_00000184

| TEAS STAMP | 925-580fd47b71aff0d2c83d7 |
|------------|---------------------------|
|            | 9b210eeadcdf949db5f387c05 |
|            | 4bf92a516627cfc269-N/A-N/ |
|            | A-20170116205542427903    |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **86961925** MEMOJI (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/86961925/large) has been amended as follows:

**ADDITIONAL STATEMENTS**
**Color Claim**
The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark.

**Description of mark**
The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink.

**Significance of wording, letter(s), or numeral(s)**
memoji appearing in the mark means or signifies or is a term of art for combining the words "me" and "emoji", which is a mobile application that takes the user's self portrait and turns the file into an emoji in the relevant trade or industry or as used in connection with the goods/services/collective membership organization listed in the application.

**SIGNATURE(S)**
**Response Signature**
Signature: /Samuel Bonet/    Date: 01/16/2017
Signatory's Name: Samuel Bonet
Signatory's Position: Owner

Signatory's Phone Number: 6783584965

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either: (1) the owner/holder ; or (2) a person(s) with legal authority to bind the owner/holder; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 86961925
Internet Transmission Date: Mon Jan 16 21:03:00 EST 2017
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XX-2017011621030062
1586-86961925-580fd47b71aff0d2c83d79b210
eeadcdf949db5f387c054bf92a516627cfc269-N
/A-N/A-20170116205542427903

APL-STECH_00000185

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86961925 | FILING DATE | 04/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KERTGATE, AMY L | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/11/2017 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 02/10/2017 |
| LITERAL MARK ELEMENT | MEMOJI |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE APT. 19 ATLANTA, GA 30306 |

APL-STECH_00000186

| ENTITY | 16-LTD LIAB CO |
|---|---|
| CITIZENSHIP | Georgia |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio.; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio.; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio.; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| PSEUDO MARK | ME MOJI |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/10/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 02/10/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 02/02/2017 | ALIE | A | ASSIGNED TO LIE | 010 |
| 01/18/2017 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 009 |
| 01/16/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/25/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 07/25/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 07/25/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 07/15/2016 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/07/2016 | MDSM | E | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK E-MAILED | 003 |
| 04/06/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | ONE MONKEY LLC<br>APT. 19<br>881 NORTH HIGHLAND AVENUE NE<br>ATLANTA, GA 30306 |
| DOMESTIC REPRESENTATIVE | NONE |

APL-STECH_00000187

| PRIOR OWNER INFORMATION | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | One Monkey LLC |
| ADDRESS | 881 North Highland Avenue NE<br>Apt. 19<br>Atlanta, GA 30306 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Georgia |



APL-STECH_00000189

| | |
|---|---|
| **To:** | SOCIAL TECHNOLOGIES LLC (sambonet34@gmail.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86961925 - MEMOJI - N/A |
| **Sent:** | 3/3/2017 3:24:16 PM |
| **Sent As:** | ECOM113@USPTO.GOV |
| **Attachments:** | |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.**  86961925

**MARK:** MEMOJI

# *86961925*

**CORRESPONDENT ADDRESS:**
   ONE MONKEY LLC
   APT. 19
   881 NORTH HIGHLAND AVENUE NE
   ATLANTA, GA 30306

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** SOCIAL TECHNOLOGIES LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
   N/A
**CORRESPONDENT E-MAIL ADDRESS:**
   sambonet34@gmail.com

# PRIORITY ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 3/3/2017**

**ISSUES APPLICANT MUST ADDRESS:**  On March 3, 2017, the trademark examining attorney and Samuel Bonet discussed the issues below.  Applicant must timely respond to these issues.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §2.62(a); TMEP §§708, 711.

**PLEASE NOTE:**  Based on applicant's response of January 16, 2017, the requirements for an explanation as to the significance of the mark, clarification regarding the colors in the mark, and for an acceptable description of the mark have all been **SATISFIED.**

However, upon further consideration of the application, the examining attorney makes the following requirement.  Applicant must respond to the following requirement before registration can be granted.

**Inquiry Regarding Portrait in the Mark**
Applicant must clarify whether the portrait appearing within the letter "O"  in "MEMOJI"  in the mark identifies a particular living individual. *See* 37 C.F.R. §2.61(b); TMEP §§813, 1206.03.  In this case, the application neither specifies whether the portrait in the mark identifies a particular living individual nor includes a written consent.  *See* TMEP §§813.01(a)-(b), 1206.04(a), 1206.05.

To register a mark that consists of or comprises a portrait or likeness of a particular living individual, an applicant must provide a written consent personally signed by the shown individual.  15 U.S.C. §1052(c); TMEP §§813, 1206.04(a).

In this case, in a telephone call with the Examining Attorney on March 3, 2017, applicant indicated that the portrait shown in the mark does

APL-STECH_00000190

identify a particular living individual.  Thus, applicant must submit **both** of the following:

(1)  The following **statement**: "The portrait(s) or likeness(es) shown in the mark identifies a living individual(s) whose consent(s) to register is made of record."

(2)  **A written consent**, personally signed by the named individual(s), as follows: "I, _____ {specify name}, consent to the use and registration of my likeness as a trademark and/or service mark with the USPTO."

For an overview of the requirements pertaining to portraits or likenesses appearing in marks, and instructions on how to satisfy this requirement online using the Trademark Electronic Application System (TEAS) response form, please go to http://www.uspto.gov/trademarks/law/consent.jsp.

Failing to respond to this inquiry may result in a refusal to register the mark.  *See In re Cheezwhse.com, Inc.*, 85 USPQ2d 1917, 1919 (TTAB 2008); TMEP §814.

**Guidelines for Responding to this Priority Action**

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action.  If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register.  Applicant may also have other options specified in this Office action for responding to a refusal and should consider those options carefully.  To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.  For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02.  Additionally, the USPTO will not refund the application filing fee, which is a required processing fee.  *See* 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

When an application has abandoned for failure to respond to an Office action, an applicant may timely file a petition to revive the application, which, if granted, would allow the application to return to active status.  *See* 37 C.F.R. §2.66; TMEP §1714.  The petition must be filed within two months of the date of issuance of the notice of abandonment and may be filed online via the Trademark Electronic Application System (TEAS) with a $100 fee.  *See* 37 C.F.R. §§2.6(a)(15)(ii), 2.66(b)(1).

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney.  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights.  *See* TMEP §§705.02, 709.06.

/Amy L. Kertgate/
Examining Attorney
Law Office 113
Tel: (571) 272-1943
Email: amy.kertgate@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at

http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

APL-STECH_00000192

| **To:** | SOCIAL TECHNOLOGIES LLC (sambonet34@gmail.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86961925 - MEMOJI - N/A |
| **Sent:** | 3/3/2017 3:24:17 PM |
| **Sent As:** | ECOM113@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

# IMPORTANT NOTICE REGARDING YOUR
# U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON **3/3/2017** FOR U.S. APPLICATION SERIAL NO. 86961925

Your trademark application has been reviewed.  The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond.  Please follow these steps:

**(1) READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from **3/3/2017**, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.  A response transmitted through TEAS must be received before midnight **Eastern Time** of the last day of the response period.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3) QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Amy L. Kertgate/
Examining Attorney
Law Office 113
Tel: (571) 272-1943
Email: amy.kertgate@uspto.gov

# WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle

private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

APL-STECH_00000194

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Oct 3, 2017**

The trademark application identified below was abandoned in full because a response to the Office Action mailed on Mar 3, 2017 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

**SERIAL NUMBER:**      86961925
**MARK:**               MEMOJI
**OWNER:**              SOCIAL TECHNOLOGIES LLC

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

ONE MONKEY LLC
APT. 19
881 NORTH HIGHLAND AVENUE NE
ATLANTA , GA   30306

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 2194 (Rev 03/2012)

OMB No. 0651-0054 (Exp 10/31/2017)

# Petition To Revive Abandoned Application - Failure To Respond Timely To Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86961925 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **DATE OF NOTICE OF ABANDONMENT** | 10/03/2017 |
| **PETITION** | |
| **PETITION STATEMENT** | Applicant has firsthand knowledge that the failure to respond to the Office Action by the specified deadline was unintentional, and requests the USPTO to revive the abandoned application. |
| **RESPONSE TO OFFICE ACTION** | |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/86961925/large |
| **LITERAL ELEMENT** | MEMOJI |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **NAME(S), PORTRAITS(S), SIGNATURE(S) OF INDIVIDUAL(S)** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record. |
| **CONSENT FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | consent-24992357-105116247_._Memoij_Nicole_Permission.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\869\619\86961925\xml5\POA0002.JPG |
| **PAYMENT SECTION** | |
| **TOTAL AMOUNT** | 100 |
| **TOTAL FEES DUE** | 100 |
| **SIGNATURE SECTION** | |
| **PETITION SIGNATURE** | /Samuel E. Bonet/ |
| **SIGNATORY'S NAME** | Samuel E. Bonet |
| **SIGNATORY'S POSITION** | Owner |

| | |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 6783584965 |
| **DATE SIGNED** | 10/08/2017 |
| **RESPONSE SIGNATURE** | /Samuel E. Bonet/ |
| **SIGNATORY'S NAME** | Samuel E. Bonet |
| **SIGNATORY'S POSITION** | Owner |
| **SIGNATORY'S PHONE NUMBER** | 6783584965 |
| **DATE SIGNED** | 10/08/2017 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Sun Oct 08 11:04:12 EDT 2017 |
| **TEAS STAMP** | USPTO/POA-XX.XX.XX.XX-201 71008110412159902-8696192 5-5109069ca61aee94e2990ab 5e536428280bc73ddf85f4e48 555ebf60b8a83d9614-CC-691 3-20171008105116247855 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2194 (Rev 03/2012)
OMB No. 0651-0054 (Exp 10/31/2017)

### Petition To Revive Abandoned Application - Failure To Respond Timely To Office Action
### To the Commissioner for Trademarks:

Application serial no. **86961925** MEMOJI (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/86961925/large) has been amended as follows:

**PETITION**

**Petition Statement**
Applicant has firsthand knowledge that the failure to respond to the Office Action by the specified deadline was unintentional, and requests the USPTO to revive the abandoned application.

**RESPONSE TO OFFICE ACTION**

**ADDITIONAL STATEMENTS**
**Name(s), Portrait(s), Signature(s) of individual(s)**
The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record.

**Original PDF file:**
consent-24992357-105116247_._Memoij_Nicole_Permission.pdf
**Converted PDF file(s)** ( 1 page)
Consent File1

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**

Signature: /Samuel E. Bonet/     Date: 10/08/2017
Signatory's Name: Samuel E. Bonet

Signatory's Position: Owner
Signatory's Phone Number: 6783584965


**Response Signature**
Signature: /Samuel E. Bonet/      Date: 10/08/2017
Signatory's Name: Samuel E. Bonet
Signatory's Position: Owner

Signatory's Phone Number: 6783584965


The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either (1) the owner/holder or (2) a person(s) with legal authority to bind the owner/holder; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.


RAM Sale Number: 86961925
RAM Accounting Date: 10/10/2017

Serial Number: 86961925
Internet Transmission Date: Sun Oct 08 11:04:12 EDT 2017
TEAS Stamp: USPTO/POA-XX.XX.XX.XX-201710081104121599
02-86961925-5109069ca61aee94e2990ab5e536
428280bc73ddf85f4e48555ebf60b8a83d9614-C
C-6913-20171008105116247855

APL-STECH_00000198

Response for Memoji Service Mark, USPTO serial #86961925

(1)"The portrait(s) or likeness(es) shown in the mark identifies a living individual(s) whose consent(s) to register is made of record."

(2) "I, Nicole Therese Martin, consent to the use and registration of my likeness as a trademark and/or service mark with the USPTO."

_Nicole Therese Martin_

Nicole Therese Martin

_March 3, 2017_

Date



# RAM SALE NUMBER:  86961925
# RAM ACCOUNTING DATE:  20171010

INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2017/10/08                                                        86/961925

| Description | Fee Code | Transaction | Total Fees Paid |
|---|---|---|---|
| POA | 7005 | 2017/10/08 | 100 |

APL-STECH_00000200

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, October 9, 2017 11:01 PM |
| **To:** | sambonet34@gmail.com |
| **Subject:** | Official USPTO Notice of Revival: U.S. Trademark SN 86961925: MEMOJI (Stylized/Design) |

Oct 9, 2017

### NOTICE OF REVIVAL

**U.S. Serial Number:**  86961925
**Mark:**  MEMOJI (Stylized/Design)
**Owner:**  SOCIAL TECHNOLOGIES LLC
**Docket/Reference Number:**

**Revival Date:**  Oct 9, 2017

The above-referenced application has been **REVIVED** and will be forwarded to the appropriate section of the Office for further action.

* If the application was abandoned for failure to file a timely response to an Office action, the application will be forwarded to the examining attorney; or

* If a notice of appeal was submitted with the petition, the application will be forwarded to the Trademark Trial and Appeal Board to institute the appeal; or

* If the application was abandoned for failure to file a timely statement of use or a request for extension of time to file a statement of use, the application will be forwarded to the intent to use unit.

To check the current status of your application, please wait approximately three (3) weeks and then either go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86961925 | FILING DATE | 04/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KERTGATE, AMY L | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/13/2017 |
| PUB DATE | N/A |
| STATUS | 616-REVIVE-AWAITING FURTHER ACTION |
| STATUS DATE | 10/09/2017 |
| LITERAL MARK ELEMENT | MEMOJI |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE APT. 19 ATLANTA, GA 30306 |

APL-STECH_00000202

| ENTITY | 16-LTD LIAB CO |
|---|---|
| CITIZENSHIP | Georgia |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio.; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio.; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio.; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record. |
| PSEUDO MARK | ME MOJI |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 10/12/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 023 |
| 10/12/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 022 |
| 10/09/2017 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 021 |
| 10/08/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 020 |
| 10/08/2017 | PETG | O | PETITION TO REVIVE-GRANTED | 019 |
| 10/08/2017 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 018 |
| 10/03/2017 | MAB2 | O | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | 017 |
| 10/03/2017 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 016 |
| 03/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 015 |
| 03/03/2017 | GPRA | O | PRIORITY ACTION E-MAILED | 014 |
| 03/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 013 |
| 02/10/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 02/10/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 02/02/2017 | ALIE | A | ASSIGNED TO LIE | 010 |
| 01/18/2017 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 009 |
| 01/16/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/25/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |

| 07/25/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 07/25/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 07/15/2016 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/07/2016 | MDSM | E | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK E-MAILED | 003 |
| 04/06/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | ONE MONKEY LLC<br>APT. 19<br>881 NORTH HIGHLAND AVENUE NE<br>ATLANTA, GA 30306 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | One Monkey LLC |
| ADDRESS | 881 North Highland Avenue NE<br>Apt. 19<br>Atlanta, GA 30306 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Georgia |

APL-STECH_00000204



APL-STECH_00000205

*** User:akertgate ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 18 | 10 | 8 | 8 | 0:01 | *m{"ie"}$mo{"gj"}{"iey"}*[bi,ti] |
| 02 | 410254 | N/A | 0 | 0 | 0:03 | *m{"ie"}*[bi,ti] not dead[ld] |
| 03 | 700 | N/A | 0 | 0 | 0:02 | *mo{"jg"}{"iey"}*[bi,ti] not dead[ld] |
| 04 | 76 | 0 | 76 | 76 | 0:01 | 2 and 3 |
| 05 | 18054 | N/A | 0 | 0 | 0:05 | *m{v}{"gj"}{v}*[bi,ti] not dead[ld] |
| 06 | 6162 | N/A | 0 | 0 | 0:01 | 2 and 5 |
| 07 | 3016 | N/A | 0 | 0 | 0:03 | 6 and "009"[cc] |
| 08 | 928 | N/A | 0 | 0 | 0:01 | 6 and ("a b 200" "009")[ic] |
| 09 | 31 | 18 | 13 | 12 | 0:01 | *memo$1{"gj"}*[bi,ti] |
| 10 | 4 | 2 | 2 | 2 | 0:01 | *mimo$1{"gj"}*[bi,ti] |
| 11 | 1 | 1 | 0 | 0 | 0:02 | "One Monkey"[on] |
| 12 | 8 | 3 | 5 | 5 | 0:02 | "Social Technologies"[on] |
| 13 | 1921 | N/A | 0 | 0 | 0:02 | 020301[dc] not dead[ld] |
| 14 | 3941 | N/A | 0 | 0 | 0:01 | 270302[dc] not dead[ld] |
| 15 | 35 | 0 | 3 | 35 | 0:01 | 13 and 14 |
| 16 | 747 | N/A | 0 | 0 | 0:03 | 13 and "009"[cc] |
| 17 | 113 | 0 | 4 | 113 | 0:02 | 13 and ("a b 200" "009")[ic] |
| 18 | 9067 | N/A | 0 | 0 | 0:03 | 260317[dc] not dead[ld] |
| 19 | 113 | 0 | 4 | 113 | 0:01 | 13 and 17 |
| 20 | 113 | 0 | 4 | 113 | 0:01 | 13 and 19 |
| 21 | 42 | 0 | 2 | 42 | 0:01 | 13 and 18 |

Session started 11/2/2017 10:47:20 AM
Session finished 11/2/2017 10:53:59 AM
Total search duration 0 minutes 38 seconds
Session duration 6 minutes 39 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 86961925

# NOTE TO THE FILE

SERIAL NUMBER:      86961925

DATE:      11/02/2017

NAME:      akertgate

**NOTE:**

**Searched:**
___ Google
___ Lexis/Nexis
___ OneLook
___ Wikipedia
___ Acronym Finder            ___ Protest evidence reviewed
___ Other:

**Checked:**
___ Geographic significance
___ Surname
___ Translation
___ ID with ID/CLASS mailbox

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**
**Attorney/Applicant via:**
      ___ phone            ___ Left message with
      ___ email            Attorney/Applicant

___ Requested Law Library search      ___ Issued Examiner's Amendment
    for:                                  and entered changes in TRADEUPS

___ **PRINT** ___ **DO NOT PRINT**      ___ Added design code in TRADEUPS
___ Description of the mark
___ Translation statement            ___ Re-imaged standard character
                                        drawing
___ Negative translation statement
___ Consent of living individual      ___ Contacted TM MADRID ID/CLASS
                                        about misclassified definite ID
_X_ Changed TRADEUPS to: delete extraneous periods (".") preceding each semicolon in the identification of goods.

___ OTHER:

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86961925 | FILING DATE | 04/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KERTGATE, AMY L | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 11/03/2017 |
| PUB DATE | 12/05/2017 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 11/02/2017 |
| LITERAL MARK ELEMENT | MEMOJI |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE<br>APT. 19<br>ATLANTA, GA 30306 |

APL-STECH_00000208

| ENTITY | 16-LTD LIAB CO |
|---|---|
| CITIZENSHIP | Georgia |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record. |
| PSEUDO MARK | ME MOJI |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/02/2017 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 024 |
| 10/12/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 023 |
| 10/12/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 022 |
| 10/09/2017 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 021 |
| 10/08/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 020 |
| 10/08/2017 | PETG | O | PETITION TO REVIVE-GRANTED | 019 |
| 10/08/2017 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 018 |
| 10/03/2017 | MAB2 | O | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | 017 |
| 10/03/2017 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 016 |
| 03/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 015 |
| 03/03/2017 | GPRA | O | PRIORITY ACTION E-MAILED | 014 |
| 03/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 013 |
| 02/10/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 02/10/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 02/02/2017 | ALIE | A | ASSIGNED TO LIE | 010 |
| 01/18/2017 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 009 |
| 01/16/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |

| 07/25/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
|---|---|---|---|---|
| 07/25/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 07/25/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 07/15/2016 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/07/2016 | MDSM | E | NOTICE OF DESIGN SEARCH CODE AND PSEUDO MARK E-MAILED | 003 |
| 04/06/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
|---|---|
| CORRESPONDENCE ADDRESS | ONE MONKEY LLC<br>APT. 19<br>881 NORTH HIGHLAND AVENUE NE<br>ATLANTA, GA 30306 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | One Monkey LLC |
| ADDRESS | 881 North Highland Avenue NE<br>Apt. 19<br>Atlanta, GA 30306 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Georgia |

APL-STECH_00000210



APL-STECH_00000211

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, November 15, 2017 04:19 AM |
| **To:** | sambonet34@gmail.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 86961925: MEMOJI (Stylized/Design) |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (Serial No. 86961925) is scheduled to publish in the *Official Gazette* on Dec 5, 2017 .  To preview the Notice of Publication, go to <u>http://tdr.uspto.gov/search.action?sn=86961925</u>.  If you have difficulty accessing the Notice of Publication, contact <u>TDR@uspto.gov</u>.

**PLEASE NOTE:**
   1.   The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
   2.   You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification.  If you have any questions about the content of the Notice of Publication, contact <u>TMPostPubQuery@uspto.gov</u>.

APL-STECH_00000212



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Nov 15, 2017

## NOTICE OF PUBLICATION

1.  Serial No.:
    86-961,925

2.  Mark:
    MEMOJI
    (STYLIZED/DESIGN)

3.  International Class(es):
    9

4.  Publication Date:
    Dec 5, 2017

5.  Applicant:
    SOCIAL TECHNOLOGIES LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

sambonet34@gmail.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 5, 2017 00:51 AM |
| **To:** | sambonet34@gmail.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 86961925: MEMOJI (Stylized/Design) |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 86961925
**Mark:** MEMOJI (Stylized/Design)
**International Class(es):** 009
**Owner:** SOCIAL TECHNOLOGIES LLC
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Dec 05, 2017.

**To Review the Mark in the TMOG:**

    Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2017-12-05&serialNumber=86961925

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov. For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

    * Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, January 30, 2018 00:06 AM |
| **To:** | sambonet34@gmail.com |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 86961925: MEMOJI (Stylized/Design) |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Jan 30, 2018

**U.S. Serial Number:** 86961925
**Mark:** MEMOJI (Stylized/Design)
**Docket/Reference Number:**

No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.

**SIX (6)-MONTH DEADLINE:** Applicant has six (6) MONTHS from the NOA issue date to file either:
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

**REVIEW APPLICATION INFORMATION FOR ACCURACY**

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 86961925 |
| **Mark:** | MEMOJI (Stylized/Design) |
| **Docket/Reference Number:** | |
| **Owner:** | SOCIAL TECHNOLOGIES LLC |
| | 881 N. HIGHLAND AVENUE NE |
| | APT. 19 |
| | ATLANTA , GEORGIA   30306 |
| **Correspondence Address:** | ONE MONKEY LLC |
| | APT. 19 |
| | 881 NORTH HIGHLAND AVENUE NE |
| | ATLANTA, GA 30306 |

This application has the following bases, but not necessarily for all listed goods/services:

| Section 1(a): NO | Section 1(b): YES | Section 44(e): NO |
|---|---|---|

**GOODS/SERVICES BY INTERNATIONAL CLASS**

009 -   Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

APL-STECH_00000215

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to
https://tsdr.uspto.gov/#caseNumber=86961925&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to
https://tsdr.uspto.gov/#caseNumber=86961925&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

APL-STECH_00000216

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Request for Extension of Time to File a Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86961925 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | MEMOJI (stylized and/or with design) |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (current)** | |
| **NAME** | SOCIAL TECHNOLOGIES LLC |
| **INTERNAL ADDRESS** | 881 N. HIGHLAND AVENUE NE |
| **STREET** | APT. 19 |
| **CITY** | ATLANTA |
| **STATE** | Georgia |
| **ZIP/POSTAL CODE** | 30306 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | SOCIAL TECHNOLOGIES LLC |
| **INTERNAL ADDRESS** | 881 N. HIGHLAND AVENUE NE |
| **STREET** | APT. 19 |
| **CITY** | ATLANTA |
| **STATE** | Georgia |
| **ZIP/POSTAL CODE** | 30306 |
| **COUNTRY** | United States |
| **PHONE** | 6783584965 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |

| GOODS OR SERVICES | KEEP ALL LISTED |
|---|---|
| **EXTENSION SECTION** | |
| EXTENSION NUMBER | 1 |
| ALLOWANCE MAIL DATE | 01/30/2018 |
| STATEMENT OF USE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| SUBTOTAL AMOUNT [EXTENSION FEE] | 125 |
| TOTAL AMOUNT | 125 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Samuel E. Bonet/ |
| SIGNATORY'S NAME | Samuel E. Bonet |
| SIGNATORY'S POSITION | Principal |
| DATE SIGNED | 03/21/2018 |
| SIGNATORY'S PHONE NUMBER | 6783584965 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Mar 21 15:00:44 EDT 2018 |
| TEAS STAMP | USPTO/ESU-XX.XX.XX.XX-201 80321150044372583-8696192 5-5109b36e4eaa32c44df6f16 443a720838cc8d8b6e274554b e16ae2a248285f9d6b-CC-108 6-20180321145303602701 |

APL-STECH_00000218

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

**SOU Extension Request**
**(15 U.S.C. Section 1051(d))**

To the Commissioner for Trademarks:

**MARK:** MEMOJI (stylized and/or with design)
**SERIAL NUMBER:** 86961925

The applicant, SOCIAL TECHNOLOGIES LLC, having an address of
    881 N. HIGHLAND AVENUE NE
    APT. 19
    ATLANTA, Georgia 30306
    United States
    6783584965
    info@socialtechnologiesllc.com (authorized)
requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 01/30/2018.

For International Class 009:
Current identification: Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

This is the first extension request.

A fee payment in the amount of $125 will be submitted with the form, representing payment for 1 class.

**Declaration**

STATEMENTS: The signatory believes that: the applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all the goods/services under Section 1(b) in the notice of allowance or as subsequently modified, or, if applicable, the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with all the goods/services/collective membership organization under Section 1(b) in the notice of allowance or as subsequently modified; and that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, members and concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any resulting registration, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Samuel E. Bonet/    Date Signed: 03/21/2018

Signatory's Name: Samuel E. Bonet
Signatory's Position: Principal
Signatory's Phone: 6783584965

RAM Sale Number: 86961925
RAM Accounting Date: 03/22/2018

Serial Number: 86961925
Internet Transmission Date: Wed Mar 21 15:00:44 EDT 2018
TEAS Stamp: USPTO/ESU-XX.XX.XX.XX-201803211500443725
83-86961925-5109b36e4eaa32c44df6f16443a7
20838cc8d8b6e274554be16ae2a248285f9d6b-C
C-1086-20180321145303602701

APL-STECH_00000220

## Trademark Snap Shot ITU Unit Action
(Table presents the data on ITU Unit Action)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86961925 | FILING DATE | 04/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KERTGATE, AMY L | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/23/2018 |
| PUB DATE | 12/05/2017 |
| STATUS | 730-FIRST EXTENSION - GRANTED |
| STATUS DATE | 03/21/2018 |
| LITERAL MARK ELEMENT | MEMOJI |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE APT. 19 ATLANTA, GA 30306 |

| ENTITY | 16-LTD LIAB CO |
|---|---|
| CITIZENSHIP | Georgia |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record. |
| PSEUDO MARK | ME MOJI |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/23/2018 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 032 |
| 03/21/2018 | EX1G | S | EXTENSION 1 GRANTED | 031 |
| 03/21/2018 | EXT1 | S | EXTENSION 1 FILED | 030 |
| 03/21/2018 | EEXT | I | TEAS EXTENSION RECEIVED | 029 |
| 01/30/2018 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 028 |
| 12/05/2017 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 027 |
| 12/05/2017 | PUBO | A | PUBLISHED FOR OPPOSITION | 026 |
| 11/15/2017 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 025 |
| 11/02/2017 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 024 |
| 10/12/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 023 |
| 10/12/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 022 |
| 10/09/2017 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 021 |
| 10/08/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 020 |
| 10/08/2017 | PETG | O | PETITION TO REVIVE-GRANTED | 019 |
| 10/08/2017 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 018 |
| 10/03/2017 | MAB2 | O | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | 017 |
| 10/03/2017 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 016 |

| 03/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 015 |
| 03/03/2017 | GPRA | O | PRIORITY ACTION E-MAILED | 014 |
| 03/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 013 |
| 02/10/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 02/10/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 02/02/2017 | ALIE | A | ASSIGNED TO LIE | 010 |
| 01/18/2017 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 009 |
| 01/16/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/25/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 07/25/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 07/25/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 07/15/2016 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/07/2016 | MDSM | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 04/06/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | ONE MONKEY LLC<br>APT. 19<br>881 NORTH HIGHLAND AVENUE NE<br>ATLANTA, GA 30306 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE<br>APT. 19<br>ATLANTA, GA 30306 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Georgia |
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | One Monkey LLC |
| ADDRESS | 881 North Highland Avenue NE<br>Apt. 19<br>Atlanta, GA 30306 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Georgia |

APL-STECH_00000223



| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, March 23, 2018 00:15 AM |
| **To:** | sambonet34@gmail.com |
| **Subject:** | Official USPTO Notice of Approval of Extension Request: U.S. Trademark SN 86961925: MEMOJI (Stylized/Design) |

NOTICE OF APPROVAL OF EXTENSION REQUEST

**U.S. Serial Number:** 86961925
**Mark:** MEMOJI (Stylized/Design)
**Owner:** SOCIAL TECHNOLOGIES LLC
**Extension Request Number:** 1
**Docket/Reference Number:**
**Notice of Allowance Date:** Jan 30, 2018

The USPTO issued a Notice of Allowance on **Jan 30, 2018** for the trademark application identified above.  Applicant's **FIRST** request for Extension of Time to File a Statement of Use has been **GRANTED**.  If you are currently using the mark in commerce, please visit http://www.uspto.gov/trademarks/teas/intent_to_use.jsp and select form number 1 ("Statement of Use/Amendment to Allege Use for Intent-to-Use Application") to file your statement of use and complete the registration process.

**PLEASE NOTE:**

1. Applicant must continue to file extension requests every six (6) months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed, or the USPTO will abandon the application.
2. Applicant may only request a total of five (5) extensions of time.
3. Applicant may **NOT** file a Statement of Use more than thirty-six (36) months from the date the Notice of Allowance was issued.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information on filing a Statement of Use or an additional extension request, if applicable, please consult the USPTO website at http://www.uspto.gov/trademarks/, view the video on the USPTO website entitled "Statement of Use" (click on "TMIN Trademark Information Network" to view a list of available videos), or contact the Trademark Assistance Center at 1-800-786-9199.

APL-STECH_00000225

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86961925 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **MARK SECTION** | |
| **MARK** | MEMOJI (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/86961925/large) |
| **CORRESPONDENCE SECTION (current)** | |
| **ORIGINAL ADDRESS** | ONE MONKEY LLC<br>APT. 19<br>881 NORTH HIGHLAND AVENUE NE<br>ATLANTA Georgia 30306<br>US<br>6783584965<br>sambonet34@gmail.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | Gregori Mavronicolas<br><br>Mavronicolas & Dee LLP<br>3 Park Avenue, 15th Floor<br>New York<br>New York<br>United States<br>10016<br>6464849569<br>gmavronicolas@mavrolaw.com; gmavronicolas@mavrolaw.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER** | |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Gregori Mavronicolas/ |
| **SIGNATORY NAME** | Gregori Mavronicolas |
| **SIGNATORY DATE** | 06/12/2018 |
| **SIGNATORY POSITION** | Attorney of record NY bar member |
| **SIGNATORY PHONE NUMBER** | 6464849569 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Jun 12 12:18:46 EDT 2018 |
| **TEAS STAMP** | USPTO/CCA-XX.XXX.XXX.XXX-<br>20180612121846668983-8696<br>1925-610d05e4b7fd4ad6a58e<br>7a932a4dc55eafa4567c2e730 |

APL-STECH_00000226

| | 82596187aa5bad1c718e83-N/A-N/A-2018061210584908224 0 |
|---|---|

APL-STECH_00000227

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86961925 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 113 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/86961925/large |
| **LITERAL ELEMENT** | MEMOJI |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION (current)** | |
| **NAME** | SOCIAL TECHNOLOGIES LLC |
| **INTERNAL ADDRESS** | 881 N. HIGHLAND AVENUE NE |
| **STREET** | APT. 19 |
| **CITY** | ATLANTA |
| **STATE** | Georgia |
| **ZIP/POSTAL CODE** | 30306 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | SOCIAL TECHNOLOGIES LLC |
| **INTERNAL ADDRESS** | 881 N. HIGHLAND AVENUE NE |
| **STREET** | APT. 19 |
| **CITY** | ATLANTA |
| **STATE** | Georgia |
| **ZIP/POSTAL CODE** | 30306 |
| **COUNTRY** | United States |
| **PHONE** | 6464849569 |
| **EMAIL** | gmavronicolas@mavrolaw.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| | Computer application software for mobile phones, namely, software for |

| | |
|---|---|
| **CURRENT IDENTIFICATION** | recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 06/28/2018 |
| **FIRST USE IN COMMERCE DATE** | 06/28/2018 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\869\619\86961925\xml19\SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\869\619\86961925\xml19\SOU0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\869\619\86961925\xml19\SOU0004.JPG |
| **SPECIMEN DESCRIPTION** | screenshots showing the mark in use to provide the services |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Samuel E. Bonet/ |
| **SIGNATORY'S NAME** | Samuel E. Bonet |
| **SIGNATORY'S POSITION** | Principal |
| **DATE SIGNED** | 06/30/2018 |
| **SIGNATORY'S PHONE NUMBER** | 6783584965 |
| **DECLARATION SIGNATURE** | /Robert M. Long/ |
| **SIGNATORY'S NAME** | Robert M. Long/ |
| **SIGNATORY'S POSITION** | Principal |
| **DATE SIGNED** | 06/30/2018 |
| **SIGNATORY'S PHONE NUMBER** | 6786377579 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Sat Jun 30 14:12:22 EDT 2018 |
| **TEAS STAMP** | USPTO/SOU-XX.XX.XX.XX-201 8063014122544995-8696192 5-61035711d21d54a9ea33f44 b747e6ce56f4376ead9a2c081 2ff27fc39968d2-CC-8310-20 180630134608560853 |

APL-STECH_00000229

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** MEMOJI (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/86961925/large)
**SERIAL NUMBER:** 86961925

The applicant, SOCIAL TECHNOLOGIES LLC, having an address of
    881 N. HIGHLAND AVENUE NE
    APT. 19
    ATLANTA, Georgia 30306
    United States
    6464849569
    gmavronicolas@mavrolaw.com (authorized)
is submitting the following allegation of use information:

For International Class 009:
Current identification: Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; Computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; Downloadable mobile applications for recording, editing, and distributing images, videos, and audio; Downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 06/28/2018, and first used in commerce at least as early as 06/28/2018, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) screenshots showing the mark in use to provide the services.
Specimen File1
Specimen File2
Specimen File3

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

APL-STECH_00000230

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Samuel E. Bonet/     Date Signed: 06/30/2018
Signatory's Name: Samuel E. Bonet
Signatory's Position: Principal
Signatory's Phone: 6783584965


Signature: /Robert M. Long/     Date Signed: 06/30/2018
Signatory's Name: Robert M. Long/
Signatory's Position: Principal
Signatory's Phone: 6786377579


RAM Sale Number: 86961925
RAM Accounting Date: 07/02/2018


Serial Number: 86961925
Internet Transmission Date: Sat Jun 30 14:12:22 EDT 2018
TEAS Stamp: USPTO/SOU-XX.XX.XX.XX-201806301412225449
95-86961925-61035711d21d54a9ea33f44b747e
6ce56f4376ead9a2c0812ff27fc39968d2-CC-83
10-20180630134608560853

APL-STECH_00000231



APL-STECH_00000232





APL-STECH_00000233



**FEE RECORD SHEET**

**Serial Number:**   86961925

**RAM Sale Number:  86961925**

**Total Fees:**      $100

**RAM Accounting Date:  20180702**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20180630 | $100 | 1 | $100 |

**Transaction Date:**   20180630



APL-STECH_00000235



APL-STECH_00000236





APL-STECH_00000237



APL-STECH_00000238

## Trademark Snap Shot ITU Unit Action
(Table presents the data on ITU Unit Action)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86961925 | FILING DATE | 04/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KERTGATE, AMY L | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/26/2018 |
| PUB DATE | 12/05/2017 |
| STATUS | 748-STATEMENT OF USE - TO EXAMINER |
| STATUS DATE | 07/25/2018 |
| LITERAL MARK ELEMENT | MEMOJI |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE APT. 19 ATLANTA, GA 30306 |

APL-STECH_00000239

| ENTITY | 16-LTD LIAB CO |
|---|---|
| CITIZENSHIP | Georgia |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; downloadable mobile applications for recording, editing, and distributing images, videos, and audio; downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 06/28/2018 | FIRST USE IN COMMERCE DATE | 06/28/2018 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record. |
| PSEUDO MARK | ME MOJI |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/25/2018 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 037 |
| 06/30/2018 | IUAF | S | USE AMENDMENT FILED | 036 |
| 07/24/2018 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 035 |
| 06/30/2018 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 034 |
| 06/12/2018 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 033 |
| 03/23/2018 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 032 |
| 03/21/2018 | EX1G | S | EXTENSION 1 GRANTED | 031 |
| 03/21/2018 | EXT1 | S | EXTENSION 1 FILED | 030 |
| 03/21/2018 | EEXT | I | TEAS EXTENSION RECEIVED | 029 |
| 01/30/2018 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 028 |
| 12/05/2017 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 027 |
| 12/05/2017 | PUBO | A | PUBLISHED FOR OPPOSITION | 026 |
| 11/15/2017 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 025 |
| 11/02/2017 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 024 |
| 10/12/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 023 |
| 10/12/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 022 |
| 10/09/2017 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 021 |

| 10/08/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 020 |
|---|---|---|---|---|
| 10/08/2017 | PETG | O | PETITION TO REVIVE-GRANTED | 019 |
| 10/08/2017 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 018 |
| 10/03/2017 | MAB2 | O | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | 017 |
| 10/03/2017 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 016 |
| 03/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 015 |
| 03/03/2017 | GPRA | O | PRIORITY ACTION E-MAILED | 014 |
| 03/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 013 |
| 02/10/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 02/10/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 02/02/2017 | ALIE | A | ASSIGNED TO LIE | 010 |
| 01/18/2017 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 009 |
| 01/16/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/25/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 07/25/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 07/25/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 07/15/2016 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/07/2016 | MDSM | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 04/06/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | Gregori Mavronicolas<br>Mavronicolas & Dee LLP<br>3 Park Avenue, 15th Floor<br>New York, NY 10016 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE<br>APT. 19<br>ATLANTA, GA 30306 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Georgia |
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | One Monkey LLC |
| ADDRESS | 881 North Highland Avenue NE<br>Apt. 19<br>Atlanta, GA 30306 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Georgia |

APL-STECH_00000241



APL-STECH_00000242

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86961925 | FILING DATE | 04/01/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | KERTGATE, AMY L | L.O. ASSIGNED | 113 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 08/16/2018 |
| PUB DATE | 12/05/2017 |
| STATUS | 819-SU - REGISTRATION REVIEW COMPLETE |
| STATUS DATE | 08/15/2018 |
| LITERAL MARK ELEMENT | MEMOJI |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | YES |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE<br>APT. 19<br>ATLANTA, GA 30306 |

APL-STECH_00000243

| ENTITY | 16-LTD LIAB CO |
|---|---|
| CITIZENSHIP | Georgia |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; downloadable mobile applications for recording, editing, and distributing images, videos, and audio; downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 06/28/2018 | FIRST USE IN COMMERCE DATE | 06/28/2018 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink. |
| NAME/PORTRAIT DESC/CONSENT | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record. |
| PSEUDO MARK | ME MOJI |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 08/16/2018 | SUNA | E | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | 039 |
| 08/15/2018 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 038 |
| 07/25/2018 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 037 |
| 06/30/2018 | IUAF | S | USE AMENDMENT FILED | 036 |
| 07/24/2018 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 035 |
| 06/30/2018 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 034 |
| 06/12/2018 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 033 |
| 03/23/2018 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 032 |
| 03/21/2018 | EX1G | S | EXTENSION 1 GRANTED | 031 |
| 03/21/2018 | EXT1 | S | EXTENSION 1 FILED | 030 |
| 03/21/2018 | EEXT | I | TEAS EXTENSION RECEIVED | 029 |
| 01/30/2018 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 028 |
| 12/05/2017 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 027 |
| 12/05/2017 | PUBO | A | PUBLISHED FOR OPPOSITION | 026 |
| 11/15/2017 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 025 |
| 11/02/2017 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 024 |
| 10/12/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 023 |

| 10/12/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 022 |
| 10/09/2017 | NREV | E | NOTICE OF REVIVAL - E-MAILED | 021 |
| 10/08/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 020 |
| 10/08/2017 | PETG | O | PETITION TO REVIVE-GRANTED | 019 |
| 10/08/2017 | PROA | I | TEAS PETITION TO REVIVE RECEIVED | 018 |
| 10/03/2017 | MAB2 | O | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | 017 |
| 10/03/2017 | ABN2 | O | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | 016 |
| 03/03/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 015 |
| 03/03/2017 | GPRA | O | PRIORITY ACTION E-MAILED | 014 |
| 03/03/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 013 |
| 02/10/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 012 |
| 02/10/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 011 |
| 02/02/2017 | ALIE | A | ASSIGNED TO LIE | 010 |
| 01/18/2017 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 009 |
| 01/16/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/25/2016 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 07/25/2016 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 07/25/2016 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 07/15/2016 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 04/07/2016 | MDSM | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 04/06/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/05/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | Gregori Mavronicolas<br>Mavronicolas & Dee LLP<br>3 Park Avenue, 15th Floor<br>New York, NY 10016 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | SOCIAL TECHNOLOGIES LLC |
| ADDRESS | 881 N. HIGHLAND AVENUE NE<br>APT. 19<br>ATLANTA, GA 30306 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Georgia |
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | One Monkey LLC |
| ADDRESS | 881 North Highland Avenue NE<br>Apt. 19<br>Atlanta, GA 30306 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Georgia |

APL-STECH_00000245



| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, August 16, 2018 00:14 AM |
| **To:** | gmavronicolas@mavrolaw.com |
| **Cc:** | gmavronicolas@mavrolaw.com |
| **Subject:** | Official USPTO Notice of Acceptance of SOU: U.S. Trademark SN 86961925: MEMOJI (Stylized/Design) |

NOTICE OF ACCEPTANCE OF STATEMENT OF USE

**U.S. Serial Number:**  86961925
**Mark:**  MEMOJI (Stylized/Design)
**Owner:**  SOCIAL TECHNOLOGIES LLC
**Docket/Reference Number:**

The USPTO has accepted the Statement of Use filed for the trademark application identified above.  The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86961925&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

APL-STECH_00000247

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,566,242**

**Registered Sep. 18, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

SOCIAL TECHNOLOGIES LLC  (GEORGIA LIMITED LIABILITY COMPANY)
881 N. Highland Avenue Ne
Apt. 19
Atlanta, GEORGIA 30306

CLASS 9: Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; downloadable mobile applications for recording, editing, and distributing images, videos, and audio; downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio

FIRST USE 6-28-2018; IN COMMERCE 6-28-2018

The color(s) black, white, gray, brown, tan, red and pink is/are claimed as a feature of the mark.

The mark consists of the stylized wording "MEMOJI" appearing in white on a black background with a white oval with gray highlighting replacing the letter "O", a woman's cross-eyed face appearing within the oval with brown hair, tan skin, brown eyebrows, black and white eyes, pink cheeks and red lips. A partial reflection of the wording and design appears inverted directly below "MEMOJI" in gray, tan, brown, black red and pink.

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Nicole Martin, whose consent(s) to register is made of record.

SER. NO. 86-961,925, FILED 04-01-2016

Director of the United States
Patent and Trademark Office

APL-STECH_00000248

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

APL-STECH_00000249

900389526      12/28/2016

900389526      12/28/2016

| TRADEMARK ASSIGNMENT COVER SHEET |
|---|

Electronic Version v1.1                                                    ETAS ID: TM410416
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | CHANGE OF NAME |

CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| ONE MONKEY LLC | | 12/28/2016 | Limited Liability Company: GEORGIA |

RECEIVING PARTY DATA

| | |
|---|---|
| Name: | SOCIAL TECHNOLOGIES LLC |
| Street Address: | 881 N. Highland Avenue NE |
| Internal Address: | Apt. 19 |
| City: | Atlanta |
| State/Country: | GEORGIA |
| Postal Code: | 30306 |
| Entity Type: | Limited Liability Company:  GEORGIA |

PROPERTY NUMBERS Total: 3

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87095204 | LOCOMOJI'S |
| Serial Number: | 86961925 | MEMOJI |
| Serial Number: | 87167444 | RACISM |

CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone:                6783584965
Email:                sambonet34@gmail.com
Correspondent Name:   Samuel Bonet
Address Line 1:       881 N. Highland Avenue NE
Address Line 2:       Apt. 19
Address Line 4:       Atlanta, GEORGIA 30306

| NAME OF SUBMITTER: | Samuel E. Bonet |
|---|---|
| SIGNATURE: | /Samuel E. Bonet/ |
| DATE SIGNED: | 12/28/2016 |
| Total Attachments: 0 | |

OP  $90.00  87095204

**TRADEMARK**
**REEL: 005956 FRAME: 0794**

900389526

# THIS

# PAGE

# INTENTIONALLY

# LEFT

# BLANK

APL-STECH_00000251

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

September 26, 2018

Cancellation No. 92069578
Registration No. 5566242

SOCIAL TECHNOLOGIES LLC

881 N. HIGHLAND AVENUE NE APT. 19
ATLANTA, GA 30306

*APPLE INC.*

*v.*

*SOCIAL TECHNOLOGIES LLC*

Glenn A. Gundersen
DECHERT LLP
CIRA CENTRE, 2929 ARCH STREET
PHILADELPHIA, PA 19104-2808

**ESTTA924674**

**NOTICE OF INSTITUTION**
The petitioner (plaintiff) identified above has filed a petition to cancel the above-identified registration owned by respondent (defendant). This notice of institution is forwarded pursuant to Trademark Rules 2.113(b) and (c), and constitutes service of the petition to cancel on respondent. An electronic version of the petition to cancel is viewable on TTABVUE at  http://ttabvue.uspto.gov/ttabvue/.  *See* Trademark Rule 2.113(a). The parties should diligently monitor this proceeding via TTABVUE.

**RESPONDENT MUST FILE ANSWER THROUGH ESTTA**
As required in the schedule below, **respondent must file an answer within forty (40) days from the date of this order**. Failure to file a timely answer may result in the entry of default judgment and cancellation of the registration. Regarding when a deadline falls on a Saturday, Sunday or federal holiday, *see* Trademark Rule

2.196. Respondent must file the answer through ESTTA - Electronic System for Trademark Trials and Appeals, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. An answer filed on paper under these limited circumstances must be accompanied by a Petition to the Director (and the required fee under Trademark Rule 2.6). *See* Trademark Rule 2.114(b)(1). In substance, respondent's answer must comply with Fed. R. Civ. P. 8(b); it must admit or deny the allegations in the petition to cancel, and may include available defenses and counterclaims. Regarding the form and content of an answer, *see* Trademark Rule 2.114(b)(2) and TBMP § 311.

**DUTY TO MAINTAIN ACCURATE CORRESPONDENCE INFORMATION**
Throughout this proceeding, the parties, and their attorneys or representatives, must notify the Board of any correction or update of physical address and email address, and should use the ESTTA change of address form. *See* Trademark Rule 2.18(b); TBMP § 117.

**SERVICE OF ANSWER AND OF ALL SUBMISSIONS**
The service of the answer, and all other submissions in this proceeding, and of all matters that are required to be served but not required to be filed in the proceeding record, **must** be by **email** unless the parties stipulate otherwise. Trademark Rule 2.119(b). In the absence of a stipulation, service may be by other means **only** under the **limited** circumstances and in a manner specified in Trademark Rule 2.119(b). Regarding the signing and service of all submissions, *see* TBMP §§ 113-113.04.

The answer, and all other submissions, **must** include proof of service. As noted in TBMP § 113.03, proof of service may be in the following certificate of service form:

> *I hereby certify that a true and complete copy of the foregoing (insert title of submission) has been served on (insert name of opposing counsel or party) by forwarding said copy on (insert date of mailing), via email (or insert other appropriate method of delivery) to: (set out name, and address or email address of opposing counsel or party).*
>
> *Signature_____*
> *Date_____*

**SUBMIT ALL FILINGS ONLINE VIA ESTTA**
Submissions **must** be filed via ESTTA, the Board's online filing system, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. Trademark Rule 2.126(a). Submissions may be filed in paper form **only** under the **limited** circumstances specified in Trademark Rule 2.126(b), with a required written explanation. ESTTA is accessible at the Board's web page: http://estta.uspto.gov/. The page has instructions and tips. ESTTA offers various

APL-STECH_00000253

forms, some of which may require attachments and/or a fee. For technical questions, a party may call 571-272-8500 (Mon. - Fri. 8:30 - 5:00 ET) or email ESTTA@uspto.gov. This proceeding involves several deadlines, and due to potential technical issues, parties should not wait until the deadline to submit filings. The Board may **decline to consider** an untimely submission. Moreover, Trademark Rule 2.126 sets forth the required form and format for all submissions (*e.g.*, page limitations), and the Board may **decline to consider** any submission that does not comply with this rule, including, but not limited to motions, briefs, exhibits, and deposition transcripts.

## CONFERENCE, DISCOVERY, DISCLOSURE AND TRIAL SCHEDULE

| | |
|---|---|
| Time to Answer | 11/5/2018 |
| Deadline for Discovery Conference | 12/5/2018 |
| Discovery Opens | 12/5/2018 |
| Initial Disclosures Due | 1/4/2019 |
| Expert Disclosures Due | 5/4/2019 |
| Discovery Closes | 6/3/2019 |
| Plaintiff's Pretrial Disclosures Due | 7/18/2019 |
| Plaintiff's 30-day Trial Period Ends | 9/1/2019 |
| Defendant's Pretrial Disclosures Due | 9/16/2019 |
| Defendant's 30-day Trial Period Ends | 10/31/2019 |
| Plaintiff's Rebuttal Disclosures Due | 11/15/2019 |
| Plaintiff's 15-day Rebuttal Period Ends | 12/15/2019 |
| Plaintiff's Opening Brief Due | 2/13/2020 |
| Defendant's Brief Due | 3/14/2020 |
| Plaintiff's Reply Brief Due | 3/29/2020 |
| Request for Oral Hearing (option) Due | 4/8/2020 |

## PARTIES ARE REQUIRED TO HOLD DISCOVERY CONFERENCE

The parties are required to schedule and hold a discovery conference by the deadline in the schedule in this order, or as reset by the Board. In the conference, the parties are required to discuss, at a minimum, 1) the nature and basis of their claims and defenses, 2) the possibility of promptly settling, or at least narrowing the scope of claims or defenses, and 3) arrangements for disclosures, discovery, preserving discoverable information and introduction of evidence at trial. For guidance, *see* Fed. R. Civ. P. 26(f), Trademark Rule 2.120(a)(2)(i) and TBMP §§ 401.01 and 408.01(a).

The parties must hold the conference in person, by telephone or by a means on which they agree. A Board interlocutory attorney or administrative trademark judge will participate in the conference either upon request of any party made no later than ten (10) days prior to the conference deadline, or when the Board deems it useful to have Board involvement. *See* Trademark Rule 2.120(a)(2)(i). A request for Board participation must be made either through ESTTA, or by telephone call to

- 3 -

the assigned interlocutory attorney named on the TTABVUE record for this proceeding. A party requesting Board participation should first determine possible dates and times when all parties are available. A conference with a Board attorney's participation will be by telephone in accordance with the Board's instructions.

For efficiency, the parties may stipulate to various procedural and substantive disclosure, discovery and trial matters (*e.g.*, modification of deadlines and obligations) upon written stipulation and approval by the Board. Trademark Rule 2.120(a)(2)(iv) provides a non-exhaustive list of matters to which parties may stipulate. The best practice is to reduce all stipulations to writing. If email service is not practical, such as for voluminous document production in discovery, the parties should discuss in the conference how production will be made. The parties, and their attorneys or representatives, have **a duty to cooperate** in the discovery process. TBMP § 408.01.

### PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION

The Board's Standard Protective Order is automatically imposed in all *inter partes* proceedings, and is available at:  https://www.uspto.gov/trademarks-application-process/appealing-trademark-decisions/standard-documents-and-guidelines-0.  During their conference, the parties should discuss whether they will use an alternative or modified protective order, subject to approval by the Board. *See* Trademark Rule 2.116(g) and TBMP § 412. The standard order does not automatically protect confidential information; its provisions for designating confidential information must be utilized as needed by the parties. Trademark Rule 2.126(c) sets forth the procedure for filing confidential submissions.

### ACCELERATED CASE RESOLUTION (ACR)

During their conference, the parties are to discuss whether they wish to seek mediation or arbitration, and whether they can stipulate to the Board's Accelerated Case Resolution (ACR) process for a more efficient and cost-effective means of obtaining the Board's determination of the proceeding. For details, and examples of ACR proceedings, *see* TBMP § 528, and the Board's webpage: http://www.uspto.gov/ttab.

### INITIAL DISCLOSURES AND DISCOVERY

Regarding the deadline for and contents of initial disclosures, *see* Trademark Rules 2.120(a)(1) and (2)(i), and TBMP § 401.02. Regarding deadlines for serving and responding to discovery, *see* Trademark Rule 2.120(a)(3) and TBMP § 403.03. Certain provisions of Fed. R. Civ. P. 26 are applicable in modified form. Note that written discovery (interrogatories, requests for production, requests for admission) must be served **early** enough so that responses will be due **no later than** the close of discovery. Regarding the scope and limits of discovery, *see* TBMP 414; discoverable items may include documents, tangible things, and electronically stored information (ESI).

APL-STECH_00000255

**MOTIONS**

Certain provisions of Fed. R. Civ. P. 11 apply to all submissions in Board proceedings. *See* TBMP § 527.02. Regarding available motions, *see* TBMP Chapter 500. Regarding applicable deadlines to respond to motions, depending on the motion filed, *see* Trademark Rules 2.127(a) and (e)(1). When a party timely files a potentially dispositive motion the proceeding is suspended with respect to all matters not germane to the motion. *See* Trademark Rule 2.127(d). In addressing motions or other filings, if it appears to the Board that a telephone conference would be beneficial, or upon request of one or both parties, the Board may schedule a conference. *See* Trademark Rule 2.120(j)(1) and TBMP § 502.06(a).

**PRETRIAL DISCLOSURES, TRIAL AND BRIEFING**

Regarding the procedures and deadlines for pretrial disclosures and trial, and specifically the noticing, taking, serving and submitting of evidence and testimony, *see* Trademark Rules 2.120(k), 2.121, 2.122, 2.123 and 2.125, as well as TBMP Chapter 700. The parties should review these authorities. For example: witness testimony may be submitted in the form of affidavit or declaration subject to the right to oral cross examination; transcripts of testimony depositions, with exhibits, must be served on each adverse party within thirty (30) days after completion of taking the testimony; certified transcripts and exhibits must be filed, with notice of such filing served on each adverse party; and all notices of reliance must be submitted during the submitting party's assigned testimony period and must indicate generally the relevance the evidence and associate it with one or more issues.

Main briefs shall be filed in accordance with Trademark Rules 2.128(a) and (b). An oral hearing is not required, but will be scheduled upon separate notice timely filed pursuant to Trademark Rule 2.129(a). Regarding briefs and oral hearings, *see* TBMP §§ 801-802.

**LEGAL RESOURCES AVAILABLE AT WEB PAGE**

For a general description of Board proceedings, *see* TBMP §102.03. Proceedings are governed by the Trademark Rules of Practice in Parts 2 and 7 of Title 37 of the Code of Federal Regulations. These rules, the Manual of Procedure (TBMP), information on Accelerated Case Resolution (ACR) and Alternative Dispute Resolution (ADR), and many Frequently Asked Questions, are available on the Board's web page, at:
http://www.uspto.gov/ttab. The parties should check the web page for important changes, announcements, etc., many of which apply to proceedings already in progress.

**PARTIES NOT REPRESENTED BY COUNSEL**

This proceeding is similar to a civil action in a federal district court and can be complex. The Board **strongly** advises all parties to secure the services of an attorney who is familiar with trademark law and Board procedure. The Board cannot aid

- 5 -

in the selection of an attorney. *See* TBMP § 114.02. The Board requires strict compliance with all applicable authorities whether or not the party is represented by counsel.

**NOTIFY BOARD OF ALL PENDING ACTIONS**

If the parties are, or during the pendency of this proceeding become, parties in another Board proceeding or a civil action involving the same or related marks, or involving any issues of law or fact which are also in this proceeding, they shall notify the Board immediately. *See* Trademark Rule 2.106(b)(3)(i). The Board will consolidate and/or suspend related Board proceedings, as appropriate. *See* Trademark Rule 2.117(c); TBMP §§ 510 and 511.

APL-STECH_00000257

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA924674** |
|---|---|
| Filing date: | **09/26/2018** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following party has filed a petition to cancel the registration indicated below.

## Petitioner Information

| Name | APPLE INC. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | CALIFORNIA |
| Address | ONE APPLE PARK WAY<br>CUPERTINO, CA 95014<br>UNITED STATES | | |

| Attorney information | Glenn A. Gundersen<br>DECHERT LLP<br>CIRA CENTRE, 2929 ARCH STREET<br>PHILADELPHIA, PA 19104-2808<br>UNITED STATES<br>glenn.gundersen@dechert.com, jennifer.insley-pruitt@dechert.com, trademarks@dechert.com<br>215-994-2183 |
|---|---|

## Registration Subject to Cancellation

| Registration No. | 5566242 | Registration date | 09/18/2018 |
|---|---|---|---|
| Registrant | SOCIAL TECHNOLOGIES LLC<br>881 N. HIGHLAND AVENUE NE<br>APT. 19<br>ATLANTA, GA 30306<br>UNITED STATES<br>Email: gmavronicolas@mavrolaw.com | | |

## Goods/Services Subject to Cancellation

Class 009. First Use: 2018/06/28 First Use In Commerce: 2018/06/28
All goods and services in the class are subject to cancellation, namely: Computer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; downloadable mobile applications for recording, editing, and distributing images, videos, and audio; downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio

## Grounds for Cancellation

| Priority and likelihood of confusion | Trademark Act Sections 14(1) and 2(d) |
|---|---|

## Mark Cited by Petitioner as Basis for Cancellation

APL-STECH_00000258

| U.S. Application No. | 87397135 | Application Date | 04/03/2017 |
|---|---|---|---|
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | MEMOJI | | |
| Design Mark | MEmoji | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 009. First use: First Use: 2014/10/01 First Use In Commerce: 2014/10/01 <br><br> Computer application software for mobile phones and other computing devices, namely, software for creating and sending emoticons; Downloadable software in the nature of a mobile application for creating and sending emoticons | | |

| Attachments | 87397135#TMSN.png( bytes ) <br> MEMOJI Petition for Cancellation.pdf(126744 bytes ) |
|---|---|

| Signature | /Jennifer Insley-Pruitt/ |
|---|---|
| Name | Jennifer Insley-Pruitt |
| Date | 09/26/2018 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In re Registration No. 5,566,242
Trademark:  MEMOJI & Design

| | |
|---|---|
| Apple Inc.,<br><br>    Petitioner,<br><br>  v.<br><br>Social Technologies LLC,<br><br>    Registrant. | Cancellation No. _____ |

## PETITION FOR CANCELLATION

Petitioner Apple Inc., a California corporation with an address at One Apple Park Way, Cupertino, California 95014, believes that it will be damaged by the continued registration of U.S. Registration No. 5,566,242 of the mark MEMOJI & Design and hereby petitions to cancel the same.  As grounds for its petition for cancellation, Apple, by its attorneys Dechert LLP, alleges as follows:

1.      Apple is the owner of use-based Application Serial No. 87/397,135 ("Apple's Application") to register the mark MEMOJI (the "MEMOJI Mark") for "computer application software for mobile phones and other computing devices, namely, software for creating and sending emoticons; [d]ownloadable software in the nature of a mobile application for creating and sending emoticons" in International Class 9.

2.      The MEMOJI Mark was first used in connection with the software identified in Apple's Application as early as October 1, 2014, and has been used since then by Apple or its predecessors in interest.

3.      Apple's MEMOJI software uses video of an individual to create emoji that resemble the individual.

4.      Apple's MEMOJI software has attracted extensive press coverage, with articles about the product appearing in general interest publications such as *The Wall Street Journal*, *New York Magazine*, *Salon*, *Slate*, and CNBC.com and in Gizmodo, TechCrunch, CNET, and other technology-oriented sources.

5.      Upon information and belief, Registrant Social Technologies LLC ("Registrant") is a Georgia limited liability company with an address at 881 N. Highland Avenue NE, Apt. 19, Atlanta, Georgia 30306.

6.      According to the online records of the United States Patent and Trademark Office ("USPTO"), on April 1, 2016, Registrant filed Application Serial No. 86/961,925 ("Registrant's Application") to register MEMOJI & Design (the "Registered Mark"), as shown below, based on an alleged intent to use that mark in connection with "[c]omputer application software for mobile phones, namely, software for recording, editing, and distributing images, videos, and audio; computer application software for mobile phones, computers, and tablets, namely, software for recording, editing, and distributing images, videos, and audio; downloadable mobile applications for recording, editing, and distributing images, videos, and audio; downloadable software in the nature of a mobile application for recording, editing, and distributing images, videos, and audio" in International Class 9.

- 2 -

APL-STECH_00000261



7.      According to the records of the USPTO, on June 30, 2018 Registrant filed a Statement of Use with respect to Registrant's Application, claiming to have first used the Registered Mark on June 28, 2018.

8.      The specimen of use submitted with Registrant's Statement of Use describes its MEMOJI software as a "messaging app that will capture the facial impression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users [sic] actual face."

9.      According to the records of the USPTO, on September 18, 2018, Registrant's Application matured to registration as U.S. Registration No. 5,566,242 (the "Registration").

10.     On June 26, 2017 and again on June 5, 2018, the USPTO issued a Suspension Notice suspending action on Apple's Application pending the registration of Registrant's Application.

11.     In the Suspension Notice dated June 5, 2018, the Examining Attorney stated that "[i]f the mark in [Registrant's Application] registers, [Apple's MEMOJI Mark] may be refused registration under Section 2(d) because of a likelihood of confusion with that registered mark[]."

COUNT 1:
PRIORITY AND LIKELIHOOD OF CONFUSION

12.     Apple repeats and re-alleges the allegations set forth in paragraphs 1 through 11 as though fully set forth herein.

- 3 -

13.     Upon information and belief, the filing date of Registrant's Application is the earliest date upon which Registrant can rely to establish rights in the Registered Mark.

14.     The filing date of Registrant's Application is long after the date of first use of Apple's MEMOJI Mark.

15.     As such, Apple's rights in the MEMOJI Mark are prior and superior to any rights Registrant could claim in the Registered Mark.

16.     The Registered Mark is identical in sound and commercial impression to Apple's prior used MEMOJI Mark.

17.     The identification of goods in the Registration also describes the goods in connection with which Apple's MEMOJI Mark has been used since prior to the filing date of Registrant's Application.

18.     Upon information and belief, the app in connection with which Registrant uses the Registered Mark has the same fundamental functionality as the app in connection with which Apple uses its MEMOJI Mark – namely, it allows users to create personalized emojis.

19.     Given the similarity of the parties' respective goods and marks, Registrant's use of the Registered Mark in connection with Registrant's goods is likely to cause confusion as to the source of Registrant's goods.

20.     The Examining Attorney has indicated that the Registration will be a basis for refusing Apple's Application, despite the fact that Apple's rights in the MEMOJI Mark are prior and superior to any rights that Registrant may claim in the Registered Mark.

APL-STECH_00000263

21.     The continued presence of the Registration on the federal trademark register is therefore inconsistent with Apple's prior rights in its MEMOJI Mark and is causing injury and damage to Apple by preventing Apple from registering its MEMOJI Mark.

22.     By reason of the foregoing, Apple is likely to be harmed by continued registration of the Registered Mark.

Wherefore, it is respectfully requested that this Petition for Cancellation be sustained and that U.S. Registration No. 5,566,242 be cancelled.

Dated:  September 26, 2018          By:   _____
                                          Glenn A. Gundersen
                                          Jennifer Insley-Pruitt
                                          DECHERT LLP
                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA  19104-2808
                                          (215) 994-2183

                                          *Counsel for Petitioner*

- 5 -

APL-STECH_00000264

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| | |
|---|---|
| ESTTA Tracking number: | **ESTTA930749** |
| Filing date: | **10/24/2018** |

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
### BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| Proceeding | 92069578 |
|---|---|
| Party | Defendant<br>SOCIAL TECHNOLOGIES LLC |
| Correspondence Address | SOCIAL TECHNOLOGIES LLC<br>881 N. HIGHLAND AVENUE NE, APT. 19<br>ATLANTA, GA 30306<br>UNITED STATES<br>gmavronicolas@mavrolaw.com<br>no phone number provided |
| Submission | Motion to Suspend for Civil Action |
| Filer's Name | Greg Mavronicolas |
| Filer's email | gmavronicolas@mavrolaw.com |
| Signature | /Greg Mavronicolas/ |
| Date | 10/24/2018 |
| Attachments | TTAB Motion for Suspension .pdf(519214 bytes ) |

APL-STECH_00000265

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In the matter of Registration No.: 5,566,242
Trademark: MEMOJI & Design
------------------------------------------------------

| | | |
|---|---|---|
| Apple Inc., | ) | |
| | ) | |
| Petitioner, | ) | |
| V. | ) | Cancellation No. 92069578 |
| | ) | |
| Social Technologies LLC, | ) | |
| | ) | |
| Registrant. | ) | |

------------------------------------------------------

**MOTION TO SUSPEND PROCEEDING IN VIEW OF PENDING CIVIL
ACTION  PURSUANT TO TRADEMARK RULE 2.117(a)**

The parties are engaged in a civil action which may have a bearing on this proceeding. Accordingly, Social Technologies LLC ("**Registrant**") hereby requests suspension of this proceeding pending a final determination of the civil action. Trademark Rule 2.117(a), 37 C.F.R. § 2.117(a).  In support of this Motion, Registrant submits herewith Exhibit A, which is a copy of a Complaint filed on September 26, 2018 by Registrant. The civil action is pending in the United States District Court, Northern District of California.

Whenever it comes to the attention of the Board that the parties to a case before it are involved in a civil action which may be dispositive of the Board case, the proceedings before the Board may be suspended upon final determination of the civil action. TBMP § 510.02(a). However, a civil action need not be dispositive on the issues for the Board to suspend proceedings. Ordinarily, the Board will suspend proceedings in the case before it if the final determination of the other proceedings may have a bearing on the issues before the Board. TBMP § 510.02, citing 37 C.F.R. § 2.117(a); see, e.g., New Orleans Louisiana Saints LLC v. Who Dat? Inc., 99

U.S.P.Q.2d 1550, 1552 (TTAB 2011) (civil action need not be dispositive of Board proceeding, but only needs to have bearing on issues before the Board).

In the Complaint, Registrant alleges willful, deliberate infringement of the MEMOJI mark by Petitioner. Suspension of Board proceedings is within the discretion of the TTAB, and will generally be granted when a final decision of the court will likely be controlling on the issues to be decided by the TTAB. In Whopper Burger, Inc. v. Burger King Corp., 171 U.S.P.Q. 805, 807 (TTAB 1971), the Board suspended proceedings, finding that "There can be no doubt that issues involved in the civil action are involved here, specifically the determination of ownership of the contested mark."  In view of the fact that the pending civil action involves the determination of ownership of the contested mark, and that issue will impact the pending trademark application and the opposition to the same, the determination of these issues in the civil action will likely be dispositive of, or will at least have bearing on, this proceeding. Applicant therefore respectfully requests suspension of these proceedings pending determination of the civil action.

Dated:  October 24, 2018

Greg Mavronicolas
MAVRONICOLAS & DEE LLP
3 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10016
TELEPHONE: (646) 484-9569
FAX: (866) 774-9005
Email: gmavronicolas@mavrolaw.com

*Attorney for Registrant*

## **CERTIFICATE OF SERVICE**

I certify that on this date a copy of the foregoing **Motion to Suspend Proceeding in View of Pending Civil Action** was served on counsel for Petitioner, this 24th Day of October 2018, by sending the same via email to: glenn.gundersen@dechert.com, Jennifer.insley-pruitt@dechert.com, trademarks@dechert.com

_____

Greg Mavronicolas
MAVRONICOLAS & DEE LLP
3 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10016
TELEPHONE: (646) 484-9569
FAX: (866) 774-9005
Email: gmavronicolas@mavrolaw.com

*Attorney for Registrant*

**EXHIBIT A**

APL-STECH_00000269

Nicholas Ranallo (SBN 275016)
nick@ranallolawoffice.com
Of Counsel, Mavronicolas & Dee LLP
2443 Fillmore St., #380-7508
San Francisco, CA 94115
T: (831) 607-9229
F: (831) 533-5073

Peter Dee (*pro hac vice* to be filed)
pdee@mavrolaw.com
Mavronicolas & Dee LLP
3 Park Avenue, 15th Floor
New York, NY 10016
T: (646) 770-1256
F: (866) 774-9005

*Attorneys for Plaintiff Social Technologies LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, | Case Number: |
| Plaintiff, | **COMPLAINT FOR** |
| vs. | **(1) Trademark Infringement (Lanham Act)** |
| APPLE INC., a California corporation, | **(2) Trademark Infringement (Common Law)** |
| Defendant. | **(3) Unfair Competition (Cal. Bus. & Prof. Code §17200)** |
| | **(4) Declaratory Judgment of Validity** |
| | **(5) Declaratory Judgment of Non-Infringement** |
| | **DEMAND FOR JURY TRIAL** |

APL-STECH_00000270

Plaintiff Social Technologies Inc. ("Social Tech") brings this action to enjoin Apple, Inc.'s ("Apple") illegal use of Social Tech's MEMOJI trademark. Social Tech seeks preliminary and permanent injunctive relief and all other remedies available under the laws of the United States and the State of California and alleges with knowledge as to itself and its own acts, and on information and belief as to all other matters, as follows:

<u>**NATURE OF ACTION**</u>

1.     In April, 2016, Social Tech filed an intent-to-use application with the PTO for a stylized mark which includes as its dominant element the word "MEMOJI".

2.     Social Tech uses the mark in commerce in connection with a messaging mobile application and has received a registered trademark (hereinafter "MEMOJI").

3.     Before Social Tech obtained the registration, and with full notice of Social Tech's pending application, Apple, upon information and belief, formed a subsidiary - non-party Memofun Apps LLC ("Memofun") - to become the assignee of purported goodwill connected to a forgotten and abandoned mobile application using the name Memoji, and a suspended trademark application that went along with it, from non-party assignors Big 3 ENT, LLC and Lucky Bunny, LLC.

4.     Memofun then assigned those purported rights to Defendant Apple on June 4, 2018.

5.     On the same day, Apple announced a feature for its new operating system, which was subsequently released to the public on September 17, 2018, called and marketed as "Memoji" (hereinafter the "Infringing Memoji").

6.     Apple's Infringing Memoji feature allows users to make animated caricatures of themselves and send them in messages to friends and family.

7.     As Apple well knew, however, Social Tech had a pending trademark application and had used the MEMOJI mark in commerce on an app available in the Google Play store since June 28, 2018, and in online marketing prior thereto.

APL-STECH_00000271

8.      Social Tech's MEMOJI app allows users to send edited pictures and videos in messages to others.

9.      The United States Patent and Trademark Office ("PTO") registered MEMOJI to Social Tech on September 18, 2018 (Reg. No. 5,566,242).

10.     Apple's Infringing Memoji deliberately infringes on Social Tech's MEMOJI mark. Social Tech thus brings this action for preliminary and permanent injunctive relief and all other remedies available to address Apple's deliberate and unlawful conduct.

## PARTIES

11.  Plaintiff Social Technologies LLC is a limited liability company organized and existing under the laws of the State of Georgia and has a principal place of business in Atlanta, Georgia.

12.     Defendant Apple, Inc. is a corporation organized and existing under the laws of the State of California and has a principal place of business in Cupertino, California.

## JURISDICTIONAL STATEMENT

### Jurisdiction

13.     The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, 15 U.S.C. § 1116 and 1125, and 28 U.S.C. § 1367.

### Venue

14.     Venue lies within this district because a substantial part of the events giving rise to these claims occurred in this district and Apple resides in this district for purposes of 28 U.S.C. § 1391(b) and (c).

### Intradistrict Assignment

15.     This action arises in Santa Clara County because a substantial part of the events giving rise to the claim occurred in Santa Clara County. This is an intellectual property action subject to district-wide assignment pursuant to Civil L.R. 3-2(c).

Complaint

APL-STECH_00000272

## FACTUAL ALLEGATIONS

### Social Tech's MEMOJI App

16.　Social Tech is a company focused on the development of mobile applications to enhance the personal messaging experience.　Social Tech has previously released an app known as "HELLOJIS" and another more recently, "MEMOJI".

17.　Social Tech's MEMOJI app allows users to edit videos and photographs and send as messages.　Social Tech came up with the name MEMOJI in 2016 and filed an intent-to-use application on April 1, 2016 after seeing that the name was not in use.

Social Tech's MEMOJI trademark is:



18.　On November 15, 2017, the PTO issued a "Notice of Publication" for MEMOJI, explaining that "The mark of the application identified appears to be entitled to registration," and that the mark would be published on December 5, 2017.

19.　No opposition was filed with the PTO, and the PTO entered a Notice of Allowance on January 30, 2018.

20.　On or around May 21, 2018, an unknown person believed to be acting at the direction of Apple left a message with Social Tech inquiring about buying its rights in the name MEMOJI.

21.　Social Tech returned the call and, after the inquiring person declined to identify the company he worked for, indicated that its rights in the name MEMOJI were not for sale.

4

Complaint

APL-STECH_00000273

22.     Social Tech filed its Statement of Use on June 30, 2018 and the PTO registered Social Tech's MEMOJI mark on September 18, 2018 (Reg. No. 5,566,242}, with a "first use" and use "in commerce" of June 28, 2018 - the date the app became available through the Google Play store:



### Apple Announces "Memoji" for Its New iPhone

23.     On June 4, 2018, Apple announced its new iPhone operating system for the iPhone. Among the new features Apple touted in the press release was the Infringing Memoji.

APL-STECH_00000274

Newsroom

**Memoji and Fun Camera Effects**



New features in Messages and FaceTime make every message more personal and expressive.

Apple's press release detailed the Infringing Memoji feature in more detail:

> New features make communicating with friends and family from iPhone X more expressive with new Animoji and personalized Memoji characters that are customizable and fun. Create beautifully designed Memoji right within Messages by choosing from a set of inclusive and diverse characteristics to form a unique personality. The existing set of Animoji also expands with ghost, koala, tiger and T. rex. All Animoji and Memoji now feature winks and tongue detection to capture even more expressions.

https://www.apple.com/newsroom/2018/06/apple-previews-ios-12/

24. Apple aggressively marketed the Infringing Memoji as a part of the launch of its new operating system.

**Apple's Willful Infringement Causes Confusion and Damage**

25. Apple's launch of the Infringing Memoji completely swamped Social Tech's efforts to associate the MEMOJI mark with its own brand.

26. MEMOJI is an invented word that does not appear in any common dictionaries.

6

Complaint

APL-STECH_00000275

27.     Both Social Tech and Apple are using MEMOJI for very similar products: software to create images using a device's camera that are edited, embedded into messages and sent. Both have filed PTO applications under the same Class (09 Computer Application Software – Social Tech's has matured to registration; Apple's is "suspended" because of Social Tech's prior filed application and likelihood of confusion).

28.     Both Social Tech and Apple are marketing their MEMOJI brands using very similar messaging: for Social Tech, that MEMOJI is "The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face;" for Apple, its Infringing Memoji feature "make[s] communicating with friends and family from iPhone X more expressive with . . . personalized Memoji characters that are customizable and fun".

29.     Both Social Tech and Apple are using their products through the same channels, namely, through mobile phones and devices—for Social Tech MEMOJI is available through the Google Play store for use on Android phones; for Apple, Infringing Memoji is touted as a messaging feature for iPhones and iPads.

30.     These obvious similarities, coupled with the sheer size of Apple compared to small startup Social Tech, make it difficult for Social Tech to protect its MEMOJI brand and reputation, and to develop goodwill and identity.

31.     After Apple used its biggest platform - its yearly keynote address - to announce the Infringing Memoji, Social Tech decided to cut its funding and development process short and advance the timeline for its MEMOJI app (to stem whatever loss it could from Apple's use of the Infringing Memoji.

32.     Social Tech released a basic but functional version of its app through the Google Play store on June 28, 2018.

APL-STECH_00000276

33. If Apple had not announced its Infringing Memoji product, Social Tech could have proceeded with the full development of the MEMOJI app on its planned schedule and released a more complete product rather than having to rush to market with a more basic product.

34. Apple's infringing product has, since the day of its announcement, caused Social Tech to lose control of its brand: a Google search and YouTube search for MEMOJI is dominated by Apple's Infringing Memoji.

35. Apple is a classic willful infringer. Apple knew about Social Tech's senior rights to MEMOJI, both as a matter of registration with the PTO and a matter of use by Social Tech in commerce.

36. Apple knew that its Infringing Memoji feature was such a closely related service to Social Tech's MEMOJI app that confusion was virtually certain, and Apple knew or should have known that its assignment from Lucky Bunny was in gross. Yet, Apple still went ahead and used the Infringing Memoji mark anyway.

37. As expected, comments posted online by users and potential users have expressed actual confusion and frustration after finding Social Tech's MEMOJI instead of Apples, a classic case of reverse confusion. In one instance, a negative review was left on Social Tech's Google Play store because Social Tech MEMOJI didn't offer the same functionality as Apple's Infringing Memoji.

38. Counsel for Social Tech sent a letter to Apple on June 13, 2018, informing Apple of Social Tech's full intention to release its MEMOJI app and carry through filing the of Statement of Use to obtain a registration.

39. Despite this notice and subsequent registration of Social Tech's MEMOJI mark on September 18, 2018, Apple has not changed the name of its Infringing Memoji feature or stopped its willful, deliberate infringement of Social Tech's mark.

APL-STECH_00000277

40.     In or about September 2018, Apple released its new operating system to the general public with the Infringing Memoji feature included.

41.     This release has exacerbated the confusion that Apple started with its June 4, 2018 product announcement and will result in the further association of the MEMOJI mark with Apple even though the name belongs to Social Tech.

## FIRST CAUSE OF ACTION

### (Trademark Infringement – Lanham Act)

42.     Social Tech repeats and realleges each and every previous allegation and incorporates them by reference as if fully set forth herein.

43.     Social Tech has used the MEMOJI mark to seek investors since April 2016.

44.     Social Tech has used the MEMOJI mark since January 4, 2017 on its website and on YouTube.

45.     Social Tech has used the MEMOJI mark since June 28, 2018 on the Google Play store where its app is offered, as well as on Facebook and other social media, in an effort to identify with MEMOJI across the United States, including California, and worldwide.

46.     In addition, Social Tech has a valid, registered trademark (Reg. No. 5,566,242) for MEMOJI. Social Tech thus has an action under the Lanham Act's protections for registered and unregistered marks.

47.     Apple's use of the Infringing Memoji mark infringes on Social Tech's MEMOJI mark and has caused and will likely continue to cause confusion as to source, sponsorship, affiliation, or association.

48.     With two companies using the near identical mark consisting of a made-up word to sell a very similar product (both related to mobile messaging), confusion is highly likely: actual or

9

Complaint

potential customers of Social Tech's MEMOJI are likely to be confused and believe Apple is the true source, sponsor, or approver of Social Tech's app, and vice versa; actual or potential customers of Apple's Infringing Memoji may be confused and believe Social Tech is the true source, sponsor, or approver of Apple's "Memoji."

49. Apple's wrongful activities have caused Social Tech irreparable injury. Even after receiving the June 13, 2018 letter from Social Tech's counsel, Apple continues to use the Infringing Memoji mark. This causes injury and loss of control over Social Tech's goodwill and reputation, and loss of identity and ability to move into new markets that cannot be remedied through damages, and Social Tech has no adequate remedy at law.

50. Social Tech is entitled to preliminary and permanent injunctions pursuant to 15 U.S.C. § 1116 restraining and enjoining Apple and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the Infringing Memoji mark or any colorable imitation thereof.

51. Pursuant to 15 U.S.C. § 1117, Social Tech is also entitled to recover (1) Apple's profits (2) Social Tech's ascertainable damages, and (3) Social Tech's costs of suit.

52. Apple's willful infringement of Social Tech's MEMOJI mark without excuse or justification renders this an exceptional case and entitles Social Tech to its reasonable attorneys' fees.

## SECOND CAUSE OF ACTION

### (Trademark Infringement – Common Law)

53. Social Tech repeats and realleges each and every previous allegation and incorporates them by reference as if fully set forth herein.

54. Social Tech has common law rights in the MEMOJI mark under California law. Social Tech has used the MEMOJI mark since April 2016 in seeking investors, since January 4,

10

Complaint

APL-STECH_00000279

2017 on its website and on YouTube, and since June 28, 2018 on the Google Play store where its app is offered, as well as on Facebook and other social media, all starting several years before Apple announced its Infringing Memoji feature on June 4, 2018.

55.     Apple's use of the Infringing Memoji mark infringes on Social Tech's MEMOJI mark and has caused and will likely continue to cause confusion as to source, sponsorship, affiliation, or association.

56.     Apple's wrongful activities have caused Social Tech irreparable injury which cannot be remedied through damages, and Social Tech has no adequate remedy at law. Social Tech is entitled to preliminary and permanent injunctions pursuant to 15 U.S.C. § 1116 restraining and enjoining Apple and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the Infringing Memoji mark or any colorable imitation thereof.

57.     Social Tech is also entitled to recover (1) Apple's profits (2) Social Tech's ascertainable damages, and (3) Social Tech's costs of suit. Apple's willful infringement of Social Tech's MEMOJI mark without excuse or justification entitles Social Tech to its reasonable attorney fees and punitive damages.

## THIRD CAUSE OF ACTION

**(Unfair Competition – Cal. Bus. & Prof. Code § 17200 and Common Law)**

58.     Social Tech repeats and realleges each and every previous allegation and incorporates them by reference as if fully set forth herein.

59.     Apple's acts, as alleged above, constitute unlawful and/or unfair business practices in violation of the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 et seq.

11

Complaint

60.     Apple's acts are unlawful and/or unfair under the UCL because Apple's use of the Infringing Memoji mark in California is likely to confuse consumers as to the source, origin, or affiliation of both Social Tech's and Apple's services.

61.     Apple's acts of unfair competition in the state of California have caused Social Tech irreparable injury. Social Tech believes that unless said conduct is enjoined by this Court, Apple will continue and expand these activities to the continued and irreparable injury of Social Tech. This injury includes injury to Social Tech's reputation that cannot be remedied through damages, and Social Tech has no adequate remedy at law.

62.     Social Tech is entitled to preliminary and permanent injunction restraining and enjoining Apple and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the Infringing Memoji trademark or any colorable imitation thereof.

63.     As a direct and proximate result of Apple's statutory unfair competition, Apple has been unjustly enriched in an amount to be determined at trial.

## **FOURTH CAUSE OF ACTION**

**(DECLARATORY JUDGMENT THAT SOCIAL TECH'S TRADEMARK REGISTRATONS ARE VALID AND ENFORCEABLE UNDER THE REQUIREMENTS OF THE PTO AND THE LANHAM ACT)**

64.     Social Tech repeats and realleges each and every previous allegation and incorporates them by reference as if fully set forth herein.

65.     An actual case or controversy exists between Social Tech and Apple as to whether Social Tech has the right to use the trademarks they created under the Lanham Act, 15 U.S.C. §§ 1051 et seq., and that Social Tech's U.S. Trademark Registration No. 5,566,242 for the stylized wording "MEMOJI" is a valid and enforceable registration as issued by the United States Patent and Trademark Office.

Complaint

APL-STECH_00000281

66.     In a letter dated June 14, 2018, counsel for Apple stated to Social Tech, through counsel, that if Social Tech's application matured to registration, which it since has, "Apple will be able to cancel the registration because Apple's common law rights in the MEMOJI mark predate your client's April 1, 2016 filing date."

67.     Apple stated in the same letter that, assuming likelihood of confusion – which Apple has since admitted - Social Tech's use of its MEMOJI mark infringes Apple's Infringing Memoji "because Apple's rights are prior to those of [Social Tech]".

67.     Apple has no common law rights in the MEMOJI mark.

68.     A judicial declaration is therefore necessary and appropriate so that Social Tech may ascertain its rights regarding the use of its trademark registration under 15 U.S.C. §§ 1051 et seq.

69.     Social Tech seeks a declaration that it owns and has the right to use its MEMOJI trademark for any and all purposes and that its MEMOJI Mark is a valid, enforceable and federally registered mark protectible under the Lanham Act as issued by the PTO.  In addition, Social Tech seeks a declaration that Apple is not entitled to a federal registration for the mark MEMOJI.

### FIFTH CAUSE OF ACTION

### (DECLARATION OF NON-INFRINGEMENT UNDER COMMON LAW)

70.     Social Tech repeats and realleges each and every previous allegation and incorporates them by reference as if fully set forth herein.

70.     Social Tech's seeks a judicial declaration that its use of its MEMOJI mark does not infringe, and at all times has not infringed, any existing and valid marks owned by Apple through common law use.

13

Complaint

APL-STECH_00000282

## **PRAYER FOR RELIEF**

WHEREFORE, Social Tech hereby requests that this Court:

A.      Enter preliminary and permanent injunctions restraining and enjoining Apple and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the Infringing Memoji mark or any colorable imitation or confusingly similar variation thereof;

B.      Award Social Tech its ascertainable damages, costs, and attorney fees, including royalty fees, damages for corrective advertising, and punitive damages;

C.      Award Social Tech Apple's profits attributable to Apple's unauthorized use of Social Tech's MEMOJI mark;

D.      Award Social Tech all amounts by which Apple has been unjustly enriched through its use of Social Tech's MEMOJI mark;

E.      Declare that Social Tech that it owns and has the right to use its MEMOJI trademark for any and all purposes and that its MEMOJI Mark is a valid, enforceable and federally registered mark protectible under the Lanham Act as issued by the PTO, and that Apple is not entitled to a federal registration for the mark MEMOJI.

F.      Declare that Social Tech's use of its MEMOJI mark does not infringe any  existing and valid marks owned by Apple through common law use.

G.      Award such other and further relief as this Court deems just and proper.

Social Tech demands a trial by jury on all issues so triable.

Dated: September 27, 2018

Respectfully submitted,

14

Complaint

APL-STECH_00000283

/s/Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
nranallo@mavrolaw.com
Of Counsel, Mavronicolas & Dee LLP
2443 Fillmore St. #380-7508
San Francisco, CA 94115
P: (831) 607-9229
F: (831) 533-5073

Peter Dee (*pro hac vice* to be filed)
pdee@mavrolaw.com
3 Park Avenue, 15th Floor
New York, NY 10016
T: (646) 770-1256
F: (866) 774-9005

*Attorneys for Plaintiff Social Technologies LLC*

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues and causes of action triable to a jury.

Respectfully submitted,

/s/Nicholas Ranallo
Nicholas Ranallo, Attorney at Law
nranallo@mavrolaw.com
Of Counsel, Mavronicolas & Dee LLP
2443 Fillmore St. #380-7508
San Francisco, CA 94115
P: (831) 607-9229
F: (831) 533-5073

Peter Dee (*pro hac vice* to be filed)
pdee@mavrolaw.com
3 Park Avenue, 15th Floor
New York, NY 10016
T: (646) 770-1256
F: (866) 774-9005

*Attorneys for Plaintiff Social Technologies LLC*

15

Complaint

APL-STECH_00000284

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

nmt/mbm

November 28, 2018

Cancellation No. 92069578

*Apple Inc.*

*v.*

*Social Technologies LLC*

**Mary Beth Myles, Interlocutory Attorney:**

The motion (filed October 24, 2018) to suspend this proceeding pending final determination of Civil Action No. 3:18-cv-05945 filed in the United States District Court for the Northern District of California is granted as conceded. *See* Trademark Rules 2.127(a) and 2.117(a).

Accordingly, proceedings are suspended pending final disposition of the civil action.

Within twenty days after the final determination of the civil action, the parties shall so notify the Board so that this proceeding may be called up for appropriate action.[1] Such notification to the Board should include a copy of any final order or final judgment which issued in the civil action.

---

[1] A proceeding is considered to have been finally determined when an order or ruling that ends litigation has been rendered, and no appeal has been filed, or all appeals filed have been decided and the time for any further review has expired. *See* TBMP § 510.02(b).

APL-STECH_00000285

Cancellation No. 92069578

During the suspension period, the parties must notify the Board of any address or email address changes for the parties or their attorneys. In addition, the parties are to promptly inform the Board of any other related cases, even if they become aware of such cases during the suspension period. Upon resumption, if appropriate, the Board may consolidate related Board cases.

APL-STECH_00000286