# **EXHIBIT 5**



APL-STECH_00000023



APL-STECH_00000024






How would you look as an animated emoji? Find out with MEmoji, the world's first iOS app for capturing and accessorizing GIF selfies! MEmoji allows you to make your own "reaction GIFs" for friends, and accessorize them in your own style. And MEmoji's sharing options let you send your GIFs to friends via text message, post them to Instagram as a video, tweet them as a photo... anything emoji do, MEmoji does better!

Accessorize your selfie photos and GIFs with an assortment of fun images! Crop around your face in a perfect circle to give yourself that perfect emoji look! GIFs can be converted into other formats for even more sharing options! Googly eyes, people! Googly eyes!

If you've ever seen an emoji and thought, "I could do better"... WELL NOW YOU CAN. Enjoy!

P.S. If you like MEmoji, please consider leaving us a nice review! Positive reviews help our App Store visibility, so thanks in advance for your support!



MEmoji Press Release and Media Kit

© Lucky Bunny LLC and Big 3 Ent LLC

APL-STECH_00000025