# EXHIBIT 7

# Use Memoji on your iPhone X or iPad Pro

With an iPhone X or later, or an iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation), you can create a Memoji to match your personality and mood. Then make as many alter egos as you want in Messages and FaceTime.



## Create your Memoji

On your iPhone X or later, or iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation):

1. Open Messages and tap ✏️ to start a new message. Or go to an existing conversation.
2. Tap 🐵, then swipe right and tap New Memoji ⊕.
3. Then customize the features of your Memoji—like skintone, hairstyle, eyes, and more.
4. Tap Done.

To use Memoji, you need an iPhone X or later, or an iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation).



SocialTech_0001279

Case 3:18-cv-05945-VC   Document 125-7   Filed 10/30/19   Page 3 of 5

# Use your Memoji

Now it's time to put your Memoji to use in Messages or FaceTime.



## Messages

To send an animated Memoji or a Memoji sticker:

1. Open Messages and tap ✏️ to start a new message. Or go to an existing conversation.
2. Tap 🐵 .
3. Swipe left to pick your Memoji. Then look into your iPhone or iPad.
4. Tap 🔴 to record and 🟥 to stop. You can record for 30 seconds. To choose a different Memoji with the same recording, tap another Memoji that you created. To create a Memoji sticker, touch and hold the Memoji and drag it to the message thread. To delete a Memoji, tap 🗑️
5. Tap 🔼 to send.

To use Memoji, you need an iPhone X or later, or an iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation).

## FaceTime

1. Open FaceTime and make a call.
2. When the call starts, tap ⚹.
3. Tap the Memoji that you want to use.
4. Continue your FaceTime call with your customized memoji or tap ⊗ to continue without a Memoji or go back to the FaceTime menu.

To change your Animoji or Memoji, or to remove it during a FaceTime call, repeat steps 2-4.

To use Memoji, you need an iPhone X or later, or an iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation).



SocialTech_0001280



# Use your Memoji with Camera Effects

With Camera Effects in iOS 12, you can liven up your conversations even more. Quickly create and share a photo or video with Memoji:

1. Open Messages and tap ✐ to create a new message. Or go to an existing conversation.
2. Tap 📷, then take a photo or video.
3. Tap ✩, tap 🐵, then pick the Memoji that you want to use. You can add more effects to your photo or video.
4. After you pick your Memoji, tap ⊗ in the bottom-right corner, then tap ⬤.
5. Tap ⬆ to send or tap Done to add a personal message before you send your photo. If you don't want to send the photo, tap ⊗ in the upper-right corner of the photo.

To use Animoji and Memoji, you need an iPhone X or later, or an iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation).

## Manage your Memojis

Want to change a Memoji you already created? You can edit the features or duplicate an existing Memoji with new features, or delete a Memoji.

1. Open Messages and tap ✐ to start a new message. Or go to an existing conversation.
2. Tap 🐵, swipe right until you find the Memoji you want, then tap •••.
3. Choose Edit, Duplicate, or Delete.

If you want your Memojis on all of your compatible devices,* you need two-factor authentication enabled for your Apple ID, and you need to be signed into iCloud with the same Apple ID on all the devices. You also need to have iCloud Drive turned on. Go to Settings > [Your Name] > iCloud > iCloud Drive.

* To use Memoji, you need an iPhone X or later, or an iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation).

## Do more with your messages

- Use Animoji to create animated characters that use your voice and mirror your facial expressions.
- Make your messages more expressive with effects like message bubbles, full-screen animations, and more.

To use Memoji, you need an iPhone X or later, or an iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation).

Published Date: April 01, 2019

Helpful?　[ Yes ]　[ No ]

SocialTech_0001281

# Start a Discussion
in Apple Support Communities

| Ask other users about this article |
| --- |

| Submit my question to the community |
| --- |

See all questions on this article ›

---

## Contact Apple Support

Need more help? Save time by starting your support
request online and we'll connect you to an expert.

Get started ›



Support        Use Memoji on your iPhone X or iPad Pro

Copyright © 2019 Apple Inc. All rights reserved.      Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map                          🇺🇸 United States

SocialTech_0001282