# EXHIBIT 8

  AppleToolBox    Search    🔍

You are here: **Home** / **How-to** / How to edit and create customized Memoji in iOS 13 and iPadOS



## How to edit and create customized Memoji in iOS 13 and iPadOS

**By** Andrew Myrick    💬 21 comments    **Last updated** October 8, 2019

Everyone remembers how awesome it was to have those little customizable Bitmoji characters right? They were all over Snapchat and then they continued to expand and soon could be found everywhere.

When Apple released the iPhone X and iOS 12, the Cupertino company decided to step things up a notch with Memoji and Animoji. Memoji are personalized emoji that aim to look just like you, along with giving you the ability to customize every aspect, and even record messages with them.

**Contents** [hide]

Now that iOS 13 has been announced, Apple has introduced a few new features for Memoji. The biggest of these features is the aptly-named Memoji Stickers which are built right into iOS while letting you use your custom avatar.

## What's new with Memoji?

With the release of iOS 13, Apple has introduced new options for skin color, facial hair, makeup, hair designs and more. There are sliders that you create unique and sometimes wild combinations to make your Memoji truly unique.

Another addition is the inclusion of new accessory options, thanks to new earrings, piercings, glasses and more. But perhaps my favorite addition is the ability to add AirPods to your Memoji, allowing you to flex harder than ever on your non-AirPod owning friends.

## How to customize your Memoji in iOS 13

Chances are, you already created a Memoji when Apple released iOS 12, and this carries over into iOS 13.

However, you can also go back in and change things up if your look has changed since last year. Plus, you now get even more customization options than you've ever had.



Customize your memojis easily with these steps

**Here are the steps you need to take to customize your Memoji:**

1. Open the Messages app on your iPhone or iPad
2. Tap the **New Message** icon in the top right-hand corner of the screen
3. If this is a new message, enter the contact in the "To" field
4. If you don't see the app drawer below your message input bar, tap the App Store icon to unhide the app tray



5. Scroll and select the **Memoji icon**–it's the three-headed icon



6. Below the app drawer, tap on the **three-dot More button** to create a new memoji sticker



Before beginning, you'll see an array of different Animoji to choose from, but what you want to do, is tap the "..." icon found on the left-hand side. From here, you see a blank canvas to create your own Memoji.



**On the first panel, you will find the following options:**

As you continue to slide through the options, you will select your hairstyle, brows, eyes, head shape and age, nose, mouth, and so much more. Then, once you get to the Headwear section, you'll be able to start flexing with those AirPods.

## How do I edit my Memoji?

If you were worried that you would have to stick with the same Memoji and have to create a new one whenever you wanted to make a change, fear not.

**Follow these steps in order to edit your Memoji:**

1. Open the Messages app on your iPhone or iPad
2. Tap the New Message icon in the top right-hand corner of the screen
3. If this is a new message, enter the contact in the "To" field
4. If the app tray is hidden, tap the App Store icon
5. Scroll and select the Memoji icon
6. Tap the three dots to the left of the lineup of Animoji

**After you hit those three dots, your Memoji will appear, and you will have the following options:**

Simply tap "**Edit**" and you will be able to go through the different aspects in order to customize everything and anything.

When you are done, tap the **"Done"** button in the top right-hand corner and all of the changes will be saved.

## How to send a Memoji Sticker in iOS 13

If you have already created and edited your Memoji but now want to send off some stickers, it's easy. All you have to do is make sure that you are in the correct message, tap the App Store icon next to the message bubble.



Then, you'll want to make sure that your newly-created Memoji is selected and an array of options appear. In fact, there are 24 stickers that will be based on your character that can be sent via Messages.

Perhaps the best part of this is the fact that even your friends that own an Android phone will be able to see them. That means you can flex a little bit more and show off just how awesome these are.

## Conclusion

We are anticipating more changes to come to Memoji and Animoji as new iOS releases arrive. For the time being, you can have fun and show off just how awesome these are with your friends, family members, coworkers, and whoever else.

A great aspect of this is that there are no additional apps that need to be downloaded. Apple has built all of this directly into iOS, and you have all the options you need from the convenience of your fingertips.

If you run into any issues throughout the process, please let us know in the comments and we'll be sure to help you through them. In the meantime, show off your Memoji and have some fun with it!

### Andrew Myrick

Andrew is a freelance writer based on the East Coast of the US.

He has written for a variety of sites over the years, including iMore, Android Central, Phandroid, and a few others. Now, he spends his days working for an HVAC company, while moonlighting as a freelance writer at night.

Name *                                      Email *

Comment

**Submit Comment**

This site uses Akismet to reduce spam. Learn how your comment data is processed.

---

**Mari-Lize**                                       October 21, 2019 at 5:30 AM

Hi there
Thank you for valuable content! I have set up my new Memoji, but the silly thing only sends as a pic, and not a sticker. You know, like Bitmoji displays?
On a white background. I have a fairly new Apple iPhone XR, and I've recently updated to iOS 13.1 something, my Whatsapp was also recently updated, so now I have NO idea what on earth is this thing's problem.
Please, could you help me?
Thank you so much for your time!
Regards
Mari-Lize

Reply

---

**Judy Hadley**                                     October 12, 2019 at 10:19 AM

Can't find how to create Memoji on iphone7pkus despite following instructions so feeling stupid
Please help

Reply

---

**Papa**                                            October 8, 2019 at 11:08 AM

Sadly I am unable to either delete or edit the appearance of my Animoji on my IPhone 7. The three dots allow me to manage it (meaning I can change its poses), but I can't alter its appearance or delete it to start over. I'm stuck with what I'd originally created.

Reply

---

**Kat T**                                           October 7, 2019 at 8:45 PM

Just edited mine.
You don't tap the app store icon.
After selecting a contact to text tap the message box and then the memoji icon in the app drawer or tray below the text message entry box.
The 3 dots button appear to the left of all the memojis/animojis. Tap those dots and the edit Memoji screen appears.

Reply

---

**Lyndsay Hayes**                                   October 7, 2019 at 1:34 PM

Hi why won't my phone let me send any pictures or Memoji via normal message or iMessage?

Reply

---

**Tom McIntyre**                                    October 6, 2019 at 6:35 PM

I created my personal emoji. I want to use that very emoji, not the stickers (thumb up, star eyes, etc.) How do I use just that original emoji, unadorned

use just that original emoji drawn from.

Thank you.

Reply

Meagan                                              October 5, 2019 at 6:24 AM

Hello, when selecting my settings I clicked to allow all contacts to view. How can I manage the settings to change
it to more private? Thanks!

Reply

Carmen                                              September 30, 2019 at 8:50 AM

I have made my Memoji, but the Memoji stickers icon doesn't show in the menu bar. It shows the animoji icon,
but not the stickers either. I don't know if I'm doing anything wrong, but i have followed all the steps. Can you
help me with this?
Thanks,
Carmen

Reply

ciera                                               September 27, 2019 at 2:38 PM

I don't know how to change my memoji on the settings to where it shows the one i want.

Reply

Cas                                                 September 25, 2019 at 10:41 AM

Can I change my Memoji outfit? The one on the stickers looks like she's on the prison yard lol

Reply

Aleksandra                                          September 21, 2019 at 2:17 PM

My memojis are shown as a picture, not as an emoji. Whenever I send a memoji the recipient becomes a picture
of my sticker that is saved in my and their photo gallery! Please help!

Reply

Ankita                                              September 21, 2019 at 12:05 AM

My memoji's are not transparent it goes as a images instead of sticker

Reply

© Copyright 2010-2019 AppleToolBox · All Rights Reserved
This site and its content are in no way affiliated or endorsed by Apple, Inc. · Reproduction without explicit permission is prohibited

**BUSINESS INSIDER**

TECH | FINANCE | POLITICS | STRATEGY | LIFE | BI PRIME | INTELLIGENCE | ALL    Log In   Subscribe   

# Apple is bringing personalized emojis to the iPhone so you can create an avatar that looks just like you — here's how it works

**Troy Wolverton** Jun 4, 2018, 2:58 PM



Craig Federighi, Apple's senior vice president of software engineering, introduces the new Memoji feature at Apple's WWDC developer conference on Monday.   Apple

iPhone users will get a fun new feature with iOS 12 when it drops later this year — the ability to create their own animated avatars to send to friends.

Apple calls the new avatars Memoji, and they'll work much like the infamous animated emoji — or Animoji — the company launched last year. They'll mimic users' facial expressions and head movements. But unlike with Animoji, users will be able to customize their Memoji, selecting their avatars' hair color and hairstyle, their skin color, and even have their Memoji wear sunglasses.

Users will be able to send their Memoji to friends using iMessage, or use them in place of their own faces in FaceTime, the iPhone's video calling app.

Here's how users will be able to create and use Memoji:

---

### Apple unveiled Memoji at its WWDC conference on Monday.



apple wwdc 2018

Memoji will be one of the new features in iOS 12, the next version of
the operating system powering the iPhone, which is due out later
this year.

### Memoji are a new type of Animoji.



apple wwdc 2018

Apple launched Animoji, or animated emoji, last year with the
iPhone X. The icons mimic users' facial expressions and head
movements and can be sent to other users via iMessage. But because
they rely on the three-dimensional cameras of the iPhone X,
Animoji can only be used on that device.

On Monday, Apple announced new animoji, including a ghost and a
koala.

### But Memoji are based on human faces — and can be
### personalized.





Apple

Users will be able to customize their Memoji so they resemble what they look like in real life — or just in their minds.

## You'll be able to create Memoji in Messages.



apple wwdc 2018

To set a Memoji, you'll need to tap on the "app" icon in Messages, to the left of the text entry area. You'll then tap on the Animoji icon.

You'll see animoji icons at the bottom of the screen. You'll then swipe to the left until you see a plus sign. You'll tap on it to get started.

## Your Memoji will start with a basic face.



apple wwdc 2018

The feature will suggest a skin and eye color, both of which you can

The feature will suggest a skin and eye color, both of which you can
fine tune. You can then add freckles — a little or a lot — if you'd like.

## But you'll be able to customize your hair color and style — with lots of options.



apple wwdc 2018

You'll be able to personalize your Memoji in different ways. You'll be
able to give your avatar one of numerous hairstyles, choose the
appropriate color for your hair, and add facial hair and different
types of head coverings. You can also give your avatar eyewear, and
choose just the right tint for your sunglasses.

Once you're done customizing your Memoji, you'll be able to save it
so that you can pull it up at any time from the Animoji menu.

## You'll be able to use your Memoji to replace your face when taking photos in Messages.



apple wwdc 2018

iPhone users will be able to customize the photos and videos they
take in Messages with new features and effects. Among them will be
the ability to replace their faces with their Memoji.

## You'll also be able to use Memoji in FaceTime.



apple wwdc 2018

FaceTime — Apple's video calling app — will now allow you to have a group call with up to 32 people at the same time. While chatting with your friends, you'll be able to swap out your Memoji for your face.

Here's Tim Cook talking on FaceTime via his personal avatar.



EXCLUSIVE FREE REPORT
Top 3 Biggest Smartphone Trends
Get It Now

BUSINESS
INSIDER
INTELLIGENCE

**SEE ALSO: LIVE: Apple's biggest conference of the year »**

More:  Apple  iPhone  iPhone X  Memoji ⌄

BUSINESS
INSIDER

 

INSIDER      MARKETS
INSIDER      BUSINESS INSIDER
INTELLIGENCE

* Copyright © 2019 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.
Sitemap | Disclaimer | Commerce Policy | Coupons  |  Made in NYC | Stock quotes by finanzen.net
International Editions:  INTL | DE | AUS | FR | IN | IT | JP | MY | NL | SE | PL | SG | ZA | ES



**Cult of Mac**     News   How-To   Reviews   App Business | Deals   Buyback   Podcast   Magazine   Watch Store

# How to make a great Memoji

BY CHARLIE SORREL • 11:00 AM, OCTOBER 26, 2018

HOW-TO TOP STORIES

Memoji are awesome. Here's how to make your own.
*Photo: Charlie Sorrel/Cult of Mac*

iOS 12 lets you create Memoji, your own custom Animoji. What's an Animoji? It's a little animated character that — thanks to some facial recognition tricks from the latest iPhones' TrueDepth cameras — copies your expressions live. This turns the cute Animoji critters into little virtual face puppets.

Now you don't need to rely on a stock Animoji like Apple's monkey, dog or space alien. You can create your own custom Memoji from scratch. You can make a virtual version of yourself, or you can create an original character. Or, as we'll do today, you can copy a celebrity. Who? Let's see …

## How to create a custom Memoji

Step 1 is to grab your iPhone X, XS, XS Max or XR. (Memoji don't work with older iPhones.) Then open the **Messages** app and tap on a message thread. Because Memoji live inside the Messages app, everything you do with them takes place in message threads. I set up a message thread with myself, for safe testing.

Next, tap the **Animoji icon** at the bottom of the screen. This brings up the Animoji panel. Here you find the regular Animoji, as well as any Memoji you have already created — you can make as many as you like. Go ahead and hit the **+ button** to make a new one. You'll see this screen.





The Memoji editor lets the you change many things from ...

The Memoji editor is both comprehensive and fun.
*Photo: Cult of Mac*

The Memoji editor is both simple and deep. You work your way through the various screens, picking out your skin color, hairstyle, eye shape and color, face shape, eyelash detail, and even beard highlight color.

The first screen, as you can see, is skin color and freckles. I already made one of myself, which won't interest any of you anyway. So for today's Memoji demo, let's re-create Nike's handsome hero of the hour, Colin Kaepernick.

## Grab a photo (or a mirror)





Hair, beards, headwear and glasses. There are even earrings in there.
*Photo: Cult of Mac*

You'll need a reference to work from. For Memoji selfies, use a mirror. For anything else, grab a photo. Then, just work your way through the various screens. One neat thing to note is that you're not limited to earthly options. Skin can run from almost black to pale beige, but it can also be blue, green or anything else. Let's get started.

Working from photos, skin is pretty easy. And for Kaepernick, so is hairstyle. I just picked the biggest natural on the page. You can fine-tune hair color, as well as adding highlights.

Head shape is next. Then comes eyes. Make sure you scroll down, as there are sometimes more options below. On the Eyes page, for example, the eyelashes sit at the bottom.

As you make your Memoji, the TrueDepth camera watches you the whole time. You can turn your head, smile and so on to test your choices. (One shortcoming: If you raise just one eyebrow, the camera doesn't detect it. No Roger Moore Memojis here.)

## Memoji eyes





Plenty of eye options mean you can get pretty close to reality.
Photo: Cult of Mac

I find eye shape and head shape to be the trickiest. Thankfully, the options are laid out methodically. Eyes, for example, are ordered wide, medium and narrow in the three columns. Top-to-bottom, they run from turned-up at the outside, to turned-up at the inside. Take a moment to see how the options are arranged, and you'll need less trial-and-error to get the result you want. Kaepernick's eyes are pretty even in both directions.

## Memoji fail

OK, here's my final result. Frankly, it's not very good. The Memoji editor doesn't really have a long enough face option for Kaepernick. Noses are also a problem — for everyone. Our noses really define our faces, and yet the Memoji editor has only three options, and all of them are cute little buttons.





This doesn't look much like Colin Kaepernick.
*Photo: Cult of Mac*

I've just spent the best part of half an hour staring at photos of Kaepernick, and I reckon that his defining features — apart from the awesome hair — are his smoldering eyes, his strong, angular nose, and his long, pointed face. The Memoji editor manages the eyes, but that's about it. Perhaps I'm just not very good at Memoji. If you can manage a better version, share it with us via Twitter.

My own Memoji is more successful, but I wonder if that's because I wear thick-framed glasses. When I created it, it was also fairly generic until I added the specs.

Still, making these Memojis was a lot of fun. And once you've created your Memojis, you can use them just like any other Animoji. You can create animated messages and even use them as masks in FaceTime calls.

## How to edit your Memoji



Edit or duplicate your Memoji.
*Photo: Cult of Mac*

Editing Memojis is easy. Access your Memoji in the **Messages app**, just like before, and find the one you want to edit. Then, just tap the **three dots** in the bottom left corner. Tap **Edit**, and the Memoji will open up in the same editor as before. You can also make duplicates, which makes it easy to create alternative appearances for yourself.

Memoji are undeniably fun. I can see how they could be used to make animations, especially now that you can create your own. If you have an X-series iPhone running iOS 12, then you can try it right now.

*Note: We originally published this post on Sept. 26, 2018. We updated it to include iPhone XR.*



**Cult of Mac Comment Policy**
Keep it civil! No name-calling, no dirty words, no spam.

1 Comment        Cult of Mac                                    1  Login ⌄

♡ Recommend                                              Sort by Oldest ⌄

     Join the discussion…

   LOG IN WITH        OR SIGN UP WITH DISQUS ⑦

   D f 🐦 G        Name

   **Geoff Gentry** · a year ago
   No option for salt n pepper hair through :(
   1 ⌃ | ⌄ · Reply ·

✉ Subscribe    ⓓ Add Disqus to your site   🔒 Disqus' Privacy Policy           **DISQUS**

**Posted in:** How-To, Newsstand, Top stories
**Tagged:** Animoji, iOS tips, iPhone X, iPhone XS, Memoji, Messages app, n8, TrueDepth Camera

# iPhone 11 sales took off like a rocket

BY ED HARDY · 10:00 AM, OCTOBER 24, 2019

<div style="border-left:4px solid #1a66cc; padding-left:1em">

NEWS · TOP STORIES

The more-affordable iPhone 11 is outselling either of the Pro series models.
*Photo: Apple*

The iPhone 11 along with the Pro series reportedly accounted for a sizable chunk of Apple's August-through-September handset sales, even though they were only available for two weeks during that quarter.

The most popular new model is the 6.1-inch iPhone 11, which costs significantly less than that iPhone 11 Pro series.

CONTINUE READING »

</div>

# Bag a 64GB iPhone 6S for under $130 today only [Deals & Steals]

BY KILLIAN BELL · 9:17 AM, OCTOBER 24, 2019

<div style="border-left:4px solid #e04a3f; padding-left:1em">

DAILY DEALS · TOP STORIES

And save on Apple Watch 5, Logitech Crayon, HiRise Pro, and more.
*Photos: Apple, Logitech, Twelve South*

If you're not interested in splashing out on Apple's latest iPhone lineup, but you need to upgrade for iOS 13, bag a bargain iPhone 6S today. These refurbished, unlocked models are just $129.99 with 64GB of storage.

And that's just one of the awesome offers in today's Deals & Steals roundup.

You will also find $20 off the excellent Logitech Crayon — its biggest discount yet — and $47 off Twelve South's terrific HiRise Pro for iMac. Plus, Amazon is already slashing up to $50 off Apple Watch Series 5, and you can bag a protector to go with it for just $7.

CONTINUE READING »

</div>

# Apple TV app is now available on Amazon Fire TV devices

BY LUKE DORMEHL • 7:36 AM, OCTOBER 24, 2019

| NEWS |

And just in time for Apple TV+, too!
*Photo: Amazon*

With just days to spare before the launch of Apple TV+, Apple has brought its TV app to Amazon streaming devices. This means that owners of the Fire TV Stick 4K, second-gen Fire TV Stick and Fire TV Basic Edition can watch shows from Apple's streaming service and more.

Amazon has said support for other Fire TV devices will follow. That will include the likes of the Nebula sound bar, Fire TV Edition smart TVs, Fire TV Cube, and more.

CONTINUE READING »

# Huawei CEO spotted with an iPad at the airport

BY LUKE DORMEHL • 7:15 AM, OCTOBER 24, 2019

| NEWS |

Ren Zhengfei is a big fan of Apple.
*Photo: Weibo*

Huawei may be waging war on Apple in terms of sales, but it's pretty clear whose devices Huawei's CEO prefers. Spoiler: It's seemingly not Huawei's.

An image on Chinese social media shows Huawei CEO in an airport security line. The issue? That an airport security officer is busy inspecting his iPad. This isn't the first time he's shown a preference for Apple devices, either.

CONTINUE READING »

1 COMMENT

# Turn your old iPad into quick cash for a cheap upgrade

BY KILLIAN BELL • 7:00 AM, OCTOBER 24, 2019

| NEWS  TOP STORIES |

It might be worth more than you think.
*Photo: Apple*

It's a great time to replace your aging iPad, with big discounts currently available on the newest iPad Pro and more. And we can help make your upgrade even cheaper.

Sell your old tablet to *Cult of Mac* and we'll pay you the money you deserve. We offer real cash — and fast — and we typically cough up more than other trade-in services.

CONTINUE READING »

# Apple chipmaker racing ahead with its next next-gen nanometer process

BY LUKE DORMEHL • 6:45 AM, OCTOBER 24, 2019

NEWS

TSMC is preparing for the future.
*Photo: Apple*

Apple chipmaker TSMC is busy preparing the nanometer process for its next-next generation chips, which could find their way into future Apple devices.

The leading chipmaking giant has secured 30 hectares of land in the Southern Taiwan Science Park. This is where it will house the foundry for chips made using its 3 nanometer process. Based on past progress, these would hit the iPhone sometime around 2021 or 2022.

CONTINUE READING »

## Catalina update bricks some unlucky Macs

BY KILLIAN BELL • 6:30 AM, OCTOBER 24, 2019

NEWS   TOP STORIES

That's not what you want to see.
*Photo: Priscilla Du Preez/Unsplash*

A seemingly small number of Mac users are reporting that their machines have been bricked after upgrading to macOS Catalina.

It is believed a potentially unsuccessful EFI firmware update is responsible for the issue. All affected users see nothing but a folder icon when attempting to boot up their Mac.

CONTINUE READING »

5 COMMENTS

## Learn a new language through actual conversations [Deals]

BY CULT OF MAC DEALS • 6:25 AM, OCTOBER 24, 2019

DAILY DEALS   TOP STORIES

This language app puts you into conversation with native speakers.
*Photo: Cult of Mac Deals*

Plenty of us want to learn a new language. But no matter what app or book we study, there's no substitute for conversations with native speakers.

CONTINUE READING »

## *Judge Dredd: Crime Files* brings lawman of the future to App Store

BY LUKE DORMEHL • 6:15 AM, OCTOBER 24, 2019

NEWS

It's like a comic book experience bought to your iPhone!
*Photo: No Yetis Allowed*

Famed *2000AD* lawman Judge Dredd has arrived in the App Store. Get ready for *Judge Dredd: Crime Files*: a collectible card-based strategy adventure RPG.

Boasting all your favorite Dredd characters and a story written by current writers of the comic, this should be a hit with anyone

looking for a zarjaz gaming experience!

CONTINUE READING »

Load more stories »

News    Reviews    How-To    App Business    Deals    Buyback    Podcast    Magazine    Watch Store    Newsletter    Videos

About    Advertising    Privacy



Mobile

# How to create, customize, and use Memoji in Apple's iOS 13

**By Jackie Dove**    **October 24, 2019 5:30AM PST**

While Apple strives to make its mobile devices useful, it has been known to mix in a zany streak to supercharge interest in the latest OS. In recent years, the Animoji and Memoji features have fueled that trend. Animoji uses animal and other object icons (poop, for example) as primary motifs. Memoji — derived from the word me — extended Animoji features to avatars that you can create to look very much like you or someone you know, kind of like Bitmoji. With Animoji and Memoji you control what your friends and contacts see when they connect with you.

This whole Animoji madness started with the iPhone X and the debut of the Animoji feature in iOS 11. Memoji emerged in iOS 12 as a cross between Animoji and avatars, but it only worked in more recent iPhone models built with TrueDepth cameras that could mimic your facial expressions and head movements. That's because it uses your device's Face ID to facilitate the creation and recording of animated messages that look remarkably like you. That was a bummer for people who hung on to their older handsets. Now, with iOS 13, even if you have an older device, you too can have your very own Memoji. The following Memoji were built on an iPhone 6S.



With iOS 13, Memoji are available on older iPhones that don't have advanced cameras by automatically generating Memoji Sticker packs that anyone can use in Messages, Mail, and third-party apps. Memoji stickers also work with Animojis so that all Memoji and Animoji get sticker packs in iOS 13 and iPadOS 13. Even though these Memojis are static, there are 24 varieties in the pack that let you customize the emotion you want to express with your avatar. The Memoji feature's improvements in iOS 13 offer new options for skin color, facial hair, makeup, hair styles and accessories. Sliders with skin and hair controls let you create unique color combinations for your Memoji. New accessories like earrings, body piercings, eye wear, headgear, and even Apple AirPods complete your signature look.

## How to make a Memoji





Creating your own Memoji is easy and fun. You can make a Memoji to look just like you, or how you wish to look. You can create Memojis of your friends. Here's how to get started.

- Open the Messages app on your iPhone or iPad.
- Tap the *New Message* icon at the top right of the screen.
- If you don't see the app drawer below the message bar, tap the App Store icon to reveal the app tray.
- Select the three-headed Memoji icon.
- You will see various Animoji to choose from, but tap the *Plus* icon on the left-hand side to get a blank Memoji canvas.
- On the first panel, get started with attributes like *Skin Tone, Freckles, Cheeks,* and *Beauty Spot* details. Just choose what you want. You don't have to use everything.
- As you continue to swipe, select from an array of hairstyles, brow styles, eye shapes and colors, head shapes and age, nose, mouth, jewelry, and more.
- Once you get to the *Headwear* section, you'll be able to rock those AirPods.

## How to edit a Memoji

A Memoji is not set in pixel stone. So don't stress if you really want to change your complexion to blue or your hair to purple with gray highlights. You can easily update the Memoji you already have.



**21**



- Launch the Messages app.

- Tap the *New Message* icon in the top right corner.

- If the app tray is hidden, tap the App Store icon.

- Scroll sideways to the right and select your Memoji icon.

- Tap the *Three-Dot* icon to see a menu letting you update your existing Memoji or create a new one.

- Tap *Edit* and scroll through the different options to change your persona to whatever you want to be.

## What do you think?

**Which do you trust more: cloud storage, or physical disk storage?**

○ Cloud storage

○ Physical disk storage

○ It's about even

○ No opinion / Other

Next

## How to use your Memoji on an iPhone with a TrueDepth camera





To use your Memoji, open the App Drawer while in the iMessage window, select the Animoji icon, and swipe through to find your Memoji. Since your Memoji mirrors your muscle movements, you want to make sure your face is in view of the camera. Once you're ready, tap the record button in the lower left-hand corner. You can record up to 30 seconds.

Once you're done, you can tap on the record button again to end the recording — but it will only appear if you haven't used the full 30 seconds. You can then watch it playback once, and choose to watch it again by tapping on *Replay* above your Memoji. If you're not satisfied, you can tap on the garbage can icon to delete it and try again. To send it, simply tap the blue arrow — the recipient can then play it from their iMessage window once it's delivered, but you can choose to replay it as well by tapping on it in the message window.

You can also add your Memoji into photos you take through the camera in iMessage. Once the front-facing camera is open, you can overlay your Memoji onto your own head, snap the photo, and send it. The same goes for FaceTime — while video chatting with someone else, you can apply the Memoji to live video.

## How to use your Memoji without the TrueDepth camera



Now that you've created your Memoji, you can use it wherever emojis are accepted and even as your photo in Contacts. Your custom Memoji stickers can be used in a variety of apps including Messages, Facebook Messenger, Instagram, Snapchat, Mail, Notes, and Reminders.

- Set up your message or email or note.

- Swipe to the right to reveal any frequently used Memojis.

- Or tap the *Three-Dot* icon to reveal your collection of Memoji stickers and choose the new one you want to use.

Everyone will be able to see your Memoji, even your buddies on Android.



**DIGITAL TRENDS**

Add Us To Your Social Channels

Subscribe

**Upgrade your lifestyle**

Digital Trends helps readers keep tabs on the fast-paced world of tech with all the latest news, fun product reviews, insightful editorials, and one-of-a-kind sneak peeks.

**Must Reads**

Best Movies on Netflix

Best Shows on Netflix

Best Shows on Hulu

**Popular Downloads**

Download Fortnite

Download Skype

Download Winrar

**Who We Are**

About

Contact Us

Privacy Policy



Copyright ©2019 Designtechnica
Corporation. All rights reserved.



# New for iOS 13: Turn Yourself into an Animoji with Apple's Memoji for iPhone

*By Leanne Hays* updated on 10/08/2019



If you've ever wanted to create your own emoji, then you're going to have a lot of fun playing with Memojis, a feature introduced with iOS 12 and improved with iOS 13. Think of Memoji as an iPhone emojis update that can be used in real-time as live, talking avatars in FaceTime or Messages, similar to Snapchat filters, but better. It's like being able to create your own Animoji, but not just any Animoji, Animojis of yourself or any character you can dream up. You can design as many designer Animojis as you want, some for family, some for friends, and you can customize their features, hairstyles, accessories, and much more. These personalized and animated emoji faces can only be created on the iPhone X and later, since these are the only versions of the iPhone to incorporate the front-facing TrueDepth camera. If you don't have or don't plan on buying a new iPhone, you'll still be able to receive Animoji and Memoji messages, although you won't be able to create them. And now, with iOS 13, even older iPhone will be able to create and send Memoji stickers! If you still want some of the fun of custom Memojis, check out this article about a free emoji creator app. Let's go over how Memojis work, so you can make your own avatar.

*Related: How to Use Animojis on the iPhone (They're More Fun Than You Think!)*

## Master iOS 13 in one minute a day:

Sign up to iPhone Life's Tip of the Day Newsletter and we'll send you a tip each day to save time and get the most out of your iPhone or iPad.

SIGN UP



   

## How Do Memojis Work to Create an Animated Emoji?

The Memoji feature works by using the TruDepth camera and facial recognition sensors in iPhones X and later, as well as the iPad Pro 11-inch or iPad Pro 12.9-inch (3rd generation). These features track head movements and facial expressions, even winks and tongue movements! These movements are recorded in sync with your customized avatar, then sent via the Messages app, or used in real-time for a FaceTime conversation.

## New Memoji Stickers with iOS 13

With iOS 13, Apple's latest software update for the iPhone, Memoji enthusiasts can also use their creations as stickers, available on the keyboard in Messages, Mail, and other apps. Any iPhone that can be updated to iOS 13, as well as any iPad that can run iPadOS, can also create Memoji stickers, although they can still only receive animated Memojis, not create them.

## How to Create a Memoji

To send a Memoji:

**1** Open the Messages app.

**2** Open an existing conversation or start a new one, then tap on the Memoji icon (the group of animated faces).

 

**3** Next, tap on the plus icon to the left of the Animoji choices; you'll be directed through creating your first Memoji and be able to use it whenever you like in an iMessage or FaceTime.

When creating a Memoji, you'll start with a blank slate like the image below. You'll choose skin



**4** When creating a Memoji, you'll start with a blank slate like the image below. You'll choose skin tone from a variety of natural and decidedly unnatural choices, and can also add freckles, blush, and beauty marks.




**5** Next, you'll get to pick a hairstyle and color...

**6** Eyebrows, forehead markings, eyebrow piercings, lashes, eyeliner, and shadow...




**7** Next, choose your Memoji's age and head shape, nose size and shape, any piercings, as well as

mouth shape and color...

**8** Ears, earrings, and even AirPods or hearing aids...

 

**9** Ears, facial hair (or not) and eyewear, and headwear...

 

**10** When you're finished creating your Memoji avatar, simply tap Done in the upper right corner of your display. Now you'll be able to use your Memoji in Messages and FaceTime, even adding

extra stickers and effects.

## Master iOS 13 in one minute a day:

Sign up to iPhone Life's Tip of the Day Newsletter and we'll send you a tip each day to save time and get the most out of your iPhone or iPad.

SIGN UP

*Master your iPhone in one minute a day:* _Sign up here_ *to get our FREE Tip of the Day delivered right to your inbox.*

TOPICS: APPLE EVENT  APPS  HOW-TO  IPHONE  APPLE APPS  FACETIME  MESSAGES  SOCIAL  WWDC



### Leanne Hays

Leanne Hays is a Feature Web Writer at iPhone Life. She loves reading and blogging, and is never without a book in her backpack or an audiobook on her phone. Short-term goals include finishing painting her house and starting an aquaponics farm, long-term goals include a bike tour of Italy and writing a novel.

---

**0 Comments**    iPhone Life magazine         🔴 Login ⌄

♡ Recommend                               Sort by Best ⌄



Start the discussion…

LOG IN WITH        OR SIGN UP WITH DISQUS ⑦



Name

Be the first to comment

---

✉ Subscribe    ⊕ Add Disqus to your site    🔒 Disqus' Privacy Policy            **DISQUS**

Copyright © 2020
Mango Life Media, LLC
402 North B. Street, Suite 108
Fairfield, Iowa 52556, USA
Primary phone: (641) 472-6330

Advertise With Us
Contact Us
Change Ad Consent
Privacy Policy
Customer Service
Affiliate Disclaimer

iPhone Battery Drain
What Is HDR?
How To Create a Second Instagram Account
Forgot Apple ID Password?
How To Find a Lost iPhone That Is Turned Off
Apple Pay Near Me
Can You Hide Messages on iPhone?
How To View Burst Photos on iPhone
iPhone Voicemail Transcription
How to Turn Off iPhone X
Apps to Watch TV Shows Free
Apple Watch Golf GPS



Home > Phones > Phone news > Apple phone news

# What are Memoji? How to create an Animoji that looks like you

Maggie Tillman | 18 September 2019



SCREENSHOT (APPLE)

Messages, also known as the iMessage app, is Apple's messaging platform across iOS devices and Mac devices. In 2017, Messages added a feature called Animoji that uses Apple's Face ID camera system in order to map popular emoji characters to your face so that they appear to mimic your facial expressions in a real-time recording.

Apple then introduced an expansion of that feature in 2018, called Memoji. Memoji allow you to create an avatar that tracks your facial movements like Animoji, but they look like you rather than a poop emoji or robot emoji.

Here's what you need to know about Memoji.

## What are Memoji?

Memoji are personalised Animoji. It's basically Apple's version of Snapchat's Bitmoji or Samsung's AR Emoji.

These Animoji can look exactly like you (or a version of you with, say, yellow skin, blue hair, a mohawk, a 'fro, man bun, or a cowboy hat). Apple said it worked hard to offer up an "incredibly diverse set of Memoji".

As you adjust your Memoji to suit you, whether changing the head shape, brows, or eye colour, you will see the Memoji change in real-time via Message's built-in Memoji builder tool.

1/10          SCREENSHOT (APPLE)



## How to set up Memoji and share them

1. Open Apple's Messages app.
2. Tap the App Store icon next to the text field in a conversation thread.
3. Tap the Animoji (monkey) icon from the selection of App Store apps.
4. Scroll through the available emoji characters until you reach 'New Memoji'.
5. Tap 'New Memoji' to open the Memoji builder.
6. While looking at your iPhone, adjust your Memoji preferences like skin and hair colour.
7. When you're done, tap 'done' to save the Memoji to your Animoji drawer.
8. Tap the send (blue arrow) button to send the Animoji in Messages.



## Can you do anything else with Memoji?

Yes, like Animoji, you can record a live video with your custom Memoji. You can also add effects or mark up your Memoji and send it in Messages. Here's how:

1. Open Apple's Messages app.
2. Tap the camera icon.
3. In the viewfinder, tap the star icon to the left.
4. Tap the Animoji (monkey) icon from the selection of available effects.
5. From there, you can record a live video with your custom Memoji.
6. If you've created other Memoji characters, you can scroll and select another.
7. You can then set up your shot and tap the capture button.
8. From there, you can add effects or mark up the image and send in Messages.





## Is there an example of a Memoji?

Here is an example of a Memoji we made when the feature first arrived in 2018.



## Do you need anything to use Memoji?

To create Memoji, you need Apple's Message app, iOS 12 software or later, and an iOS device with the TrueDepth camera system (i.e., the iPhone X, iPhone XS, iPhone XS Max, iPhone XR, iPhone 11, iPhone 11 Pro or iPhone 11 Pro Max).

## Want to know more?

If you want to know more about Animoji, check out Pocket-lint's in-depth guide here.



**Popular In Phones**



LOAD COMMENTS

Search Pocket-lint    search

Pocket-lint Gadget Awards  |  RSS Feeds  |  Newsletter  |  Podcast

**Popular sections:**  Phones  |  Apps  |  TV  |  Smart home  |  Games  |  Tablets  |  Laptops  |  Speakers  |  Cameras  |  Smartwatches

Site map  |  Contact us  |  About Pocket-lint  |  Editorial Standards  |  Terms of Use  |  Privacy Policy  |  Advertise on Pocket-lint  |  Privacy Settings

2003 - 2019 © Pocket-lint Limited PO Box 4770, Ascot, SL5 5DP. All rights reserved. England and Wales company registration number 5237480.