# EXHIBIT 12

# EXHIBIT 1

MICHAEL JAYNES
6/20/19
**EXHIBIT**
**119**
Ashala Tylor
CSR, RPR, CRR, CLR

Case 3:18-cv-05945-VC   Document 34-1   Filed 10/19/18   Page 2 of 9

Total number of downloads by year and state from the
US Adam ID : 921847909 (Lucky Bunny)
Date range: since inception through 6/30/18
Last download date: 7/18/18

| Year | State Name | Total Downloads |
|---|---|---|
| 2014 | AA | 21 |
| 2014 | AE | 10 |
| 2014 | AK | 41 |
| 2014 | AL | 123 |
| 2014 | AP | 4 |
| 2014 | AR | 100 |
| 2014 | AS | 2 |
| 2014 | AZ | 326 |
| 2014 | CA | 4,379 |
| 2014 | CO | 157 |
| 2014 | CT | 229 |
| 2014 | DC | 29 |
| 2014 | DE | 47 |
| 2014 | FL | 910 |
| 2014 | GA | 372 |
| 2014 | GU | 6 |
| 2014 | HI | 142 |
| 2014 | IA | 114 |
| 2014 | ID | 32 |
| 2014 | IL | 578 |
| 2014 | IN | 182 |
| 2014 | KS | 96 |
| 2014 | KY | 126 |
| 2014 | LA | 153 |
| 2014 | MA | 403 |
| 2014 | MD | 307 |
| 2014 | ME | 46 |
| 2014 | MI | 327 |
| 2014 | MN | 185 |
| 2014 | MO | 181 |
| 2014 | MS | 91 |
| 2014 | MT | 13 |
| 2014 | NC | 326 |

| | | |
|---|---|---|
| 2014 | ND | 25 |
| 2014 | NE | 58 |
| 2014 | NH | 66 |
| 2014 | NJ | 721 |
| 2014 | NM | 82 |
| 2014 | NV | 231 |
| 2014 | NY | 1,302 |
| 2014 | OH | 468 |
| 2014 | OK | 101 |
| 2014 | OR | 162 |
| 2014 | PA | 584 |
| 2014 | PI | 1 |
| 2014 | PR | 32 |
| 2014 | RI | 81 |
| 2014 | SC | 165 |
| 2014 | SD | 13 |
| 2014 | TN | 181 |
| 2014 | TX | 1,305 |
| 2014 | UT | 75 |
| 2014 | VA | 289 |
| 2014 | VI | 2 |
| 2014 | VT | 14 |
| 2014 | WA | 313 |
| 2014 | WI | 161 |
| 2014 | WV | 51 |
| 2014 | WY | 7 |
| 2015 | | 1 |
| 2015 | AA | 70 |
| 2015 | AE | 21 |
| 2015 | AK | 46 |
| 2015 | AL | 147 |
| 2015 | AP | 6 |
| 2015 | AR | 74 |
| 2015 | AS | 9 |
| 2015 | AZ | 201 |
| 2015 | CA | 2,082 |
| 2015 | CO | 124 |
| 2015 | CT | 156 |
| 2015 | DC | 49 |
| 2015 | DE | 49 |
| 2015 | FL | 794 |
| 2015 | GA | 350 |
| 2015 | GU | 10 |

| Year | State | Count |
|---|---|---|
| 2015 | HI | 69 |
| 2015 | IA | 60 |
| 2015 | ID | 33 |
| 2015 | IL | 453 |
| 2015 | IN | 173 |
| 2015 | KS | 100 |
| 2015 | KY | 127 |
| 2015 | LA | 178 |
| 2015 | MA | 287 |
| 2015 | MD | 254 |
| 2015 | ME | 26 |
| 2015 | MI | 262 |
| 2015 | MN | 111 |
| 2015 | MO | 142 |
| 2015 | MS | 83 |
| 2015 | MT | 16 |
| 2015 | NC | 252 |
| 2015 | ND | 14 |
| 2015 | NE | 52 |
| 2015 | NH | 41 |
| 2015 | NJ | 503 |
| 2015 | NM | 47 |
| 2015 | NV | 93 |
| 2015 | NY | 1,300 |
| 2015 | OH | 340 |
| 2015 | OK | 104 |
| 2015 | OR | 100 |
| 2015 | PA | 392 |
| 2015 | PI | 2 |
| 2015 | PR | 72 |
| 2015 | RI | 37 |
| 2015 | SC | 133 |
| 2015 | SD | 11 |
| 2015 | TN | 193 |
| 2015 | TX | 944 |
| 2015 | UT | 52 |
| 2015 | VA | 245 |
| 2015 | VI | 4 |
| 2015 | VT | 10 |
| 2015 | WA | 178 |
| 2015 | WI | 120 |
| 2015 | WV | 41 |
| 2015 | WY | 7 |

| Year | State | Count |
|---|---|---|
| 2016 |  | 18 |
| 2016 | AA | 11 |
| 2016 | AE | 27 |
| 2016 | AK | 192 |
| 2016 | AL | 990 |
| 2016 | AP | 24 |
| 2016 | AR | 474 |
| 2016 | AS | 8 |
| 2016 | AZ | 1,040 |
| 2016 | CA | 8,329 |
| 2016 | CO | 625 |
| 2016 | CT | 790 |
| 2016 | DC | 142 |
| 2016 | DE | 212 |
| 2016 | FL | 4,063 |
| 2016 | GA | 1,892 |
| 2016 | GU | 46 |
| 2016 | HI | 276 |
| 2016 | IA | 334 |
| 2016 | ID | 157 |
| 2016 | IL | 2,411 |
| 2016 | IN | 1,053 |
| 2016 | KS | 360 |
| 2016 | KY | 727 |
| 2016 | LA | 1,314 |
| 2016 | MA | 1,388 |
| 2016 | MD | 1,295 |
| 2016 | ME | 157 |
| 2016 | MI | 1,522 |
| 2016 | MN | 738 |
| 2016 | MO | 865 |
| 2016 | MP | 1 |
| 2016 | MS | 760 |
| 2016 | MT | 98 |
| 2016 | NC | 1,562 |
| 2016 | ND | 102 |
| 2016 | NE | 267 |
| 2016 | NH | 207 |
| 2016 | NJ | 2,368 |
| 2016 | NM | 216 |
| 2016 | NV | 601 |
| 2016 | NY | 5,347 |
| 2016 | OH | 2,079 |

4

| Year | State | Count |
|---|---|---:|
| 2016 | OK | 586 |
| 2016 | OR | 465 |
| 2016 | PA | 2,291 |
| 2016 | PI | 1 |
| 2016 | PR | 425 |
| 2016 | PW | 8 |
| 2016 | RI | 234 |
| 2016 | SC | 755 |
| 2016 | SD | 82 |
| 2016 | TN | 1,075 |
| 2016 | TX | 5,127 |
| 2016 | UT | 303 |
| 2016 | VA | 1,352 |
| 2016 | VI | 20 |
| 2016 | VT | 47 |
| 2016 | WA | 907 |
| 2016 | WI | 626 |
| 2016 | WV | 273 |
| 2016 | WY | 55 |
| 2017 | AA | 2 |
| 2017 | AE | 1 |
| 2017 | AK | 1,754 |
| 2017 | AL | 54 |
| 2017 | AR | 14 |
| 2017 | AZ | 42 |
| 2017 | CA | 489 |
| 2017 | CO | 21 |
| 2017 | CT | 27 |
| 2017 | DC | 12 |
| 2017 | DE | 15 |
| 2017 | FL | 171 |
| 2017 | GA | 87 |
| 2017 | GU | 1 |
| 2017 | HI | 14 |
| 2017 | IA | 16 |
| 2017 | ID | 7 |
| 2017 | IL | 89 |
| 2017 | IN | 54 |
| 2017 | KS | 12 |
| 2017 | KY | 26 |
| 2017 | LA | 53 |
| 2017 | MA | 43 |
| 2017 | MD | 37 |

| | | |
|---|---|---|
| 2017 | ME | 4 |
| 2017 | MI | 60 |
| 2017 | MN | 28 |
| 2017 | MO | 40 |
| 2017 | MS | 23 |
| 2017 | MT | 4 |
| 2017 | NC | 58 |
| 2017 | ND | 3 |
| 2017 | NE | 7 |
| 2017 | NH | 14 |
| 2017 | NJ | 85 |
| 2017 | NM | 14 |
| 2017 | NV | 19 |
| 2017 | NY | 308 |
| 2017 | OH | 89 |
| 2017 | OK | 12 |
| 2017 | OR | 21 |
| 2017 | PA | 88 |
| 2017 | PR | 22 |
| 2017 | RI | 7 |
| 2017 | SC | 27 |
| 2017 | SD | 4 |
| 2017 | TN | 39 |
| 2017 | TX | 200 |
| 2017 | UT | 23 |
| 2017 | VA | 42 |
| 2017 | WA | 42 |
| 2017 | WI | 26 |
| 2017 | WV | 14 |
| 2017 | WY | 2 |
| 2018 | AK | 1 |
| 2018 | AL | 4 |
| 2018 | AR | 4 |
| 2018 | AZ | 8 |
| 2018 | CA | 66 |
| 2018 | CO | 5 |
| 2018 | CT | 5 |
| 2018 | DE | 4 |
| 2018 | FL | 28 |
| 2018 | GA | 13 |
| 2018 | GU | 1 |
| 2018 | HI | 2 |
| 2018 | IA | 3 |

| Year | State | Count |
|---|---|---|
| 2018 | IL | 9 |
| 2018 | IN | 3 |
| 2018 | KS | 2 |
| 2018 | KY | 6 |
| 2018 | LA | 6 |
| 2018 | MA | 7 |
| 2018 | MD | 5 |
| 2018 | ME | 1 |
| 2018 | MI | 7 |
| 2018 | MN | 6 |
| 2018 | MO | 8 |
| 2018 | MS | 3 |
| 2018 | NC | 6 |
| 2018 | ND | 4 |
| 2018 | NE | 4 |
| 2018 | NJ | 15 |
| 2018 | NM | 2 |
| 2018 | NV | 4 |
| 2018 | NY | 28 |
| 2018 | OH | 15 |
| 2018 | OK | 4 |
| 2018 | OR | 3 |
| 2018 | PA | 10 |
| 2018 | PR | 4 |
| 2018 | RI | 2 |
| 2018 | SC | 2 |
| 2018 | TN | 3 |
| 2018 | TX | 41 |
| 2018 | UT | 2 |
| 2018 | VA | 8 |
| 2018 | WA | 6 |
| 2018 | WI | 3 |
| 2018 | WV | 4 |
| 2018 | WY | 1 |

| Row Labels | Sum of Total Downloads |
|---|---:|
| 2014 | 16548 |
| 2015 | 11850 |
| 2016 | 59720 |
| 2017 | 4366 |
| 2018 | 378 |
| **Grand Total** | **92862** |