# EXHIBIT 13
## PUBLIC VERSION

## REDACTED IN FULL