# EXHIBIT 18





# ADWEEK

NEWS · EVENTS · WEBINARS · CONNECT · ADWEEK JOBS ·   Sign In   Subscribe

TV / VIDEO

## Howie Mandel Uses Every Single Social App He Can

'I need to have my finger on the pulse'

By Emma Bazilian  |  December 1, 2014



**POPULAR NOW**

1. YouTube Is Launching New Ad Formats and Ways to Measure Them
2. How Nike's $6 Billion Colin Kaepernick Campaign Put the Focus Back on Big Creative Ideas
3. It's Time for Agencies to Stop Using Billable Hours to Prove Value
4. Facebook for Business' New Video Series Goes Behind the Break
5. This Comically Savage Election PSA Will Scare Every Millennial Into Voting in the Next Election

4. Facebook for Business' New Video Series Goes Behind the Break
5. This Comically Savage Election PSA Will Scare Every Millennial Into Voting in the Next Election
2. How Nike's $6 Billion Colin Kaepernick Campaign Put the Focus Back on Big Creative Ideas
3. It's Time for Agencies to Stop Using Billable Hours to Prove Value
4. Facebook for Business' New Video Series Goes Behind the Break
5. This Comically Savage Election PSA Will Scare Every Millennial Into Voting in the Next Election

**Specs**

**Who** Howie Mandel

**Age** 59

**Claim to fame** Comedian and actor; executive producer of the TBS series Deal With It (Fridays, 9/8c); judge on NBC's America's Got Talent

**Base** Los Angeles

**Twitter** @howiemandel

**What's the first information you consume in the morning?**

Twitter. It gives me the headlines. I follow the news outlets from CNN to Fox to USA Today to TMZ to The Hollywood Reporter, Variety, Deadline. I get everything from world news to entertainment and gossip.

**What other social media platforms do you use?**

I'm on Instagram, Snapchat ... I use them all. Whatever there is, I'm there. And I follow thousands of people. I believe that because of what I do, which is first and foremost stand-up comedy and secondly being a producer of entertainment, I need to have my finger on the pulse.

**Tell us about your favorite app.**

My son-in-law just created one called MEmoji, which combines selfies and

**FEATURED JOBS**

**Ad Tech Reporter**
ADWEEK
New York, New Jersey

**Program Coordinator, Brand Team**
SYPartners
New York, New York

**Brand Communications Associate**
SYPartners
New York, New York

My son-in-law just showed me that's Bitmoji, which combines selfies and emojis. You can take your own picture or video and decorate it and make it into an emoji.

**Do you have a favorite gadget?**

My iPhone is the end-all and be-all. It's my life force. I got the iPhone 6 Plus, and whether I'm checking media or information or playing a game or tracking my health or recording something, it's a 360 piece of technology. On Deal With It, which is my hidden-camera game show, we use everything from high-tech robotic cameras down to the GoPro, but when somebody runs off of the set and all else fails, we're there running after them with our iPhones.

**What TV shows do you watch?**

I think it's part of my OCD—I always think I'm going to miss something, so I watch everything. It's hard for me to watch anything straight through because I know that there's got to be something better on another channel. It doesn't even have to be in English or anything that I'm interested in. It could be an infomercial or a commercial or public access. I actually get more entertainment out of things that seem more amateurish or not as polished. And I don't DVR shows because I'm fascinated by commercials. As somebody who makes television, I want to see how things are promoted, and I think we're losing that as an art form.

**Are there any current TV campaigns that you really like?**

No. Not right now. The last ads that I really liked and that stood out were the AT&T ads with the guy from SNL who sits around the table with all the kids. That was the last campaign where I would see one of the commercials and actually focus on the television rather than what was going on in the room around me.

**What's on your reading list?**

I don't like fiction. I love biographies and true stories and adventures, but I also find myself reading anything on the Internet. I'll find a political story in USA Today and then look up that story on The New York Times and The Wall Street Journal and the L.A. Times. I'm fascinated by how many ways the same story can be told.

**How do you wind down at night?**

I don't. The only way I can get to sleep is by totally exhausting myself during the day. So I watch as much, do as much and listen to as much as I can ... I just keep winding up until the spring breaks.

**Account Manager**
Voices.com
London, Ontario

**Account Executive**
Guy Bauer
Chicago, Illinois

See More Jobs

**Program Coordinator, Brand Team**
SYPartners
New York, New York

**Brand Communications Associate**
SYPartners
New York, New York

**Account Manager**
Voices.com
London, Ontario

**Account Executive**
Guy Bauer
Chicago, Illinois

See More Jobs

**Account Executive**
Guy Bauer
Chicago, Illinois

See More Jobs

## EDITOR'S PICKS



**CREATIVITY**

**With the Stakes So High, Democrats Eschew Political Ad Tropes in Favor of Hollywood-Style Spots**

by Kelsey Sutton



**AGENCIES**

**Marketers Are Putting a New Face on Weed as They Navigate Regulations and Battle Stoner Stigma**

by Lindsay Rittenhouse



**ADFREAK**

**Apple's Latest Ad Is Larger Than Life—Just Like the New iPhone**

by Doug Zanger



**STREAMING IN A CONNECTED WORLD**

**Nick Offerman and Megan Mullally Play Horny 'Slingers' in Hilarious Sling TV Spots**

by Sara Jerde



**AGENCIES**

**How Nike's $6 Billion Colin Kaepernick Campaign Put the Focus Back on Big Creative Ideas**

by Patrick Coffee



**BRANDWEEK**

**Top Marketers Explain How Emerging Tech Will Transform Their Industries**

by Katie Richards



**VOICE**

**How Brands Can Develop a Closer Relationship With Consumers Through Messaging**

by Jackie Pimentel



**AGENCIES**

**An Inside Look at MedMen, Lauded as the 'Apple Store of Weed'**

by Lindsay Rittenhouse

View Latest News >

**RECOMMENDED**


Netflix's Shocking Public Activation for Altered Carbon Was


Burger King Mocks the Creative Power of AI With These


WhatsApp: Here's How to Share a GIF to Your Status


CollegeHumor Launches New Ad-Free Subscription


Shops Are Increasingly Pivoting to


HBO's All-Star Cast Quietly Urges Americans to Vote in

Recommended by outbrain

# ADWEEK

| About | Subscriptions | Awards / Honors / Events | Publications |
|---|---|---|---|
| Contact Us | Subscription Options | Awards and Honors | Adweek Network |
| Media Kit | Digital App | Adweek Events | RSS |
| Editorial Calendar | Newsletters | Webinars | Backissues |
| Sponsor Content | Frequently Asked Questions | On-Demand Webinars | Reprints / E-Prints |
| Jobs | Customer Service | Trophies / Awards / Seals | |

© 2018 Adweek - All Rights Reserved    •    About Adweek    •    Contact Us    •    Terms of Use    •    Privacy Policy

Stay Connected For As Low As
$9.99/Month

Subscribe Now
(https://offers.usatoday.com/BENB?
gps-source=BENB999)

# Howie Mandel: No selfies, but how about an 'ussie'?

**Jefferson Graham**, USA TODAY    Published 12:52 a.m. ET Nov. 3, 2014 | Updated 12:01 p.m. ET Nov. 4, 2014



*(Photo: Jefferson Graham)*

LOS ANGELES — Comedian Howie Mandel is swimming in cameras. The executive producer of TBS' hidden camera series *Deal with It* (new episodes air Fridays at 9 p.m.) talks of using as many as 15 to 20 iPhones, iPads, Canon 5Ds and GoPro cameras behind closed doors to catch the action without his subjects realizing they are being taped. So when we showed him the latest GoPro attachment — a headband — he obliged and posed with the miniature camera. "Is it obvious?" he asked. Well, yes, but that's OK.

**HIDDEN CAMERAS**

On the original hidden camera show, *Candid Camera*, producer Allen Funt "had one camera and it was rooted wherever he was. Technology has allowed me to capture more, clearer. We can put cameras all over, and no one knows they are there. We can walk in, and nobody knows they're being recorded."

Mandel's son Alex is also into pranks and shows them on YouTube, where his antics (making escalators come to a sudden stop in a shopping mall, dressing up as a werewolf and approaching strangers) have pulled in over 500,000 views. Alex Mandel shoots with the Canon 5D Mark III, and so impressed his dad that he was inspired to buy one for his TV show.

"It was a game changer, because it looked like a still camera you could walk with and nobody knew they were being taped — at broadcast quality."

The second game changer, he says, is the tiny GoPro, the miniature camera favored by action enthusiasts, who attach it to surfboards, bike helmets and the like.

Beyond those cameras, there's also the most popular mobile device, the iPhone. "We can hand it to someone, call and send texts, manipulate scenes wirelessly. Our crew will go film on iPhones, iPads, anything. Technology is great."



**Howie Mandel tries on a GoPro.** *(Photo: Sean Fujiwara)*

**TECH INVESTOR**

APL-STECH_00000392

Mandel is backing two new apps, MeMoji (https://itunes.apple.com/us/app/memoji-gif-selfies-emoji-accessories!/id921847909?mt=8), which is out, and Uguru, which has yet to be released.

"What are the two biggest things online? Selfies and emojis. We're combining them. Instead of sending some character that means nothing with a hat — what if it was your face doing something? Me-moji."



**MeMoji is a new app backed by Howie Mandel** *(Photo: screenshot)*

The Uguru app is described as "Uber for tutors." It's for finding local tutors from one central location, instead of searching on Craigslist. "You have a question, they come to you and answer for a nominal fee."

**SELFIES vs. USSIES**

As a stand-up comic, Mandel gets many requests for photos with fans after the shows, or as they describe them, "selfies." He doesn't get it.

"A selfie is a picture of yourself. As soon as someone else is in it, it's an 'ussie.' It's a selfie plus someone else. If you just want a selfie, I can't be in your selfie. I can be in your ussie."

**APPS**

His favorite is the MyFitnessPal calorie and nutrition tracker (free; Apple, Android, Windows, BlackBerry).

"I've been on it for three years, and I'm crazy about it. It's about keeping my wheel right. I'm not on a diet, but want to make sure I have the right amount of protein, carbs and fat." (The app) "is a miracle.

APL-STECH_00000393



**Jefferson Graham and Howie Mandel shooting an "ussie," on an iPhone.** *(Photo: Sean Fujiwara)*

Follow *Jefferson Graham (http://twitter.com/jeffersongraham)* on Twitter

Read or Share this story: http://usat.ly/1wZgdFm

| The Howard Stern Show | |  Michael | Home | Create |
|---|---|---|---|---|







**The Howard Stern Show**

@thehowardsternshow

- Home
- About
- Videos
- Photos
- **Posts**
- Community

[Create a Page]

Like · Follow · Share · Watch Video

 **The Howard Stern Show**
October 24, 2014 ·

ICYMI: Here's "MEmoji", the awesome new app **Howie Mandel** was talking about on the show this week!

https://itunes.apple.com/.../memoji-gif-selfies-.../id921847909… #Howard #Memoji



**MEmoji - GIF selfies with emoji accessories!**

173 · 12 Comments · 10 Shares

Like · Comment · Share

Most Relevant

 Write a comment...

 **Timothy Eugene** When did they Stern show start slinging swag or swag apps on their page? I know he is a friend of the show but I'd prefer Howard related merchandise first if anything.
Like · Reply · 4y · 1

**Bob Cardone** Another great interview on Howards show. Howie is a funny dude!!!!!
Like · Reply · 4y · 1

**Michelle Benson** Homie=Howie without autocorrect
Like · Reply · 4y · 1

**Marisol Reilly** just downloaded
Like · Reply · 4y · 1

**Ryan Clark**



Like · Reply · 4y · 2

**Lorraine Kalapos-MacMillan** Just downloaded

**Community** — See All

- Invite your friends to like this Page
- 763,087 people like this
- 817,705 people follow this
- **Connor Sutherland** and **2 other friends** like this



**About** — See All

- www.howardstern.com
- Radio Station
- Suggest Edits

**Page Transparency** — See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - September 18, 2013

**Pages Liked by This Page**

 Ed Sheeran — Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

Chat (54)

9

GHOSE_00012887

| The Howard Stern Show | | Michael | Home | Create |

**The Howard Stern Show**
@thehowardsternshow

Home
About
Videos
Photos
Posts
Community

Create a Page

Like · Reply · 4y

 **Michelle Benson** See you at the comicaze homie
Like · Reply · 4y

Most Relevant is selected, so some comments may have been filtered out.

---

 **The Howard Stern Show**
43 mins ·

This Week On Howard: David Spade talks comedy with Howard, Bella Thorne makes her Stern Show debut, Chad & JT (Chad Goes Deep) reveal their latest city council proposal, and Memet Walker rallies to name a beaver after himself.



Watch together with friends or with a group    Start Watch Party

146                59 Comments   14 Shares   15K Views

Like          Comment          Share

Most Relevant

Write a comment...

**Michaele Clark Pittman** Good morning
Like · Reply · 43m

**Tim King** Great story
Like · Reply · 39m

View 23 more comments                         2 of 57

---

**The Howard Stern Show**
3 hrs ·

Watch Chad and JT (Chad Goes Deep) propose a new Independence Day-themed holiday to the Manhattan Beach City Council: "The day President Bill Pullman said in one loud voice, 'We will not going quietly into the night, dudes." #July2



HOWARDSTERN.COM
**VIDEO: Party Bros Chad & JT Stop by the Stern Show and Debut Their Latest Impassioned City Council Speech**

249                        101 Comments   16 Shares

Like          Comment          Share

Most Relevant

Write a comment...

Chat (54)

**10**

GHOSE_00012888

| The Howard Stern Show | | Michael | Home | Create |



**The Howard Stern Show**
@thehowardsternshow

Home
About
Videos
Photos
**Posts**
Community

Create a Page

**Alex Kalish** Would have been cool if these guys had come out of character at the end of the interview.

Like · Reply · 2h

View 29 more comments                                2 of 75

**The Howard Stern Show**
22 hrs ·

"Going back in the van, hot shot?"

**David Spade** tells Howard about his odd run-in with a woman who claimed her dog was named after **Chris Farley**. Watch his full interview on the **SiriusXM** app!

Watch together with friends or with a group        **Start Watch Party**

125                                    13 Comments  7 Shares

Like           Comment           Share

Most Relevant

Write a comment...

**Sonny Morrison** I think the "Gary" at the end was one of the best parts!
Like · Reply · 21h

**Hood John Wolly** Ralph nailed it. Spade, from a fan's experience with the show, easily the best guest.
Like · Reply · 13h

View 8 more comments

**The Howard Stern Show**
Yesterday at 11:51 AM ·

After Ronnie Mund admitted he takes daily supplements of maca and horny goat weed for his sex drive, Howard wondered if the 69-year-old would soon be talking like **Jim Breuer**'s Goat Boy.

Watch together with friends or with a group        **Start Watch Party**

650                                    103 Comments  49 Shares

Like           Comment           Share

Most Relevant

Write a comment...

Chat (54)

**11**

GHOSE_00012889



The Howard Stern Show | Michael | Home | Create



**The Howard Stern Show**
@thehowardsternshow

Home
About
Videos
Photos
**Posts**
Community

Create a Page

forshoo
Like · Reply · 1d
1 Reply

**Tracy Barna** Free is the greatest so underrated.
Like · Reply · 1d

View more comments — 2 of 96

**The Howard Stern Show**
Yesterday at 9:02 AM ·

Watch David Spade's full interview on the SiriusXM app!



HOWARDSTERN.COM
**David Spade on His Return to TV, His Next Netflix Movie, and What He Got Adam Sandler's Daughter for Her Bat Mitzvah**

133                                  20 Comments  2 Shares

Like            Comment            Share

Most Relevant

Write a comment...

**JoAnne Stadnicar** He is ALWAYS a wonderful guest.
Like · Reply · 1d

**Bob Frapples** Great interview!
Like · Reply · 1d

View 9 more comments



**The Howard Stern Show**
July 24 at 6:37 PM ·

Why does the U.S.A. have so few party holidays? Watch Chad and JT (Chad Goes Deep) take up the cause in an exclusive premiere of their latest visit to the Manhattan Beach City Council meeting!

Watch together with friends or with a group    **Start Watch Party**

1.3K                               556 Comments  400 Shares

Like            Comment            Share

Most Relevant

Write a comment...

Chat (54)

**12**

GHOSE_00012890

| The Howard Stern Show | | Michael | Home | Create |

**The Howard Stern Show**
@thehowardsternshow

Home
About
Videos
Photos
Posts
Community

Create a Page

Like · Reply · 1d

3 Replies

**Molly Baldwin** I thought it was highly entertaining! They had me giggling out loud in the car the whole time....For Sure!

Like · Reply · 1d

1 Reply

View more comments          2 of 427

See More

Chat (54)

GHOSE_00012891





15



16