# EXHIBIT 19

**Generated on:** This page was generated by TSDR on 2019-03-21 11:01:07 EDT

**Mark:** MEMOJI

MEmoji

**US Serial Number:** 86438926

**Application Filing Date:** Oct. 29, 2014

**Filed as TEAS Plus:** Yes

**Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**Status:** Abandoned because no Statement of Use or Extension Request timely filed after Notice of Allowance was issued. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Dec. 28, 2015

**Publication Date:** Mar. 31, 2015

**Notice of Allowance Date:** May 26, 2015

**Date Abandoned:** Dec. 28, 2015

## Mark Information

**Mark Literal Elements:** MEMOJI

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Computer application software for mobile phones and other computing devices, namely, software for creating and sending emoticons; Downloadable computer software for creating and sending emoticons

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 01, 2014

**Use in Commerce:** Oct. 01, 2014

**For:** Baseball caps and hats; Shirts; T-shirts

**International Class(es):** 025 - Primary Class

**U.S Class(es):** 022, 039

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes | | **Amended Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | | **Amended ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | | **Amended 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | | **Amended 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | | | |
| **Filed No Basis:** No | | **Currently No Basis:** No | | | |

APL-STECH_00000138

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Big 3 ENT, LLC |
| **Owner Address:** | 5950 Canoga Ave, Suite 510<br>Woodland Hills, CALIFORNIA 91367<br>UNITED STATES |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

| | |
|---|---|
| **State or Country Where Organized:** | CALIFORNIA |

| | |
|---|---|
| **Owner Name:** | Luck Bunny, LLC |
| **Owner Address:** | 10047 Louise Ave<br>Northridge, CALIFORNIA 91325<br>UNITED STATES |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

| | |
|---|---|
| **State or Country Where Organized:** | CALIFORNIA |

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | Joseph Sofio |
| **Attorney Primary Email Address:** | joe@builtentertainment.com |

| | |
|---|---|
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JOSEPH SOFIO<br>2600 W OLIVE AVE FL 5<br>BURBANK, CALIFORNIA 91505-4572<br>UNITED STATES |
| **Phone:** | 818-753-2390 |
| **Correspondent e-mail:** | joe@builtentertainment.com |

| | |
|---|---|
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 28, 2015 | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | |
| Dec. 28, 2015 | ABANDONMENT - NO USE STATEMENT FILED | 99999 |
| May 26, 2015 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 31, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 31, 2015 | PUBLISHED FOR OPPOSITION | |
| Mar. 11, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 19, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 18, 2015 | ASSIGNED TO EXAMINER | 76731 |
| Nov. 08, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 01, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | SPRUILL, DARRYL M |

| | |
|---|---|
| **Law Office Assigned:** | LAW OFFICE 112 |

### File Location

| | |
|---|---|
| **Current Location:** | INTENT TO USE SECTION |

| | |
|---|---|
| **Date in Location:** | May 26, 2015 |

APL-STECH_00000139

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86438926**
**Filing Date: 10/29/2014**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | MEmoji |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MEmoji |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Big 3 ENT, LLC |
| *STREET | 5950 Canoga Ave, Suite 510 |
| *CITY | Woodland Hills |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 91367 |
| EMAIL ADDRESS | joe@builtentertainment.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | California |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Luck Bunny, LLC |
| *STREET | 10047 Louise Ave |

| *CITY | Northridge |
|---|---|
| *STATE<br>(Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. applicants only) | 91325 |
| EMAIL ADDRESS | joe@builtentertainment.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY WHERE LEGALLY ORGANIZED | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Computer application software for **mobile phones and other computing devices**, namely, software for **creating and sending emoticons**; Downloadable computer software for **creating and sending emoticons** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 10/01/2014 |
| FIRST USE IN COMMERCE DATE | At least as early as 10/01/2014 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE012340-14023916241-20141029173651291122_._Screen_Shot_2014-10-03_at_12.55.48_PM.pdf |
| CONVERTED PDF FILE(S)<br>(1 page) | \\TICRS\EXPORT16\IMAGEOUT16\864\389\86438926\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Screen shot of mark detailing the creation and availability of emoticons |
| *INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Baseball caps and hats; Shirts; T-shirts |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT<br>(NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

APL-STECH_00000141

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Joseph Sofio |
| STREET | 2600 W. Olive Ave, 5th Floor |
| CITY | Burbank |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 91505 |
| PHONE | 818-753-2390 |
| EMAIL ADDRESS | joe@builtentertainment.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Joseph Sofio |
| *STREET | 2600 W. Olive Ave, 5th Floor |
| *CITY | Burbank |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 91505 |
| PHONE | 818-753-2390 |
| *EMAIL ADDRESS | joe@builtentertainment.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 550 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Joseph Sofio/ |
| * SIGNATORY'S NAME | Joseph Sofio |
| * SIGNATORY'S POSITION | Attorney of record, CA bar member |
| SIGNATORY'S PHONE NUMBER | 818-753-2390 |
| * DATE SIGNED | 10/29/2014 |
| * SIGNATURE | /Joseph Sofio/ |
| * SIGNATORY'S NAME | Joseph Sofio |
| * SIGNATORY'S POSITION | Attorney of record, CA bar member |
| SIGNATORY'S PHONE | |

| NUMBER | 818-753-2390 |
| * DATE SIGNED | 10/29/2014 |

APL-STECH_00000143

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 86438926**
**Filing Date: 10/29/2014**

## To the Commissioner for Trademarks:

**MARK:** MEmoji (Standard Characters, see mark)
The literal element of the mark consists of MEmoji.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicants, Big 3 ENT, LLC, a limited liability company legally organized under the laws of California, having an address of
    5950 Canoga Ave, Suite 510
    Woodland Hills, California 91367
    United States

Luck Bunny, LLC, a limited liability company legally organized under the laws of California, having an address of
    10047 Louise Ave
    Northridge, California 91325
    United States

request registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Computer application software for mobile phones and other computing devices, namely, software for creating and sending emoticons; Downloadable computer software for creating and sending emoticons

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 10/01/2014, and first used in commerce at least as early as 10/01/2014, and is now in use in such commerce. The applicants are submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Screen shot of mark detailing the creation and availability of emoticons.

**Original PDF file:**
SPE012340-14023916241-20141029173651291122_._Screen_Shot_2014-10-03_at_12.55.48_PM.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 025:  Baseball caps and hats; Shirts; T-shirts
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Joseph Sofio
    2600 W. Olive Ave, 5th Floor
    Burbank, California 91505
    United States

The applicant's current Correspondence Information:

Joseph Sofio
2600 W. Olive Ave, 5th Floor
Burbank, California 91505
818-753-2390(phone)
joe@builtentertainment.com (authorized)

A fee payment in the amount of $550 has been submitted with the application, representing payment for 2 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Joseph Sofio/   Date Signed: 10/29/2014
Signatory's Name: Joseph Sofio
Signatory's Position: Attorney of record, CA bar member

Signature: /Joseph Sofio/   Date Signed: 10/29/2014
Signatory's Name: Joseph Sofio
Signatory's Position: Attorney of record, CA bar member


RAM Sale Number: 86438926
RAM Accounting Date: 10/30/2014

Serial Number: 86438926
Internet Transmission Date: Wed Oct 29 18:08:55 EDT 2014
TEAS Stamp: USPTO/FTK-XXX.XXX.XXX.XX-201410291808559
85430-86438926-500898a97ea4741ff18dcc85c
1b9ef860bb75619b4329f6ad8570ee56f669934e
-CC-4875-20141029173651291122

# MEmoji

**MEmoji - GIF selfies with emoji accessories!**
★ 1.0 Waiting For Review

Versions   Prerelease   Pricing   In-App Purchases   Game Center   Reviews   Newsstand   More ▾

1.0

ⓘ You can edit all information while your version is waiting for review. To submit a new build, you must remove this version from review.

Version Information                                                                                                    English ▾

App Video Preview and Screenshots  ?

4.7-Inch   5.5-Inch   4-Inch   3.5-Inch   iPad



App Video Preview Unavailable

To upload your app video preview, you must use Safari and OS X v10.10 or later.

Choose File



APL-STECH_00000148

# MEmoji

APL-STECH_00000149

*** User:dspruill ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | N/A | 0 | 0 | 0:02 | 86438926[SN] |
| 02 | 13203 | N/A | 0 | 0 | 0:04 | *me*[bi,ti] and *m{v}{"gj"}{v}*[bi,ti] |
| 03 | 2321 | N/A | 0 | 0 | 0:01 | 2 and "009"[cc] not dead[ld] |
| 04 | 14 | 7 | 7 | 6 | 0:02 | *mem{v}{"gj"}{v}*[bi,ti] |
| 05 | 940 | 0 | 940 | 776 | 0:02 | 2 and ("009" "042" "200" a b)[ic] not dead[ld] |

Session started 2/19/2015 9:58:18 PM
Session finished 2/19/2015 10:22:16 PM
Total search duration 0 minutes 11 seconds
Session duration 23 minutes 58 seconds
Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 86438926

APL-STECH_00000150

# NOTE TO THE FILE

SERIAL NUMBER:        86438926

DATE:                         02/19/2015

NAME:                         dspruill

NOTE:

**Searched:**
  X    OneLook

APL-STECH_00000151

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86438926 | FILING DATE | 10/29/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SPRUILL, DARRYL M | L.O. ASSIGNED | 112 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/20/2015 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 02/19/2015 |
| LITERAL MARK ELEMENT | MEMOJI |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Big 3 ENT, LLC |
| ADDRESS | 5950 Canoga Ave, Suite 510 Woodland Hills, CA 91367 |
| ENTITY | 16-LTD LIAB CO |

APL-STECH_00000152

| CITIZENSHIP | California |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Luck Bunny, LLC |
| ADDRESS | 10047 Louise Ave<br>Northridge, CA 91325 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | California |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones and other computing devices, namely, software for creating and sending emoticons; Downloadable computer software for creating and sending emoticons |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Baseball caps and hats; Shirts; T-shirts |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 10/01/2014 | FIRST USE IN COMMERCE DATE | 10/01/2014 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/19/2015 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/18/2015 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/08/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 11/01/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joseph Sofio |
|---|---|
| CORRESPONDENCE ADDRESS | JOSEPH SOFIO<br>2600 W OLIVE AVE FL 5<br>BURBANK, CA 91505-4572 |
| DOMESTIC REPRESENTATIVE | NONE |

APL-STECH_00000153

# MEmoji

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, March 11, 2015 03:45 AM |
| **To:** | joe@builtentertainment.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 86438926: MEMOJI |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (Serial No. 86438926) is scheduled to publish in the *Official Gazette* on Mar 31, 2015.  To preview the Notice of Publication, go to
<u>http://tdr.uspto.gov/search.action?sn=86438926</u>.  If you have difficulty accessing the Notice of Publication, contact <u>TDR@uspto.gov</u>.

**PLEASE NOTE:**
1.   The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.   You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification.  If you have any questions about the content of the Notice of Publication, contact <u>TMPostPubQuery@uspto.gov</u>.

APL-STECH_00000155

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Mar 11, 2015

## NOTICE OF PUBLICATION

1.  Serial No.:
    86-438,926

2.  Mark:
    MEMOJI
    (STANDARD CHARACTER MARK)

3.  International Class(es):
    9, 25

4.  Publication Date:
    Mar 31, 2015

5.  Applicant:
    Big 3 ENT, LLC
    Luck Bunny, LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:
The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

joe@builtentertainment.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 31, 2015 00:43 AM |
| **To:** | joe@builtentertainment.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 86438926: MEMOJI |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:**  86438926
**Mark:**  MEMOJI
**International Class(es):**  009, 025
**Owner:**  Big 3 ENT, LLC
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Mar 31, 2015.

**To Review the Mark in the TMOG:**

   Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2015-03-31&serialNumber=86438926

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov.  For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

   *   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=86438926&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=86438926&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

APL-STECH_00000157

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, May 26, 2015 00:12 AM |
| **To:** | joe@builtentertainment.com |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 86438926: MEMOJI |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: May 26, 2015

**Serial Number:**  86438926
**Mark:**  MEMOJI
**Docket/Reference Number:**

No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.

**SIX (6)-MONTH DEADLINE:** Applicant has six (6) MONTHS from the NOA issue date to file either:
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

### REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 86438926 |
| **Mark:** | MEMOJI |
| **Docket/Reference Number:** | |
| **Owner:** | Big 3 ENT, LLC |
| | 5950 Canoga Ave, Suite 510 |
| | Woodland Hills , CALIFORNIA   91367 |
| **Owner:** | Luck Bunny, LLC |
| | 10047 Louise Ave |
| | Northridge , CALIFORNIA   91325 |
| **Correspondence Address:** | JOSEPH SOFIO |
| | 2600 W OLIVE AVE FL 5 |
| | BURBANK, CA 91505-4572 |

**This application has the following bases, but not necessarily for all listed goods/services:**
Section 1(a): YES          Section 1(b): YES          Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009 -    Computer application software for mobile phones and other computing devices, namely, software for creating and sending emoticons; Downloadable computer software for creating and sending emoticons -- FIRST USE DATE: 10-01-2014 -- USE IN COMMERCE DATE: 10-01-2014

025 -    Baseball caps and hats; Shirts; T-shirts -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

APL-STECH_00000158

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=86438926.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

APL-STECH_00000159

Side - 1



**NOTICE OF ABANDONMENT**
**MAILING DATE: Dec 28, 2015**

The trademark application identified below was abandoned because the applicant failed to file for a statement of use or an extension of time.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

| | |
|---|---|
| **SERIAL NUMBER:** | 86438926 |
| **MARK:** | MEMOJI |
| **OWNER:** | Big 3 ENT, LLC |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

JOSEPH SOFIO
2600 W OLIVE AVE FL 5
BURBANK , CA  91505-4572

APL-STECH_00000160

## Trademark Snap Shot ITU Unit Action
(Table presents the data on ITU Unit Action)

## OVERVIEW

| SERIAL NUMBER | 86438926 | FILING DATE | 10/29/2014 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SPRUILL, DARRYL M | L.O. ASSIGNED | 112 |

## PUB INFORMATION

| RUN DATE | 12/29/2015 |
|---|---|
| PUB DATE | 03/31/2015 |
| STATUS | 606-ABANDONED - NO STATEMENT OF USE FILED |
| STATUS DATE | 12/28/2015 |
| LITERAL MARK ELEMENT | MEMOJI |

| DATE ABANDONED | 12/28/2015 | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | MEMOJI |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 20-OWNER AT PUBLICATION |
|---|---|
| NAME | Big 3 ENT, LLC |
| ADDRESS | 5950 Canoga Ave, Suite 510
Woodland Hills, CA 91367 |
| ENTITY | 16-LTD LIAB CO |

APL-STECH_00000161

| CITIZENSHIP | California |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | Luck Bunny, LLC |
| ADDRESS | 10047 Louise Ave<br>Northridge, CA 91325 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Computer application software for mobile phones and other computing devices, namely, software for creating and sending emoticons; Downloadable computer software for creating and sending emoticons |

| INTERNATIONAL CLASS | 025 |
|---|---|
| DESCRIPTION TEXT | Baseball caps and hats; Shirts; T-shirts |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 10/01/2014 | FIRST USE IN COMMERCE DATE | 10/01/2014 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/28/2015 | MAB6 | O | ABANDONMENT NOTICE MAILED - NO USE STATEMENT FILED | 010 |
| 12/28/2015 | ABN6 | S | ABANDONMENT - NO USE STATEMENT FILED | 009 |
| 05/26/2015 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 008 |
| 03/31/2015 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 007 |
| 03/31/2015 | PUBO | A | PUBLISHED FOR OPPOSITION | 006 |
| 03/11/2015 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 005 |
| 02/19/2015 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 02/18/2015 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 11/08/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 11/01/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Joseph Sofio |
|---|---|
| CORRESPONDENCE ADDRESS | JOSEPH SOFIO<br>2600 W OLIVE AVE FL 5<br>BURBANK, CA 91505-4572 |
| DOMESTIC REPRESENTATIVE | NONE |

APL-STECH_00000162

| PRIOR OWNER INFORMATION | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Big 3 ENT, LLC |
| ADDRESS | 5950 Canoga Ave, Suite 510<br>Woodland Hills, CA 91367 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | California |
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Luck Bunny, LLC |
| ADDRESS | 10047 Louise Ave<br>Northridge, CA 91325 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | California |

# MEmoji