# EXHIBIT 25

```
                                        Page 1
 1          IN THE UNITED STATES DISTRICT COURT
 2            NORTHER DISTRICT OF CALIFORNIA
 3      -------------------------------x
        SOCIAL TECHNOLOGIES LLC,
 4
                Plaintiff,
 5                              CIVIL ACTION FILE
          vs.                   NO. 3:18-CV-05945-VC
 6
        APPLE INC.,
 7
                Defendant.
 8
        -------------------------------x
 9
10
11                  CONFIDENTIAL
12            VIDEOTAPED DEPOSITION OF
                    ROBERT LONG
13
                  June 11, 2019
14                  10:00 A.M.
15            1075 Peachtree Street
                    Suite 3625
16              Atlanta, Georgia
17      Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC
18
19
20
21
22
23
24
25
```

```
                                              Page 192
```

1        Q.   Why didn't Social Technologies use the

2    name "MEMOJI" for the Hellojis app?

3        A.   It's a different application.  It -- it

4    describes a different thing.

5        Q.   When did you personally first learn of

6    Lucky Bunny's MEmoji app?

7        A.   I don't know an exact date.

8        Q.   Roughly speaking.

9        A.   Again, all of these events blur

10   together.

11            Whatever -- I can give you a year.

12            We're speaking about MEMOJI, correct,

13   again?

14       Q.   Correct.

15       A.   And the question was when did I become

16   aware of Lucky Bunny's --

17       Q.   MEmoji app.

18       A.   -- MEmoji app?

19            It would have to be in the year that the

20   search was conducted.  So 2015.

21       Q.   How did you first learn of Lucky Bunny's

22   MEmoji app?

23       A.   Sam would have had to told me -- tell

24   me.

25       Q.   Do you remember what he told you about

Page 243

1      app?

2             A.    The only person I would know is Justin

3      Grant.

4             Q.    To your knowledge, did anyone

5      unaffiliated with FlexDev write code for Social

6      Technologies' MEMOJI app?

7             A.    I have no knowledge one way or the

8      other.

9             Q.    When was the decision made to release

10     Social Technologies' MEMOJI app in June of 2018?

11            MR. HECHT:  Objection to form.

12            THE WITNESS:  When meaning a date?

13            Q.    (By Ms. Schweitzer)  Roughly speaking.

14            A.    That would have to be sometime in 2018.

15            Q.    Did Social Technologies decide that it

16     would release its MEMOJI app after Apple's WWDC

17     announcement of Apple's Memoji feature?

18            MR. HECHT:  Objection to form.

19            THE WITNESS:  To protect our interests,

20         yes.

21            Q.    (By Ms. Schweitzer)  Who was involved in

22     the decision to release Social Technologies'

23     MEMOJI app in June of 2018?

24            A.    We were advised by counsel.

25            MR. HECHT:  I'm going to caution the

1           witness not to reveal the substance of any

2           communications with counsel.

3           Q.   (By Ms. Schweitzer)  Who other than

4      counsel was involved in that decision?

5           A.   The decision was -- we were given advice

6      to do so.

7                Sam and I.

8           Q.   Anyone else?

9           A.   No.

10          Q.   And when you say "Sam," you mean

11     Mr. Bonet?

12          A.   Mr. Bonet.

13          Q.   Who was the attorney involved in the

14     decision?

15          A.   Peter Dee.

16          Q.   Who first brought up the idea of

17     releasing Social Technologies' MEMOJI app in June

18     of 2018?

19          A.   Counsel.

20          Q.   When did Social Technologies engage

21     Mr. Dee?

22          A.   I don't know exactly.  2018.

23          Q.   Did Social Technologies engage Mr. Dee

24     after Apple announced Apple's Memoji feature?

25          A.   Yes.  To protect our interest, yes.

1      Q.   Why did Social Technologies decide to

2   release its MEMOJI app in June of 2018?

3           MR. HECHT:  Objection to form.

4           THE WITNESS:  To protect our interest.

5      Q.   (By Ms. Schweitzer)  What do you mean by

6   "to protect our interest"?

7           MR. HECHT:  Objection to form.

8           THE WITNESS:  I mean, I could state it

9       no better.  To protect our interest.

10      Q.   (By Ms. Schweitzer)  To protect your

11   interest in what?

12      A.   Our intellectual property rights.

13      Q.   Your intellectual property rights to

14   what?

15      A.   To the name MEMOJI.

16      Q.   So in June 2018, Social Technologies

17   decided to release its MEMOJI app that month to

18   protect its alleged rights in the MEMOJI mark;

19   correct?

20      A.   Correct.

21      Q.   Were you motivated by Apple's

22   announcement of its Memoji feature?

23           MR. HECHT:  Objection to form.

24           THE WITNESS:  What do you mean

25       "motivated"?

Page 268

1           THE WITNESS:  To protect our interest.

2           Q.   (By Ms. Schweitzer)  But why,

3     specifically, did Social Technologies choose that

4     platform, to your knowledge?

5           MR. HECHT:  Objection.

6           THE WITNESS:  I have no knowledge other

7        than to protect our interest.

8           Q.   (By Ms. Schweitzer)  Do you know how

9     many downloads Social Technologies' MEMOJI app

10    received on its first day?

11          A.   I have no idea.

12          Q.   In its first week?

13          A.   I have no idea.

14          Q.   Do you know how many downloads Social

15    Technologies' MEMOJI app received in its first

16    month?

17          A.   I have no idea.

18          Q.   Do you know when someone unaffiliated

19    with Social Technologies first downloaded the app?

20          A.   I have no idea.

21          Q.   When Social Technologies' MEMOJI app was

22    released, did you download the app?

23          A.   No.  I don't have an Android phone.

24          Q.   Did you tell any of your family members

25    to download Social Technologies' MEMOJI app when

Page 269

1    it was released?

2         A.   I don't -- no one has an Android phone.

3         Q.   Did you tell any of your friends to

4    download the MEMOJI app when it was released?

5         A.   I personally don't know anyone with an

6    Android phone.

7         Q.   To your knowledge, did Mr. Bonet

8    download Social Technologies' MEMOJI app when it

9    was released?

10        A.   Yes.  He has an Android phone that he

11   uses for other things.

12        Q.   And just to be clear, I -- you did not

13   tell any of your friends to download the MEMOJI

14   app when it was released; is that correct?

15        A.   As far as I know, I know no one with an

16   Android phone.

17             I may have, but I don't recall back that

18   far.  That's a year ago.  Once again, we're always

19   in flux, in movement.

20             And so as far as I recall, I don't know

21   anyone that has an Android phone.  I might have

22   known a woman or two back then that had an Android

23   phone and might have mentioned it, but I'm not

24   certain.

25        Q.   Did Mr. Bonet, to your knowledge, tell