# EXHIBIT 27

BONET EXHIBIT 235



APL-STECH_00000512

10/1/2018

APL-STECH_00000513



10/1/2018