# EXHIBIT 28

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
--------------------------------X
SOCIAL TECHNOLOGIES LLC,
         Plaintiff,
                              CIVIL ACTION FILE
    vs.                       NO. 3:18-CV-05945-VC
APPLE INC.,
         Defendant.
--------------------------------X

CONFIDENTIAL
VIDEOTAPED DEPOSITION OF
JUSTIN GRANT

June 12, 2019
9:35 A.M.
1075 Peachtree Street
Suite 3625
Atlanta, Georgia
Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC

```
                                                    Page 65
 1               THE WITNESS:  I have no idea.
 2         Q.    (By Ms. Mazzello)  Was it after Apple
 3   announced its Memoji software feature at the
 4   Worldwide Developers Conference in 2018?
 5               MR. HECHT:  Objection to form.
 6               THE WITNESS:  Again, I don't know.
 7         Q.    (By Ms. Mazzello)  Did Mr. Bonet ever
 8   tell you that if you could convince counsel to
 9   work on contingency, then you would receive a
10   portion of any money from this litigation?
11               MR. HECHT:  Objection.
12               THE WITNESS:  Can you repeat that again?
13         Q.    (By Ms. Mazzello)  Did Mr. Bonet ever
14   tell you that if you could convince counsel to
15   work on contingency, then you would receive a
16   portion of any money from this litigation?
17               MR. HECHT:  Object -- same objection.
18               THE WITNESS:  I believe he did.
19         Q.    (By Ms. Mazzello)  When was that?
20         A.    I don't remember at all.
21         Q.    Did you proceed to find counsel for
22   Social Technologies in connection with this
23   litigation?
24               MR. HECHT:  Objection to form.
25               THE WITNESS:  I -- I attempted to help
```

Page 66

1       finding counsel with Sam.
2       Q.   (By Ms. Mazzello)  And what did you do
3   to help find counsel?
4       A.   Made phone calls to the people that I
5   knew and -- and did Google searches to find
6   trademark counsel.
7       Q.   Was Peter Dee one of the people that you
8   called?
9       A.   He was.
10      Q.   Did you know Peter Dee prior to this
11  litigation?
12      A.   I did.
13      Q.   How did you know him?
14      A.   We worked on an app together.
15      Q.   What app did you work on?
16      A.   Marinastream.
17      Q.   Was Peter Dee an attorney for -- well,
18  who was developing the Marinastream app, other
19  than just you, if anyone?
20      A.   A couple of developers, development
21  firms.
22      Q.   Was Peter Dee advising on the
23  development of the Marinastream app?
24      A.   What would you consider "advising"?
25      Q.   Was Peter Dee providing legal advice

Page 142

1  effectively the handshake agreement to work on it.
2      Q.   Prior to May 22, 2018, FlexDev had not
3  done any work on the MEMOJI application; correct?
4      A.   Aside from research, no.
5      Q.   Prior to May 22, 2018, there was no code
6  for the MEMOJI application; correct?
7      A.   Correct.
8      Q.   Prior to May 22, 2018, there was not a
9  functioning MEMOJI application; correct?
10     A.   Correct.
11          MR. HECHT:  Objection to form.
12     Q.   (By Ms. Mazzello)  And you mentioned a
13  handshake agreement to work on the MEMOJI
14  application; correct?
15     A.   Yes.
16     Q.   Was that agreement ever put into
17  writing?
18     A.   It was not.
19     Q.   There were no emails confirming this
20  agreement to work on the MEMOJI application?
21     A.   No.
22     Q.   There were no text messages confirming
23  this agreement to work on the MEMOJI application?
24     A.   Not that I know of.
25     Q.   There was no signed agreement, like the

CONFIDENTIAL

Page 151

1    Q.   (By Ms. Mazzello)  This email does
2  nothing to jog your memory about when Mr. Ashraf
3  began working on the code for the MEMOJI app?
4         MR. HECHT:  Objection.
5         THE WITNESS:  No.
6    Q.   (By Ms. Mazzello)  Were you aware that
7  Apple announced its Memoji software feature on
8  June 4, 2018?
9    A.   Yes.
10   Q.   How did you become aware of that?
11   A.   I believe I saw a news article, with
12 somebody on stage from a long ways away, with
13 Memoji all across the black background, and it
14 said "Memoji."
15   Q.   And what did you do after you learned of
16 this -- of Apple's announcement?
17        MR. HECHT:  Objection to form.
18        THE WITNESS:  I sent Idrees an email
19      with a link.
20   Q.   (By Ms. Mazzello)  Did you get in touch
21 with Mr. Bonet?
22   A.   Yes.  I probably -- I don't recall
23 exactly, but I would -- I almost certainly called
24 him.
25   Q.   And what did you say to him, to

Page 152

1  Mr. Bonet?
2           MR. HECHT:  Objection to form.
3           THE WITNESS:  "Did Apple just steal
4     MEMOJI?"
5       Q.  (By Ms. Mazzello)  And what did he say
6  in response?
7       A.  I can't recall exactly.  Something along
8  the lines of, "I think so."
9       Q.  Did he tell you to have your coder start
10 working on the MEMOJI app?
11          MR. HECHT:  Objection to form.
12          THE WITNESS:  Not that I can recall.
13      Q.  (By Ms. Mazzello)  Had your coders
14 already started working on the MEMOJI app?
15      A.  I can't remember, honestly.  I want to
16 say yes.  But...
17      Q.  Well, I don't want you to guess.
18      A.  Okay.  I won't guess.
19      Q.  After this conversation with
20 Mr. Bonet -- or I'll strike that.
21          Following Apple's announcement, when did
22 you have the conversation that you just described
23 with Mr. Bonet?
24      A.  When I -- when I saw that news article,
25 I believe, shortly after.

Page 153

1  Q. And at that point, did
2  Social Technologies have counsel related to the
3  MEMOJI trademark?
4       MR. HECHT: Objection.
5       THE WITNESS: No.
6  Q. (By Ms. Mazzello) Following this
7  conversation with Mr. Bonet, did Mr. Bonet ask you
8  to help him retain counsel?
9  A. Yes.
10 Q. When did that conversation happen?
11 A. I don't know.
12 Q. Do you think it was more than one day
13 after Apple's June 4 announcement?
14      MR. HECHT: Objection.
15      THE WITNESS: Again, I don't know.
16 Q. (By Ms. Mazzello) Do you think it was
17 more than two weeks after Apple's announcement?
18      MR. HECHT: Objection.
19      THE WITNESS: I still don't know,
20   honestly.
21 Q. (By Ms. Mazzello) Okay.
22      MR. HECHT: Do you want to take a break
23   soon?
24      MS. MAZZELLO: Yeah. Sure. We can take
25   a break now, actually.

|    |    |    |
|----|----|----|
| 1  | A. | Not individually, no. |
| 2  | Q. | Did you reach out to your friends to |
| 3  | tell them to download the Social Technologies' |
| 4  | MEMOJI app in some collective way? |
| 5  | A. | Yes. |
| 6  | Q. | In what way was that? |
| 7  |    | MR. HECHT:  Objection. |
| 8  |    | THE WITNESS:  I invited them, on the |
| 9  |    | Facebook page, to like it, and then I post |
| 10 |    | it. |
| 11 | Q. | (By Ms. Mazzello)  Did you reach out to |
| 12 | any family to download the app? |
| 13 | A. | No. |
| 14 | Q. | Are you aware of any of your family |
| 15 | members downloading the Social Technologies app? |
| 16 | A. | No. |
| 17 | Q. | Are you aware of any of your friends |
| 18 | downloading the Social Technologies MEMOJI app? |
| 19 | A. | Maybe one. |
| 20 | Q. | Do you know whether Mr. Ashraf reached |
| 21 | out to his friends to ask them to download the |
| 22 | Social Technologies MEMOJI app? |
| 23 | A. | I have no idea. |
| 24 | Q. | And if you look just one line up, |
| 25 | there's another email from Mr. Bonet.  And at the |

1        Exhibit 88 is marked FlexDevGrant -402,
2   and it was sent from you to Social Technologies on
3   November 6, 2018; correct?
4        A.   Yes.
5        Q.   And if you look at the links, these all
6   relate to Mr. Anthony's app; correct?
7        A.   Yes.
8        Q.   And am I right, that all of these links
9   were created -- are images that were created on
10  November 1, 2018; is that right?
11       A.   It looks to be accurate.
12       Q.   On November 1, 2018, is that around when
13  you first became aware of Mr. Anthony's app?
14            MR. HECHT:  Objection.
15            THE WITNESS:  No.
16       Q.   (By Ms. Mazzello)  No?  When did you
17  become aware of his app?
18       A.   If I remember correctly, August of 2018.
19       Q.   And how did you become aware of
20  Mr. Anthony's app?
21       A.   Through Google searching.
22       Q.   The app was not available on any App
23  Store at that time; is that right?
24            MR. HECHT:  Objection.
25            THE WITNESS:  I don't recall if it was

Page 275

1        or not.
2        Q.   (By Ms. Mazzello)  In the Google
3    searching that you did to come across
4    Mr. Anthony's app, was the app available for
5    download from any source that you could locate?
6             MR. HECHT:  Objection.
7             THE WITNESS:  I don't think so.
8        Q.   (By Ms. Mazzello)  And what did you do
9    after you found the app on August -- in August of
10   2018?
11       A.   Let me rephrase.  I didn't find the
12   actual app, I don't think.  I'm -- I think I found
13   that it, at one time, existed.  And I also found
14   his Facebook page.
15       Q.   Did you reach out to Mr. Anthony?
16       A.   I did.
17       Q.   Around when was that?
18       A.   I believe in August of 2018.
19       Q.   Why did you reach out to him?
20       A.   To get in contact with him and -- and
21   ask him about his app.
22       Q.   What did you ask him about his app?
23       A.   When was it available, a number of
24   questions.
25       Q.   And why did you want to know this

Page 276

1  information?
2       A.   Because it was -- at the time, I had
3  come to understand that the -- it was important
4  that the first use of the name -- it was important
5  that whoever had the first use of the name, that
6  that was valuable.
7            And so I -- I searched to see if anybody
8  had used the name for an app before Lucky Bunny.
9       Q.   Were you concerned that
10 Social Technologies might lose its litigation
11 against Apple if it did not have rights prior to
12 Lucky Bunny's first use?
13           MR. HECHT:  Objection.
14           THE WITNESS:  I don't think I ever
15      thought that.
16      Q.   (By Ms. Mazzello)  After you contacted
17 Mr. Anthony, did he respond to you?
18      A.   He did.
19      Q.   And what did he say?
20      A.   We scheduled a phone call and had a
21 conversation about his application and the history
22 of his application and where -- where and -- you
23 know, how he came up with the idea.  Just kind of
24 the basics.
25      Q.   Did you tell him that