# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dale M. Cendali, P.C.<br>To Call Writer Directly:<br>+1 212 446 4846<br>dale.cendali@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

October 31, 2019

**By ECF**

Magistrate Judge Donna M. Ryu
Northern District of California
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 64912

Re:   Social Technologies LLC v. Apple Inc., Case No. 3:18-cv-05945-VC

Dear Honorable Judge Ryu:

I write on behalf of the the parties in the above-captioned matter regarding the date for the parties' upcoming settlement conference. Defendant Apple Inc. ("Apple") is not available on December 16, 2019. As an alternative, during the pre-settlement conference call, Your Honor suggested January 6, 2020. Apple also has a conflict on that day, and thus requests another date in January after the 6th, but before the parties' pre-trial conference on January 27, 2020. If, however, there are no other openings after the 6th, Apple will make itself available on January 6, 2020.

The parties notified Ivy L. Garcia, the Courtroom Deputy, of the scheduling conflict by e-mail on October 30, 2018.

Sincerely,

*/s/ Dale M. Cendali*

Dale M. Cendali, P.C.