1  Diana M. Torres (S.B.N. 162284)
   diana.torres@kirkland.com
2  Lauren J. Schweitzer (S.B.N. 301654)
   lauren.schweitzer@kirkland.com
3  KIRKLAND & ELLIS LLP
   333 South Hope Street
4  Los Angeles, California 90071
   Telephone: (213) 680-8400
5
   Dale M. Cendali (S.B.N. 1969070)
6  dale.cendali@kirkland.com
   Mary Mazzello (*pro hac vice* pending)
7  mary.mazzello@kirkland.com
   KIRKLAND & ELLIS LLP
8  601 Lexington Avenue
   New York, New York 10022
9  Telephone: (212) 446-4800

10 Megan L. McKeown (admitted *pro hac vice*)
   megan.mckeown@kirkland.com
11 KIRKLAND & ELLIS LLP
   609 Main Street
12 Houston, Texas 77002
   Telephone: (713) 836-3499
13
   Attorneys for Defendant Apple Inc.
14

15
## UNITED STATES DISTRICT COURT
16
## NORTHERN DISTRICT OF CALIFORNIA
17
### SAN FRANCISCO DIVISION
18

19 | SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, | ) CASE NO.: 3:18-cv-05945-VC
20 | Plaintiff, | ) **JOINT STIPULATION AND [PROPOSED] ORDER SETTING SETTLEMENT CONFERENCE**
21 | vs. |
22 | APPLE INC., a California corporation, |
23 | Defendant. |

24
25
26
27
28

**JOINT STIPULATION AND [PROPOSED]
ORDER SETTING SETTLEMENT CONFERENCE**                             **CASE NO. 3:18-cv-05945-VC**

1  Pursuant to the Court's instructions following the October 28, 2019 status conference, the
2  Parties hereby stipulate as follows:
3  WHEREAS, the Court set a settlement conference before the Honorable Judge Donna M.
4  Ryu in the above-captioned matter for December 16, 2019;
5  WHEREAS, defendant Apple Inc. ("Apple") is not available on that date and has notified
6  both the Court and counsel for plaintiff Social Technologies LLC ("Social Tech") of its
7  unavailability;
8  WHEREAS, the Parties have agreed that they are each available for a settlement conference
9  before the Honorable Judge Ryu on January 7, 2019;
10  WHEREAS, the Court has indicated that the Court is available for a settlement conference on
11  January 7, 2019;
12  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Social Tech and
13  Apple, through their respective counsel of record, that the Court will set a settlement conference on
14  January 7, 2019 at 11:30 a.m. before the Honorable Judge Ryu.

Dated: November 4, 2019

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Dale M. Cendali
Dale M. Cendali (S.B.N. 1969070)
601 Lexington Avenue
New York, New York 10022
Attorney for Defendant Apple Inc.


PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP

/s/ David L. Hecht
David L. Hecht (admitted pro hac vice)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, New York 10172
Attorney for Plaintiff Social
Technologies LLC

1

JOINT STIPULATION AND [PROPOSED]
ORDER SETTING SETTLEMENT CONFERENCE                    CASE NO. 3:18-cv-05945-VC

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from David L. Hecht.

By: */s/ Dale M. Cendali*
Dale M. Cendali

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2019

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

On November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                               */s/ Dale M. Cendali*
                                                Dale M. Cendali