Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice* pending)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Megan L. McKeown (admitted *pro hac vice*)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3499

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO.: 3:18-cv-05945-VC<br><br>**JOINT STIPULATION AND ORDER (AS MODIFIED) SETTING SETTLEMENT CONFERENCE** |

---

**JOINT STIPULATION AND ORDER (AS MODIFIED) SETTING SETTLEMENT CONFERENCE**     **CASE NO. 3:18-cv-05945-VC**

1  Pursuant to the Court's instructions following the October 28, 2019 status conference, the
2  Parties hereby stipulate as follows:
3  WHEREAS, the Court set a settlement conference before the Honorable Judge Donna M.
4  Ryu in the above-captioned matter for December 16, 2019;
5  WHEREAS, defendant Apple Inc. ("Apple") is not available on that date and has notified
6  both the Court and counsel for plaintiff Social Technologies LLC ("Social Tech") of its
7  unavailability;
8  WHEREAS, the Parties have agreed that they are each available for a settlement conference
9  before the Honorable Judge Ryu on January 7, ~~2019~~ 2020;
10  WHEREAS, the Court has indicated that the Court is available for a settlement conference on
11  January 7, ~~2019~~ 2020;
12  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Social Tech and
13  Apple, through their respective counsel of record, that the Court will set a settlement conference on
14  January 7, ~~2019~~ 2020 at 11:30 a.m. before the Honorable Judge Ryu.

Dated: November 4, 2019

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Dale M. Cendali
Dale M. Cendali (S.B.N. 1969070)
601 Lexington Avenue
New York, New York 10022
Attorney for Defendant Apple Inc.

PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP

/s/ David L. Hecht
David L. Hecht (admitted pro hac vice)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, New York 10172
Attorney for Plaintiff Social
Technologies LLC

1  **ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing
2  of this document has been obtained from David L. Hecht.

4                                        By:    */s/ Dale M. Cendali*
                                                 Dale M. Cendali

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.
8      IT IS FURTHER ORDERED that the parties shall comply with the requirements and procedures
9  set forth in the Notice of Further Settlement Conference and Settlement Conference Order dated
10 October 28, 2019.  See Docket No. 122.

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

HON. DONNA M. RYU
UNITED STATES MAGISTRATE
JUDGE

**CERTIFICATE OF SERVICE**

On November 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

                                              */s/ Dale M. Cendali*
                                              Dale M. Cendali