# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 10, 2019

**Via ECF**

Magistrate Judge Donna M. Ryu
Northern District of California
Oakland Courthouse, Courtroom 4 - 3rd Floor
1301 Clay Street
Oakland, CA 64912

Re: *Social Technologies LLC v. Apple Inc.*, Case No. 3:18-cv-05945-VC

Dear Honorable Judge Ryu:

I write on behalf of Defendant Apple Inc. ("Apple") in the above-captioned matter regarding the parties' upcoming settlement conference scheduled for January 7, 2020. Dkt. No. 131. The date continues to work for all parties. I, however, am writing to inform Your Honor that my co-lead counsel, Diana Torres, who also attended the last mediation, will be handling the conference on behalf of Apple and that I will not be able to attend. While normally we would both be in attendance, after the parties scheduled the settlement conference, the Supreme Court of the United States scheduled my oral argument in an upcoming case for Monday, January 13, 2020. I will be completely tied up the prior week in Washington, D.C. preparing for the argument and, thus, am unable to attend the mediation. This should not impact in any way the parties' ability to reach a resolution should they so wish.

I informed counsel for Social Technologies of this development and they do not think it will be a problem for Ms. Torres to handle the mediation without me. I hope that this is acceptable to Your Honor, and we appreciate Your Honor's understanding.

Sincerely,

*/s/ Dale Cendali*

Dale M. Cendali