# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 12, 2019

Honorable Judge Vince Chhabria
San Francisco Courthouse, Courtroom 4 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Social Technologies LLC v. Apple Inc.*, Case No. 3:18-cv-05945-VC

Dear Judge Chhabria:

I write on behalf of Defendant Apple Inc. ("Apple") in the above-captioned matter pursuant to the summary judgment hearing held earlier today to identify the exhibits that contain the alternative name that Apple considered for its Memoji software feature (the "Alternative Name") and which Apple sought to seal.

Immediately after the hearing, Apple notified the Court in person that Exhibits 9 and 10 to Apple's motion for summary judgment, which Apple moved to seal at Dkt. No. 123, identify the Alternative Name. Specifically, the Alternative Name appears in Exhibit 9 at 94:25–95:1, 95:7, 112:11–12, 112:15, 112:25. See Dkt. No. 123-10. It appears in Exhibit 10 at 62:9. See Dkt. No. 123-12.

Following the hearing, Apple identified one additional instance where the Additional Name appears. Specifically, Exhibit R to Social Technologies LLC's ("Social Tech") motion for summary judgment also mentions the Alternative Name at 61:15. See Dkt. No. 116-05. Social Tech moved to seal this document at Dkt. No. 116 and Apple filed a declaration in support thereof at Dkt. No. 117.

Apple respectfully requests that the Court seal these references to the Alternative Name as discussed during the hearing earlier today.

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

KIRKLAND & ELLIS LLP

Judge Vince Chhabria
December 12, 2019
Page 2

Sincerely,

Dale M. Cendali