**PIERCE BAINBRIDGE**

David L. Hecht
Partner
277 Park Avenue, 45th Floor
New York, NY 10172
dcurran@piercebainbridge.com
(212) 484-9866

**VIA ECF**

December 27, 2019

Hon. Judge Ryu
U.S. District Court
Suite 400S
1301 Clay Street
Oakland, CA 94612

Re: *Social Technologies LLC v. Apple Inc.*, No. 18-cv-05945-VC (N.D. Cal.) (the "Action")

Dear Judge Ryu,

    Pursuant to Your Honor's standing order and Order Setting Settlement Conference (ECF 131), Plaintiff Social Technologies LLC ("Social Tech") hereby requests a continuance of any settlement conference in this Action until a date to be agreed upon by the parties. On December 17, 2019, the Court in this Action summarily adjudicated all of Social Tech's claims but its claim for a declaration of non-infringement. ECF 142. Defendant Apple Inc. has requested that the Court dismiss its remaining counterclaims without prejudice. ECF 147. Social Tech also intends to move for an entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b). At this time, Social Tech does not believe a settlement conference will advance the parties closer to settlement.

    Given Social Tech's position, Apple believes that a settlement conference would not be productive. Apple therefore agrees to take the settlement conference currently scheduled for January 7, 2020 off calendar. Apple's agreement should not be construed to mean that Apple agrees that it would be appropriate to schedule a settlement conference at a later date.

    In light of the foregoing, Social Tech respectfully requests that Your Honor continue the presently scheduled settlement conference to a date to be agreed upon by the parties pending any appeals filed in this Action.

    Respectfully submitted,

PIERCE BAINBRIDGE

Hon. Judge Ryu
December 27, 2019
Page 2

*/s/ David L. Hecht*

David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
PIERCE BAINBRIDGE
BECK PRICE & HECHT LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone: (212) 484-9866
*Attorneys for Plaintiff*