UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 18-cv-05945-VC<br><br>**ORDER GRANTING MOTION TO DISMISS CLAIM WITHOUT PREJUDICE; DIRECTING PARTIES TO FILE LETTER BRIEF RE MOOTNESS**<br><br>Re: Dkt. Nos. 147 |

Apple's motion to dismiss its infringement claims without prejudice is granted. Fed. R. Civ. P. 41(a)(2). The parties are ordered (i) to meet and confer on whether Social Tech still intends to press its claim for a declaration of non-infringement and (ii) if so, to file a joint letter brief outlining the parties' respective views on mootness (limited to three pages each) by January 10, 2020.

**IT IS SO ORDERED.**

Dated: December 27, 2019

VINCE CHHABRIA
United States District Judge