UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.  18-cv-05945-VC<br><br>**ORDER DENYING MOTION TO MODIFY SCHEDULING ORDER**<br><br>Re: Dkt. No. 146 |

　　　　Social Tech's motion to push back the dates of the pretrial conference and jury trial by seven weeks is denied. However, the deadline to file the joint pretrial conference statement and any motions in limine is extended to January 16, 2020.

　　　　**IT IS SO ORDERED.**

Dated: January 6, 2020

_____
VINCE CHHABRIA
United States District Judge