# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 333 South Hope Street<br>Los Angeles, CA 90071<br>United States |  |
|---|---|---|
| Diana Torres<br>To Call Writer Directly:<br>+1 213 680 8338<br>diana.torres@kirkland.com | +1 213 680 8400<br><br>www.kirkland.com | Facsimile:<br>+1 213 680 8500 |

January 10, 2020

**By ECF**

District Judge Vince Chhabria
Northern District of California
San Francisco, Courtroom 4 – 17th Floor
450 Golden Gate Ave
San Francisco, CA 94102

Re: *Social Technologies LLC v. Apple Inc.*, Case No. 18-cv-05945-VC (SK)

Dear Honorable Judge Chhabria:

The parties met and conferred, and Social Tech informed Apple that it does not intend to press its claim for a declaration of non-infringement, and therefore Apple believes the claim should be dismissed, and judgment entered in favor of Apple consistent with the Court's December 17, 2019 decision on summary judgment.

Sincerely,

*/s/ Diana Torres*

Diana Torres