UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Defendant. | CASE NO.: 3:18-cv-05945-VC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLE INC.'S REVISED AND RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

　　　　Before the Court is Apple Inc.'s ("Apple") Revised and Renewed Administrative Motion to File Under Seal ("Revised and Renewed Motion to Seal") relating to portions of Exhibits 9 and 10 filed in connection with Apple's Motion for Summary Judgment ("Apple's Motion") and Exhibit R to Social Tech's Motion for Summary Judgment ("Social Tech's Motion"), which identify the alternative name that Apple considered for its Memoji software feature (the "Alternative Name").

　　　　The Court has reviewed the sealing motion and the Declaration of Dale Cendali submitted in support. The Court finds that Apple has articulated compelling reasons to seal Exhibits 9 and 10 to

1

Apple's Motion and Exhibit R to Social Tech's Motion. Apple's Revised and Renewed Motion to Seal Exhibits 9 and 10 to Apple's Motion and Exhibit R to Social Tech's Motion is granted.

**IT IS SO ORDERED.**

Dated this __15th__ day of __January__, 2020

_____
HONORABLE VINCE CHHABRIA
United States District Judge