UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Social Technologies LLC,

    Plaintiff,

v.

Apple Inc.,

    Defendant.

No. 18-cv-05945-VC (SK)

[~~PROPOSED~~] FINAL PARTIAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)

Having considered the parties' letters filed January 10, 2020, the Court hereby grants final judgment and finds that Social Tech's remaining claim for declaratory judgment of noninfringement is moot in light of Apple dismissing its counterclaim for infringement and its representation that it does not intend to further pursue that counterclaim.

In its December 17, 2019 Order, the Court held the following:

1) The Court granted Apple's motion for summary judgment with respect to Social Tech's claim against Apple for trademark infringement under the Lanham Act because the Court determined that "no reasonable jury could find that the rushed process to release a malfunctioning app was a good-faith attempt by Social Tech to make the mark 'sufficiently public to identify or distinguish the marked [good] in an appropriate segment of the public mind as those of the holder of the mark.'" Dkt. No.

– 1 –

[~~PROPOSED~~] ORDER

142 at 4 (quoting *Chance v. Pac-Tel Teletrac Inc.*, 242 F.3d 1151, 1159 (9th Cir. 2001));

2) For the same reasons, the Court granted Apple's motion for summary judgment with respect to Apple's counterclaim for cancellation of Social Tech's federally registered trademark in MEMOJI and denied Social Tech's motion for summary judgment with respect to Social Tech's request for a declaration of its registration's validity. *Id.* at 4;

3) The Court granted Apple's motion for summary judgment with respect to Social Tech's common-law trademark infringement claim. *Id.* at 5; and

4) The Court granted Apple's motion for summary judgment with respect to Social Tech's claim under California's Unfair Competition Law as "derivative of its two trademark infringement claims." *Id.*

Further, on December 27, 2019, the Court granted Apple's request to dismiss its remaining claims without prejudice.

Accordingly, all claims have been resolved, and the Court finds that there is no just reason to delay appeal of the December 17, 2019 order. Therefore, **IT IS FURTHER ORDERED** that Social Tech's claims for trademark infringement under the Lanham Act, trademark infringement at common law, unfair competition pursuant to Cal. Bus. & Prof. Code §§ 17200 et seq., and declaratory judgment that Social Tech's trademark registration is valid and enforceable under the requirements of the United States Patent and Trademark Office and the Lanham Act, are dismissed with prejudice, and Apple's counterclaim for cancellation of Social Tech's trademark registration is granted, and this Order constitutes a partial final judgment of those claims under Rule 54(b) of the Federal Rules of Civil Procedure. All claims having been resolved, the Clerk shall remove this case from the docket.

Dated this 15th day of January, 2020

– 2 –
[~~PROPOSED~~] ORDER

1
2  Hon. _____
   United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

– 3 –
**[PROPOSED] ORDER**