Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice* pending)
mary.mazzello@kirkland.com
Megan L. McKeown (*pro hac vice* pending)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, | ) CASE NO.: 3:18-cv-05945-VC )  ) |
| Plaintiff, | ) **NOTICE OF CHANGE OF ADDRESS** ) |
| vs. | ) ) ) |
| APPLE INC., a California corporation, | ) ) |
| Defendant. | ) ) |

PLEASE TAKE NOTICE that as of January 21, 2020, Diana Torres and Lauren Schweitzer of Kirkland & Ellis LLP, attorneys for Defendant Apple Inc., have a new mailing address, indicated below:

    KIRKLAND & ELLIS LLP
    555 South Flower Street
    Los Angeles, California 90071
    Telephone: (213) 680-8400

All other contact information remains unchanged.

Dated: January 21, 2020

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Lauren Schweitzer*
Lauren Schweitzer (S.B.N. 301654)

Attorney for Defendant Apple Inc.

## **CERTIFICATE OF SERVICE**

On January 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Lauren Schweitzer*
Lauren Schweitzer