Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Megan L. McKeown (*pro hac vice*)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

*(Attorneys for Plaintiff Social
Technologies LLC listed at end)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company, | ) CASE NO.: 3:18-cv-05945-VC |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION AND [PROPOSED]** |
| | ) **ORDER TO EXTEND BRIEFING** |
| vs. | ) **SCHEDULE ON APPLE'S MOTION FOR** |
| | ) **ATTORNEYS' FEES AND COSTS** |
| APPLE INC., a California corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND BRIEFING SCHEDULE ON APPLE'S**
**MOTION FOR ATTORNEYS' FEES AND COSTS**

**CASE NO. 3:18-cv-05945-VC**

WHEREAS, on January 15, 2020, the Court dismissed Plaintiff Social Technologies LLC's ("Social Tech") remaining claim for a declaration of non-infringement as moot, dismissed Social Tech's claims for trademark infringement under the Lanham Act, trademark infringement at common law, unfair competition pursuant to Cal. Bus. & Prof. Code §§ 17200 et seq., and declaratory judgment that Social Tech's trademark registration is valid and enforceable under the requirements of the United States Patent and Trademark Office and the Lanham Act with prejudice, entered partial final judgment of those claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and directed the Clerk to remove the case from the docket (Dkt. 155);

WHEREAS, Apple intends to move for attorneys' fees and costs incurred in connection with this litigation;

WHEREAS, pursuant to Federal Rule of Civil Procedure 54(d) and Civil Local Rule 54-5(a), a motion for attorneys' fees costs must be served and filed within fourteen (14) days of entry of judgment by the Court (*i.e.*, by January 29, 2020);

WHEREAS, the parties agree that, in light of existing commitments and the time that it takes to gather and review time and costs records in preparation for the filing of a motion for attorneys' fees and costs, it would be appropriate for Apple to have a seven (7) day extension of time to file its forthcoming motion for attorneys' fees and costs, such that any motion would be due with twenty-one (21) days of the Court entering final judgment (*i.e.*, by February 5, 2020);

WHEREAS, the parties further agree that, in light of a trial that all but two of Social Tech's attorneys have scheduled to begin starting on February 3, 2020, it would be appropriate to provide Social Tech with a fourteen (14) day extension of time to oppose Apple's motion for attorneys' fees and costs, such that any opposition to Apple's motion would be due within twenty-eight (28) days of Apple filing and serving its motion for attorneys' fees (*i.e.*, by March 4, 2020);

WHEREAS, the parties further agree that it would be appropriate for Apple to have a seven

(7) day extension of time to prepare its reply in support of its motion for attorneys' fees and costs, such that any reply would be due within fourteen (14) days of Social Tech filing and serving its opposition (*i.e.*, by March 18, 2020);

WHEREAS, the Court previously granted three stipulated requests for general deadline extensions associated with fact and expert discovery, Dkts. 82, 85, 114, and Social Tech made one unopposed request to continue the Final Pretrial Conference and Jury Trial dates, which the Court denied, Dkt. 151, but the parties have not previously sought to extend the briefing schedule on Apple's motion for attorneys' fees and costs;

WHEREAS, no dates other than the dates associated with the briefing schedule on Apple's forthcoming motion for attorneys' fees and costs would be impacted by this request;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties that:

1. Apple shall file and serve its motion for attorneys' fees and costs within twenty-one (21) days of the Court entering judgment (*i.e.*, by February 5, 2020).

2. Social Tech shall file and serve any opposition to Apple's motion for attorneys' fees and costs within twenty-eight (28) days of service of Apple's motion (*i.e.*, by March 4, 2020).

3. Apple shall file and serve any reply in support of its motion for attorneys' fees and costs within fourteen (14) days of service of Social Tech's opposition (*i.e.*, by March 18, 2020).

Dated: January 21, 2020          Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Dale M. Cendali*
Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorney for Defendant Apple Inc.

PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP

*/s/ David L. Hecht*
David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, New York 10172
Telephone: (212) 484-9866

Attorney for Plaintiff Social Technologies LLC

**ATTESTATION:**  Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from David L. Hecht.

By:    */s/ Dale M. Cendali*
       Dale M. Cendali

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2020

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND [PROPOSED] ORDER**      **CASE NO. 3:18-cv-05945-VC**
**TO EXTEND BRIEFING SCHEDULE ON APPLE'S**
**MOTION FOR ATTORNEYS' FEES AND COSTS**

## <u>CERTIFICATE OF SERVICE</u>

On January 21, 2020 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Dale M. Cendali*
Dale M. Cendali
