Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (pro hac vice)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Megan L. McKeown (pro hac vice)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3499

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | ) CASE NO.: 3:18-cv-05945-VC<br>)<br>)<br>) **APPLE INC.'S ADMINISTRATIVE**<br>) **MOTION TO FILE UNDER SEAL RE**<br>) **MOTION FOR ATTORNEYS' FEES**<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil Local Rules 79-5 and 7-11 and Judge Vince Chhabria's Civil Standing Order, Defendant Apple Inc. ("Apple") hereby brings this motion for an order to seal ("Apple's Motion to Seal") the amount of Apple's attorneys' fees, the billing rates of Apple's outside counsel at Kirkland & Ellis LLP ("Kirkland"), and the billing rates of contract attorneys submitted in connection with Apple's Motion for Attorneys' Fees.

Apple's attorneys' fees and the billing rates of its attorneys are confidential, sensitive business information to Apple. In particular, Apple is a frequent target of harassing lawsuits (including this one), which are filed to extort a payment from Apple. Apple thus would be harmed if its attorneys' fees and rates it pays to its lawyers were publicly disclosed.

Kirkland's billing rates also are confidential to Kirkland. In particular, Kirkland negotiates its rates with clients and provides Apple with rates that are applicable only to Apple and that are agreed-upon after lengthy negotiation. Kirkland thus would be harmed if its rates were publicly disclosed because other clients would request that Kirkland provide a comparable discount.

The amount of Apple's attorneys' fees and the billing rates of its attorneys appear in the Declaration of Dale Cendali in Support of Apple Inc.'s Motion for Attorneys' Fees. The amount of Apple's attorneys' fees paid for contract attorneys also appears in Exhibit 1 to that Declaration.

Apple's request is narrowly tailored in order to protect its confidential information.

Pursuant to Civil Local Rules 79-5(d), this motion is accompanied by the following documents:

- Declaration of Dale Cendali in support of Apple's Motion to Seal;
- A proposed order;
- Redacted versions of the Declaration of Dale Cendali in Support of Apple Inc.'s Motion for Attorneys' Fees and Exhibit 1 attached thereto; and
- Filed under seal, unredacted versions of the Declaration of Dale Cendali in Support of Apple Inc.'s Motion for Attorneys' Fees and Exhibit 1 attached thereto.

DATED:  February 5, 2020

Respectfully submitted,

*/s/ Dale Cendali*
Dale Cendali
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorney for Defendant Apple Inc.

## CERTIFICATE OF SERVICE

On February 5, 2020, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served. Additionally, I caused unredacted versions of these materials to be served by email upon counsel for Social Tech as follows:

**COUNSEL FOR SOCIAL TECH:**

| | |
|---|---|
| John M. Pierce | ☒  **VIA ELECTRONIC MAIL** |
| Brian J. Dunne | (jpierce@piercebainbridge.com) |
| Kathryn L. Boyd | (bdunne@piercebainbridge.com) |
| Pierce Bainbridge Beck Price & Hecht LLP | (lboyd@piercebainbridge.com) |
| 355 S. Grand Avenue, 44th Floor | (dhecht@piercebainbridge.com) |
| Los Angeles, CA 90071 | (mmcgowin@piercebainbridge.com) |

David L. Hecht
Melody L. McGowin
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, 45th Floor
New York, New York 10017

*/s/ Dale M. Cendali*
Dale M. Cendali
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800