Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (pro hac vice)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Megan L. McKeown (pro hac vice)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3499

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO.: 3:18-cv-05945-VC<br><br>**DECLARATION OF DALE M. CENDALI IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE MOTION FOR ATTORNEYS' FEES** |

I, Dale M. Cendali, declare as follows:

1. I am admitted in the Northern District of California and am a partner at Kirkland & Ellis LLP ("Kirkland"), located at 601 Lexington Avenue, New York, New York 10022.

2. I am counsel of record for Defendant Apple Inc. ("Apple"). I make this declaration pursuant to Civil Local Rule 79-5(d) and 79-5(e) in support of Apple's Motion to File Under Seal Re Motion for Attorneys' Fees.

3. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, could and would do so competently under oath.

4. Apple's Motion for Attorneys' Fees is a non-dispositive motion. Non-dispositive filings, including Apple's Motion for Attorneys' Fees, and materials may be sealed so long as the designating party makes a "particularized showing" under the "good cause" standard of Rule 26(c). *See Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013) (applying Ninth Circuit law). The Local Rules for the Northern District of California require the designating party to further establish that the documents are sealable. Civil L.R. 79-5(e)(1). The sealing request must be "narrowly tailored to seek sealing only of sealable material . . . ." Civil L.R. 79-5(b).

5. I have reviewed the attached Declaration of Dale Cendali In Support of Apple Inc.'s Motion for Attorneys' Fees ("Cendali Declaration") and Exhibit 1 attached thereto and confirmed that the information highlighted in yellow for redaction is confidential. There is good cause to seal such information. Specifically, the highlighted material in the Cendali Declaration identifies Apple's attorneys' fees that it has incurred, Kirkland's billing rates, and the billing rates of contract attorneys supplied by DiscoverReady / Consilio. The highlighted material in Exhibit 1 identifies the amount of Apple's attorneys' fees incurred from the contract attorneys supplied by DiscoverReady / Consilio. Apple is a frequent target of harassing lawsuits (including this one), which are filed to extort a payment from Apple. Apple thus would be harmed if its attorneys' fees and rates it pays to its lawyers were publicly disclosed.

6. Pursuant to Local Rule 79-5(e), Kirkland's billing rates also are confidential to Kirkland. In particular, Kirkland negotiates its rates with clients and provides Apple with rates that are applicable only to Apple and that are agreed-upon after lengthy negotiation. I am personally

involved in that negotiation process. Kirkland thus would be harmed if its rates were publicly disclosed because other clients would request that Kirkland provide a comparable discount.

7. Apple's redactions are narrowly tailored and limited to portions containing confidential information. Therefore, Apple requests that the language proposed for redaction be redacted from any public version.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 5, 2020

Respectfully submitted,

*/s/ Dale M. Cendali*
Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorney for Defendant Apple Inc.