UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | ) CASE NO.: 3:18-cv-05945-VC<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING APPLE**<br>) **INC.'S ADMINISTRATIVE MOTION TO**<br>) **FILE UNDER SEAL RE MOTION FOR**<br>) **ATTORNEYS' FEES**<br>)<br>)<br>)<br>)<br>) |

Before the Court is Apple Inc.'s ("Apple") Administrative Motion to File Under Seal ("Motion to Seal") relating to portions of the Declaration of Dale Cendali and Exhibit 1 attached thereto filed in connection with Apple's Motion for Attorneys' Fees, which identify Apple's attorneys' fees, the billing rates of Kirkland & Ellis LLP, and the billing rates of contract attorneys from a third-party vendor.

The Court has reviewed the sealing motion and the Declaration of Dale Cendali submitted in support.  The Court finds that Apple has articulated good cause to seal portions of the Declaration of Dale Cendali filed in connection with Apple's Motion for Attorneys' Fees.  Apple's Motion to Seal is granted.

**IT IS SO ORDERED.**

1

Dated this _____ day of _____, 2020

                                                                      _____
                                                                       HONORABLE VINCE CHHABRIA
                                                                       United States District Judge