# EXHIBIT 1

# PUBLIC REDACTED VERSION

| Invoice Number | Vendor | Billing End Date (PST) | Invoice Net Total | Payment Amount (USD) | Matter | Payment Date (PST) | Received Date (PST) |
|---|---|---|---|---|---|---|---|
| DR10247 | DiscoverReady [NY] | 4/30/2019 | ■ | ■ | APL2018017787-Social Technologies v Apple Inc | 7/31/2019 | 6/17/2019 |
| DR10538 | DiscoverReady [NY] | 5/31/2019 | ■ | ■ | APL2018017787-Social Technologies v Apple Inc | 8/9/2019 | 6/24/2019 |
| DR10708 | DiscoverReady [NY] | 6/30/2019 | ■ | ■ | APL2018017787-Social Technologies v Apple Inc | 8/30/2019 | 7/19/2019 |
|  |  | TOTAL | ■ | ■ |  |  |  |