# EXHIBIT 2

# Dale Cendali, P.C.

**Partner, Intellectual Property**



Kirkland & Ellis LLP
New York
dale.cendali@kirkland.com
T + 1 212 446 4846

**EDUCATION**
Harvard Law School, J.D., 1984
► Editor-in-Chief, The Harvard Journal on Legislation, 1983–1984
Yale University, B.A., 1981
► *summa cum laude*
► Phi Beta Kappa

**ADMISSIONS & QUALIFICATIONS**
1985, New York

Dale Cendali is a nationally recognized leader in the field of intellectual property litigation, having successfully litigated and tried numerous high-profile cases, and having argued before the U.S. Supreme Court. Her practice encompasses copyright, trademark, false advertising, patent, Internet, and trade secrets law, as well as defamation, the right of publicity, privacy, complex contract disputes and similar areas, including electronic discovery. Dale heads Kirkland's Copyright, Trademark, Internet and Advertising practice group.

In 2019, Dale was selected for the *Lawdragon* 500 Leading Lawyers in America "Hall of Fame." In 2018, Dale was recognized as a "Litigator of the Week" by *The American Lawyer*. In 2017, Dale was named "Outstanding Litigator: New York" at *Managing IP*'s North America Awards. Dale has been named one of *Benchmark Litigation*'s Top 250 Women in Litigation in the 2012–2019 editions. In The World's Leading Trademark Professionals 2017 report by *World Trademark Review*, Dale was recognized in "enforcement and litigation." In 2016, *Law360* named Dale one of the 25 "Icons of IP," who have "made an indelible mark in the IP area." *The National Law Journal* selected Dale as one of the "100 Most Influential Lawyers in America." *The National Law Journal* had previously named her one of "America's Top 50 Women Litigators," one of the "50 Most Influential Women Lawyers in America," and one of "The Most Influential Lawyers" for media and entertainment. Dale has repeatedly been ranked as a "top tier" lawyer by *Chambers Global* and *Chambers USA*, which describes her as "one of the best lawyers in the country" in her field who combines "intellectual acuity" with a "tough, hard-working attitude"; a "superb litigator" who "thinks quickly on her feet and vigorously defends her clients." The World Trademark Review recognized Dale as a "Trademark Experts' Expert," "at the top of anybody's list of the best trademark lawyers in the country." Euromoney Legal Media Group also named Dale as "Best in Copyright [in] the Americas" at its inaugural Americas Women in Business Law Awards in 2012 and in 2013, and in 2014 was awarded "Best in Trademark [in] the Americas." Dale also was included in *Euromoney's Benchmark* guide, "The Top 250 Women in Litigation." Dale was also selected as one of the "20 Most Influential Women in IP Law" by *Law360*. *Managing Intellectual Property* selected Dale as one of the six "Outstanding IP Practitioners" in the United States, and named her trial victory for J.K. Rowling on the high-profile "Lexicon" fair use case as the "Copyright Trial of the Year." *IP Stars* has named Dale one of the "Top 10 Women in IP." Dale was listed as one of Lawdragon's 500 Leading Lawyers in America in the 2013-2014 and 2014-2015 guides. *The Legal 500 U.S.* recognized Dale as a "leading lawyer" in the areas of copyright and trademark litigation. *IP Law & Business* recognized her as one of the "Magnificent Seven - IP's Best Young Trial Lawyers." Dale was selected for the 2017 edition of *The Best Lawyers in America* in the areas of Copyright Law and Litigation – Intellectual Property. In 2016, she was selected as Litigation – Intellectual Property "Lawyer of the Year." She also has repeatedly been named by *Super Lawyers* among "The Top 100 New York Lawyers" and "The Top 50 Female New York Lawyers," and was profiled in the feature story "Truth, Justice and the Cendali Way" in the 2007 New York Metro edition of *Super Lawyers Magazine*. *World Trademark Review*

# Dale Cendali, P.C.

**Partner, Intellectual Property**

named Dale a "revered branding expert" who "remains keenly engaged in the development of the law." Dale has been recognized by the *Harvard Law Bulletin* as one of Harvard Law School's "Nifty 50," celebrating 50 of Harvard Law School's alumnae. Dale was also selected as a litigation star in the 2013 edition of *Benchmark Appellate*. Kirkland was named by *Managing Intellectual Property* in 2014 as "Trademark Contentious Firm of the Year-Nationwide."

Dale is also an adjunct professor at Harvard Law School, teaching copyright and trademark litigation. She is also a prolific writer and has long been active in the bar. In 2010, INTA elected Dale to serve as Counsel, the highest-ranking position in the organization for an outside counsel. She also previously chaired INTA's Dilution and Enforcement Committees, and is the current chair of INTA's inaugural Copyright Committee.

Dale was also the Vice Chair of the Copyright Division and chair of the IP Special Issues Division for the IP Section of the ABA, and currently serves on Council for the ABA IP Section. Among many other positions in the bar, Dale is also the former Chair of the Trademarks and Unfair Competition Committee of the Association of the Bar of the City of New York. In 2015, Dale was selected as an Adviser for The American Law Institute's project, Restatement of the Law, Copyright.

## REPRESENTATIVE MATTERS

For more than 25 years, Dale has tried unique, high-profile cases in state and federal courts across the country and in a wide variety of subject areas:

- Argued before the U.S. Supreme Court on behalf of Twentieth Century Fox in *Dastar v. Fox*, a cutting edge copyright and Lanham Act case involving General Dwight D. Eisenhower's acclaimed memoirs, having won trials below on liability and damages. The case ultimately ended with Fox obtaining a permanent injunction and a multimillion dollar award.

- Represented Victoria's Secret in a trademark suit against Victor Moseley of Victor's Little Secret in *Moseley v. V Secret Catalogue, Inc.*, which went up to the U.S. Supreme Court and resulted in a new dilution statute. The trademark fight started in 1998, when Victoria's Secret sued Moseley for trademark dilution and obtained a permanent injunction against the mark "Victor's Little Secret." In 2003, the Supreme Court reversed and remanded the case to the Sixth Circuit. In 2006, however, Congress passed the Trademark Dilution Revision Act (TDRA). After passage of the TDRA, the U.S. Court of Appeals for the Sixth Circuit remanded the case to the district court, which again ruled in favor of Victoria's Secret under the new TDRA. The Supreme Court refused to rehear the defendant's appeal in March 2011, affirming victory for Victoria's Secret. Dale was a key member of the International Trademark Association (INTA) Presidential Select Committee that helped rewrite the federal dilution statute and she played a prominent role in preparing for the Congressional hearings regarding the bill.

- Won a highly publicized trademark, false endorsement and copyright fair use trial representing longtime client J. K. Rowling against RDR Publishing, bringing a halt to the proposed publication of an unauthorized Harry Potter "Lexicon." *Managing Intellectual Property* named this trial "Copyright Trial of the Year" in 2009.

- Led a Kirkland team that, along with co-counsel Orrick achieved a major, high-profile victory on May 9, 2014, before the U.S. Court of Appeals for the Federal Circuit on behalf of Oracle America, Inc. in *Oracle America, Inc. v. Google Inc.* Oracle had appealed an earlier district court opinion finding elements of Oracle's Java application programming interfaces (APIs) uncopyrightable—APIs that Google admitted it copied in creating its Android operating system. The Federal Circuit reversed that decision, holding that both the source code of Oracle's API packages and their structure were entitled to copyright protection as, among other things, they reflect numerous creative choices by the programmers. The decision, which has significant implications for the software industry and other companies that maintain their own software infrastructure, is receiving substantial attention from the media and is being discussed by the copyright bar as setting needed precedent on the issue of software copyrightability. The team later defeated Google's petition for *certiorari* before the U.S. Supreme Court.

# Dale Cendali, P.C.

**Partner, Intellectual Property**

**REPRESENTATIVE MATTERS**

- Won summary judgment for The Associated Press in a high-profile copyright fair use case suit brought by artist Shepard Fairey, in which the AP asserted copyright infringement claims arising out of Mr. Fairey's unauthorized use of the AP's photo of President Barack Obama to create the Obama "Hope" posters and related commercial merchandise, including t-shirts, sweatshirts and tote bags, during the 2008 presidential campaign. As a result of the AP's discovery efforts, Fairey was eventually forced to admit attempting to destroy key documents and fabricating other documents, leading to a criminal investigation by the U.S. Attorney's Office. Fairey and the AP later settled their dispute and the AP later won summary judgment on the fair use defense asserted by Obey Clothing, Fairey's exclusive licensee for apparel using the "Hope" image.

- Won summary judgment for a leading computer, mobile device and media player company in May 2013, defeating federal trademark infringement claims challenging the computer, mobile device and media player company's right to use its trademark for its popular e-book reader software application. The plaintiffs claimed that the computer, mobile device and media player company willfully infringed their common law "ibooks" mark, which they alleged had been used on thousands of print and electronic books since 1999, and sought between $50 million and $1 billion in damages.

- Trial victory before the ITC (International Trade Commission) in a high profile case in which Kirkland and its co-counsel represented Converse in a trademark proceeding against more than thirty companies. Converse sought an exclusion order excluding knockoff shoes that infringe Converse's iconic "Chuck Taylor" shoe design from entering the United States. Many respondents settled before trial and default judgments were entered against several foreign manufacturer respondents. Converse proceeded to trial against four respondents --Wal-Mart, New Balance, Skechers and Highline United -- and prevailed. The judge determined that Converse's trademark is valid and that each of the defendants infringed, and recommended a general exclusion order as to all infringing shoes and cease and desist orders against each defendant. Featured in the Law360 article: Converse Claims ITC Win Against Wal-Mart Over Chuck Taylors (Nov. 17, 2015).

- Won summary judgment for Tetris Holding, LLC and The Tetris Company, LLC in a copyright and trade dress case filed against Xio Interactive, Inc., a start-up company that had released a knock-off Tetris game for the iPhone called Mino. After Xio contested Tetris' Digital Millennium Copyright Act (DMCA) take-down notice, Tetris sued Xio for infringing its copyrights and trade dress rights in the visual expression and "look and feel" of its Tetris game. The case involved novel and complex issues of copyright and trade dress law —namely, what constitutes the protectable visual expression of a video game, as opposed to unprotectable "rules" and functional elements.

- Won summary judgment in a trademark case for Otter Box, on the issue of priority by showing that the alleged prior use of the phrase "Lifeproof" had only been used descriptively and it had not exclusively used. Also won a preliminary injunction in a case enjoining the infringer from using Lifeproof on iPhone cases.

- Won dismissal of all claims on behalf of Scholastic Inc. in a copyright infringement action, based on the court's ruling that J. K. Rowling's fourth Harry Potter book, *Harry Potter and the Goblet of Fire*, was not copied from "The Adventures of Willy the Wizard: No. 1 Livid Land," a book written by Adrian Jacobs in 1987. The lawsuit, which was brought by Jacobs's estate on behalf of his son, had sought profits from the sale of *Goblet* in the United States.

- Won summary judgment on behalf of The Walt Disney Company on both forward and reverse confusion in a trademark case brought by the owner of "Mr. Men" and "Little Miss" literary works. The court also granted Disney's motion to exclude plaintiff's flawed confusion survey.

- Won dismissal for Fox Entertainment Group, Inc. of a copyright lawsuit related to the successful television series "Modern Family." The plaintiff alleged that "Modern Family" had infringed the copyright in his treatment and proposed pilot script. Dale filed and won a motion to dismiss the plaintiff's claims in district court, based on the lack of substantial similarity between "Modern Family" and the proposed pilot script and the lack of merit to the plaintiff's other claims. The U.S. Court of Appeals for the Second Circuit affirmed, and the U.S. Supreme Court denied the plaintiff's petition for rehearing of its denial of his petition for certiorari.

# Dale Cendali, P.C.

**Partner, Intellectual Property**

**REPRESENTATIVE MATTERS**

- Successfully defended Glaxosmithkline against a preliminary injunction regarding allegedly false advertising of Flonase® Allergy Relief in *McNeil-PPC, et al. v. Glaxosmithkline Consumer Healthcare L.P.*

- Won a jury trial in federal court in *Art Attacks v. MGA Entertainment* that successfully defended the makers of the Bratz dolls from claims that the Bratz dolls infringed plaintiff's copyrights and trademark rights in their t-shirt designs and product names.

- Won a landmark trial on behalf of the Martha Graham Dance Center, in a case that preserved Martha Graham's dance legacy in a bitterly contested contract, fiduciary duty and intellectual property battle against the heir to Martha Graham's estate.

- Representing Bath & Body Works in a declaratory judgment action in New York against Summit Entertainment, the owner of the Twilight movie series, seeking a judgment that its use of the word "Twilight" in connection with its line of "Twilight Woods" personal care products does not infringe Summit's rights. The case settled shortly before a four week jury trial was to start.

- Represented Travelers Indemnity Company in federal lawsuit against Legal & General Group PLC and its affiliates, in which Travelers asserted that L&G's use of its multi-colored umbrella logo infringed Traveler's rights in its famous red umbrella logo.

- Representing major U.S. consumer products companies, both offensively and defensively, in false advertising matters, including in connection with claim substantiation, consumer surveys, and litigation.

- Represented Honeywell in class actions premised on fraud on the trademark office involving the famous Honeywell Round trademark for thermostats.

- Represented Colgate-Palmolive in trademark infringement litigation involving the "Total" brand, its crown jewel. On behalf of Colgate, Kirkland filed two separate suits alleging trademark infringement, unfair competition, trademark dilution, deceptive trade practices and unjust enrichment against defendants, Johnson & Johnson and Chattem Inc.

- Won summary judgment in a high-profile copyright and trademark action *(Scholastic Inc. v. Stouffer)* that accused J. K. Rowling, the author of the Harry Potter books, of plagiarism. Obtained an affirmed sanctions and attorneys' fees because of claimants' fabricated evidence.

- Successfully defended the Gallo Winery from false advertising charges brought by Heublein in a case that involved the extensive use of survey experts.

- Representing IBM in connection with a copyright and patent infringement case brought by CCP Systems Inc. in a case involving JScribe technology and international issues.

- Successfully represented Twentieth Century Fox in a high-profile copyright, false advertising, and breach of contract lawsuit against Marvel Comics, Tribune, and Fireworks concerning the movie X-Men and television show Mutant X.

- Represented Nuance Communications, a leading provider of speech and imaging solutions for businesses and consumers around the world, in several patent infringement, copyright, trademark, contract and trade secret misappropriation actions involving speech recognition and related technology, including cases in the Eastern District of Texas, Delaware, and in private arbitration.

- Obtained a temporary restraining order on behalf of Trader Joe's barring the Gristede's supermarket chain from proceeding with its planned opening of a new store under the name "Gristede's Trader John's" and using trade dress that copied the distinctive Trader Joes' style; the case settled on favorable terms shortly thereafter.

- Secured a favorable settlement for License Management Co. during the second week of an expected three-week bench trial in the District of Connecticut in a case involving breach of fiduciary duty and corporate opportunity claims, and license rights to the world-famous "Swiss Army" branded products and trademarks.

- Successfully represented J. K. Rowling in numerous intellectual property disputes nationwide, including a highly publicized copyright infringement action brought against the *New York Daily News* involving the premature release of excerpts of the fifth Harry Potter book.

# Dale Cendali, P.C.

**Partner, Intellectual Property**

## REPRESENTATIVE MATTERS

- Represented and advising Lionel LLC in all of its intellectual property litigation, and in developing, protecting and enforcing its intellectual property rights, including assisting to secure the reversal of a $40 million adverse judgment on trade secret claims that threatened the company with bankruptcy, and successfully resolving a high-profile trademark dispute against Union Pacific train line.
- Won summary judgment for Twentieth Century Fox in a copyright infringement matter brought by the purported owner of the photograph allegedly used to create the "I WANT TO BELIEVE" poster in Fox Mulder's office on The X-Files.
- Successfully represented Time Warner Entertainment and related companies, such as Time Inc. and Home Box Office, in a variety of matters including a major fraud in the inducement contract case and the successful defeat of a preliminary injunction involving Time's expansion of its "Real Simple" line of products.
- Led a team in obtaining a unanimous federal jury verdict in favor of the American National Theatre, a nonprofit theatre organization in New York, in a trademark infringement case brought by ANTA, another nonprofit theater organization, over the right to the American National Theatre mark.
- Representing numerous companies in the confidential planning and launch of new products, services and brands on a world-wide basis.
- Obtained transfers of domain names pursuant to both the ICANN dispute resolution procedures and the Anticybersquatting Consumer Protection Act and counseling on Internet issues in general.
- Defeated as a prior restraint O. J. Simpson's attempt to enjoin broadcast of the Simpson/Brown wedding video and later obtained a demurrer of the suit as failing to state a claim under privacy and unfair competition law.

## SELECTED RECENT SEMINARS

- "Intellectual Property, Comics, and the Law," San Diego Comic Con; July 20, 2018
- "The DMCA at 20: Current Developments and the Future of Section 512 of the Copyright Act," USC IP Institute; March 20, 2018
- NYSBA Media Law Committee Lunch; March 6, 2018
- "The American Theatre Wing: 100 Years, 100 Voices, 100 Million Miracles," BroadwayCon 2018; January 26, 2018
- "Annual Trademark and Copyright Updates," Law Education Institute; January 3, 2018
- "Comics in the Courts," San Diego Comic Con; July 21, 2017
- PLI Panel; July 17, 2017
- ABA Business Law Section Meeting; April 7, 2017
- "Copyright at a Gallop," ABA-IPL Spring Meeting; April 5, 2017
- "The Legal World of Harry Potter," Harvard Law School; December 5, 2016
- PLI Technotainment; October, 19, 2016
- "Intellectual Property, Comics & The Law," New York Comic Con: CBLDF; October 8, 2016
- "Inclusive Trade," WTO Public Forum; September 27, 2016
- "Comics in the Courts," San Diego Comic Con:CBLDF; July 22, 2016
- "New Cases in Copyright Law: Internet and Beyond," PLI; June 23, 2016
- "The Future Ain't What It Used To Be," KCMBA Media Law Conference; April 29, 2016
- "Television and the Wave of the Future," ABA-IPL Spring Meeting; April 8, 2016
- "Protecting Superheroes: Copyright & Comic Book Characters," Copyright Society of the USA; October 14, 2015
- "New Cases in Copyright Law: Internet and Beyond," PLI; June 25, 2015
- "What's Fair is Foul: How Has the Transformative Use Doctrine Transformed Copyright Law for Better or Worse?" Media Law Resource Center; May 15, 2015
- "How to Create Alternative Fee Arrangements that Provide Value," INTA Annual Meeting; May 5, 2015

# Dale Cendali, P.C.

**Partner, Intellectual Property**

### REPRESENTATIVE MATTERS

- "The Odd Couple: Right of Publicity and Social Media," ABA Spring Meeting; March 25, 2015
- "Smashing the Glass Ceiling," Managing Intellectual Property International Women's Leadership Forum; June 6, 2014
- "Hot Topics & Recent Developments in Trademark Law," City Bar Trademark Talk; May 20, 2014
- Hollow Remedies: Insufficient Relief under the Lanham Act," ABA's 29th Annual Intellectual Property Law Conference; April 2-4, 2014
- "Copyright Enforcement Update: Fair Use and Grey Market Goods," Practicing Law Institute; February 2, 2013
- "Copyright Law and Practice in Canada Now: Analysis and Implications of the new Legislation and Latest Supreme Court Rulings," Insight Information; December 3-4, 2012
- Legal opinion regarding the Mario Puzo / Paramount dispute on CNBC's Closing Bell; August 30, 2012
- Interviewed by Joel Rose on NPR's *All Things Considered* about the Shepard Fairey case; May 10, 2012
- CLE Presentation, "Recent Developments in Copyright Law," Time Warner; April 19, 2012
- "U.S. Enforcement of Important Copyright Assets," Practicing Law Institute; March 28, 2012
- "Hot Topics in Intellectual Property: Protection of Fictional Characters," New York City Bar, Committee on Trademarks and Unfair Competition, Committee on Copyright and Literary Property; March 19, 2012
- "Disruptive Technology: Digital Media & Its Effects on the Publishing World," International Alliance of Research Universities (IARU) Tech Series; March 8, 2012
- "Battlefield Fair Use: Lessons learned from the Harry Potter Lexicon and the Shepard Fairey case and the current Appropriation Art Debate," ALAI Canada Toronto Luncheon at Heenan Blaikie; January 13, 2012
- "The Effect of Supreme Court Patent Jurisprudence on Copyright Law," ABA Section of Intellectual Property Law, Annual Intellectual Property Law Conference; April 2009
- "That's All Well and Good, But How Do We Prove It? Evidence and Hot Substantive Issues," 2009 Mid-Winter Institute, AIPLA; January 2009
- "Copyright Considerations for User Generated Content," American Intellectual Property Law Association, Annual Meeting; October 23, 2008
- "Making Rain: Taking the Lead in Bringing in Business," Celebration 55: The Women's Leadership Summit, Harvard Law School; September 2008
- "First Chair: Trying Intellectual Property Cases," American Bar Association, Annual Meeting: Commission on Women in the Profession – Day of Equality; August 7, 2008

### SELECTED PUBLICATIONS

- ABA Copyright Litigation Strategies Handbook, 2017 (co-editor, author of chapter "The Fair Use Defense: Strategic Considerations")
- "Copyright Litigation" chapter in Successful Partnering Between Inside and Outside Counsel (Robert L. Haig, ed., 1st ed., Fall 2000 and 2016 Supp. by West Group and ACA) (First Author)
- "Current Controversies in Trademark Infringement Remedies: Profits and Damages, Injunctive Relief and Attorney Fees Under the Lanham Act, ABA Spring Meeting 2014, April 4, 2014 (co-author)
- "Hey, Those Bits Are Mine: Evolving Theories of Liability in 'Web Scraping,'" PLI's Social Media 2104, February 26, 2014 (co-author)
- "Gray Markets: Importation Rights v. the First Sale Doctrine," PLI's Enforcement & Litigation 2013, February 1, 2013 (co-author)
- "New Trends in U.S. Trademark Litigation Involving Chinese Companies," New York Law Journal, February 27, 2012 (Co-Author)
- "Why Trademark and Copyright Counsel Should Heed the Patent Precedent of the Supreme Court," Landslide, November/December 2009
- "Copyrights and Wrongs," The Economist on-line debate on proposed revisions to copyright law, May 2009 (Opinion Author)

# Dale Cendali, P.C.

**Partner, Intellectual Property**

- "Eight Steps to a Powerful Opening," 26 Communications Lawyer 11 Nov. 2008 (First Author)
- Moseley v. V Secret Catalogue, Inc.: One Answer, Many Questions, 93 The Trademark Law Reporter 833, 2003 (First Author)
- "How to Ensure Your Website Complies with Consumer Protection Laws," Internet Law & Business, October 2002
- "Trademark Protection and the Internet," UCLA Symposium and INTA Annual Meeting, 2001
- "Electronic Discovery," PLI's Fourth Annual Internet Law Institute, June 2000
- "An Overview of Intellectual Property Issues Relating to the Internet," 89 Trademark Reporter 485, 1999 (First Author)
- "The Internet and Jurisdiction: The International Experience," The Computer Law Association Bulletin, Vol. 14, No. 2 1999 (Co-Author)
- "Personal Jurisdiction in Cyberspace," The New York Law Journal, July 20, 1998 (First Author)
- "How to Protect Your Intellectual Property on the Internet?" Price Waterhouse Leadership Conference, 1998
- "Freelancers Reeling In Fight Over Online Rights: Tasini v. The New York Times," The National Law Journal, October 20, 1997
- "Personal Jurisdiction and the Internet," PLI's Annual Internet Law Institute, 1997 and 1998
- "Net Use Raises Issues of Jurisdiction," The National Law Journal October 28, 1996 (First-Author)
- "You Name It: To What Extent Can A Surname Be Used As A Trademark?" Los Angeles Daily Journal and the San Francisco Daily Journal April 25, 1996 (Co-Author)
- "In Lotus, The 1st Circuit Departed From Precedent, Narrowing Protection For Developed Software And Giving Crafty Litigators A Blank Disk On Which To Write," The National Law Journal May 15, 1995 (First-Author)
- "The Book Publishing Industry: Intellectual Property, Privacy, Libel and Contract Issues," The Texas Bar Association, March 1995
- "Other Methods of Proof," The New York Bar Association's Practical Evidence Program, December 1994
- "Computer Interfaces Test Copyright Law's Scope," The National Law Journal, October 31, 1994 (First-Author)
- "Lotus Case Highlights Copyright Issues and High-Tech Problems," The National Law Journal, November 1, 1993 (Co-Author)
- "Book Publishing," University of Houston Law Foundation and University of California at Davis School of Law, July 1993 and July 1994
- "Federal Preemption of State Dilution Statutes," The New York Law Journal, April 12, 1993 (Co-Author)
- "Sega Case Suggests Protection Strategies," The National Law Journal, January 18, 1993 (Co-Author)
- "Ferrari Case Shows Collision of Competing [Trade Dress and Patent] Protection Concepts," The National Law Journal, October 12, 1992
- "Fact-Compilation Ruling May Hinder [Copyright] Protection," The National Law Journal, June 17, 1991
- "The Work for Hire Doctrine After CCNV v. Reid," New York State Bar Journal, July 1990 (Principal Co-Author)
- "Enjoining A Tender Offer for Misuse of Confidential Information: Is It A Show-Stopper or Can The Bidder Cure?" The Journal of Proprietary Rights [December 1989 (Part I); January 1990 (Part II)] (First Author), abstract reprinted in The Bowne Digest for Corporate & Securities Lawyers (April 1990)
- "Representing The Employee In A Trade Secret Case," The Corporate Analyst, August 1989 (First Author), Reprinted in The Corporate Counsel's Guide to Protecting Trade Secrets
- "In Search Of Truth, A Review of Renata Adler's Reckless Disregard," 15 Northern Kentucky Law Review 227, 1987
- "Entering and Leaving the Employer-Employee Relationship, Planning For Possible Litigation, Strategic Aspects of Litigation," Trade Secret Law Reporter, Vol. II, Nos. 10-11 (1987)

# Dale Cendali, P.C.

**Partner, Intellectual Property**

- "Of Things To Come–The Actual Impact of Herbert v. Lando and a Proposed National Correction Statute," 22 Harvard Journal on Legislation 441 (1985), Partially reprinted in M. Franklin, Cases and Materials on Mass Media Law 293-295 (3d Ed. 1987)

## REPRESENTATIVE CLIENTS

- Colgate
- J.K. Rowling
- Nike
- Oracle
- Take-Two
- Tetris Company
- Twentieth Century Fox
- Victoria's Secret
- Virgin Cruises

## PRESS MENTIONS

- "Kirkland's 'Bionic Women' Don't Mind Taking on the Boys," *New York Law Journal*, April 22, 2019

## MEMBERSHIPS & AFFILIATIONS

American Bar Association

- International Trademark Association (Current Chair of the Copyright Committee; Former Counsel; Former Chair of Trademark Enforcement Committee; Former Chair of the Dilution Committee; Former Member of the Presidential Select Task Force on Dilution)
- IP Section of the American Bar Association (Current member of Council; Vice Chair of Division III - Copyrights; former Chair of Division IV - IP Special Issues; Former Chair of the Copyright Litigation Committee)
- Litigation Section of the American Bar Association (Former Chair of the IP Committee; Former Division Chair)
- Association of the Bar of the City of New York (Trademarks and Unfair Competition Committee (Former Chair); Communications and Media Law Committee; Copyright and Literary Property Committee)
- New York State Bar Association (Media Law Committee; IP Committee; Cyberlaw Committee)

## COURTS

- United States Supreme Court
- United States Court of Appeals for the Federal Circuit
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Third Circuit
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Eleventh Circuit (inactive)
- United States District Court, Northern District of New York
- United States District Court, Southern District of New York
- United States District Court, Eastern District of New York
- United States District Court, Eastern District of Michigan
- United States District Court, Northern District of California
- New York, Appellate Division, First Department
- New York, Appellate Division, Second Department

# Diana Torres

**Partner, Intellectual Property**



Kirkland & Ellis LLP
diana.torres@kirkland.com
Los Angeles
T +1 213 680 8338
Palo Alto
T +1 650 859 7088

**EDUCATION**
Yale Law School, J.D., 1992
▶ Senior Editor and Admissions Committee, *Yale Law Journal*
▶ Senior Editor, *Yale Journal of International Law*
Princeton University, A.B., 1987
▶ *cum laude*

**ADMISSIONS & QUALIFICATIONS**
1992, California
1995, District of Columbia (Inactive)

Diana Torres is an intellectual property and commercial litigation partner in Kirkland's Los Angeles and Palo Alto offices. Diana focuses her practice on false advertising, unfair competition, trademark, copyright, and trade secrets matters, and has handled many high-profile matters for a wide variety of clients, including consumer product manufacturers, fitness service providers, entertainment and media companies, and Internet service providers. Diana also advises clients on compliance and contractual issues and commercial legal strategy.

Diana is consistently recognized in *The Legal 500 U.S.* from 2010–2019 for excellence in copyright, trademark litigation, and trade secrets, remarking that she is "an extremely business savvy lawyer" and "the crème de la crème." Diana was also listed in the *U.S. News and World Report, Best Lawyers*® from 2010–2019, in the area of Intellectual Property Law and selected as a "California Super Lawyer" by *Super Lawyers* magazine every year since 2009.

**REPRESENTATIVE MATTERS**

▶ Represents maker of Stonefire Authentic Naan in multiple false advertising litigation matters concerning the characteristics of its baking process.

▶ Represents AECOM in false advertising and trademark litigation against competitor.

▶ Represents a leading computer, mobile device and media player company in connection with trademark litigation brought by app developer.

▶ Represents an artificial intelligence company in trade secrets litigation.

▶ Represented Equinox in connection with trademark and false advertising litigation brought by competitor.

▶ Represented Pindrop, Inc. in connection with copyright and unfair competition litigation brought by competitor.

▶ Represented SoulCycle in trademark litigation.

▶ Represented LifeLock in false advertising, trademark, and unfair competition litigation.

▶ Represented Oracle in its appeal of a decision by the Northern District of California on the copyrightability of certain code in Oracle's Java platform.

▶ Represented well-known entertainment company in trade secrets and piracy matters.

▶ Represented financial institutions in trademark litigation.

▶ Represented well-known video game publisher and developer in recently-concluded copyright litigation.

▶ Represented Mastro's Restaurants in trademark litigation against former owners.

▶ Represented The Limited Brands' companies in copyright and trademark actions.

▶ Represented Melrose Investors 2 LLC against Paramount Pictures Corp. and DW Studios LLC in litigation involving entertainment accounting.

# Diana Torres

**Partner, Intellectual Property**

**REPRESENTATIVE MATTERS**

- Represented AWR Corporation in software piracy matters, including in a recently-concluded litigation against large foreign telecommunications company.
- Represented Don Johnson Productions in litigation that resulted in substantial jury verdict in favor of actor's production company and established ownership rights in successful television series.
- Represented The Associated Press against artist and clothing company in litigation involving popular graphic art of then-Senator Barack Obama.
- Represented Oversee.net in trade secret litigation involving misappropriation of software code and confidential business information.
- Represented the largest importer of Chinese-manufactured tires in intellectual property and general commercial disputes.
- Represented Fox Television Stations, Canella Response Television and broadcasters around the country in putative defendant class action copyright infringement litigation.
- Represented the International Olympic Committee and United States Olympic Committee in litigation against fraudulent ticket brokers.
- Represented MySpace in highly-publicized litigation alleging primary and secondary copyright infringement liability from user-posted content online.
- Represented the U.S. distributors of Splenda™ in false advertising cases brought by the Sugar Association and would-be class action representatives.
- Represented video game developer Cryptic Studios, Inc., in the highly publicized copyright and trademark case, Marvel Entertainment, Inc. v. NCsoft Corp., et al, which involved alleged secondary liability for copyright and trademark infringement in connection with the award-winning video game, City of Heroes.
- Represented Screen Actors Guild in Lanham Act and Computer Fraud and Abuse Act litigation.
- Represented television producers in connection with trade secrets and intellectual property issues involving highly successful reality program.
- Represented E. & J. Gallo Winery in trademark and unfair competition litigation.
- Represented Twentieth Century Fox Film Corporation in David Hayter v. Twentieth Century Fox and Newmarket Press, involving issues concerning credit disputes and rights under the federal and state unfair competition and false advertising laws.
- Represented Twentieth Century Fox Film Corporation in Twentieth Century Fox Film Corporation v. Marvel Enterprises, Inc., et al., a high-profile litigation involving cutting-edge issues of copyright, trademark, false advertising, and licensing law.
- Represented Sony Music in Billy Paul v. Sony Music Entertainment, Inc., against copyright infringement, unfair competition and contract claims.
- Represented Recording Industry Association of America in successful copyright infringement actions.
- Represented Motion Picture Association of America as amicus curiae in the proceedings before the Ninth Circuit involving the preliminary injunction issued in In re Napster Copyright Litigation and related cases.
- Represented and advised numerous companies in connection with contractual issues and commercial legal strategy.
- Represented and advised internet-based businesses on a myriad of issues, including terms of use, DMCA compliance, and general legal issues.

**CLERK & GOVERNMENT EXPERIENCE**

Law Clerk, Honorable Consuelo B. Marshall, U.S. District Court, Central District of California

**PRIOR EXPERIENCE**

Partner, O'Melveny & Myers LLP, 2001-2009

# Diana Torres

**Partner, Intellectual Property**

## PUBLICATIONS

- Adjunct Professor, "Fashion Law," Southwestern Law School, Intersession, 2009
- "'Let's [Not] Go Crazy' With DMCA Takedowns," *IP Law360* Guest Column (December 4, 2008) (co-author)
- "10th Circuit Affirms Grant of Summary Judgment Dismissing Trademark Infringement, Unfair Competition and Cybersquatting Claims in *Utah Lighthouse Ministry v. Foundation for Apologetic Information and Research*," June 2, 2008 Client Alert
- "9th Circuit Rules That Copyright Act Bars Award of Statutory Damages for Post-Registration Infringements When the Initial Act of Infringement Occurs Prior to the Effective Copyright Registration Date;" Client Alert re: *Derek Andrew, Inc. v. Poof Apparel*, June 12, 2008

## SPEAKING ENGAGEMENTS

- Kirkland & Ellis Copyright, Trademark, Internet & Advertising Symposia (New York, Los Angeles, Silicon Valley)
- Federal Bar Council, Winter Bench and Bar Meeting, February 2016, Ethics in Pre-litigation Surveys
- Silicon Valley Association of Corporate Counsel's 23rd Annual All Hands Meeting, "Pursuing & Defending Copyright Infringement In High-Tech Industries," December 7, 2011
- Practicing Law Institute, "Technology and Entertainment Convergence 2010: Hot Business and Legal Issues in 'Technotainment,'" September 2010

## MEMBERSHIPS & AFFILIATIONS

- Board of Governors, Los Angeles Chapter of the Association of Business Trial Lawyers
- Board of Directors, Western Center on Law & Poverty Foundation
- Board of Directors, Partnership for Los Angeles Schools
- President of the Board of Directors (Investment Committee Chair, 2006, Finance Committee Chair and Executive Director Search Committee Chair until 2010), Western Center on Law & Poverty, Inc.
- Member of the Board of Trustees (until 2018), Mexican American Bar Foundation
- Commissioner (until 2014) and former Vice President, City of Los Angeles Convention Center, Mayor's Advisory Commission
- Member, MALDEF (Mexican American Legal Defense & Education Fund) Scholarship Committee (ad hoc, various years)

## COURTS

- Supreme Court of the United States
- United States District Court for the Central District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States District Court for the Eastern District of Michigan
- United States Court of Appeals for the Seventh, Ninth & Federal Circuits

# Mary Mazzello

**Partner, Intellectual Property**



Kirkland & Ellis LLP
New York
mary.mazzello@kirkland.com
T + 1 212 446 4944

**EDUCATION**

Harvard University, J.D., 2011
▶ *cum laude*
▶ Sports & Entertainment Law Journal, Submissions Committee

Washington University in St. Louis, B.A., Economics, 2003
▶ Graduated with Honors
▶ Omicron Delta Kappa Award for the Performing Arts

**ADMISSIONS & QUALIFICATIONS**

2012, New York

Mary Mazzello is an intellectual property litigation partner in Kirkland's New York office. Her practice focuses on intellectual property matters, including trademark, copyright, false advertising, and trade secret issues.

**REPRESENTATIVE MATTERS**

**Litigation**

▶ Representing Dollar Shave Club and its employee Michael O'Malley in parallel lawsuits in Connecticut and California concerning trade secret misappropriation and the alleged breach of a non-compete agreement. Defeated temporary injunction motion filed against Mr. O'Malley, including conducting direct and cross examinations of forensics experts at full-day evidentiary hearing. Won motion to strike breach of non-compete claim. Successfully argued against a motion to quash for lack of personal jurisdiction, motion to dismiss, and motion to stay in California litigation.

▶ Defending leading technology company in trademark infringement case, including defeating preliminary injunction motion against company.

▶ Defeated preliminary injunction motion in trademark case filed by Equinox Hotel Management against Equinox Holdings, which sought to prevent Equinox Holdings from using the name "Equinox" in connection with its forthcoming hotel line.

▶ Defending prominent technology company in multiple copyright infringement lawsuits concerning the alleged performance and distribution of sound recordings and musical works.

▶ Defending Lucky Brand against trademark infringement claims brought by Marcel Fashions Group concerning Lucky Brand's use of trademarks containing the work "lucky" and in pending appeal before the Supreme Court.

▶ Won summary judgment for Treefrog Developments, Inc. d/b/a/ Lifeproof in trademark infringement case concerning the trademark LIFEPROOF and successfully brought preliminary injunction action on behalf of client by proving that defendant did not have priority in the trademark LIFEPROOF.

▶ Defeated preliminary injunction motion filed by Oculus Info Inc. against Oculus VR soon after it was announced the Facebook would acquire Oculus VR in which Oculus Info Inc. sought to prevent Oculus VR from using the word "oculus" in connection with its virtual reality headset.

▶ Won summary judgment and Second Circuit appeal for a major technology company in trademark infringement action alleging that the name of the client's product infringed the plaintiffs' common law trademarks. Won Daubert motion excluding plaintiffs' trademark infringement survey.

▶ Represented prominent music distribution company in five week trial before the Copyright Royalty Board concerning royalty rates paid to publishers for streaming music, including cross examining two economics experts.

▶ Represented Bath & Body Works in a declaratory judgment action against Summit Entertainment, LLC, the producer of the Twilight Saga film series, in which BBW sought a declaration that BBW's "Twilight Woods" personal care products did not infringe Summit's rights. Defeated Summit's motion for summary adjudication.

# Mary Mazzello

**Partner, Intellectual Property**

### REPRESENTATIVE MATTERS

- Represented Converse in ITC trademark case in which Converse sought to bar defendants from importing footwear that infringed and diluted Converse's famous midsole trademark.
- Represented leading insurance company in trademark infringement and dilution litigation concerning company's logo.
- Represented FGF Brands in false advertising class action concerning statements on its naan packaging.

**Counseling and Enforcement Matters**

- Advising pharmaceutical company on trade secret, breach of confidentiality, and non-compete issues related to new hire.
- Advising clients in various industries, including fashion, private equity, consulting, and consumer goods on trademark prosecution and trademark clearance matters.
- Advising marketing firm on data scraping issues.
- Advising Good2Go insurance on various copyright and trademark enforcement issues.
- Advising prominent sports apparel brand on international copyright issues related to the Berne Convention.

### PRIOR EXPERIENCE

- Kirkland & Ellis, Summer Associate, 2010
- Home Box Office, Legal Intern, 2009

### SEMINARS

- *Trademark, Copyright, and Industrial Design: Case Law Update*, IPO Annual Meeting, 2019
- *It's Not the Principle, It's the Money*, Copyright, Trademark, Internet, & Advertising Symposium, 2019
- *IP Issues in the Deal Context*, Copyright, Trademark, Internet, & Advertising Symposium, 2019
- *Using Social Media and Internet-Based Content: What You Don't Know Can Hurt You!*, 23rd Annual Technology & Law Seminar, 2016

### RECOGNITION

- Recognized by *The Legal 500 United States*: Trademarks: Litigation, Media and Entertainment, 2018
- Recognized as a "Rising Star" in *Super Lawyers Magazine*, 2017 – 2019

### MEMBERSHIPS & AFFILIATIONS

New York City Bar Association, Committee on Trade Secrets, 2019

### COURTS

- U.S. District Court Southern District of New York
- Second Circuit

# Lauren Schweitzer

**Associate, Intellectual Property**



Kirkland & Ellis LLP
Los Angeles
lauren.schweitzer@kirkland.com
T +213 680 8252

### EDUCATION

University of California, Los Angeles, School of Law, J.D., 2014
- Order of the Coif
- UCLA Law Review, Senior Editor
- Michael T. Masin Scholar
- Moot Court Honors Program, Member

Dartmouth College, B.A., Economics and in Film & Television Studies, Minor in French, 2006
- *cum laude*
- Academic Honors (2 years), Honors in Film and Television Studies Major

### ADMISSIONS & QUALIFICATIONS

2014, California

Lauren Schweitzer is an intellectual property litigation associate in the Los Angeles office of Kirkland & Ellis LLP. Lauren concentrates her practice on copyright, trademark, internet, and advertising litigation. Lauren has experience with various stages of litigation, including fact discovery, motion practice, trial, and appeal. She is also active in pro bono matters.

### REPRESENTATIVE MATTERS

- Represented C&M Investment Group, Ltd. and Karlin Holdings, entities owned by Dr. Gary Michelson, in litigation stemming from interference with C&M's efforts to collect on a $24 million judgment for fraud, breach of fiduciary duty and civil racketeering. On May 17, 2019, following a week-long jury trial, Kirkland secured jury verdicts of roughly $2.5 million for the clients.
- Represents a company in the healthcare industry in connection with a trademark infringement and false advertising suit
- Represents a software company in connection with multiple disputes regarding unauthorized use of its products
- Represented a manufacturer of consumer electronics accessories on appeal in a trademark infringement action
- Represented an entertainment company on appeal in a breach of implied contract action related to idea theft
- Represented a real estate company in a trade secret dispute
- Represented a technology company in connection with a dispute related to false advertising that was voluntarily resolved
- Represented an entertainment company in an opposition proceeding before the Trademark Trial and Appeal Board that was voluntarily resolved
- Represented a producer and seller of food products in a trademark infringement action and obtained summary judgment on all claims
- Obtained a dismissal with prejudice of a plaintiff's idea theft claim against a large entertainment company
- Consulted with a clothing company regarding a trademark license agreement

### CLERK & GOVERNMENT EXPERIENCE

- Judicial Clerk to the Hon. Stephen V. Wilson, U.S. District Court for the Central District of California
- Judicial Extern to the Hon. Sandra Segal Ikuta, U.S. Court of Appeals for the Ninth Circuit

### PRIOR EXPERIENCE

Kirkland & Ellis LLP, Summer Associate

### COURTS

United States Court of Appeals for the Ninth Circuit

# Lauren Schweitzer

**Associate, Intellectual Property**

**LANGUAGES**

English

French

**PUBLICATIONS**

"The right of publicity in the age of social media: Will a 'share' get you #sued?"
*Daily Journal*, April 18, 2019

# Megan L. McKeown

**Associate, Intellectual Property**



Kirkland & Ellis LLP
Houston
megan.mckeown@kirkland.com
T +1 713 836 3499

### EDUCATION

University of Notre Dame Law School, J.D., 2016
- *magna cum laude*
- Executive Notes Editor: Vol. 91, *Notre Dame Law Review*
- Notre Dame Law School Award for Outstanding Achievement in the Program of Study in Intellectual Property and Technology Law
- Clinical Legal Education Association Outstanding Student Award; Dean's Awards (Highest Grade) in Trade Dress & Design; Legal Research & Writing II; Deposition Skills
- Dean's List

Mississippi State University, B.A., Communication (Broadcasting) and Political Science, 2013
- *summa cum laude*
- Society of Scholars, Highest Available Honor, Top 1%
- President's List Scholar (All Semesters)

Megan McKeown is an intellectual property litigation associate in the Houston office of Kirkland & Ellis LLP. Her practice focuses on litigation and counseling in the fields of copyright, trademark, trade secret, and advertising law. Megan has experience in managing trademark portfolios, including clearance and prosecution. She represents and advises clients across a wide range of industries, including entertainment and media, financial and insurance services, technology and consumer products.

### REPRESENTATIVE MATTERS

**Copyright and Trade Secret Litigation**

- Take-Two Interactive Software, Inc. v. Zipperer (S.D.N.Y.): Obtained preliminary injunction and defeated motion to dismiss for Take-Two in a copyright, breach of contract, and tortious interference lawsuit involving computer programs that alter Take-Two's Grand Theft Auto V video game, allowing users to cheat and perform unauthorized actions.
- Take-Two Interactive Software, Inc. v. Perez (S.D.N.Y.): Obtained maximum statutory damage award, attorney's fees, and a permanent injunction for Take-Two in a copyright, breach of contract, and tortious interference lawsuit involving computer program that alters Take-Two's Grand Theft Auto video game, allowing users to cheat and perform unauthorized actions in the game.
- Take-Two Interactive Software, Inc. v. Cameron et al (S.D.N.Y.): Represented Take-Two in a copyright, breach of contract, and unfair competition lawsuit involving computer program that alters Take-Two's Grand Theft Auto video game, allowing users to cheat and perform unauthorized actions in the game.
- LivePerson, Inc. v. 24/7 Customer, Inc. (N.D. Cal.): Representing LivePerson, an online messaging, marketing, and analytics technology company, in a lawsuit against 24/7 involving trade secret, copyright, breach of contract, business interference, unfair competition, and false advertising claims.
- Apollo Aviation Group, LLC et al. v. 100x, Inc. et al. (S.D. Fla.): Represented Apollo Aviation Group, an aviation investment manager, in a lawsuit against 100x involving copyright, Computer Fraud and Abuse Act, unfair competition, and federal and state trade secret misappropriation claims.

**Right of Publicity Litigation**

- *Individuals v. Epic Games, Inc. and Take-Two Interactive Software, Inc.* (C.D. Cal./D. Md./E.D.Pa.): Defending Epic Games and Take-Two in lawsuits asserting that their video games Fortnite and NBA 2K, respectively, violate the plaintiffs' copyright, publicity, trademark, and unfair competition rights to dance steps.

**Trademark Litigation**

- Trademark Litigation Relating to Consumer Electronics (N.D. Cal.): Defeated a preliminary injunction on behalf of an electronics and technology company in connection with a trademark lawsuit associated with a new product release.

**KIRKLAND & ELLIS**

# Megan L. McKeown

**Associate, Intellectual Property**

## REPRESENTATIVE MATTERS

**Transactional, Counseling, and Non-Litigation Enforcement Matters**

- Accenture PLC Trademark Advice: Represent Accenture in trademark enforcement and prosecution matters in the U.S. and various foreign countries.
- Global Private Equity Firm: Represented a global private equity firm in the takedown of infringing websites from the Internet.
- Higher Education Provider: Advised a higher education provider in acquiring domain names in connection with the adoption of a new trademark.

## PUBLICATIONS

- Joshua L. Simmons & Megan L. McKeown, *Contentious Construction: Does Language Fit into Copyright's Mold?*, Landslide, July/August 2017, at 44.
- Note, *Whose Line Is It Anyway? Probable Cause and Historical Cell Site Data*, 90 Notre Dame L. Rev. 2039, 2015

## RECOGNITION

Berkeley Technology Law Journal Student Writing Competition 2015, 3rd Place

## MEMBERSHIPS & AFFILIATIONS

Secretary of the NYC Bar Association Council on IP, 2016–2019

## ADMISSIONS & QUALIFICATIONS

- Not admitted to practice in Texas
- 2017, New York
- 2017, District of Columbia

## COURTS

- United States District Court for the Southern District of New York
- United States District Court for the District of Maryland *(pro hac vice)*
- United States District Court for the Central District of California *(pro hac vice)*
- United States District Court for the Northern District of California *(pro hac vice)*
- United States District Court for the Southern District of Florida *(pro hac vice)*
- United States District Court for the Eastern District of Pennsylvania *(pro hac vice)*

# Yungmoon Chang

**Associate, Intellectual Property**



Yungmoon Chang was an associate in Kirkland & Ellis' Intellectual Property Litigation Group. Her work included patent, trademark, trade secret, and copyright matters. Her experience included witness examination at trial, oral argument at hearings, taking depositions, defending depositions, expert witness preparation (including for trial testimony, expert reports, and depositions), and motion drafting.

Kirkland & Ellis LLP
Los Angeles
yungmoon.chang@kirkland.com
T +1 213 680 8216

**EDUCATION**

Loyola Law School Los Angeles, J.D.*, 2016*
- *cum laude*
- Order of the Coif
- Alpha Sigma Nu

Stanford University, M.S., Structural Engineering, 2007
- Stanford Fellowship Recipient

Columbia University, B.S., Civil Engineering, 2006
- Dean's List

Wellesley College, B.A., French, 2006

**ADMISSIONS & QUALIFICATIONS**

2016, California

**REPRESENTATIVE MATTERS**

- Fortune 100 semiconductor manufacturer in patent infringement action relating to semiconductor fabrication
- Fortune 200 engineering firm in trademark, false advertising, and unfair competition matter
- Two-way radio manufacturer in patent infringement matter before the International Trade Commission
- Cosmetics company in trade dress matter
- Orthopedic implant provider in patent infringement and trade secret matter
- Fortune 100 technology company in copyright infringement matter
- Nonprofit corporation in patent infringement and breach of contract matter relating to orthopedic devices
- Aftermarket automotive parts manufacturer in trademark matter involving U.S. Customs & Border Patrol
- Pharmaceutical companies in ANDA litigation
- Technology solutions company related to trade secrets and patent ownership

**MEMBERSHIPS & AFFILIATIONS**

Association of Business Trial Lawyers

The Judge Paul R. Michel Intellectual Property American Inn of Court, Member

Los Angeles Intellectual Property Law Association, Young Lawyers Committee Member

**PRIOR EXPERIENCE**

Summer Associate, Kirkland & Ellis LLP, 2015

Summer Associate, Crowell & Moring LLP, 2014

Summer Student, Munich Intellectual Property Law Center, 2013

Structural Engineer, KPFF Consulting Engineers, 2007–2013

**COURTS**

United States District Court for the Central District of California

United States District Court for the District of Colorado

United States Department of Veterans Affairs, Accreditation

# Yungmoon Chang

**Associate, Intellectual Property**

### EDUCATION, CONT'D

Loyola Law School Los Angeles,
J.D.*, 2016*

- Alumni Association Graduation Award
- Saggese Family Scholarship Recipient
- First Honors - Trial Advocacy, Advanced Trial Advocacy
- Chief Technical Editor: *Loyola of Los Angeles Law Review*
- Scott Moot Court Honors Board
- Best Advocate, ABA National Appellate Advocacy Regional Competition (2016)
- St. Thomas More Law Honors Society

### LANGUAGES

English

French

Korean

### OTHER DISTINCTIONS

Professional Engineer license, C77514