# EXHIBIT 3

# LEGAL BILLING REPORT

Volume 20, Number 2
December 2018


THOMSON REUTERS

# LEGAL BILLING REPORT
## By Billing Rate

Volume 20, Number 2
December 2018


THOMSON REUTERS

## California Region

Cooley LLP

| | | | |
|---|---|---|---|
| Court Name | Delaware | Firm Rank | |
| Case Name | CLAIRE'S STORES, INC. | Firm Size | |
| Case Number | 18-10584 | | |

| | | |
|---|---|---|
| For fee applications | 3/19/2018 through 5/31/2018 | |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Sarah A. Carnes | Associate | CA | 2014 | 2014 | $710 | 91.7 | $65,107.00 |
| | | | | | Total: | | 91.7 |

Cooley LLP

| | | | |
|---|---|---|---|
| Court Name | Delaware | Firm Rank | 63 |
| Case Name | The Rockport Company, LLC | Firm Size | 613 |
| Case Number | 18-11145 | | |

| | | |
|---|---|---|
| For fee applications | 5/14/2018 through 6/30/2018 | |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Sarah A. Carnes | Associate | CA | 2014 | 2014 | $710 | 54.4 | $38,624.00 |
| | | | | | Total: | | 54.4 |

Gibson Dunn & Crutcher, LLP

| | | | |
|---|---|---|---|
| Court Name | Delaware | Firm Rank | 21 |
| Case Name | WOODBRIDGE GROUP OF COMPANIES, LLC | Firm Size | 1039 |
| Case Number | 17-12560 | | |

| | | |
|---|---|---|
| For fee applications | 1/1/2018 through 4/30/2018 | |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Dennis Arnold | Partner | CA | 1975 | 1976 | $1,210 | 65.2 | $78,892.00 |
| Cromwell Montgomery | Partner | CA | 1997 | 1997 | $1,205 | 0.9 | $1,084.50 |
| Oscar Garza | Partner | CA | 1990 | 1990 | $1,205 | 116.1 | $139,900.50 |
| Austin V Schwing | Partner | CA | 2000 | 2000 | $1,155 | 0.7 | $808.50 |
| Douglas Michael Fuchs | Partner | CA | 2007 | 2007 | $1,155 | 53.5 | $61,792.50 |
| Farshad E. More | Partner | CA | 2003 | 2003 | $1,080 | 0.8 | $864.00 |
| Jesse I. Shapiro | Partner | CA | 2000 | 2000 | $1,080 | 10.9 | $11,772.00 |
| Jesse A. Cripps Jr. | Partner | CA | 2011 | 2011 | $1,045 | 16.2 | $16,929.00 |
| Samuel Newman | Partner | CA | 2001 | 2001 | $1,010 | 326.5 | $329,765.00 |
| Katherine V.A Smith | Partner | CA | 2015 | 2015 | $995 | 0.6 | $597.00 |
| Matthew B Dubeck | Partner | CA | 2017 | 2017 | $995 | 44.1 | $43,879.50 |
| Allison Balick | Associate | CA | 2009 | 2009 | $875 | 5.4 | $4,725.00 |
| Daniel B. Denny | Associate | CA | 2005 | 2005 | $875 | 436.1 | $381,587.50 |
| Douglas G. Levin | Associate | CA | 2009 | 2009 | $875 | 205.2 | $179,550.00 |
| Genevieve G. Weiner | Associate | CA | 2007 | 2007 | $875 | 93.7 | $81,987.50 |
| Melissa Leigh Barshop | Associate | CA | 2006 | 2006 | $875 | 5 | $4,375.00 |
| Jonathan Schaefler | Associate | CA | 2016 | 2016 | $860 | 1.9 | $1,634.00 |
| Ian T. Long | Associate | CA | 2015 | 2015 | $820 | 140 | $114,800.00 |
| Tiffany X. Phan | Associate | CA | 2013 | 2013 | $760 | 8.7 | $6,612.00 |
| Thomas H Alexander | Associate | CA | 2015 | 2015 | $660 | 23.7 | $15,642.00 |
| Matthew S Coe-Odess | Associate | CA | 2016 | 2016 | $595 | 16.9 | $10,055.50 |
| Katherine A Lau | Associate | CA | 2017 | 2017 | $525 | 97.7 | $51,292.50 |
| | | | | | Total: | 1669.8 | $1,538,545.50 |

Jones Day

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court Name | Delaware | | | Firm Rank | 3 | | |
| Case Name | M & G USA CORPORATION | | | Firm Size | 2407 | | |
| Case Number | 17-12307 | | | | | | |

For fee applications    10/30/2017 through 5/31/2018

| Name | Title | State | Graduated | Admitte | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Latta R T | Associate | CA | 2011 | 2011 | $700 | 194.5 | $136,150.00 |
| Tran J L | Associate | CA | 2015 | 2015 | $525 | 60.2 | $31,605.00 |
| Liu R Q | Associate | CA | 2015 | 2015 | $475 | 34.2 | $16,245.00 |
| Stuart B W | Associate | CA | 2013 | 2013 | $475 | 208.6 | $99,085.00 |
| Doyle A M | Associate | CA | 2017 | 2017 | $450 | 6.5 | $2,925.00 |
| | | | | | Total: | 504 | $286,010.00 |

Klee, Tuchin, Bogdanoff & Stern, LLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court Name | Delaware | | | Firm Rank | 0 | | |
| Case Name | WOODBRIDGE GROUP OF COMPANIES, LLC | | | Firm Size | 19 | | |
| Case Number | 17-12560 | | | | | | |

For fee applications    1/1/2018 through 4/30/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Kenneth Klee | Partner | CA | 1974 | 1975 | $1,475 | 46.4 | $68,440.00 |
| David Stern | Partner | CA | 1975 | 1975 | $1,245 | 67.4 | $83,913.00 |
| Michael Tuchin | Partner | CA | 1990 | 1990 | $1,245 | 191.1 | $237,919.50 |
| David Fidler | Partner | CA | 1997 | 1998 | $1,075 | 237.9 | $255,742.50 |
| Robert J. Pfister | Partner | CA | 2001 | 2001 | $995 | 123.3 | $122,683.50 |
| David M. Guess | Partner | CA | 2005 | 2005 | $895 | 84.5 | $75,627.50 |
| Maria Sountas Argiropoulos | Partner | CA | 2006 | 2006 | $895 | 23.2 | $20,764.00 |
| Whitman L. Holt | Partner | CA | 2005 | 2005 | $895 | 54.7 | $48,956.50 |
| Gurule Julian I | Of Counsel | CA | 2007 | 2007 | $825 | 39.3 | $32,422.50 |
| Justin D. Yi | Partner | CA | 2009 | 2009 | $750 | 3.9 | $2,925.00 |
| Jonathan M. Weiss | Associate | CA | 2012 | 2012 | $725 | 195.4 | $141,665.00 |
| Samuel M. Kidder | Associate | CA | 2012 | 2012 | $675 | 88.6 | $59,805.00 |
| Sasha M. Gurvitz | Associate | CA | 2014 | 2014 | $625 | 114.9 | $71,812.50 |
| Robert J. Smith | Associate | CA | 2016 | 2016 | $600 | 35.8 | $21,480.00 |
| | | | | | Total: | 1306.4 | $1,244,156.50 |

Milbank Tweed Hadley & McCloy LLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court Name | Delaware | | | Firm Rank | 69 | | |
| Case Name | M & G USA CORPORATION | | | Firm Size | 584 | | |
| Case Number | 17-12307 | | | | | | |

For fee applications    10/30/2017 through 5/31/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Eric Reimer | Partner | CA | 1987 | 1987 | $1,465 | 7.9 | $11,573.50 |
| Brian Stern | Special Counsel | CA | 2003 | 2003 | $1,065 | 7.5 | $7,987.50 |
| Jessica Dombroff | Associate | CA | 2009 | 2009 | $995 | 13.3 | $13,233.50 |
| Najeh Baharun | Associate | CA | 2013 | 2013 | $910 | 28.3 | $25,753.00 |
| | | | | | Total: | 57 | $58,547.50 |

**Milbank Tweed Hadley & McCloy LLP**

| Court Name | Delaware | Firm Rank | 69 |
| --- | --- | --- | --- |
| Case Name | REMINGTON OUTDOOR COMPANY, INC | Firm Size | 584 |
| Case Number | 18-10684 | | |

For fee applications    3/25/2018 through 5/15/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Gregory A. Bray | Partner | CA | 1984 | 1984 | $1,465 | 234.1 | $342,956.50 |
| Haig Maghakian | Special Counsel | CA | 2002 | 2002 | $1,065 | 264.8 | $282,012.00 |
| Goldberg Zachary | Associate | CA | 2016 | 2016 | $790 | 162.4 | $128,296.00 |
| | | | | | **Total:** | **661.3** | **$753,264.50** |

**Pachulski Stang Ziehl Young Jones & Weintraub**

| Court Name | Delaware | Firm Rank | 0 |
| --- | --- | --- | --- |
| Case Name | M & G USA CORPORATION | Firm Size | 55 |
| Case Number | 17-12307 | | |

For fee applications    10/30/2017 through 5/31/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
| --- | --- | --- | --- | --- | --- | --- | --- |
| David M. Bertenthal | Partner | CA | 1989 | 1993 | $975 | 6.5 | $6,337.50 |
| Henry C. Kevane | Partner | CA | 1986 | 1986 | $950 | 4.8 | $4,560.00 |
| Maxim B. Litvak | Partner | CA | 1997 | 1997 | $875 | 13.3 | $11,637.50 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $725 | 18.8 | $13,630.00 |
| | | | | | **Total:** | **43.4** | **$36,165.00** |

**Pachulski Stang Ziehl Young Jones & Weintraub**

| Court Name | Delaware | Firm Rank | 0 |
| --- | --- | --- | --- |
| Case Name | WOODBRIDGE GROUP OF COMPANIES, LLC | Firm Size | 55 |
| Case Number | 17-12560 | | |

For fee applications    1/1/2018 through 4/30/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Isaac M Pachulski | Partner | CA | 2014 | 2014 | $1,295 | 0.7 | $906.50 |
| Richard M. Pachulski | Partner | CA | 1979 | 1979 | $1,245 | 274.7 | $342,001.50 |
| James I. Stang | Partner | CA | 1980 | 1980 | $1,095 | 63.4 | $69,423.00 |
| Richard J. Gruber | Of Counsel | CA | 1982 | 1982 | $1,025 | 9.1 | $9,327.50 |
| Debra I. Grassgreen | Partner | CA | 1992 | 1992 | $995 | 15.7 | $15,621.50 |
| Jeffrey N. Pomerantz | Partner | CA | 1989 | 1989 | $975 | 66.5 | $64,837.50 |
| Stanley E. Goldich | Partner | CA | 1980 | 1980 | $925 | 7 | $6,475.00 |
| Maxim B. Litvak | Partner | CA | 1997 | 1997 | $875 | 76.3 | $66,762.50 |
| Joshua M. Fried | Partner | CA | 1995 | 1995 | $850 | 74.1 | $62,985.00 |
| Erin Gray | Of Counsel | CA | 1991 | 1992 | $750 | 9.9 | $7,425.00 |
| | | | | | **Total:** | **597.4** | **$645,765.00** |

Proskauer Rose LLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court Name | Delaware | | Firm Rank | 55 | | | |
| Case Name | VELOCITY HOLDING COMPANY, INC. | | Firm Size | 703 | | | |
| Case Number | 17-12442 | | | | | | |

For fee applications   1/1/2018 through 1/31/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Annie Kim | Partner | CA | 2004 | 2004 | $1,125 | 11.6 | $13,050.00 |
| Jonathan Benloulou | Partner | CA | 2006 | 2006 | $1,125 | 2.9 | $3,262.50 |
| Lee Muhyung | Associate | CA | 2015 | 2015 | $780 | 28.2 | $21,996.00 |
| Brashears Travis C | Associate | CA | 2016 | 2016 | $595 | 8.3 | $4,938.50 |
| | | | | | Total: | 51 | $43,247.00 |

Sidley Austin LLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court Name | Delaware | | Firm Rank | 10 | | | |
| Case Name | HCR MANORCARE, INC. | | Firm Size | 1592 | | | |
| Case Number | 18-10467 | | | | | | |

For fee applications   3/4/2018 through 4/30/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Walker Elizabeth W | Partner | CA | 1984 | 1984 | $1,250 | 3.7 | $4,625.00 |
| | | | | | Total: | 3.7 | $4,625.00 |

Venable LLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court Name | Delaware | | Firm Rank | 84 | | | |
| Case Name | WOODBRIDGE GROUP OF COMPANIES, LLC | | Firm Size | 488 | | | |
| Case Number | 17-12560 | | | | | | |

For fee applications   1/1/2018 through 4/30/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Jamie L. Edmonson | Partner | CA | 1996 | 1996 | $765 | 180.3 | $137,929.50 |
| Nicholas A. Koffroth | Associate | CA | 2012 | 2012 | $515 | 94.9 | $48,873.50 |
| | | | | | Total: | 275.2 | $186,803.00 |

Morrison & Foerster LLP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Court Name | New York Southern | | Firm Rank | 22 | | | |
| Case Name | TOPS HOLDING II CORPORATION | | Firm Size | 1025 | | | |
| Case Number | 18-22279 | | | | | | |

For fee applications   2/21/2018 through 4/30/2018

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Chapple Catherine L. | Associate | CA | 2012 | 2012 | $725 | 4 | $2,900.00 |
| | | | | | Total: | 4 | $2,900.00 |

Brown Rudnick LLP

| | | | | |
|---|---|---|---|---|
| Court Name | Texas Southern | Firm Rank | 211 | |
| Case Name | EXCO RESOURCES, INC. | Firm Size | 184 | |
| Case Number | 18-30155 | | | |

| | |
|---|---|
| For fee applications | 1/30/2018 through 2/28/2018 |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Udenka Honieh | Associates | CA | 2017 | 2017 | $375 | 1 | $375.00 |
| | | | | | Total: | 1 | $375.00 |


Kirkland & Ellis LLP

| | | | | |
|---|---|---|---|---|
| Court Name | Texas Southern | Firm Rank | 13 | |
| Case Name | IHeartMedia,INC. | Firm Size | 1442 | |
| Case Number | 18-31274 | | | |

| | |
|---|---|
| For fee applications | 3/14/2018 through 4/30/2018 |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Madden P.C. Rick C | Partner | CA | 1995 | 1995 | $1,445 | 31.2 | $45,084.00 |
| Browning P.C. Marc D | Partner | CA | 1998 | 1998 | $1,375 | 4.2 | $5,775.00 |
| Mehta Anjna | Partner | CA | 2000 | 2000 | $1,045 | 10.9 | $11,390.50 |
| Campbell Gavin | Associate | CA | 2012 | 2012 | $950 | 108.8 | $103,360.00 |
| Caldon Brendan W | Associate | CA | 2007 | 2007 | $875 | 1.5 | $1,312.50 |
| | | | | | Total: | 156.6 | $166,922.00 |


Kirkland & Ellis LLP

| | | | | |
|---|---|---|---|---|
| Court Name | Texas Southern | Firm Rank | 13 | |
| Case Name | SEADRILL LIMITED | Firm Size | 1442 | |
| Case Number | 17-60079 | | | |

| | |
|---|---|
| For fee applications | 1/1/2018 through 2/28/2018 |

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| David M. Nemecek | Partner | CA | 2003 | 2003 | $1,395 | 2.4 | $3,348.00 |
| Campbell Gavin | Associate | CA | 2012 | 2012 | $950 | 227.7 | $216,315.00 |
| Olsen Katrina | Associate | CA | 2014 | 2014 | $950 | 4.6 | $4,370.00 |
| | | | | | Total: | 234.7 | $224,033.00 |

California

## California Rates

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Kenneth Klee | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1974 | CA | $1,475 | 46.4 | $68,440.00 |
| Partner | Eric Reimer | Milbank Tweed Hadley & McCloy LLP | 1987 | 1987 | CA | $1,465 | 7.9 | $11,573.50 |
| Partner | Gregory A. Bray | Milbank Tweed Hadley & McCloy LLP | 1984 | 1984 | CA | $1,465 | 234.1 | $342,956.50 |
| Partner | Madden P.C. Rick C | Kirkland & Ellis LLP | 1995 | 1995 | CA | $1,445 | 31.2 | $45,084.00 |
| Partner | David M. Nemecek | Kirkland & Ellis LLP | 2003 | 2003 | CA | $1,395 | 2.4 | $3,348.00 |
| Partner | Browning P.C. Marc D | Kirkland & Ellis LLP | 1998 | 1998 | CA | $1,375 | 4.2 | $5,775.00 |
| Partner | Isaac M Pachulski | Pachulski Stang Ziehl Young Jones & | 2014 | 2014 | CA | $1,295 | 0.7 | $906.50 |
| Partner | Walker Elizabeth W | Sidley Austin LLP | 1984 | 1984 | CA | $1,250 | 3.7 | $4,625.00 |
| Partner | David Stern | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | $1,245 | 67.4 | $83,913.00 |
| Partner | Michael Tuchin | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | $1,245 | 191.1 | $237,919.50 |
| Partner | Richard M. Pachulski | Pachulski Stang Ziehl Young Jones & | 1979 | 1979 | CA | $1,245 | 274.7 | $342,001.50 |
| Partner | Dennis Arnold | Gibson Dunn & Crutcher, LLP | 1976 | 1975 | CA | $1,210 | 65.2 | $78,892.00 |
| Partner | Cromwell Montgomery | Gibson Dunn & Crutcher, LLP | 1997 | 1997 | CA | $1,205 | 0.9 | $1,084.50 |
| Partner | Oscar Garza | Gibson Dunn & Crutcher, LLP | 1990 | 1990 | CA | $1,205 | 116.1 | $139,900.50 |
| Partner | Austin V Schwing | Gibson Dunn & Crutcher, LLP | 2000 | 2000 | CA | $1,155 | 0.7 | $808.50 |
| Partner | Douglas Michael Fuchs | Gibson Dunn & Crutcher, LLP | 2007 | 2007 | CA | $1,155 | 53.5 | $61,792.50 |
| Partner | Annie Kim | Proskauer Rose LLP | 2004 | 2004 | CA | $1,125 | 11.6 | $13,050.00 |
| Partner | Jonathan Benloulou | Proskauer Rose LLP | 2006 | 2006 | CA | $1,125 | 2.9 | $3,262.50 |
| Partner | James I. Stang | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $1,095 | 63.4 | $69,423.00 |
| Partner | Farshad E. More | Gibson Dunn & Crutcher, LLP | 2003 | 2003 | CA | $1,080 | 0.8 | $864.00 |
| Partner | Jesse I. Shapiro | Gibson Dunn & Crutcher, LLP | 2000 | 2000 | CA | $1,080 | 10.9 | $11,772.00 |
| Partner | David Fidler | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1997 | CA | $1,075 | 237.9 | $255,742.50 |
| Special | Brian Stern | Milbank Tweed Hadley & McCloy LLP | 2003 | 2003 | CA | $1,065 | 7.5 | $7,987.50 |
| Special | Haig Maghakian | Milbank Tweed Hadley & McCloy LLP | 2002 | 2002 | CA | $1,065 | 264.8 | $282,012.00 |
| Partner | Jesse A. Cripps Jr. | Gibson Dunn & Crutcher, LLP | 2011 | 2011 | CA | $1,045 | 16.2 | $16,929.00 |
| Partner | Mehta Anjna | Kirkland & Ellis LLP | 2000 | 2000 | CA | $1,045 | 10.9 | $11,390.50 |
| Of Counsel | Richard J. Gruber | Pachulski Stang Ziehl Young Jones & | 1982 | 1982 | CA | $1,025 | 9.1 | $9,327.50 |
| Partner | Samuel Newman | Gibson Dunn & Crutcher, LLP | 2001 | 2001 | CA | $1,010 | 326.5 | $329,765.00 |
| Partner | Debra I. Grassgreen | Pachulski Stang Ziehl Young Jones & | 1992 | 1992 | CA | $995 | 15.7 | $15,621.50 |
| Associate | Jessica Dombroff | Milbank Tweed Hadley & McCloy LLP | 2009 | 2009 | CA | $995 | 13.3 | $13,233.50 |
| Partner | Katherine V.A Smith | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $995 | 0.6 | $597.00 |
| Partner | Matthew B Dubeck | Gibson Dunn & Crutcher, LLP | 2017 | 2017 | CA | $995 | 44.1 | $43,879.50 |
| Partner | Robert J. Pfister | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | $995 | 123.3 | $122,683.50 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & | 1993 | 1989 | CA | $975 | 6.5 | $6,337.50 |
| Partner | Jeffrey N. Pomerantz | Pachulski Stang Ziehl Young Jones & | 1989 | 1989 | CA | $975 | 66.5 | $64,837.50 |
| Associate | Campbell Gavin | Kirkland & Ellis LLP | 2012 | 2012 | CA | $950 | 336.5 | $319,675.00 |
| Partner | Henry C. Kevane | Pachulski Stang Ziehl Young Jones & | 1986 | 1986 | CA | $950 | 4.8 | $4,560.00 |
| Associate | Olsen Katrina | Kirkland & Ellis LLP | 2014 | 2014 | CA | $950 | 4.6 | $4,370.00 |
| Partner | Stanley E. Goldich | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $925 | 7 | $6,475.00 |
| Associate | Najeh Baharun | Milbank Tweed Hadley & McCloy LLP | 2013 | 2013 | CA | $910 | 28.3 | $25,753.00 |
| Partner | David M. Guess | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $895 | 84.5 | $75,627.50 |
| Partner | Maria Sountas | Klee, Tuchin, Bogdanoff & Stern, LLP | 2006 | 2006 | CA | $895 | 23.2 | $20,764.00 |
| Partner | Whitman L. Holt | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $895 | 54.7 | $48,956.50 |
| Associate | Allison Balick | Gibson Dunn & Crutcher, LLP | 2009 | 2009 | CA | $875 | 5.4 | $4,725.00 |
| Associate | Caldon Brendan W | Kirkland & Ellis LLP | 2007 | 2007 | CA | $875 | 1.5 | $1,312.50 |
| Associate | Daniel B. Denny | Gibson Dunn & Crutcher, LLP | 2005 | 2005 | CA | $875 | 436.1 | $381,587.50 |
| Associate | Douglas G. Levin | Gibson Dunn & Crutcher, LLP | 2009 | 2009 | CA | $875 | 205.2 | $179,550.00 |
| Associate | Genevieve G. Weiner | Gibson Dunn & Crutcher, LLP | 2007 | 2007 | CA | $875 | 93.7 | $81,987.50 |
| Partner | Maxim B. Litvak | Pachulski Stang Ziehl Young Jones & | 1997 | 1997 | CA | $875 | 89.6 | $78,400.00 |
| Associate | Melissa Leigh Barshop | Gibson Dunn & Crutcher, LLP | 2006 | 2006 | CA | $875 | 5 | $4,375.00 |
| Associate | Jonathan Schaefler | Gibson Dunn & Crutcher, LLP | 2016 | 2016 | CA | $860 | 1.9 | $1,634.00 |
| Partner | Joshua M. Fried | Pachulski Stang Ziehl Young Jones & | 1995 | 1995 | CA | $850 | 74.1 | $62,985.00 |
| Of Counsel | Gurule Julian I | Klee, Tuchin, Bogdanoff & Stern, LLP | 2007 | 2007 | CA | $825 | 39.3 | $32,422.50 |
| Associate | Ian T. Long | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $820 | 140 | $114,800.00 |
| Associate | Goldberg Zachary | Milbank Tweed Hadley & McCloy LLP | 2016 | 2016 | CA | $790 | 162.4 | $128,296.00 |

| Role | Name | Firm | Year | Bar | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| Associate | Lee Muhyung | Proskauer Rose LLP | 2015 | 2015 CA | $780 | 28.2 | $21,996.00 |
| Partner | Jamie L. Edmonson | Venable LLP | 1996 | 1996 CA | $765 | 180.3 | $137,929.50 |
| Associate | Tiffany X. Phan | Gibson Dunn & Crutcher, LLP | 2013 | 2013 CA | $760 | 8.7 | $6,612.00 |
| Of Counsel | Erin Gray | Pachulski Stang Ziehl Young Jones & | 1992 | 1991 CA | $750 | 9.9 | $7,425.00 |
| Partner | Justin D. Yi | Klee, Tuchin, Bogdanoff & Stern, LLP | 2009 | 2009 CA | $750 | 3.9 | $2,925.00 |
| Associate | Chapple Catherine L. | Morrison & Foerster LLP | 2012 | 2012 CA | $725 | 4 | $2,900.00 |
| Associate | Jonathan M. Weiss | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 CA | $725 | 195.4 | $141,665.00 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 CA | $725 | 18.8 | $13,630.00 |
| Associate | Sarah A. Carnes | Cooley LLP | 2014 | 2014 CA | $710 | 146.1 | $103,731.00 |
| Associate | Latta R T | Jones Day | 2011 | 2011 CA | $700 | 194.5 | $136,150.00 |
| Associate | Samuel M. Kidder | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 CA | $675 | 88.6 | $59,805.00 |
| Associate | Thomas H Alexander | Gibson Dunn & Crutcher, LLP | 2015 | 2015 CA | $660 | 23.7 | $15,642.00 |
| Associate | Sasha M. Gurvitz | Klee, Tuchin, Bogdanoff & Stern, LLP | 2014 | 2014 CA | $625 | 114.9 | $71,812.50 |
| Associate | Robert J. Smith | Klee, Tuchin, Bogdanoff & Stern, LLP | 2016 | 2016 CA | $600 | 35.8 | $21,480.00 |
| Associate | Brashears Travis C | Proskauer Rose LLP | 2016 | 2016 CA | $595 | 8.3 | $4,938.50 |
| Associate | Matthew S Coe-Odess | Gibson Dunn & Crutcher, LLP | 2016 | 2016 CA | $595 | 16.9 | $10,055.50 |
| Associate | Katherine A Lau | Gibson Dunn & Crutcher, LLP | 2017 | 2017 CA | $525 | 97.7 | $51,292.50 |
| Associate | Tran J L | Jones Day | 2015 | 2015 CA | $525 | 60.2 | $31,605.00 |
| Associate | Nicholas A. Koffroth | Venable LLP | 2012 | 2012 CA | $515 | 94.9 | $48,873.50 |
| Associate | Liu R Q | Jones Day | 2015 | 2015 CA | $475 | 34.2 | $16,245.00 |
| Associate | Stuart B W | Jones Day | 2013 | 2013 CA | $475 | 208.6 | $99,085.00 |
| Associate | Doyle A M | Jones Day | 2017 | 2017 CA | $450 | 6.5 | $2,925.00 |
| Associate | Udenka Honieh | Brown Rudnick LLP | 2017 | 2017 CA | $375 | 1 | $375.00 |

California Rates