# EXHIBIT 4



Valeo 2019 Attorney Hourly Rate Report ™

2019

An exclusive report by

VALEO PARTNERS

## 2.1.1 AMLAW-10 Overall Rates

| Overall | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019e Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (1-10) | | | | | | | | | | | |
| Senior Partner | $1,055 | $1,054 | 0% | $1,100 | 4% | $1,190 | 8% | $1,262 | 6% | $1,320 | 5% |
| Partner | $875 | $898 | 3% | $985 | 10% | $1,087 | 10% | $1,146 | 5% | $1,227 | 7% |
| Counsel | $826 | $795 | -4% | $879 | 11% | $944 | 7% | $1,006 | 7% | $1,058 | 5% |
| Senior Associate | $620 | $630 | 2% | $704 | 12% | $796 | 13% | $825 | 4% | $887 | 8% |
| Associate | $441 | $462 | 5% | $515 | 11% | $614 | 19% | $665 | 8% | $738 | 11% |
| Support Staff | $348 | $336 | -3% | $363 | 8% | $388 | 7% | $406 | 5% | $422 | 4% |
| Overall | $694 | $696 | 0% | $758 | 9% | $837 | 10% | $885 | 6% | $942 | 6% |



AMLAW (1-10)

| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019e |
|---|---|---|---|---|---|---|
| Senior Partner | $1,055 | $1,054 | $1,100 | $1,190 | $1,262 | $1,320 |
| Partner | $875 | $898 | $985 | $1,087 | $1,146 | $1,227 |
| Counsel | $826 | $795 | $879 | $944 | $1,006 | $1,058 |
| Senior Associate | $620 | $630 | $704 | $796 | $825 | $887 |
| Associate | $441 | $462 | $515 | $614 | $665 | $738 |
| Support Staff | $348 | $336 | $363 | $388 | $406 | $422 |

## 2.1.2 AMLAW-10 Rates by Associate Class Year

| Overall | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019e Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (1-10) | | | | | | | | | | | |
| Senior Associate | $699 | $685 | -2% | $733 | 7% | $823 | 12% | $820 | 0% | $855 | 4% |
| 8th Year Associate | $643 | $702 | 9% | $753 | 7% | $838 | 11% | $833 | -1% | $890 | 7% |
| 7th Year Associate | $598 | $647 | 8% | $744 | 15% | $789 | 6% | $777 | -2% | $831 | 7% |
| 6th Year Associate | $556 | $592 | 6% | $686 | 16% | $782 | 14% | $877 | 12% | $983 | 12% |
| 5th Year Associate | $558 | $626 | 12% | $695 | 11% | $774 | 11% | $799 | 3% | $874 | 9% |
| 4th Year Associate | $489 | $548 | 12% | $615 | 12% | $678 | 10% | $760 | 12% | $848 | 12% |
| 3rd Year Associate | $448 | $501 | 12% | $559 | 11% | $618 | 11% | $700 | 13% | $783 | 12% |
| 2nd Year Associate | $385 | $424 | 10% | $476 | 12% | $558 | 17% | $628 | 13% | $710 | 13% |
| 1st Year Associate | $412 | $455 | 11% | $506 | 11% | $557 | 10% | $553 | -1% | $596 | 8% |
| Overall | $532 | $576 | 8% | $641 | 11% | $713 | 11% | $750 | 5% | $819 | 9% |



# Intellectual Property

| Practice Area | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019e Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (1-10) | | | | | | | | | | | |
| Senior Partner | $1,187 | $1,274 | 7% | $1,260 | -1% | $1,258 | 0% | $1,402 | 11% | $1,463 | 4% |
| Partner | $823 | $861 | 5% | $967 | 12% | $1,093 | 13% | $1,064 | -3% | $1,137 | 7% |
| Counsel | $810 | $847 | 5% | $805 | -5% | $943 | 17% | $820 | -13% | $828 | 1% |
| Senior Associate | $508 | $599 | 18% | $685 | 14% | $780 | 14% | $879 | 13% | $1,008 | 15% |
| Associate | $554 | $578 | 4% | $620 | 7% | $652 | 5% | $759 | 16% | $822 | 8% |
| Support Staff | $250 | $274 | 10% | $307 | 12% | $354 | 15% | $402 | 14% | $453 | 13% |
| Overall | $689 | $739 | 7% | $774 | 5% | $847 | 9% | $888 | 5% | $952 | 7% |





## San Francisco

| City | 2014 Rate | 2015 Rate | % | 2016 Rate | % | 2017 Rate | % | 2018 Rate | % | 2019e Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (1-10) | | | | | | | | | | | |
| Senior Partner | $749 | $806 | 8% | $927 | 15% | $971 | 5% | $985 | 1% | $1,056 | 7% |
| Partner | $971 | $940 | -3% | $1,022 | 9% | $1,089 | 7% | $1,081 | -1% | $1,112 | 3% |
| Counsel | $586 | $679 | 16% | $772 | 14% | $850 | 10% | $946 | 11% | $1,066 | 13% |
| Senior Associate | $553 | $613 | 11% | $671 | 9% | $724 | 8% | $756 | 4% | $817 | 8% |
| Associate | $450 | $513 | 14% | $588 | 15% | $684 | 16% | $666 | -3% | $736 | 11% |
| Support Staff | $393 | $350 | -11% | $347 | -1% | $297 | -15% | $293 | -1% | $302 | 3% |
| Overall | $617 | $650 | 5% | $721 | 11% | $769 | 7% | $788 | 2% | $848 | 8% |



