# EXHIBIT 5



KIRKLAND & ELLIS

# Intellectual Property Accolades

# Intellectual Property Accolades



Ranked among the "Fearsome Foursome" and named an "IP Powerhouse" in the 2019 *BTI Litigation Outlook* report. Kirkland is the only firm to be named to both lists in the 2019 report.



Recognized as an "Intellectual Property Practice Group of the Year" and as a "Media and Entertainment Practice Group of the Year" for 2018.



National Tier 1 ranking for intellectual property for the 13th consecutive year in the 2019 edition of *Chambers USA*.



Named **"Trademark Contentious Firm of the Year: Northeast"** and **"Trademark Contentious Firm of the Year: West"** at *Managing Intellectual Property*'s (MIP) 2018 Americas Awards, which recognized the best law firms and individuals for intellectual property in the United States, Canada and Latin America.



Received a top-tier ranking in the 2019 edition of *The Legal 500 United States* in the areas of Copyright and Trade Secrets. The publication noted, "The 'excellent' team at **Kirkland & Ellis LLP** provides 'spot-on copyright advice' and is regularly involved in high-profile cases."



Received **national Tier 1 rankings** in the areas of Litigation—Intellectual Property, Litigation—Patent, Patent Law and Technology Law in *U.S. News and World Report, Best Lawyers*® "Best Law Firms" from 2012-2019. Named **"Law Firm of the Year" in Litigation**—**Intellectual Property** in the publication's 2017-2019 rankings.

**BENCHMARK LITIGATION**

National Tier 1 ranking for intellectual property for the 12th consecutive year in the 2019 edition of *Benchmark Litigation*.

**CHAMBERS AND PARTNERS**

In *Chambers USA* 2019, Kirkland was recognized in the area of Intellectual Property: Trademark & Copyright. The publication quoted clients saying, "The quality of the trial attorneys and the depth of quality across the firm produces the highest levels of client service and work output."



Named to the 2019 edition of *WTR 1000 – The World's Leading Trademark Professionals*. Kirkland was named a **top trademark law firm** nationally and in Illinois, and was recognized as a **Tier 1 firm for enforcement and litigation** in New York.

KIRKLAND & ELLIS

# 2019 Fearsome Foursome

## KIRKLAND & ELLIS

# The Four Firms that GCs Fear the Most

General counsel are pointing to four law firms they view as the most fearsomely competent litigators and the ones they least wish to see on the other side of the table, a survey released Wednesday revealed.

According to BTI Consulting Group's 2019 Litigation Outlook report, the so-called "Fearsome Foursome" — the quartet of firms "striking the utmost fear into the hearts of seasoned general counsel and legal decision makers" — are Gibson Dunn & Crutcher LLP, Kirkland & Ellis LLP, Quinn Emanuel Urquhart & Sullivan LLP and Skadden Arps Slate Meagher & Flom LLP.

"We wear that as a badge of honor," said Randy Mastro, co-chair of Gibson Dunn's litigation practice group. "It was Machiavelli who said it was better to be feared than loved, but we are both. We are feared by our adversaries and loved by our clients."

Quinn Emanuel is a new entrant to the group, while the other three firms held onto their top positions from last year's report.

"If there's a major dispute happening somewhere in the world, odds are we're involved," Quinn Emanuel partner Bill Urquhart said in a written statement. "That is because we achieve results that other firms don't. That is particularly true in the courtroom."

Mark Filip, a Kirkland partner and member of its global management executive committee, said in an email that the firm was honored to make the top tier once again.

> "Kirkland's strengths are the work ethic, diversity and creativity of our lawyers ... we take great pride in teaming with clients to provide first-rate legal representation around the globe."

"Kirkland's strengths are the work ethic, diversity and creativity of our lawyers, and we take great pride in teaming with clients to provide first-rate legal representation around the globe," Filip said. "Kirkland tries and wins a lot of cases, and we believe that being ready to take a case to the judge and jury helps drive favorable settlements too. We also specialize in government and internal investigations, and handle those matters broadly in the United States and abroad."

The report lists a second tier of five angst-inducing firms, dubbed the "awesome opponents." They are Bartlit Beck Herman Palenchar & Scott LLP, Jones Day, Sidley Austin LLP, Wachtell Lipton Rosen & Katz and Winston & Strawn LLP.

Another firm, Morgan Lewis & Bockius LLP, appeared at the top of multiple other BTI lists of firms that do strong work in specific litigation segments. Managing partner Steven Wall told Law360 he believed the firm's competitiveness was attributable to its emphasis on alternative fees and the lack of geographic boundaries and barriers between different practice areas.

"We bring the entire litigation function of Morgan Lewis, no matter where you might be housed, to serve the client," Wall said. "Every day, we're using attorneys to staff where appropriate, and we're not beholden to some artificial boundary as to what practice group you actually belong to."

Especially with respect to the complex litigation that the survey recognized the firm for, Wall acknowledged that unchecked costs "can be like a runaway train." He emphasized that Morgan Lewis has worked with clients to provide them with more certainty and control over costs, in part through the use of alternative fees, which account for almost 30 percent of the firm's revenue, he said.

In addition to identifying clients' most admired firms, the survey also found that clients are expected to spend more on litigation matters across multiple practice areas for the second year in a row, a trend that is being driven by a surge in high-stakes complex work.

Large companies are eyeing increased litigation spending in 2019, particularly in intellectual property and class action matters, but also in commercial, employment, product liability and securities litigation, according to the report.

In total, clients are expected to add $2.5 billion to their legal spending, and the number of matters is expected to grow by 6 percent in 2019. This continues a trend that began in 2018 of larger — and, for firms, more profitable — caseloads.

Between 2017 and 2018, the percentage of companies with high-stakes litigation more than doubled — from 24.6 percent to 62.7 percent — signaling that clients "are feeling more exposed than ever before," the report said. Clients also reported smaller upticks in routine, complex and "bet-the-company" work.

At the same time, the settlement rate is expected to maintain its downward slide. It sank from a seven-year high of 60.7 percent in 2017 to 43.6 percent in 2018 and is projected to reach 38.1 percent in 2019, the survey said.

"The settlement rates going down as a direct result of the increase in complexity," according to Michael Rynowecer, founder of BTI Consulting. "There's more issues at stake. There's more exposure at stake. Companies see bigger risks that they either haven't seen before or in recent memory. They don't have the same thought process to lean on that they've leaned on the past seven years to get the settlement rate up. They feel like they need to spend more time evaluating the options."

Even as clients prepare to pour more money into their legal representation, they report that on average they are planning to cut the number of firms they retain, Rynowecer said. The firms that are best positioned to win the lion's share of the big-ticket work are those that engage with their clients on an ongoing basis and are more adept at selling clients on their ability to address a company's challenges holistically and preemptively.

"The ability to come in and address all of [a company's potential exposures] in one conversation" will be crucial, Rynowecer said. "Not treating it as a single matter, but saying, 'You've got these three other risks because of this one matter ... but here's the strategy for containing that. Here's the strategy for using our tools to try to avoid this, to try to contain it, to try to minimize the risk.'"

"Those are things that clients really want, and not every firm is comfortable doing that," he added.



**Litigation On the Rise**
Clients plan to both spend more on litigation and pursue more matters in 2019.

| | 2015 | 2016 | 2017 | 2018 | 2019 (Projected) |
|---|---|---|---|---|---|
| Total Matters | 317.6 | 279.1 | 241.4 | 264.2 | 281.1 |
| Litigation Spending | $19.36B | $19.35B | $19.70B | $21.40B | $22.25B |

Source: BTI Litigation Outlook 2019



**The Practices in Demand**
Class action and IP litigators are going to see the largest surges in demand, but litigation needs are expected to increase across the board.

| Practice | 2018 | 2019 (Projected) |
|---|---|---|
| Commercial Litigation | $5.74B | $5.74B |
| Employment Litigation | $4.58B | $4.76B |
| IP Litigation | $3.17B | $3.33B |
| Class Actions | $2.46B | $2.56B |
| Product Liability Litigation | $2.36B | $2.47B |
| Securities and Finance Litigation | $1.61B | $1.67B |

Source: BTI Litigation Outlook 2019

The survey is the result of more than 350 telephone interviews conducted between Jan. 11 and Aug. 28 with legal decision makers at companies with $1 billion or more in revenue in the U.S., BTI said.

REPRINTED WITH PERMISSION FROM THE OCTOBER 17, 2018 EDITION OF LAW360 © 2018 PORTFOLIO MEDIA INC. ALL RIGHTS RESERVED. FURTHER DUPLICATION WITHOUT PERMISSION IS PROHIBITED.

Kirkland & Ellis LLP | 300 North LaSalle, Chicago, IL 60654 | +1 312 862 2000
Pursuant to applicable rules of professional conduct, this communication may constitute Attorney Advertising. Prior results do not guarantee a similar outcome.
© 2018 Kirkland & Ellis LLP. All rights reserved.

Attorney Advertising

KIRKLAND & ELLIS

# 2019 IP Powerhouse

## KIRKLAND & ELLIS

# The Seven Firms GCs Want to Hire for IP Litigation

Intellectual property litigation is becoming increasingly complex with ever-higher stakes for companies, and seven firms stand out for general counsel as being able to deliver the top-shelf results in IP matters, according to a report released Wednesday.

Fish & Richardson PC, Jones Day, Kirkland & Ellis LLP, Orrick Herrington & Sutcliffe LLP, Perkins Coie LLP, Sidley Austin LLP and WilmerHale were named IP litigation powerhouses in the BTI Litigation Outlook 2019 report, an annual analysis of the legal landscape conducted by BTI Consulting Group of Wellesley, Massachusetts.

There was significant turnover in this year's list, compiled through hundreds of interviews with general counsel, with only one firm, Jones Day, returning from last year's edition.

The report also found that the IP litigation sector is expected to grow faster than any other in 2019, from $3.17 billion this year to $3.33 billion next year, a 5.1 percent growth rate. That is the case even though the number of companies facing IP litigation has dropped from 68.7 percent last year to 62 percent this year, since the scale and complexity of IP litigation has been increasing.

"This high projected growth for 2019 means the companies with IP litigation matters on their hands are funneling substantially more dollars to this area than in 2017 and 2018," the report said.

The legal landscape in general is seeing "the biggest changes of the last 12 years,"

Attorney Advertising

BTI President Michael Rynowecer said, with companies reporting that they are involved in increasingly complicated and high-stakes litigation across all practice areas. In the IP space, that has translated to companies finding large firms more appealing, he said.

"IP litigation is an area that is getting more and more attention from general practice firms," he said, noting that only one of the seven powerhouse firms, Fish & Richardson, is an IP boutique.

Large boutiques like Fish & Richardson are still able to attract clients, but smaller boutiques have been cutting back on the number of IP litigation matters they handle, according to Rynowecer. That has created opportunities for general practice firms to take some of that work, particularly those that offer a full array of IP services, he said.

"One of the big things we heard is that clients want IP litigation firms to somehow be involved from the beginning," he said. "If they filed the patent or crafted the initial strategy, a firm is in a much better position to help when litigation pops up months or years down the road."

The firms that were named as powerhouses are those that are skilled at determining how important an IP matter is for the client and tailoring their services accordingly, Rynowecer said.

"These firms are very good at sorting that out and knowing which strategy to take at the beginning, whereas other firms don't have that nuanced look," he said.

Mark Selwyn, co-chair of the IP litigation practice at WilmerHale, said that clients are increasingly dealing with cases than span multiple countries around the world, the intersection of IP and competition law, and other challenging matters that the firm is well-positioned to work on.

| 2019 IP Powerhouses |
|---|
| Fish & Richardson |
| Jones Day |
| Kirkland & Ellis |
| Orrick |
| Perkins Coie |
| Sidley Austin |
| WilmerHale |

"We're having one of our busiest years ever and clients are coming to us with more and more really complex, cutting-edge issues," he said.

WilmerHale has over 100 lawyers and technical specialists with technical degrees and has frequently "played an important role in coordinating massive global patent litigation across jurisdictions," both of which are appealing for clients, he said.

In addition, the firm has had 11 different attorneys handle 23 appeals at the Federal Circuit over the last two years, worked on eight patent cases at the U.S. Supreme Court over the last five years and handled over 300 America Invents Act reviews at the Patent Trial and Appeal Board.

"We make sure we are leveraging the knowledge we've built up over time to employ best practices at all stages and deliver high-quality services in the most efficient manner for clients," Selwyn said.

At Fish & Richardson, the firm's extensive IP experience is also a key part of its appeal to clients, said Kurt Glitzenstein, the leader of the litigation practice group, who noted that the firm has 423 attorneys and technical experts with degrees in science and technology, 87 of which are Ph.D.s.

"In every facet of experience, we have a demonstrated track record of trying a significant number of high-stakes cases in courts around the country," he said.

He noted that the firm handled 42 patent trials between 2015 and 2017, which amounts to 11.5 percent of patent trials held in the U.S. during that time. It also worked on 25 percent of cases at the U.S. International Trade Commission last year and appeared in 105 appeals at the Federal Circuit in 2017, 42 more than the next most active firm.

> "… seven firms stand out for general counsel as being able to deliver the top-shelf results in IP matters…"

"Clients are very sophisticated in this space and understand the importance of deep expertise" in each the four main areas of patent litigation: district court, the appellate level, the ITC and the Patent Trial and Appeal Board, Glitzenstein said. "We've seen over and over the exceptional benefit of offering integrated services for clients." Increasingly complex IP matters have also been a recurring theme for Orrick, said Jared Bobrow, co-chair of the firm's global intellectual property practice group. The firm has offices in China, Japan and Taiwan, jurisdictions where IP litigation has recently become more prominent.

"There are a lot of disputes and litigation in Asia that were not there several years ago. As disputes move in that direction, we're well-positioned to handle them," Bobrow said.

In addition, the firm has extensive experience in all areas of IP: patents, copyrights, trademarks and trade secrets, which Bobrow said is somewhat unusual for a full-service firm and sets Orrick apart when clients have matters that cut across various areas. The firm is able to use its reach in both geography and expertise to aid clients, he said.

"There's a strong culture here of collaboration and integration that allows us to work on complex cases really well," he said.



REPRINTED WITH PERMISSION FROM THE OCTOBER 17, 2018 EDITION OF *LAW360*
© 2018 PORTFOLIO MEDIA INC. ALL RIGHTS RESERVED. FURTHER DUPLICATION WITHOUT PERMISSION IS PROHIBITED.

Kirkland & Ellis LLP | 300 North LaSalle, Chicago, IL 60654 | +1 312 862 2000
Pursuant to applicable rules of professional conduct, this communication may constitute Attorney Advertising. Prior results do not guarantee a similar outcome.
© 2018 Kirkland & Ellis LLP. All rights reserved.

KIRKLAND & ELLIS

KIRKLAND & ELLIS

**LAW360**

2018 PRACTICE GROUP OF THE YEAR

# Intellectual Property

Kirkland & Ellis LLP scored a victory on behalf of Fox News in a closely watched copyright case against a television search engine, and also secured a $93 million patent win for Schlumberger Ltd. unit WesternGeco, landing it a spot as one of *Law360*'s IP Groups of the Year.

Kirkland represented Fox News Network in its suit against media-monitoring service TVEyes, which records television around the clock, indexes it, and then turns it into a word-searchable database of clips. While TVEyes had attempted to justify its video service as a fair use, the Second Circuit ruled in February that it was not protected by the fair use doctrine, because it "deprive[d] Fox of revenue that properly belongs to the copyright holder."

The U.S. Supreme Court later affirmed the appellate court's decision — a "crucial victory in protecting the rights of creators," partner Dale Cendali told *Law360*.

"There have been those that thoughtthat the pendulum had swung too far in the direction of treating everything as fair use at the risk of undermining the constitutional incentives to create copyrighted work and get a return from your investment as a result," Cendali said. "TVEyes, we think, is a vital case in helping to have that pendulum swing back some."

Kirkland also secured a victory on behalf of WesternGeco in June after the high court found that it could recover profits it lost outside the U.S. due to rival Ion Geophysical Corp.'s infringement of its oil exploration patents.

The Federal Circuit's earlier decision had reversed on the lost profits award, finding that the presumption that U.S. patent law does not extend outside the country meant WesternGeco cannot recover profits it would have earned overseas absent Ion's infringement.

> "[The] firm is a "go-to place" in cases where the law needs to be extended or clarified."
>
> Kirkland Partner Dale Cendali

But the justices ruled that because Ion infringed WesternGeco's patents by shipping components of its product outside the U.S., WesternGeco was entitled to damages that include profits it lost abroad due to those actions. For a long time, patent damages had become difficult for patentees to obtain due to "frankly, specious" claims brought by trolls

**LAW360  2018 PRACTICE GROUP OF THE YEAR | Intellectual Property**

and nonpracticing entities, partner Gregg LoCascio said, noting that the victory was particularly meaningful to companies that manufacture technology and contribute to the intellectual landscape against their competitors.

> **"We can litigate in the most creative and innovative way using different forum together to try to get the best results for the client."**
>
> Kirkland Partner Greg Arovas

Victories like these are what make Kirkland's intellectual property group stand out, Cendali said, noting that the firm is a "go-to place" in cases where the law needs to be extended or clarified. LoCascio agreed with those sentiments, adding that the group often looks for creative solutions to problems that are "otherwise unresolveable" for some of their clients.

"We're either making law or fixing law, and helping people who have a situation that others will tell them, 'well, you can't win that case' or 'the law isn't on your side,'" LoCascio said. "We'll either find ways to come up with creative arguments legally, [or] dig into the facts to find a solution to that."

With 200 intellectual property attorneys from offices in Chicago, London, New York, Washington, D.C., Los Angeles, San Francisco and Palo Alto, California — one of the largest intellectual property practice groups in the country — the firm has a "tremendous depth and breadth" in its intellectual property successes, partner Greg Arovas said.

"Because our practice is so balanced and we have true depth of experience in pretty much all the courts and forums people litigate for IP, we can represent our clients in whatever dispute they have," Arovas said. "We can litigate it in the most creative and innovative way using the different forum together to try to get the best results for the client."

REPRINTED WITH PERMISSION FROM THE January 16 2019 EDITION OF *LAW360*
© 2019 PORTFOLIO MEDIA INC.
ALL RIGHTS RESERVED. FURTHER DUPLICATION WITHOUT PERMISSION IS PROHIBITED.

WWW.LAW360.COM

Kirkland & Ellis LLP | 300 North LaSalle, Chicago, IL 60054 | +1 312 862 2000

Pursuant to applicable rules of professional conduct, this communication may constitute Attorney Advertising. Prior results do not guarantee a similar outcome.

**KIRKLAND & ELLIS**