# EXHIBIT 9

| | |
|---|---|
| **From:** | Melody McGowin <mmcgowin@piercebainbridge.com> |
| **Sent:** | Tuesday, May 28, 2019 11:07 AM |
| **To:** | Mazzello, Mary C. |
| **Cc:** | #Apple-MEMOJI; David Hecht; Selina Kyle; Cassie Black; Grace Chang; Wen Wu; Brian Dunne |
| **Subject:** | [EXT] Re: Social Tech v. Apple - Social Tech Document production |

Mary,

It appears that the incorrect production set was produced for the second production. As reflected in the production letter dated May 15, the correct production includes SocialTech_0000202 – SocialTech_0000701. We have uploaded the replacement production set here: https://piercebainbridge.sharefile.com/d-sd57e6dc3edd4a95b. I will send the password separately. Please let me know if you are still running into issues with this correct production.

As for SocialTech_0000703, we will look into the issue.

Best,

**Melody McGowin**
**Associate | Pierce Bainbridge Beck Price & Hecht LLP**
Direct: (646) 537-1334


**From:** "Mazzello, Mary C." <mary.mazzello@kirkland.com>
**Date:** Friday, May 24, 2019 at 5:13 PM
**To:** Melody McGowin <mmcgowin@piercebainbridge.com>
**Cc:** #Apple-MEMOJI <apple-memoji@kirkland.com>, David Hecht <dhecht@piercebainbridge.com>, Selina Kyle <skyle@piercebainbridge.com>, Cassie Black <cblack@piercebainbridge.com>, Grace Chang <gchang@piercebainbridge.com>, Wen Wu <wwu@piercebainbridge.com>, Brian Dunne <bdunne@piercebainbridge.com>
**Subject:** Social Tech v. Apple - Social Tech Document production

Dear Melody,

I am writing regarding a few issues with Social Tech's document production:

1. The Bates numbers in Social Tech's third production overlap with Bates number from the second production. Can you please re-produce the third production with new Bates numbers, so we do not have multiple documents bearing the same Bates numbers? We're concerned that that will lead to confusion when we start depositions or have to attach exhibits to expert reports or summary judgment motions.

2. SocialTech0000438 and 0000595 are both pdfs with the words "No Images Produced" on them. Were there supposed to be native files produced at these Bates numbers? If so, please provide the native documents.

3. The native version of SocialTech0000479 is an .iwa file, and the pdf associated with this Bates number contains no information. As discussed at the time of the mediation, we cannot open IWA files. Can you produce this document in pdf or other format?

4   Diana mentioned earlier this week that Social Tech produced email communications with Google that indicate that text is hidden.  The Bates number of the document is SocialTech_0000703. Please reproduce without the text hidden.

Best,

Mary

**Mary Mazzello**
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 446 4944
**F** +1 212 446 4900
‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗‗
mary.mazzello@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this comm