# EXHIBIT 10

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, ___Tyler Droll___ [print or type full name], of ___2233 Peachtree Rd NE, Unit 1406, Atlanta, GA 30309___ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of _____ *Social Technologies, LLC v. Apple, Inc.*, 18-CV-05945-VC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint ___Pierce Bainbridge Beck Price and Hecht LLP___ [print or type full name] of ___355 S. Grand Avenue, 44th Floor, Los Angeles, CA 90071 Tel: 213-262-9333___ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: ___July 22, 2019___

City and State where sworn and signed: ___Atlanta, GA___

Printed name: ___Tyler Droll___
      [printed name]

Signature: ___[signature: Tyler Droll]___
      [signature]

22

**STIPULATED PROTECTIVE ORDER**                    **CASE NO. 3:18-cv-05945-VC-SK**

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, Andreas Groehn [print or type full name], of BRG [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of _____ *Social Technologies, LLC v. Apple, Inc.*, 18-CV-05945-VC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint Pierce Bainbridge Beck Price & Hecht LLP [print or type full name] of 355 S. Grand Avenue, 44th Floor, Los Angeles, CA 90071 [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: July, 25, 2019

City and State where sworn and signed: Ruedesheim, Germany

Printed name: Andreas Groehn
[printed name]

Signature: /s/
[signature]

**STIPULATED PROTECTIVE ORDER**　　　　　　　　　　　　　　**CASE NO. 3:18-cv-05945-VC-SK**

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, __Elizabeth Sibaja__ [print or type full name], of __Berkeley Research Group__ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of _____ *Social Technologies, LLC v. Apple, Inc.*, 18-CV-05945-VC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint __Pierce Bainbridge Beck Price & Hecht LLP__ [print or type full name] of __355 S. Grand Avenue, 44th Floor, Los Angeles, CA 90071__ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: __July 25, 2019__

City and State where sworn and signed: __Washington, DC__

Printed name: __Elizabeth Sibaja__
    [printed name]

Signature: __[signature]__
    [signature]

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, KEVIN W. CHRISTENSEN [print or type full name], of 1800 M ST NW WASHINGTON DC 20036 [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of _____ Social Technologies, LLC v. Apple, Inc., 18-CV-05945-VC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint Pierce Bainbridge Beck Price & Hecht LLP [print or type full name] of 355 S. Grand Ave, 44th Floor Los Angeles, CA 90071 [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: July 25, 2019

City and State where sworn and signed: Henrico, VA

Printed name: Kevin W Christensen

[printed name]

Signature: [signed] Kevin W. Christensen

[signature]

22

STIPULATED PROTECTIVE ORDER                               CASE NO. 3:18-cv-05945-VC-SK

## EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, __Victor Guirma__ [print or type full name], of __Berkeley Research Group LLC, 1800 M St. NW, 2nd FL, Washington DC, 20036__ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of _____ Social Technologies, LLC v. Apple, Inc., 18-CV-05945-VC. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint __Pierce Bainbridge Beck Price+ Hecht LLP__ [print or type full name] of __355 S. Grand Avenue, 44th Floor, Los Angeles, CA, 90071__ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: __7/29/2019__

City and State where sworn and signed: __Washington, DC__

Printed name: __Victor Guirma__
[printed name]

Signature: _[signature]_
[signature]

---

22

**STIPULATED PROTECTIVE ORDER**         CASE NO. 3:18-cv-05945-VC-SK