# EXHIBIT 11

Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
Lauren J. Schweitzer (S.B.N. 301654)
lauren.schweitzer@kirkland.com
Yungmoon Chang (S.B.N. 311673)
Yungmoon.chang@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

Dale M. Cendali (S.B.N. 1969070)
dale.cendali@kirkland.com
Mary Mazzello (*pro hac vice*)
mary.mazzello@kirkland.com
Megan L. McKeown (*pro hac vice*)
megan.mckeown@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Attorneys for Defendant Apple Inc.

*(Attorneys for Plaintiff Social Technologies LLC listed at end)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | ) CASE NO.: 3:18-cv-05945-VC (SK)<br>)<br>)<br>) **JOINT STIPULATION RE PROTECTIVE**<br>) **ORDER VIOLATION**<br>)<br>)<br>)<br>)<br>) |

WHEREAS, Plaintiff Social Technologies LLC ("Social Tech") served the expert reports of Tyler Droll and Andreas Groehn at 11:56 p.m. on July 31, 2019;

WHEREAS, Apple Inc. ("Apple") realized that both of Social Tech's experts had received and relied upon Apple-designated confidential and highly confidential information;

WHEREAS, Section 7.4(a) of the Protective Order entered in this matter (Dkt. No. 74) provides that "a Party that seeks to disclose to an Expert . . . any information or item that has been designated 'CONFIDENTIAL' or 'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY' . . . first must make a written request to the Designating Party" that identifies the expert, along with certain other information about the expert;

WHEREAS, Section 7.4(b) of the Protective Order allows the Designating Party to object "within 14 days" of receiving the written request before the Receiving Party may disclose the Designating Party's confidential or highly confidential information to any expert;

WHEREAS, Social Tech did not disclose its experts to Apple in accordance with the foregoing procedure prior to providing its experts with Apple-designated confidential and highly confidential information cited;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties that:

1. Social Tech violated the Protective Order by disclosing Apple-designated confidential and highly confidential materials to Social Tech's experts without previously disclosing those experts to Apple and allowing Apple 14 days to object. Social Tech maintains its violation was inadvertent.

2. Social Tech previously failed to provide all the information required by Section 7.4(a) of the Protective Order but will provide any additional information as it becomes available.

3. Social Tech may not disclose any Apple-designated confidential or highly confidential materials to its experts until it has allowed Apple 14 days to object from August 16.

4. Social Tech understands that further violation of the Protective Order may result in Court action if the Court so deems it appropriate.

Dated: August 29, 2019                                     Respectfully submitted,

                                                  KIRKLAND & ELLIS LLP

*/s/ Dale M. Cendali*
Dale M. Cendali (S.B.N. 1969070)
601 Lexington Avenue
New York, New York 10022
Attorney for Defendant Apple Inc.

PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP

*/s/ David L. Hecht*
David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, New York 10172
Attorney for Plaintiff Social Technologies LLC