# EXHIBIT 13

| | |
|---|---|
| **From:** | Melody McGowin <mmcgowin@piercebainbridge.com> |
| **Sent:** | Friday, January 10, 2020 12:36 PM |
| **To:** | Schweitzer, Lauren J.; David Hecht; Tillman Breckenridge; Torres, Diana |
| **Cc:** | Mazzello, Mary C.; McKeown, Megan L.; Cendali, Dale M.; Brian Dunne; Yavar Bathaee |
| **Subject:** | [EXT] Re: Social Tech v. Apple |

Hi Lauren,

In light of the Court's order (Dkt. 150), Social Tech does not believe that the parties need to file a joint letter. For the reasons we have discussed and laid out in the joint letter drafts, Social Tech does not "still intend[] to press its claim for declaration of non-infringement" and therefore, no joint letter is necessary. Social Tech will notify the Court of its intention.

Best,

**Melody McGowin**
**Associate | Pierce Bainbridge Beck Price & Hecht LLP**
Direct: (646) 537-1334

---

**From:** "Schweitzer, Lauren J." <lauren.schweitzer@kirkland.com>
**Date:** Friday, January 10, 2020 at 11:39 AM
**To:** Melody McGowin <mmcgowin@piercebainbridge.com>, David Hecht <dhecht@piercebainbridge.com>, Tillman Breckenridge <tbreckenridge@piercebainbridge.com>, "Torres, Diana" <diana.torres@kirkland.com>
**Cc:** "Mazzello, Mary C." <mary.mazzello@kirkland.com>, "McKeown, Megan L." <megan.mckeown@kirkland.com>, "Cendali, Dale M." <dale.cendali@kirkland.com>, Brian Dunne <bdunne@piercebainbridge.com>, Yavar Bathaee <yavar@piercebainbridge.com>
**Subject:** Re: Social Tech v. Apple

Melody,


This is due today (1/10). Please let us know as soon as possible whether you intend to file the letter and proposed order with our edits.



Best,


**Lauren Schweitzer**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8252
**F** +1 213 680 8500

lauren.schweitzer@kirkland.com

1

On Jan 9, 2020, at 10:26 AM, Schweitzer, Lauren J. <lauren.schweitzer@kirkland.com> wrote:

Hi Melody,

Attached are our further edits to the joint letter and edits to the proposed order. With these edits, you may sign on our behalf and file. Also, will Social Tech agree to a 1-week extension on the briefing of Apple's fee motion? As I mentioned in my earlier email, we are willing to agree to a similar extension for Social Tech's opposition.

Best,

**Lauren Schweitzer**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
T +1 213 680 8252
F +1 213 680 8500

lauren.schweitzer@kirkland.com

---

**From:** Melody McGowin <mmcgowin@piercebainbridge.com>
**Sent:** Wednesday, January 8, 2020 5:34 PM
**To:** David Hecht <dhecht@piercebainbridge.com>; Schweitzer, Lauren J. <lauren.schweitzer@kirkland.com>; Tillman Breckenridge <tbreckenridge@piercebainbridge.com>; Torres, Diana <diana.torres@kirkland.com>
**Cc:** Mazzello, Mary C. <mary.mazzello@kirkland.com>; McKeown, Megan L. <megan.mckeown@kirkland.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Brian Dunne <bdunne@piercebainbridge.com>; Yavar Bathaee <yavar@piercebainbridge.com>
**Subject:** [EXT] RE: Social Tech v. Apple

Hi Lauren,

Please see attached for the proposed order David mentioned below as well as a few proposed revisions to the letter.

Best,

**Melody McGowin**
Direct: (646) 537-1334

---

**From:** David Hecht <dhecht@piercebainbridge.com>
**Sent:** Wednesday, January 8, 2020 6:56 PM
**To:** Schweitzer, Lauren J. <lauren.schweitzer@kirkland.com>; Melody McGowin <mmcgowin@piercebainbridge.com>; Tillman Breckenridge <tbreckenridge@piercebainbridge.com>; Torres, Diana <diana.torres@kirkland.com>
**Cc:** Mazzello, Mary C. <mary.mazzello@kirkland.com>; McKeown, Megan L. <megan.mckeown@kirkland.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Brian Dunne <bdunne@piercebainbridge.com>; Yavar Bathaee <yavar@piercebainbridge.com>
**Subject:** RE: Social Tech v. Apple

Hi Lauren,

2

We would like to include a proposed order with the letter and will circulate a draft to you soon.

Best,
David

---

**From:** Schweitzer, Lauren J. <lauren.schweitzer@kirkland.com>
**Sent:** Wednesday, January 8, 2020 5:04 PM
**To:** Melody McGowin <mmcgowin@piercebainbridge.com>; Tillman Breckenridge <tbreckenridge@piercebainbridge.com>; Torres, Diana <diana.torres@kirkland.com>; David Hecht <dhecht@piercebainbridge.com>
**Cc:** Mazzello, Mary C. <mary.mazzello@kirkland.com>; McKeown, Megan L. <megan.mckeown@kirkland.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Brian Dunne <bdunne@piercebainbridge.com>; Yavar Bathaee <yavar@piercebainbridge.com>
**Subject:** RE: Social Tech v. Apple

Hi Melody,

I write to follow up on this. Do you intend to file the letter with our edits? We would like to get this on file soon given the Court's recent order regarding the case schedule.

Best,

**Lauren Schweitzer**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
T +1 213 680 8252
F +1 213 680 8500

lauren.schweitzer@kirkland.com

---

**From:** Schweitzer, Lauren J.
**Sent:** Tuesday, January 7, 2020 4:22 PM
**To:** 'Melody McGowin' <mmcgowin@piercebainbridge.com>; Tillman Breckenridge <tbreckenridge@piercebainbridge.com>; Torres, Diana <diana.torres@kirkland.com>; David Hecht <dhecht@piercebainbridge.com>
**Cc:** Mazzello, Mary C. <mary.mazzello@kirkland.com>; McKeown, Megan L. <megan.mckeown@kirkland.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Brian Dunne <bdunne@piercebainbridge.com>; Yavar Bathaee <yavar@piercebainbridge.com>
**Subject:** RE: Social Tech v. Apple

Hi Melody,

Attached please find a few proposed revisions to the letter. With these edits, you have our permission to sign and file. Additionally, we would like to discuss the briefing schedule on Apple's intended fee motion. This would be due 14 days after the Court enters judgment. It is my understanding that both parties have some scheduling conflicts with this briefing schedule. We therefore ask you to agree that Apple would have an additional week for its fee motion (i.e. 21 days from the entry of judgment). We would, of course, agree to a similar extension for Social Tech's opposition.

Best,

**Lauren Schweitzer**

**KIRKLAND & ELLIS LLP**
333 South Hope Street, Los Angeles, CA 90071
**T** +1 213 680 8252
**F** +1 213 680 8500

lauren.schweitzer@kirkland.com

---

**From:** Melody McGowin <mmcgowin@piercebainbridge.com>
**Sent:** Tuesday, January 7, 2020 8:43 AM
**To:** Tillman Breckenridge <tbreckenridge@piercebainbridge.com>; Schweitzer, Lauren J. <lauren.schweitzer@kirkland.com>; Torres, Diana <diana.torres@kirkland.com>; David Hecht <dhecht@piercebainbridge.com>
**Cc:** Mazzello, Mary C. <mary.mazzello@kirkland.com>; McKeown, Megan L. <megan.mckeown@kirkland.com>; Cendali, Dale M. <dale.cendali@kirkland.com>; Brian Dunne <bdunne@piercebainbridge.com>; Yavar Bathaee <yavar@piercebainbridge.com>
**Subject:** [EXT] RE: Social Tech v. Apple

Diana and Lauren,

Please see attached for a draft joint letter to the court regarding mootness.  Please let us know if you have any edits.

Best,

Melody

—

**Melody McGowin,** Associate
Pierce Bainbridge Beck Price & Hecht LLP

277 Park Avenue, 45th Floor
New York, NY 10172
mmcgowin@piercebainbridge.com
O: (646) 537-1334

Boston  |  Cleveland  |  Los Angeles  |  **New York**  |  Washington, D.C.

<image001.png>

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.