# EXHIBIT 14



**Memoji**
@memojitrademarked

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page



👍 Like    📡 Follow    ➤ Share    •••    Use App    💬 Send Message

Write a post...

📷 Photo/Video    👥 Tag Friends    📍 Check in    •••

**Posts**

**Memoji**
January 5 · 🌐

We are thrilled to announce our new engagement with powerhouse firm Pierce Bainbridge Beck Price & Hecht LLP as we continue our trademark litigation against Apple, who have misappropriated our federally registered mark for MEMOJI. David Hecht and his team are absolute champions, ruthless in their pursuit of justice.

Apple has a long and colored history of "commandeering" any intellectual property they see fit, as made evident by the cases David mentions below, and Steve Jobs' infamous quote: "Picasso had a saying. Good artists copy. Great artists steal. And we have always been shameless about stealing great ideas." Bang the gavel. #ip #trademarkinfringement #davidvsgoliath #memoji #piercebainbridge #socialtechnologiesllc

https://www.linkedin.com/…/urn:li:activity:6487384811831914…

**App Page**

**Community**    See All

👥 Invite your friends to like this Page
👍 2,129 people like this
📡 2,132 people follow this

**About**    See All

💬 Send Message
🌐 www.socialtechnologiesllc.com
📇 App Page
✏️ Suggest Edits

**Page Transparency**    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - July 20, 2018

**Related Pages**

🦁 **Animoji**    👍 Like
App Page

MK **Memoji Karaoke**    👍 Like
Comedian

😀 **Emoji**    👍 Like
App Page

English (US) · Français (France) · Español · Português (Brasil) · Deutsch    ➕

Privacy · Terms · Advertising · Ad Choices▷ · Cookies · More ▾
Facebook © 2019



**Memoji**
@memojitrademarked

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page



See All

**Recommendations and Reviews**



## Memoji
@memojitrademarked

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page



Recommended by 3 people

Super entertaining and fun! Simple to use and install! Excited to see the coming updates!
August 29, 2018

i like it.its amazing  i want to my memoji
September 28, 2018

**Do you recommend Memoji?**

| Yes | No |

See All

### Videos



Download Memoji now, FREE on Android! Link is in bio.

15

Memoji - In the park

24  7                                  1

See All

### Photos





**Memoji**
@memojitrademarked

- **Home**
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page

See All

**Posts**

**Memoji**
February 11

Help us in our fight against Apple, who is infringing upon our registered trademark for Memoji! Apple has made a name for itself by stealing the intellectual property of others for many years. Download the app for free now! Also check out our amazing law firm, Pierce Bainbridge Beck Price & Hecht LLP.

https://play.google.com/store/apps/details…



**Memoji - Emoji Yourself by Social Technologies LLC**

👍 1

Like    Comment    Share

Write a comment...

**Memoji**
February 6

Download Memoji now, FREE on Android! Link is in bio.



👍❤️ 17                3 Shares

Like    Comment    Share

Write a comment...



**Memoji**

@memojitrademarked

- **Home**
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page



**Memoji**
February 5

Hey everyone! As you may know, we are involved in litigation against **Apple**, who is infringing upon our registered trademark for **Memoji**. Slowing iPhone sales and declining customer goodwill are not helping Apple. We suspect foul play, and believe someone may have reported our initial Google Play account, so we had to re-launch our app. Please re-download our app so we can continue our fight against Goliath! You won't have to pay for your in-app purchases again; they are credited in your Google Play account. Thank you all!

https://play.google.com/store/apps/details…



**Memoji Version 5.5**

 1

👍 Like　　💬 Comment　　↪ Share

Write a comment...

**Memoji**
January 26

Hey everyone! We just experienced technical difficulties and we believe Apple is involved in foul play regarding our litigation, which led to a re-launch of our MEMOJI REGISTERED TRADEMARK APP. Please re-download the app as soon as you can! Your in-app purchases should be credited to your Google Play account, so you shouldn't have to pay again. Have a great day!

https://play.google.com/store/apps/details…



**Memoji Version 5.5**

👍 Like　　💬 Comment　　↪ Share



**Memoji**
January 17

Information regarding our ongoing litigation against **Apple** for infringing on our registered trademark for Memoji.



### Memoji
@memojitrademarked

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page

https://www.patentlyapple.com/.../apple-sued-over-the-memoji-...





👍 5     2 Shares

👍 Like     💬 Comment     ↪ Share

Write a comment...

**Memoji**
December 27, 2018

We have made some changes, and a few new updates to our app! Check them out!! Happy Holidays!!

Download for FREE on Android now!
https://play.google.com/store/apps/details...

Welcome to Memoji: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji will set the text-com world ablaze, and send engagement through the roof.



WWW.SOCIALTECHNOLOGIESLLC.COM
**Memoji - In the park**     [Shop Now]

👍 1     1 Comment

👍 Like     💬 Comment     ↪ Share



**Memoji**
@memojitrademarked

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

**Create a Page**

Most Relevant ▼

Write a comment...



Memoji https://play.google.com/store/apps/details...

Memoji - Emoji Yourself by Social Technologies LLC

Like · Reply · 21w · Edited

**Memoji**
December 21, 2018 · 🌐

We have made some changes, and a few new updates to our app! Check them out!! Happy Holidays!!

Download for FREE on Android now!
https://play.google.com/store/apps/details…

Welcome to Memoji: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji will set the text-com world ablaze, and send engagement through the roof.



**Memoji**

👍 1

👍 Like          💬 Comment          ↗ Share

Write a comment...



**Memoji**
November 23, 2018 · 🌐

We have made some changes, and a few new updates to our app! Check them out!!

Download for FREE on Android now!
https://play.google.com/store/apps/details…

Welcome to Memoji: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji will set the text-com world ablaze, and send engagement through the roof.



Memoji
@memojitrademarked

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page

Memoji

👍 1

Like · Comment · Share

Write a comment...

**Memoji**
September 26, 2018

Thanks for your continued support, everyone! Please share our app with as many people as possible, and let us know how we can improve the app!

👍❤️😆 1.9K        8 Comments  2 Shares

Like · Comment · Share

Most Relevant ▼

Write a comment...

**Memoji** https://play.google.com/store/apps/details...

Memoji - Emoji Yourself by Social Technologies LLC

Like · Reply · 19w

Most Relevant is selected, so some comments may have been filtered out.

**Memoji**
July 28, 2018

Check out our new updates!! Let us know what you think with a review and a nice rating please!! Thanks everyone!

Download for FREE on Android now!

https://play.google.com/store/apps/details…

Welcome to Memoji: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji will set the text-com wo... See More

👍❤️😆 3.6K        54 Comments  4 Shares

Like · Comment · Share

Most Relevant ▼



**Memoji**
@memojitrademarked

- Home
- Posts
- Reviews
- Videos
- Photos
- About
- Community

Create a Page

Write a comment...



최혜린

Like · Reply · 45w

이미나

1
Like · Reply · 45w

View 10 more comments

**Memoji**
July 26, 2018 ·

Download for FREE on Android now!
https://play.google.com/store/apps/details…

Welcome to Memoji: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji will set the text-com world ablaze, and send engagement through the roof.

We have big plans for this app. Stay tuned for more, and please... See More



26    7 Comments  35K Views

Like   Comment   Share

Most Relevant ▼

Write a comment...

**Cruz Brian** Apple did it first. And you stole the name. Lol

Like · Reply · 24w

2 Replies

Most Relevant is selected, so some comments may have been filtered out.

**Memoji**
July 26, 2018 ·

Download for FREE on Android now!
https://play.google.com/store/apps/details…

Welcome to Memoji: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at



**Memoji**
@memojitrademarked

- **Home**
- Posts
- Reviews
- Videos
- Photos
- About
- Community

**Create a Page**

Social Technologies, believe Memoji will set the text-com world ablaze, and send engagement through the roof.

We have big plans for this app. Stay tuned for more, and please... See More



👍 6     9.4K Views

Like   Comment   Share

Write a comment...

**Memoji**
July 20, 2018



**Memoji updated their website address.**   **Learn More**

👍 2

Like   Comment   Share

Write a comment...

**Memoji**
July 20, 2018

Download for FREE on Android now!
https://play.google.com/store/apps/details…

Welcome to Memoji: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji will set the text-com world ablaze, and send engagement through the roof.

We have big plans for this app. Stay tuned for more!... See More



