# EXHIBIT 15



Social Technologies LLC <info@socialtechnologiesllc.com>

## Re: [3-2074000025211] Your appeal for reinstatement

**Social Technologies LLC** <info@socialtechnologiesllc.com>    Tue, Feb 12, 2019 at 3:46 PM
To: Google Play Developer Support <googleplay-developer-support@google.com>

Good day.

I need the following information for my litigation against Apple, please.
1. Number of downloads of the Memoji app since it was first released;
2. Number of unique users of the app since it was first released;
3. Total number of downloads of the app for each state;
4. Number of unique users of the app in each state.

On Mon, Jan 28, 2019 at 11:42 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> Furthermore, I need access to the Google Play console, and all its data for our litigation against Apple.

On Mon, Jan 28, 2019 at 9:19 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> I appreciate your assistance, but this is not enough information, nor is it ethical. My account is shut down, and you cannot tell me why? No specifics? Google Play mentions there were emails sent about policy violations, but I have received none. Previous violations are cited, in a general manner, but there is no record of such.
>
> I need copies of these emails. There would be records, archives, etc, especially for emails that were sent to me regarding policy violations. I need those copies ASAP.
>
> I am currently involved in litigation against Apple Inc., who is infringing upon my registered trademark on my application associated to the account in question. Your actions could potentially be found (but not limited to) as tortious interference, las there are inconsistencies and a lack of information.
>
> I will have no choice but to get my attorneys involved, otherwise. I would prefer to avoid this, but have no problem doing so if necessary.
>
> Thank you.
>
> On Sun, Jan 27, 2019 at 10:29 PM Google Play Developer Support <googleplay-developer-support@google.com> wrote:
>> Hi,
>>
>> Thanks again for contacting Google Play Developer Support.
>>
>> As much as I'd like to help, I'm not able to provide any more information or a better answer to your question. In our previous email, I made sure to include all the information available to me.
>>
>> You should be able to find more information about your issue here:
>> Developer Policy Center
>> If you have a different question about the Play Developer Console, please let me know.
>>
>> Best Regards,
>> Ivana
>> The Google Play Team
>> [Play Policy & Help Center] [Developer Distribution Agreement] [Content Rating Guideline]
>>
>> Check out our new video for more policy guidance and best practices: 10 tips to stay on the right side of Google Play policy.



BONET EXHIBIT 248

On 01/26/19 04:42:31 info@socialtechnologiesllc.com wrote:
> I received no such warning, or notification that my app was in violation of anything whatsoever. I would like to appeal this further.

On Fri, Jan 25, 2019 at 3:34 PM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> Also, I don't have any associated developer accounts. There was only this one. What account are you referring to?

On Fri, Jan 25, 2019 at 4:58 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> You mention previous emails sent to me...there have been zero. Please tell me the dates and show me what those emails were. You would have records of such communication.
>
> Thank you.
>
> 

On Fri, Jan 25, 2019 at 4:48 AM Social Technologies LLC <info@socialtechnologiesllc.com> wrote:
> What were the specific violations? I have no record of any violation, or any warning, which you said were sent to me. I have received none. Which is part of the process: you're supposed to alert a developer of an issue, and allow them a chance to rectify the issue, not just terminate an account without notice...per your terms.
>
> What was the associated developer account? I need more information.

On Fri, Jan 25, 2019 at 4:16 AM Google Play Developer Support <googleplay-developer-support@google.com> wrote:
> Hi,
>
> Thanks for contacting the Google Play Team.
>
> After review of your appeal, we're unable to reinstate your developer account.
>
> Your Google Play Developer account has been terminated due to multiple violations of the Developer Program Policies by an associated Google Play developer account. We've reviewed and confirmed this association.
>
> Google Play Developer account terminations are associated with developers and may span multiple account registrations and related Google services. Do not attempt to register a new developer account. Any new accounts will be closed and your developer registration fee will not be refunded. We recommend that you use an alternative method for distributing your apps in the future.
>
> Thank you for your understanding.
>
> Best Regards,
> Ivana
> The Google Play Team
> [Play Policy & Help Center] [Developer Distribution Agreement] [Content Rating Guideline]
>
> Check out our new video for more policy guidance and best practices: 10 tips to stay on the right side of Google Play policy.
>
> On 01/25/19 07:58:47 info@socialtechnologiesllc.com wrote:
>> first_name: Samuel
>> last_name: Bonet
>> registered_email_address: info@socialtechnologiesllc.com
>> developer_name_required: ${DEV_NAME}
>> template_id: 7187132
>> type_id: BOT
>> appeal_reason_dev: I have no idea why my account was terminated in the first place. I received no notifications from Google mentioning I was in violation of any policy. I would never allow such a thing, so had I been made aware, I would have immediately corrected any issue. The only other

possibility was that my account was hacked by an ex-employee, and something inappropriate occured. I would like to speak with someone and reinstate my account and app ASAP, please. I am currently involved in litigation, and this app and associated developer account is a direct piece of my company's legal proceedings. Thank you very much.
subject_hidden: Your appeal for reinstatement


:---- Automatically added fields ----:
Language: en
IIILanguage: en
country_code: US
auto-helpcenter-id: 203
auto-helpcenter-name: googleplay/android-developer
auto-internal-helpcenter-name: androidmarket
auto-full-url:
https://support.google.com/googleplay/android-developer/contact/emailappeals?t=7187132&ts=BOT&email=$%7BEMAIL_ADDRESS%7D&n=$%7BDEV_NAME%7D
auto-user-logged-in: true
auto-user-was-internal: false
IssueType: emailappeals
form-id: emailappeals
form: emailappeals
subject-line-field-id: subject_hidden
body-text-field-id:
AutoDetectedBrowser: Chrome 71.0.3578.98
AutoDetectedOS: Intel Mac OS X 10_12_6
MendelExperiments: 10800170,10800177
Form.support-content-visit-id: 636839707796475986-1174502076

--

Best Regards,



**Samuel Bonet**
President & Co-Founder Social Technologies LLC

(678)358-4965
info@socialtechnologiesllc.com
www.socialtechnologiesllc.com
Ponce City Market 675 Ponce De León Ave NE Suite W443, Atlanta, GA 30308

LEGAL NOTICE: This email (including all attachments) may contain personal information and is intended solely for the named addressee.
It is confidential and may be subject to legal or other professional privilege. Any confidentiality or privilege is not waived or lost because this email has been sent to you by mistake.

If you have received it in error, please let us know by reply email, delete it from your system and destroy any copies.

This email is also subject to copyright. No part of it should be reproduced, adapted or communicated without the written consent of the copyright owner.

Any personal information in this email must be handled in accordance with the Privacy Act 1988 (Cth).

Emails may be interfered with, may contain computer viruses or other defects and may not be successfully replicated on other systems.

We give no warranties in relation to these matters. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately.

Liability limited by a scheme approved under professional standards legislation.

--
Best Regards,



**Samuel Bonet**
President & Co-Founder Social Technologies LLC

(678)358-4965
info@socialtechnologiesllc.com
www.socialtechnologiesllc.com
Ponce City Market 675 Ponce De León Ave NE Suite W443, Atlanta, GA 30308

LEGAL NOTICE: This email (including all attachments) may contain personal information and is intended solely for the named addressee.
It is confidential and may be subject to legal or other professional privilege.  Any confidentiality or privilege is not waived or lost because this email has been sent to you by mistake.

If you have received it in error, please let us know by reply email, delete it from your system and destroy any copies.

This email is also subject to copyright. No part of it should be reproduced, adapted or communicated without the written consent of the copyright owner.

Any personal information in this email must be handled in accordance with the Privacy Act 1988 (Cth).

Emails may be interfered with, may contain computer viruses or other defects and may not be successfully replicated on other systems.

We give no warranties in relation to these matters. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately.

Liability limited by a scheme approved under professional standards legislation.

--
Best Regards,



**Samuel Bonet**
President & Co-Founder Social Technologies LLC

(678)358-4965
info@socialtechnologiesllc.com
www.socialtechnologiesllc.com
Ponce City Market 675 Ponce De León Ave NE Suite W443, Atlanta, GA 30308

LEGAL NOTICE: This email (including all attachments) may contain personal information and is intended solely for the named addressee.
It is confidential and may be subject to legal or other professional privilege.  Any confidentiality or privilege is not waived or lost because this email has been sent to you by mistake.

If you have received it in error, please let us know by reply email, delete it from your system and destroy any copies.

This email is also subject to copyright. No part of it should be reproduced, adapted or communicated without the written consent of the copyright owner.

Any personal information in this email must be handled in accordance with the Privacy Act 1988 (Cth).

Emails may be interfered with, may contain computer viruses or other defects and may not be successfully replicated on other systems.

We give no warranties in relation to these matters. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately.

Liability limited by a scheme approved under professional standards legislation.

--
--
Best Regards,

**Samuel Bonet**
President & Co-Founder Social Technologies LLC

📞 (678)358-4965
✉ info@socialtechnologiesllc.com
🌐 www.socialtechnologiesllc.com
📍 Ponce City Market 675 Ponce De León Ave NE Suite W443, Atlanta, GA 30308

LEGAL NOTICE: This email (including all attachments) may contain personal information and is intended solely for the named addressee. It is confidential and may be subject to legal or other professional privilege.  Any confidentiality or privilege is not waived or lost because this email has been sent to you by mistake.

If you have received it in error, please let us know by reply email, delete it from your system and destroy any copies.

This email is also subject to copyright. No part of it should be reproduced, adapted or communicated without the written consent of the copyright owner.

Any personal information in this email must be handled in accordance with the Privacy Act 1988 (Cth).

Emails may be interfered with, may contain computer viruses or other defects and may not be successfully replicated on other systems.

We give no warranties in relation to these matters. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately.

Liability limited by a scheme approved under professional standards legislation.

--
Best Regards,

**Samuel Bonet**
President & Co-Founder Social Technologies LLC

📞 (678)358-4965
✉ info@socialtechnologiesllc.com
🌐 www.socialtechnologiesllc.com
📍 Ponce City Market 675 Ponce De León Ave NE Suite W443, Atlanta, GA 30308

LEGAL NOTICE: This email (including all attachments) may contain personal information and is intended solely for the named addressee. It is confidential and may be subject to legal or other professional privilege.  Any confidentiality or privilege is not waived or lost because this email has been sent to you by mistake.

If you have received it in error, please let us know by reply email, delete it from your system and destroy any copies.

This email is also subject to copyright. No part of it should be reproduced, adapted or communicated without the written consent of the copyright owner.

*Any personal information in this email must be handled in accordance with the Privacy Act 1988 (Cth).*

*Emails may be interfered with, may contain computer viruses or other defects and may not be successfully replicated on other systems.*

*We give no warranties in relation to these matters. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately.*

*Liability limited by a scheme approved under professional standards legislation.*

--

Best Regards,

**Samuel Bonet**
President & Co-Founder Social Technologies LLC

📞 (678)358-4965
✉ info@socialtechnologiesllc.com
🌐 www.socialtechnologiesllc.com
📍 Ponce City Market 675 Ponce De León Ave NE Suite W443, Atlanta, GA 30308

LEGAL NOTICE: This email (including all attachments) may contain personal information and is intended solely for the named addressee.
It is confidential and may be subject to legal or other professional privilege.  Any confidentiality or privilege is not waived or lost because this email has been sent to you by mistake.

If you have received it in error, please let us know by reply email, delete it from your system and destroy any copies.

This email is also subject to copyright. No part of it should be reproduced, adapted or communicated without the written consent of the copyright owner.

Any personal information in this email must be handled in accordance with the Privacy Act 1988 (Cth).

Emails may be interfered with, may contain computer viruses or other defects and may not be successfully replicated on other systems.

We give no warranties in relation to these matters. If you have any doubts about the authenticity of an email purportedly sent by us, please contact us immediately.

Liability limited by a scheme approved under professional standards legislation.