# **EXHIBIT 16**

# Spam and Minimum Functionality



At a minimum, apps should provide users with a basic degree of functionality and a respectful user experience. Apps that crash, exhibit other behavior that is not consistent with a functional user experience, or that serve only to spam users or Google Play are not apps that expand the catalog in a meaningful way.

**Spam**      Minimum Functionality (/about/spam-min-functionality/min-functionality/)

## Spam

We don't allow apps that spam users or Google Play, such as apps that send users unsolicited messages or apps that are repetitive or low-quality.

### Message Spam
(/about/spam-min-functionality/spam/message/)

We don't allow apps that send SMS, email, or other messages on behalf of the user without giving the user the ability to confirm the content and intended recipients.

BONET EXHIBIT 249

# Webviews and Affiliate Spam
(/about/spam-min-functionality/spam/webviews-affiliate/)

We don't allow apps whose primary purpose is to drive affiliate traffic to a website or provide a webview of a website without permission from the website owner or administrator.

**Here are some examples of common violations:**

- An app whose primary purpose is to drive referral traffic to a website to receive credit for user sign-ups or purchases on that website.
- Apps whose primary purpose is to provide a webview of a website without permission:



1
10:00
Bob's Movie Search App
IMDb
Search IMDb
FINEST HOURS
TRIPLE 9
DORY
The Finest Hours
Trailer #2
Triple 9
International Trailer
Finding Dory
Trailer #1
Browse more trailers
Get Showtimes & Tickets
IMDb Snapshot

① This app is called "Bob's Movie Search App" and it simply provides a webview of IMDb.

## Repetitive Content
(/about/spam-min-functionality/spam/repetitive-content/)

We don't allow apps that merely provide the same experience as other apps already on Google Play. Apps should provide value to users through creation of unique content or services.

**Here are some examples of common violations:**

- Copying content from other apps without adding any original content or value.
- Creating multiple apps with highly similar content and user experience. If these apps are each small in content volume, developers should consider creating a single app that aggregates all the content.

Apps that are created by an automated tool, wizard service, or based on templates and submitted to Google Play by the operator of that service on behalf of other persons are not allowed. Such apps are only permissible if they are published by an individually registered developer account belonging to the user of the automated tool, not the operator of the service.

## Made for Ads
(/about/spam-min-functionality/spam/made-for-ads/)

We do not allow apps whose primary purpose is to serve ads.

**Here are some examples of common violations:**

- Apps where interstitial ads are placed after every user action, including but not limited to clicks, swipes, etc.

---

**Was this article helpful?**

YES    NO

Next
**Minimum Functionality** (/about/spam-min-functionality/min-functionality)

# Spam and Minimum Functionality



At a minimum, apps should provide users with a basic degree of functionality and a respectful user experience. Apps that crash, exhibit other behavior that is not consistent with a functional user experience, or that serve only to spam users or Google Play are not apps that expand the catalog in a meaningful way.

Spam (/about/spam-min-functionality/spam/)      **Minimum Functionality**

## Minimum Functionality

Ensure your app provides a stable, engaging, responsive user experience.

**Here are some examples of common violations:**

- Status symbol apps that are designed to do nothing or have no function

## Broken Functionality
(/about/spam-min-functionality/min-functionality/broken/)

We don't allow apps that crash, force close, freeze, or otherwise function abnormally.

**Here are some examples of common violations:**

- Apps that **don't install**
- Apps that install, but **don't load**
- Apps that load, but are **not responsive**

---

**Was this article helpful?**

YES         NO

Prev
**Spam** (/about/spam-min-functionality/spam/)