# EXHIBIT 17


