# EXHIBIT 18

Search

PREMIUM

**David Hecht**

NY Office Managing Partner | Co-Head of the IP Group - Pierce Bainbridge Beck Price & Hecht LLP

View full profile

**David Hecht** • 3rd+
NY Office Managing Partner | Co-Head of the IP Group - Pierce Bainbridge Bec...
1mo • Edited

Social Technologies owns the registered trademark, MEMOJI. Apple devices running iOS 12.x infringe. Check out the attached screenshot. Apple loves my client's mark so much that it ran a series of ads for the Grammys that featured "Ariana Grande - Memoji" to promote Apple Music. Ironically the lyrics of that song are: "I see it, I like it, I want it, I got it (yeah)". That's Apple's M.O. too!! Instead of taking a license from Social Tech, Apple prefers to have Kirkland & Ellis litigate. Game on! #infringement #davidvsgoliath

14 · 1 Comment

Reactions

+6

Like Comment Share Top Comments

Add a comment...

**Samuel Bonet** 1mo
President at Social Technologies LLC

Luckily for us, Goliath's Achilles' heel is David...pun intended! Wouldn't have anyone else at the helm!

