# EXHIBIT 19





**David Hecht**

NY Office Managing Partner | Co-Head of the IP Group - Pierce Bainbridge Beck Price & Hecht LLP

**View full profile**

---

**David Hecht** • 3rd+

NY Office Managing Partner | Co-Head of the IP Group - Pierce Bainbridge Bec...

1yr • 🌐

I am pleased to announce that Pierce Bainbridge Beck Price & Hecht LLP has been retained by Social Technologies LLC to take over its trademark case against Apple, represented by Kirkland & Ellis.  Social Technologies LLC owns the registered trademark MEMOJI.  Trademark infringement seems to be Apple's modus operandi: Apple has faced lawsuits based on its infringement of many other marks over the years: "iPhone" (filed by Cisco in 2007), "iCloud" (filed in 2011), "iBooks" (filed in 2011), "Animoji" (filed in 2017).  I am thrilled to represent Social Technologies LLC and get in the ring against Apple once again. #davidvsgoliath #piercebainbridge #naughtyinfringer #trademarkinfringement #ip



Use Memoji on your iPhone X or iPad Pro

support.apple.com

🔵 15 • 1 Comment

**Reactions**

➕7

👍 Like    💬 Comment    ↪ Share      Most Relevant ⌄

Add a comment...

**Ted Folkman**     1y •••
Partner at Pierce Bainbridge

No one better than my new partner David Hecht for this kind of work!

👍 • 2 Likes    💬

---

About    Help Center    Privacy & Terms ⌄

Advertising    Business Services ⌄

Get the LinkedIn app    More

**Linked**in LinkedIn Corporation © 2020







