# EXHIBIT 20





**David Hecht**

NY Office Managing Partner | Co-Head of the IP Group - Pierce Bainbridge Beck Price & Hecht LLP

View full profile

---

**David Hecht** • 3rd+

NY Office Managing Partner | Co-Head of the IP Group - Pierce Bainbridge Bec...

1yr • Edited • 🌐

"Companies with large amounts of resources can make it prohibitively expensive to enforce your trademark rights."  Case-in-point is **Apple**, which has established itself as a tried and true TRADEMARK BULLY.  I do not, however, agree with that the outcome is "inevitable" just because Apple is flush with cash.  Pierce Bainbridge is here to level the playing field for smaller companies like Social Technologies.



**Apple iOS 12 Bug: Memoji Trademark Dispute | Trust Tree® Trademark News**

trusttreetrademarks.com

👍 7

**Reactions**

Like       Comment       Share

Add a comment...

---

About    Help Center    Privacy & Terms ⌄
Advertising    Business Services ⌄
Get the LinkedIn app    More

**Linked**in  LinkedIn Corporation © 2020

