# EXHIBIT 21

KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Dale M. Cendali
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 31, 2019

Hon. Edgardo Ramos
U.S. District Court
Southern District of New York, Thurgood Marshall U.S. Courthouse
40 Foley Square New York, NY 10007

Re: *Social Technologies, LLC v. Apple Inc. et al*, No. 1:19-cv-09050 (ER)

Dear Judge Ramos:

In accordance with the Court's Individual Practices Rule 2(A)(ii), Defendants Apple Inc. ("Apple") and Thomas La Perle (collectively, "Defendants") request a pre-motion conference regarding Defendants' anticipated motion to dismiss Plaintiff Social Technologies, LLC's ("Plaintiff") Complaint (Dkt. No. 1) ("Complaint") pursuant to Federal Rule 12(b)(2) and (b)(6).

As background, Plaintiff already filed a trademark infringement suit against Apple in the Northern District of California in 2018 alleging that Apple's use of the MEMOJI mark infringes Plaintiff's purported rights. Compl. ¶ 2; *Social Technologies LLC v. Apple Inc.*, No. 3:18-cv-05945-VC (N.D. Cal. Sept. 27, 2018) (the "ND Cal Action"). Apple is defending that action on the ground that, among other things, it has priority in the MEMOJI mark based on its acquisition of common law rights from an earlier rights holder. Summary judgment motions are pending.

Apparently seeing its infringement claims floundering in the ND Cal Action, Plaintiff has now filed suit in New York, claiming (i) false designation of origin under 15 U.S.C. § 1125, (ii) dilution under New York law, (iii) unfair competition, and (iv) violation of NY General Business Law § 349 based upon Apple's use of an ® sign (which indicates that a mark is registered) next to the MEMOJI mark on a single, general webpage listing Apple's various trademarks ("Trademark List"). *See* Compl. ¶ 1. Apple only has common law rights in the MEMOJI mark in the U.S., as its trademark application is pending. While not relevant to Apple's contemplated motion, the use was both brief and inadvertent because, as soon as this was brought to Apple's attention (through the filing of this Complaint),[1] Apple updated the Trademark List to remove the ® sign. *See* **Ex. A**. Also not necessary for resolution of Apple's contemplated motion, but as background, Plaintiff itself is using the ® sign improperly in connection with the MEMOJI mark, as its trademark registration (Reg. No. 5566242) is for a design mark only ( ), yet it is using the ® symbol for the word mark. *See* **Exs. B–C**.

Apple is writing this letter because (1) all of Social Tech's claims in this action fail as a

[1] Social Tech never sent Apple a letter nor flagged the mistake in the ND Cal Action before it filed this suit.

matter of law, and (2) there is no personal jurisdiction over either Apple or Mr. La Perle. ***First***, Plaintiff's Lanham Act (15 U.S.C. § 1125) and common law unfair competition claims (Counts I, III) fail because improperly using an ® symbol does not constitute false advertising. For example, in *Classic Liquor Importers, Ltd. v. Spirits Int'l B.V.* —a case that is strikingly on point here—the court granted summary judgment to an alleged infringer, holding that the "misuse of the R symbol is not actionable under Section 43(a)(1)(B) of the Lanham Act as a matter of law" because the "misuse of the ® symbol in no way relates to an 'inherent quality or characteristic'" of a good or service, a required element of false advertising claims. 201 F. Supp. 3d 428, 452 (S.D.N.Y. 2016). Other courts agree that such conduct does not give rise to a false advertising claim and have granted motions to dismiss on that basis. *See San Diego Cty. Credit Union v. Citizens Equity First Credit Union*, 360 F. Supp. 3d 1039, 1055 (S.D. Cal. 2019). Social Tech may point to *Perfect Pearl Co. v. Majestic Pearl & Stone, Inc.*, a case where the court enjoined defendant's misuse of the ® symbol without reference to the impact on the buying public, to try to salvage its claim. 887 F. Supp. 2d 519 (S.D.N.Y 2012). But as the *Classic Liquor* court explained, *Perfect Pearl* is distinguishable because, there, the plaintiff sought "only injunctive relief," not money damages. 201 F. Supp. 3d at 451–52 (quoting 887 F. Supp. 2d at 540). In addition, the *Classic Liquor* court noted that the *Perfect Pearl* decision appeared to ignore Second Circuit law concerning false advertising, which unquestionably holds that a false adverting claim can only stand if the false statement "misrepresent[s] an inherent quality or characteristic of the product." *Id.* at 451.

Here, as in *Classic Liquor*, Plaintiff is seeking both injunctive relief and money damages. Compl. at pgs. 14–15. Moreover, Apple's inadvertent use of the ® symbol has nothing to do with an inherent quality or characteristic of the product Apple offers under the MEMOJI mark; it is purely a symbol used to put other businesses "on notice" of trademark rights. *Classic Liquor*, 201 F. Supp. 3d at 452. Thus, Plaintiff's false advertising claim should be dismissed,[2] as should its common law unfair competition claim, which is "governed by the same standard." *Id.* at 454.

***Second***, Plaintiff's NY General Business Law § 349 claim (Count IV) fails because use of an ® symbol "[is] not consumer-oriented as a matter of law," as required for that claim. *See Classic Liquor*, 201 F. Supp. 3d at 454 (granting summary judgment to alleged infringer on section 349 claim to the extent the claim was based on the misuse of the ® symbol).

***Third***, Plaintiff's New York dilution claim (Count II) fails because dilution concerns improper ***use of a mark***, not misuse of a registration symbol. *See Tommy Hilfiger Licensing, Inc. v. Nature Labs, LLC*, 221 F. Supp. 2d 410, 421 (S.D.N.Y. 2002) ("[D]ilution . . . may occur where the defendant ***uses or modifies the plaintiff's trademark*** to identify the defendant's goods and services . . . .") (emphasis added)). To the extent Plaintiff's dilution claim is based on the use of the MEMOJI mark, as opposed to use of the ® symbol, then it should have been asserted in the ND Cal Action, where claims concerning Apple's use of the MEMOJI mark are pending.

Plaintiff's dilution claim should be dismissed for the additional reason that Plaintiff did not plead that its mark is strong. Compl. ¶ 41 (pleading only that plaintiff's mark is

[2] To the extent Plaintiff's Lanham Act claim also is based on likelihood of confusion (which is not clear), it should still be dismissed because use of the ® symbol does not create confusion among consumers as a matter of law. *See Classic Liquor*, 201 F. Supp. 3d at 455 ("inclusion of this symbol—[is] not consumer-oriented as a matter of law").

"distinctive"); *see Malaco Leaf, AB v. Promotion in Motion, Inc.*, 287 F. Supp. 2d 355, 378 (S.D.N.Y. 2003) ("New York's anti-dilution law only protects 'extremely strong marks'. . . ."). Courts have held that even suggestive or arbitrary marks, while inherently distinctive, are not protected under NY dilution doctrine without market strength. *See Lang v. Ret. Living Pub. Co.*, 949 F.2d 576, 581, 584 (2d Cir. 1991) ("[S]uggestiveness is not necessarily dispositive of the issue of the strength of the mark"); *Mead Data Cent., Inc. v. Toyota Motor Sales, U.S.A., Inc.*, 875 F.2d 1026, 1031–32 (2d Cir. 1989) (no dilution under NY law where mark was "suggestive" and "distinctiveness" was limited to a "narrow market").[3] Because Plaintiff has not pled that MEMOJI "has a truly 'distinctive quality' or has 'acquired secondary meaning,'" the claim should be dismissed. *Lang*, 949 F.2d at 584.

***Fourth***, Plaintiff's Complaint should be dismissed pursuant to Federal Rule 12(b)(2) because there is no personal jurisdiction over either Defendant. With respect to Apple, there is no general jurisdiction because Apple is neither headquartered nor incorporated in New York. *Daimler AG v. Bauman*, 571 U.S. 117, 137 (2014). Nor is there specific jurisdiction, as the purportedly improper use of the ® symbol appeared online (Compl. ¶ 13), on a passive portion of Apple's website (*i.e.*, on Apple's Trademark List), which was not specifically directed toward New York. Thus, Plaintiff's claims do not arise from Apple's New York contacts. *See e.g.*, *Best Van Lines, Inc. v. Walker*, 490 F.3d 239, 254 (2d Cir. 2007) (no specific jurisdiction where the claim did not "arise from" the interactive portion of the defendant's website); *DH Servs., LLC v. Positive Impact, Inc.*, No. 12 Civ. 6153, 2014 WL 496875 (S.D.N.Y. Feb. 5, 2014) (no specific jurisdiction in trademark infringement case where the mark at issue was not displayed on the portion of the website where users could make contributions and "connection between the donations and the conduct giving rise to the lawsuit would be at best a loose one"). Plaintiff also is not located in New York, and thus has suffered no harm in this state.

There also is no personal jurisdiction over Mr. La Perle. Tellingly, there is not a single allegation in the Complaint relating to any fact that would give rise to personal jurisdiction over him. In fact, the jurisdictional section of the Complaint (¶¶ 10–11) does not even mention him. As Plaintiff well knows from discovery in the ND Cal Action, Mr. La Perle lives and works in California. His inclusion by Social Tech in this Complaint can best be explained as ill-conceived harassment. To the extent his department at Apple was involved in updating the website to include the ® symbol—which Mr. La Perle himself did not do—that act occurred in California where Apple's legal department is located. Simply put, Plaintiff has done nothing to meet its burden of establishing that Mr. La Perle is subject to personal jurisdiction in this district. *See Ramgoolie v. Ramgoolie*, No. 16-cv-3345, 2017 WL 9565534, at *4 (S.D.N.Y. May 31, 2017) (no personal jurisdiction over non-resident as there was no "articulable nexus" or "substantial relationship" between individual's "sporadic New York-based activities and Plaintiff's claims").

Defendants thus respectfully request a pre-motion conference to file a motion to dismiss.

---

[3] *See also Swatch Grp. (U.S.) Inc. v. Movado Corp.*, No. 01 Civ. 0286, 2003 WL 1872656, at *3, 6 (S.D.N.Y. Apr. 10, 2003) (no dilution under NY law where mark was deemed "arbitrary" but found "only moderately strong"); *Brockmeyer v. Hearst Corp.*, 248 F. Supp. 2d 281, 294 (S.D.N.Y. 2003) (no dilution under NY law even though mark was "inherently distinctive" because it was a "weak mark overall" in the marketplace).

KIRKLAND & ELLIS LLP

Hon. Edgardo Ramos
October 31, 2019
Page 4

Sincerely,

Dale M. Cendali

4

# EXHIBIT A

Mac
iPad
iPhone
Watch
TV
Music
Support
Legal
Hardware
Software
Sales & Support
Internet Services
Intellectual Property
More Resources

# Apple Trademark List*

A trademark can be a word, phrase, symbol, or design that distinguishes the source of the goods or services. Also, as trade dress, it can be the appearance of a product or its packaging, including size, shape, color, texture, graphics, and appearance (e.g, retail store or website).

The following is a non-exhaustive list of Apple's trademarks and service marks.

When using the marks in publications that will be distributed only in the United States, include the appropriate ™, ℠, or ® symbol on first use. For publications that will be distributed outside the United States, do not include trademark symbols. Instead use the appropriate trademark attribution notice, for example: Mac and macOS are trademarks of Apple Inc., registered in the U.S. and other countries.

The list also includes a suggested generic term for each trademark. For all publications, include an appropriate generic term after the trademark the first time it appears. Thereafter, the generic term should appear frequently with the trademark. (These generic terms are only suggestions, and there may be other words that are equally appropriate.)

Trademarks are adjectives, and should not be made into verbs or made plural or possessive. For more information on how to use Apple's trademarks, refer to the document titled, "Guidelines for Using Apple Trademarks," or contact the Trademark team.

The absence of a product or service name or logo from this list does not constitute a waiver of Apple's trademark or other intellectual property rights concerning that name or logo.

| Apple's Trademarks | Generic Terms |
|---|---|
| 3D Touch® | interface |
| AirDrop® | software feature |
| AirMac® | wireless hardware/software solution |
| AirPlay® | software feature |
| AirPlay Logo™ | |
| AirPods® | wireless headphones |
| AirPort® | wireless hardware/software solution |
| AirPort Express® | wireless hardware/software solution |
| AirPort Extreme® | wireless hardware/software solution |
| AirPort Time Capsule® | wireless hard drive/Wi-Fi base station |
| AirPower™ | wireless charging |

Case 1:19-cv-09050-ER Document 16-1 Filed 10/31/19 Page 3 of 14

| Apple's Trademarks | Generic Terms |
|---|---|
| AirPrint® | software feature |
| AirTunes™ | application program |
| Animoji® | messaging feature |
| Aperture® | application program |
| Apple® | computers, computer software, computer peripherals, etc. |
| Apple logo® | |
| Apple CarPlay® | software feature |
| Apple Cinema Display® | computer monitor |
| AppleLink™ | communication network/computer software |
| Apple Music® | streaming service and application |
| Apple News® | news aggregation service |
| Apple Pay® | mobile payments solution |
| Apple Pencil® | computer input device |
| Apple Remote Desktop™ | remote desktop software |
| AppleScript® | application program |
| AppleScript Studio™ | development software |
| AppleShare® | server software |
| Apple Studio Display™ | computer monitor |
| AppleTalk® | network system |
| Apple TV® | digital media extender |
| AppleVision™ | computer display |
| Apple Wallet™ | application program |
| Apple Watch® | wrist wearable device |
| Apple Watch Edition™ | wrist wearable device |
| Apple Watch Sport™ | wrist wearable device |
| AppleWorks® | application program |
| App Nap® | software feature |
| Aqua® | user interface |
| Back to My Mac® | software feature |
| Bonjour® | networking technology |
| Bonjour logo® | |
| Boot Camp® | application program |
| Carbon® | software technology |
| CareKit® | software framework |
| CarPlay® | software feature |

| Apple’s Trademarks | Generic Terms |
|---|---|
| Charcoal® | computer font |
| Chicago® | computer font |
| Cinema Tools™ | application program |
| Claris® | software |
| Cocoa® | software technology |
| Cocoa Touch® | software technology |
| ColorSync® | application program |
| ColorSync logo® | |
| CORE ML® | developer software |
| Cover Flow® | application program |
| Dashcode® | developer software |
| Digital Crown® | input device |
| DVD@CCESS™ | software feature |
| DVD Studio Pro® | application program |
| EarPods® | headphones |
| Educator Advantage™ | marketing program |
| eMac™ | computer |
| EtherTalk™ | interface card/network |
| Exposé® | computer software |
| Face ID® | secure authentication |
| FaceTime® | voice and video calling |
| FairPlay® | software technology |
| FileVault® | application program |
| Final Cut® | application program |
| Final Cut Pro® | application program |
| Final Cut Studio® | application program |
| Finder® | operating system software |
| FireWire® | serial bus |
| FireWire compliance logo™ | |
| FireWire logo™ | |
| FireWire symbol® | |
| Flyover® | software feature |
| GarageBand® | application program |
| Geneva® | computer font |
| Guided Access® | operating system feature |

Case 1:19-cv-09050-ER Document 10-1 Filed 10/31/19 Page 5 of 14

| Apple's Trademarks | Generic Terms |
|---|---|
| GymKit™ | software framework |
| Handoff® | software feature |
| HealthKit™ | developer software |
| HomeKit™ | hardware and software technology |
| HomePod™ | speaker |
| HyperCard® | application program |
| HyperTalk™ | application program |
| iAd WorkBench® | software |
| iBeacon™ | location and proximity detection technology |
| iBeacon Logo™ | |
| iBook® | computer |
| iBooks® | application program |
| iCal® | application program |
| iChat® | application program |
| iDVD™ | application program |
| iFrame Logo® | video format |
| iLife® | suite of application programs |
| iMac® | computer |
| iMac Pro® | computer |
| ImageWriter™ | printer |
| iMessage® | software feature |
| iMovie® | application program |
| Inkwell® | application program |
| Instruments® | developer software |
| iPad® | mobile digital device |
| iPad Air® | mobile digital device |
| iPad mini® | mobile digital device |
| iPadOS™ | operating system software |
| iPad Pro® | mobile digital device |
| iPhone® | mobile digital device |
| iPhoto® | application program |
| iPod® | mobile digital device |
| iPod classic® | mobile digital device |
| iPod nano® | mobile digital device |
| iPod shuffle® | mobile digital device |

| Apple's Trademarks | Generic Terms |
|---|---|
| iPod Socks™ | holder for computer hardware and consumer electronics |
| iPod touch® | mobile digital device |
| iSight® | camera |
| iTunes® | application program |
| iTunes Logo® | application program |
| iTunes Pass® | online store |
| iTunes U® | feature of online store |
| iWeb™ | application program |
| iWork® | suite of application programs |
| Jam Pack® | computer software |
| Keychain® | operating system feature |
| Keynote® | application program |
| LaserWriter™ | printer |
| Launchpad® | operating system features |
| Lightning® | connectors |
| Live Listen™ | operating system feature |
| Live Photos™ | camera feature |
| LiveType® | application program |
| LocalTalk™ | computer cable system/network |
| Logic® | application program |
| Logic Pro® | application program |
| Logic Studio® | application program |
| Mac® | computer |
| Mac logo® | |
| MacApp® | application program |
| MacBook® | computer |
| MacBook Air® | computer |
| MacBook Pro® | computer |
| MacDNS® | application program |
| Macintosh® | computer |
| Mac mini® | computer |
| macOS® | operating system software |
| Mac Pro® | computer |
| MacTCP® | application program |
| Made for iPad logo™ | |

Case 1:19-cv-09650-ER Document 10-1 Filed 10/31/19 Page 7 of 14

| Apple's Trademarks | Generic Terms |
|---|---|
| Made for iPhone logo® | |
| Made for iPod logo® | |
| Magic Keyboard™ | computer peripheral device |
| Magic Mouse® | computer peripheral device |
| Magic Trackpad® | computer peripheral device |
| MagSafe® | power adapters |
| Memoji™ | messaging feature |
| Metal® | software technology |
| Metal Logo™ | |
| MainStage® | application program |
| Mission Control® | operating system feature |
| Monaco® | computer font |
| Motion® | application program |
| Multi-Touch™ | touchscreen interface |
| NetInfo™ | computer software |
| Newton™ | operating system software |
| New York® | computer font |
| Night Shift® | software feature |
| Numbers® | application program |
| Objective-C® | computer software |
| OfflineRT™ | software feature |
| Open Directory logo™ | |
| OpenCL® | software technology |
| OpenPlay® | application program |
| OS X® | operating system software |
| Pages® | application program |
| Passbook® | application program |
| Photo Booth® | application program |
| Pixlet® | compression application program |
| Podcast Logo® | application feature |
| PowerBook® | computer |
| Power Mac® | computer |
| ProDOS™ | operating system software |
| Quartz® | graphics and display technology |
| QuickDraw® | application program |

Case 1:19-cv-09650-ER Document 10-1 Filed 10/31/19 Page 8 of 14

| Apple's Trademarks | Generic Terms |
|---|---|
| QuickTime® | application program |
| QuickTime Broadcaster™ | application program |
| QuickTime logo® | |
| QuickType® | software feature |
| ResearchKit® | software framework |
| Retina® | display |
| Retina HD® | display |
| Rosetta® | application program |
| Safari® | application program |
| Sand® | computer font |
| Shake® | application program |
| Sherlock® | application program |
| Siri® | voice recognition software |
| SiriKit™ | developer software |
| Siri Remote® | control device with touch and voice input |
| Skia™ | computer font |
| Smart Cover® | protective cover and stand |
| Smart Folio® | protective cover and stand |
| Smart Instruments® | application feature |
| Smart Keyboard™ | computer peripheral device |
| Smart Keyboard Folio™ | computer peripheral device |
| Smart Strings® | application feature |
| SnapBack™ | application feature |
| Soundtrack® | application program |
| Spaces® | operating system feature |
| Spotlight® | software utility |
| StyleWriter™ | printer |
| SuperDrive® | computer media device |
| Super Retina® | display |
| Swift™ | software technology |
| Swift Logo™ | |
| Swift Playgrounds™ | application program |
| Taptic Engine® | haptic feedback technology |
| TestFlight® | software |
| Textile® | computer font |

Case 1:19-cv-09650-ER Document 10-1 Filed 10/31/19 Page 9 of 14

| Apple's Trademarks | Generic Terms |
|---|---|
| There's an app for that® | slogan |
| Think different® | slogan |
| Time Capsule® | wireless hard drive/Wi-Fi base station |
| Time Machine® | application program |
| Touch Bar™ | input screen |
| Touch ID® | fingerprint identity sensor |
| Touch Instruments® | application feature |
| TrueDepth® | camera |
| True Tone® | camera flash |
| TrueType® | font technology |
| tvOS™ | software platform for television |
| Ultrabeat® | software feature |
| Velocity Engine™ | vector processing unit |
| WatchKit® | developer software |
| watchOS® | software platform for wrist wearable devices |
| WaveBurner® | application program |
| WebObjects® | software |
| WebScript™ | computer software |
| Works with iMovie logo™ | |
| Works with iPhone logo® | |
| Works with iPhoto logo™ | |
| Xcode® | developer software |
| Xgrid® | application program |
| Xsan® | application program |
| Xserve® | server |

| Apple's Service Marks | Generic Terms |
|---|---|
| ACOT℠ (Apple Classrooms of Tomorrow) | education services |
| ACOT²℠ | education services |
| ACTC Boot Camp℠ | training course |
| App Store® | online store |
| Apple® | various services |
| AppleCare® | service and support programs |
| Apple Certified Trainer℠ | certification services |
| Apple Consultants Network℠ | consultant services |

| Apple's Service Marks | Generic Terms |
|---|---|
| Apple Store® | retail store services |
| Briefing Room® | feature of retail store |
| CloudKit® | data storage service |
| Complete My Album® | feature of online store |
| Final Cut Pro X: Professional Post-Production℠ | training course |
| Genius® | customized recommendations |
| Genius Bar® | service and support program |
| Genius Bar logo® | service and support program |
| iAd® | mobile advertising platform |
| iBooks Store® | online store |
| iCloud® | online service |
| iCloud Drive® | online service |
| iCloud Keychain® | online service |
| iDisk℠ | online services |
| iMix™ | feature of online store |
| The iTunes Download® | radio show, podcast |
| iTunes Extras® | online store |
| iTunes Live® | online store, entertainment services |
| iTunes LP® | online store |
| iTunes Match® | online service |
| iTunes Music Store℠ | online music store |
| iTunes Plus℠ | feature of online store |
| iTunes Radio® | streaming music service |
| iTunes Store® | online store |
| Joint Venture® | retail service |
| .Mac℠ | online services |
| Mac.com® | Email service |
| Mac Integration Basics℠ | training course |
| Mac Management Basics℠ | training course |
| Mac OS X Server Essentials℠ | training course |
| Mac OS X Support Essentials℠ | training course |
| MobileMe® | online services |
| onetoone® | service and support program |
| ProCare® | service and support program |
| Shop different℠ | slogan |

| Apple's Service Marks | Generic Terms |
|---|---|
| Today at Apple® | experiential programs |
| Vingle® | feature of online store |

SPECIAL AND LICENSED TRADEMARKS AND/OR COPYRIGHTS
Use the trademark notation shown here the first time the trademark is mentioned in text in U.S. publications. Include the credit line in all U.S and international publications in which the trademark is mentioned.

For FileMaker, Inc. trademarks, refer to the FileMaker, Inc. website. FileMaker marks require the trademark notation the first time the trademark is mentioned in U.S. publications and credit lines in all U.S. and international publications in which the trademark is mentioned.

For NeXT trademarks, refer to the NeXT Trademarks List.

For Beats Electronics, LLC trademarks refer to the Beats website. Beats marks require the trademark notation the first time the trademark is mentioned in U.S. publications and credit lines in all U.S. and international publication in which the trademark is mentioned.

1-Click® is a registered trademark of Amazon.com, Inc. in the US and other countries. [Place a ® notation after the first mention of 1-Click in text in publications distributed in the US, Europe, and Canada.]

ADDmotion is a trademark of Motion Works International, Inc.

Ad Lib is a trademark of Nick Nallick, used under license.

Adobe, the Adobe logo, Acrobat, the Acrobat logo, Distiller, PostScript, and the PostScript logo are trademarks or registered trademarks of Adobe Systems Incorporated in the U.S. and/or other countries.

AIX is a trademark of IBM Corp., registered in the U.S. and other countries, and is being used under license.

Apache: The Apache acknowledgement is now included in the code itself, in line with the new Apache Foundation license (2000). Credit in printed advertising materials is no longer required.

BLUEmagic is a trademark of Open Interface North America in the U.S. and other countries.

Bluetooth: The registered trademark symbol "®" should be added in superscript format immediately following the Bluetooth word mark wherever the word mark first appears on product packaging, products, web pages, and marketing pieces, and in textual information.

Whenever the Bluetooth word mark or logo is used it must be attributed with an appropriate trademark footnote, such as: The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Apple is under license. The registered trademark symbol, ®, is to be printed as part of the logo. In the event that the use of the "®" symbol with the Bluetooth mark on a product, or as part of a product display feature, is impractical due to the small size of a Bluetooth mark, you may omit the "®" symbol on such product or product display feature, provided, however, that appropriate language identifying and attributing the Bluetooth marks is included.

BSD (4.4 Lite) operating system from UC Berkeley and others for Mac OS X and/or Mac OS X Server: All advertising materials mentioning features or use of this software must include the following acknowledgement: "This product includes software developed by the University of California, Berkeley, FreeBSD, Inc., The NetBSD Foundation, Inc., and their respective contributors." We must also obtain UCB's written permission prior to any endorsement or promotion of their software.

CDB is a trademark of Third Eye Software, Inc.

Case 1:19-cv-09050-ER Document 10-1 Filed 10/31/19 Page 12 of 14

The CD Extra logo™ is a trademark of Sony Corporation.

DEC™, DECnet™, VMS™, and VAX™ are trademarks of Digital Equipment Corporation.

Dolby Laboratories: Manufactured under license from Dolby Laboratories. "Dolby," "Pro Logic," and the double-D symbol are trademarks of Dolby Laboratories. Confidential Unpublished Works, © 1992-1997 Dolby Laboratories, Inc. All rights reserved.

ENERGY STAR and the ENERGY STAR mark are registered trademarks owned by the U.S. Environmental Protection Agency.

FaceSpan™ and FrontMost™ are trademarks of Software Designs Unlimited, Inc.

GeForce4 is a trademark of NVIDIA Corporation.

Helvetica®, Times®, and Palatino® are registered trademarks of Heidelberger Druckmaschinen AG, available from Linotype Library GmbH.

Intel, Intel Core, and Xeon are trademarks of Intel Corp. in the U.S. and other countries. [This attribution is not necessary unless Apple's own marks are specifically attributed.]

IOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

ITC Avant Garde Gothic® , ITC Bookman®, ITC Garamond®, ITC Zapf Chancery®, and ITC Zapf Dingbats® are registered trademarks of International Typeface Corporation.

Java is a registered trademark of Oracle and/or its affiliates.

LaserTools™ is a trademark of LaserTools Corporation.

MacDNS: Include the following copyright notice on end-user documentation only: "ThreadLib 1.04 © 1994 by Ari Halberstadt.";

mLAN code: When the mLAN Trademark is used in an Apple catalogue, brochure or instruction manual, the following attribution statement must be included in a footnote: "mLAN™ is a trademark of YAMAHA CORPORATION."

MobileComm is a registered trademark of Mobile Communications Corporation of America.

Notion is a trademark of Eidetic, Inc. All packaging and product labels must also include the following copyright notice: "© 1994, Eidetic, Inc. All rights reserved."

NuBus is a trademark of Texas Instruments.

OpenGL® or OpenGL Logo®: OpenGL is a registered trademark of Silicon Graphics, Inc.

OpenSSL by The OpenSSL Project (Mac OS X and/or Mac OS X Server): All advertising materials mentioning features or use of this software must include the following acknowledgement: "This product includes software developed by the OpenSSL Project for use in the OpenSSL Toolkit (http://www.openssl.org/)." We must also obtain the OpenSSL Project's written permission if we wish to use the names "OpenSSL Toolkit" or "OpenSSL Project" to endorse or promote software derived from the OpenSSL software.

Ping is a registered trademark of Karsten Manufacturing Corporation and is used in the U.S. under license.

PowerCD™ is a trademark of ZCI, Inc., Dallas, Texas.

PowerForms™ is a trademark of Sestra, Inc., a division of HealthCare Communications.

PowerPC™ and the PowerPC logo™ are trademarks of International Business Machines Corporation, used under license therefrom.

RealAudio™ and the RealAudio logo™ are trademarks of Progressive Networks, Inc.

The "Signalling disc watch design" is owned by Swiss Federal Railways SFR, spezialgesetzliche Aktiengesellschaft, Berne, Switzerland.

Smalltalk-80™ is a trademark of ParcPlace Systems.

SoftWindows™: Windows is a registered trademark of Microsoft Corporation and SoftWindows is a trademark used under license by Insignia from Microsoft Corporation. [Place a™ symbol after the first and most prominent use of the mark SoftWindows in text.]

SPEC® is a registered trademark of the Standard Performance Evaluation Corporation (SPEC). See http://www.spec.org for more information.

SRS: Use one of the following as appropriate:

"The SRS Symbol is a registered trademark of SRS Labs, Inc."
"The word SRS is a registered trademark of SRS Labs, Inc."
"SRS and the SRS Symbol are registered trademarks of SRS Labs, Inc."

TextBridge® and Xerox® are registered trademarks of Xerox Corporation. [Place the trademark notation symbol (™ or ®) after the first mention of the marks in text and in the credit notice.]

Trinitron® is a trademark of Sony Corporation, registered in the U.S. and other countries.

UCB (ftpd) code from UC Berkeley and others for Mac OS X and/or Mac OS X Server: All advertising materials mentioning features or use of this software must include the following acknowledgement: "This product includes software developed by the University of California, Berkeley, FreeBSD, Inc., The NetBSD Foundation, Inc., and their respective contributors." We must also obtain UCB’s written permission prior to any endorsement or promotion of their software.

UNIX® is a registered trademark of The Open Group.

VideoWorks is a trademark of Macromedia, Inc.

The Walk of Fame Star is a trademark of the Hollywood Chamber of Commerce.

X Window System is a trademark of the Massachusetts Institute of Technology.

The YouTube logo is a trademark of Google Inc. (Only necessary when Apple's or other party's logos are also attributed.)

OTHER APPLE PRODUCT OR SERVICE NAMES
If a product or service name is not listed under Apple’s Trademarks or Apple’s Service Marks, it should **not** be followed by a ™, ℠, or ® notation and should **not** be included in credit lines. However, if a product or service name includes Apple, Mac, or another Apple mark listed in this trademark list, apply the correct trademark symbol (™, ℠, or ®) to that portion of the name for U.S. publications only. In addition, all Apple trademarks need to be given the correct attribution in the credit section of all U.S. and international publications.

**Example:**

The Apple® iPhone® mobile digital device comes with the Multi-Touch™ touchscreen interface.

Apple and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. Multi-Touch is a trademark of Apple Inc.

10/21/2019 Case 3:18-cv-05945-VC Document 162-22 Filed 02/05/20 Page 19 of 25
Case 1:19-cv-09030-ER Document 10-1 Filed 10/31/19 Page 14 of 14

QUESTIONS

If you have any questions or comments regarding the list, please contact the Trademark team.

This list includes updates as of September 30, 2019.

*This is a non-exhaustive list of Apple trademarks and service marks in the United States.

Legal > Intellectual Property > Trademark List

**Hardware and Software**

Hardware Warranties
Software License Agreements
RF Exposure

**More Resources**

Overview
Government Information Requests
Contact Apple Legal
Global Trade Compliance
Supplier Provisions
Filemaker Legal Information

**Sales & Support**

Overview
AppleCare
Repair Terms and Conditions
Express Replacement Service
Remote Support Terms and Conditions (PDF)
Sales Policies
Certification Agreements and Policies
Training Service Terms and Conditions
Support Communities Terms of Use

**Internet Services**

Overview
Apple Media Services Terms and Conditions
iTunes Gift Cards and Codes Terms and Conditions
Game Center Terms and Conditions
iCloud Terms of Service
Privacy Policy
Website Terms of Use
iChat Account Terms of Service

**Intellectual Property**

Overview
Guidelines for Using Apple Trademarks and Copyrights
Trademarks
Rights and Permissions
Piracy Prevention
Unsolicited Idea Submission Policy

**Education**

Apple School Manager

**Enterprise**

Apple Business Manager

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2019 Apple Inc. All rights reserved.
Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    United States

https://www.apple.com/legal/intellectual-property/trademark/appletmlist.html 13/13

# EXHIBIT B



Cookies help us deliver our services. By using our services, you agree to our use of cookies Learn more Got it

Google Play | Search | Sign in

Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Family
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

# Memoji - Emoji Yourself by Social Technologies LLC

**Samuel Ernesto** **Entertainment** 14

Everyone

Offers in-app purchases

Add to Wishlist

Install

Welcome to Memoji®: The world's best messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji® will set the text-com world ablaze, and send engagement through the roof.

We have big plans for this app. Stay tuned for more, and please let us know what you think, and how we can improve in the review section! Let us know what features you would like to see.

We have just updated the app to function properly on 64-bit devices, as 32-bit will eventually phase out.

WhatsApp is recommended as the messaging platform of choice for older Android models. Thank you!

© Copyright 2019 by Social Technologies LLC

COLLAPSE

REVIEWS | Review Policy

1.3

14 total

5
4
3
2
1

**Alicia McClellan**

October 18, 2019

2

App never loads. Continuously loading. Uninstalled!

**William Schwartz**

September 21, 2019

6

Terrible interface and u constantly have to switch keyboard to type text with the memoji

**TL Jeffcoat**

July 8, 2019

16

Just has links to websites and wants access to my keyboard where it can track my keys. Not sure what that's about. I'll pass.

**Mia Clark**

September 25, 2019

10

Couldnt create a memoji, not working at all!

READ ALL REVIEWS

WHAT'S NEW

Share button fix | Keyboard loading time improved

ADDITIONAL INFORMATION

**Updated**
August 28, 2019

**Size**
37M

**Installs**
1,000+

**Current Version**
7.5.7

**Requires Android**
4.4 and up

**Content Rating**
Everyone
Learn More

**Interactive Elements**
Users Interact, In-App Purchases

**In-app Products**
$0.99 per item

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
Samuel Ernesto

**Developer**
Visit website
support@socialtechnologiesllc.com
Privacy Policy
675 Ponce De Leon Avenue Suite W443
Atlanta, GA 30308

Similar

See more

Side Effects Guide
Koppert Biological Syste

StreamPuppy
Lemmino

The Elf on the Shelf
The Elf on the Shelf®

DoodleLens
Aidan Wolf
$1.99

©2019 Google Site Terms of Service Privacy Developers Artists About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

# EXHIBIT C

SOCIAL TECHNOLOGIES LLC
HOME
ABOUT
TEAM
VIDEOS
HELLOJIS
MEMOJI
T-SHIRTS

## OUR MISSION

Social Technologies LLC is a digitally-seated enterprise, focused on bringing innovative social media products to the marketplace that enhance your online and mobile phone text-com experience. Internet platforms are growing daily, and we have made it our imperative to keep pace with the ever-expanding digital communication environment by providing the consumer with exciting new methods to express themselves. The mission, at Social Technologies LLC, is to aid in the continued enjoyment, as well as the expansion of, digital interaction through the introduction of creative messaging tools that bolster engagement between sender and recipient.

Our first foray into the marketplace is Hellojis®: An iOS-based animated emoji/sticker pack. Hellojis® will transfer text-com out of the prehistoric ages of static images, and firmly plant the consumer into the new frontier of animated communication assets, aimed at furthering the textual connection between end users. Each Helloji® performs the action that the standard emoji displays in static form, which is the next logical evolution in the messaging tool paradigm. Available on the App Store now.

Social Technologies LLC also lives on the cutting edge of socially-conscious and thought-provoking apparel, offering t-shirts that reflect the cultural and social media landscape.

NEW RELEASE for the Summer of 2018: Memoji®; The world's first messaging app that will capture the facial expression of the end user with full-motion capabilities, and transpose the image into a custom, personalized emoji of the users actual face. We, at Social Technologies, believe Memoji® will set the text-com world ablaze, and send engagement through the roof. Available on Google Play now.

We are Social Technologies LLC. Putting more social, in your media.

GET IN TOUCH:

Tel: (323) 418-2581
Email: info@socialtechnologiesllc.com
Help: support@socialtechnologiesllc.com

Privacy Policy

© Copyright 2019 by Social Technologies LLC
All Rights Reserved

CONTACT US:

Name *

Email *

Subject

Message

Send