# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCIAL TECHNOLOGIES LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | ) CASE NO.: 3:18-cv-05945-VC<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING APPLE**<br>) **INC.'S MOTION FOR ATTORNEYS' FEES**<br>)<br>)<br>)<br>)<br>)<br>) |

Upon consideration of Defendant Apple Inc.'s Motion for Attorneys' Fees (the "Motion"), any opposition and reply thereto, oral argument, and other materials of record in this action, it is hereby ORDERED on this ___ day of _____, 2020, that the Motion is GRANTED. The Court orders Plaintiff Social Technologies, LLC to pay Apple Inc.'s ("Apple") attorneys' fees.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2020

_____
HONORABLE VINCE CHHABRIA
United States District Judge

1

**[PROPOSED] ORDER GRANTING APPLE INC.'S
MOTION FOR ATTORNEYS' FEES**                                    **CASE NO. 3:18-cv-05945-VC**