# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 18-cv-05945-VC-SK

Date case was first filed in U.S. District Court: 09/27/2018

Date of judgment or order you are appealing: 01/15/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Social Technologies LLC

Is this a cross-appeal? ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

277 Park Ave 45th Floor

City: New York   State: NY   Zip Code: 10172

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ David L. Hecht   **Date** 02/13/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                             Rev. 12/01/2018

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Social Technologies LLC

Name(s) of counsel (if any):

> David L. Hecht, Brian J. Dunne, Kathryn Lee Boyd, Melody L. McGowin

Address: 277 Park Ave 45th Floor New York, NY 10172

Telephone number(s): 212-484-9866

Email(s): dhecht@piercebainbridge.com, bdunne@piercebainbridge.com,

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Apple Inc.

Name(s) of counsel (if any):

> Diana M. Torres, Dale Cendali, Lauren J. Schweitzer, Mary C. Mazzello, Megan L. McKeown

Address: 601 Lexington Ave. New York, NY 10022

Telephone number(s): 212-446-4800

Email(s): dale.cendali@kirkland.com, diana.torres@kirkland.com,

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                              Rev. 12/01/2018