# EXHIBIT 1

CONFIDENTIAL

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2             NORTHER DISTRICT OF CALIFORNIA

3    -------------------------------X

4    SOCIAL TECHNOLOGIES LLC,

5            Plaintiff,

                              CIVIL ACTION FILE

6       vs.                   NO. 3:18-CV-05945-VC

7    APPLE INC.,

8            Defendant.

9    -------------------------------X

10

11

12                  CONFIDENTIAL

13           VIDEOTAPED DEPOSITION OF

                  JUSTIN GRANT

14

                 June 12, 2019

15                  9:35 A.M.

16            1075 Peachtree Street

                  Suite 3625

17             Atlanta, Georgia

18    Lee Ann Barnes, CCR-1852B, RPR, CRR, CRC

19

20

21

22

23

24

25

CONFIDENTIAL

Page 132

1    that?

2        Q.    Sure.

3              From the date when Social Technologies

4    was retained -- now, it's me.  Strike that.

5              From the date when Social Technologies

6    retained FlexDev to work on the Hellojis app,

7    through the date when the Hellojis app was

8    launched, did anyone from Social Technologies ever

9    mention the MEMOJI app to you?

10       A.    No.

11       Q.    All right.  So moving ahead in the

12   timeline a little bit.

13             I want to focus on May of 2018, and so

14   I'm handing you a document that we will mark as

15   Exhibit 70.

16             (Defendant's Exhibit 70 was marked for

17        identification.)

18       Q.    (By Ms. Mazzello)  And this Exhibit 70

19   has the Bates No. FlexDevGrant -026.  And this

20   document is an email from you, using the address

21   justin@flexdev.io, to Social Technologies, LLC, at

22   the address info@socialtechnologiesllc.com, dated

23   November 27, 2018; correct?

24       A.    Correct.

25       Q.    And the text of the communication says

Page 133

1    "MEMOJI convo"; correct?

2         A.   Correct.

3         Q.   And then below that, it appears that you

4    have forwarded an email dated May 22, 2018;

5    correct?

6         A.   Correct.

7         Q.   Is this email, dated November 27, 2018,

8    intended to commemorate the -- that you and

9    Social Technologies had a conversation about the

10   MEMOJI mark on May 22, 2018?

11        A.   Yes.

12             MR. HECHT:  Objection.

13        Q.   (By Ms. Mazzello)  Was May 22, 2018, the

14   first time anyone from Social Technologies ever

15   mentioned the MEMOJI mark to you?

16        A.   I can't remember with a hundred percent

17   certainty.

18        Q.   Do you have any -- go ahead.

19        A.   I believe we had possibly spoken about

20   it before.

21        Q.   Approximately how long before May 22,

22   2018?

23        A.   I'm not sure.  Possibly a month or two.

24        Q.   And why did MEMOJI come up in

25   conversations with Social Technologies a month or

CONFIDENTIAL

Page 134

1    two before May 22, 2018?

2              MR. HECHT:  Objection to form.

3              THE WITNESS:  Sam brought it up.

4         Q.   (By Ms. Mazzello)  And what did he say

5    about it?

6         A.   He wanted to do -- he wanted to make the

7    app.

8         Q.   So your recollection, sitting here

9    today, is that at some point in the month or two

10   prior to May 22, 2018, Mr. Bonet raised the idea

11   of building the MEMOJI app to you?

12             MR. HECHT:  Objection to form.

13             THE WITNESS:  Yes.

14        Q.   (By Ms. Mazzello)  And that was the --

15   this conversation -- excuse me.

16             Was it an oral conversation with

17   Mr. Bonet?

18        A.   Yes.  Possibly multiple.

19        Q.   Did Mr. Bonet ever put his intention

20   to -- or strike that.

21             Did Mr. Bonet ever put this interest in

22   developing the MEMOJI app in writing to you?

23        A.   I don't recall specifically if it ever

24   came to me.  I believe he was working on it.

25        Q.   Was he work- -- was Mr. Bonet working on