# EXHIBIT 2

                                                          **Page 1**

1
2   UNITED STATES DISTRICT COURT
3   NORTHERN DISTRICT OF CALIFORNIA
4   - - - - - - - - - - - - - - - - - - - -x
5   SOCIAL TECHNOLOGIES, LLC,
6                         Plaintiff,
                                    Case No.
7          -against-            3:2018-cv-05945
8   APPLE, INC.,
9                         Defendant.
    - - - - - - - - - - - - - - - - - - - -x
10
                              601 Lexington Avenue
11                            New York, New York
12                            September 11, 2019
                              9:23 a.m.
13
14
15      VIDEO DEPOSITION of TYLER DROLL, in
16   the above-entitled action, held at the
17   above time and place, taken before Jeremy
18   Richman, a Shorthand Reporter and Notary
19   Public of the State of New York, pursuant
20   to the Federal Rules of Civil Procedure,
21   and stipulations between Counsel.
22
23              *     *     *
24
25

```
                                              Page 11
 1    developer associated with Social Tech.
 2         Q.    And what did he call you
 3    about?
 4         A.    Gave me a very high-level
 5    overview of this case and said they
 6    were looking for an expert, and asked
 7    if I would be willing to talk to Social
 8    Tech's counsel.
 9         Q.    How do you know -- did you
10    know Mr. Grant prior to that phone
11    call?
12         A.    No.
13         Q.    Had you ever heard of
14    Mr. Grant prior to that phone call?
15         A.    No.
16         Q.    After that phone call, did
17    you, in fact, speak to counsel for
18    Social Tech?
19         A.    Yes.
20         Q.    Did you sign an engagement
21    letter?
22         A.    Yes.
23         Q.    Do you have a copy of that?
24         A.    Yes.
25         Q.    Does that engagement letter
```

```
                                              Page 12

 1    reflect the date on which you were
 2    retained?
 3         A.    Yes.
 4         Q.    What's your best recollection
 5    as to the date that you were retained?
 6         A.    It's, I would say June or
 7    July, this summer.
 8         Q.    Would having the engagement
 9    letter help refresh you as to the date
10    you were engaged?
11         A.    Yes, of course.
12         Q.    Okay.
13               MS. CENDALI:  I call for its
14      production.
15               MR. HECHT:  And we're going
16      to object to its production.
17         Q.    Are there -- what
18    communications did you have with
19    counsel or anyone else with regard to
20    your work as an expert witness in this
21    case prior to signing the engagement
22    letter?
23         A.    I'm sorry, can you restate
24    the question?
25         Q.    Sure.  Prior to signing the
```