# EXHIBIT 3



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# With Pierce Chief On Leave, New Suit Claims Funding Antics

By **Aebra Coe**

Law360 (March 10, 2020, 6:56 PM EDT) -- Pierce Bainbridge founder John Pierce was slapped with a lawsuit Monday claiming he "grossly exaggerated" the value of a rights of publicity case to drum up litigation funding and recruit attorneys, a case that dropped the same day the firm reportedly revealed Pierce had been placed on leave for unrelated, alleged financial misdeeds.

The lawsuit was filed in Pennsylvania federal court against Pierce, Pierce Bainbridge Beck Price & Hecht LLP and the firm's other name partners, accusing them of illegally interfering with a contract after Pierce took over ex-NFL player and former pro wrestler Lenwood Hamilton's **likeness lawsuit** against Microsoft Studios Inc. and Epic Games Inc. over the alleged use of his likeness in the Gears of War video game franchise.

The suit was filed by Hamilton's former attorney Bruce Chasan the same day a spokeswoman for Pierce Bainbridge told The American Lawyer magazine that Pierce was on a leave of absence after an internal investigation determined he had accepted money from a business cash advance lender, Karish Kapital LLC, for his personal use.

In Pierce's absence, the law firm has named partner Tom Warren as its acting managing partner, The American Lawyer said.

Members of Pierce Bainbridge's leadership team, as well as John Pierce, did not respond to requests for comment Tuesday. No further information was immediately available on the allegations that Pierce improperly received money from Karish Kapital.

In addition to the litigation brought by Chasan, Pierce and the law firm are also **facing litigation** brought by Donald Lewis, a former partner at the firm who says he was forced out under false pretenses after confronting Pierce about wide-ranging financial misconduct, including related to the Hamilton case. Pierce Bainbridge filed its own lawsuit in Los Angeles accusing Lewis of obstructing a firm investigation into allegations he sexually assaulted an employee. The Los Angeles suit was dismissed in December on jurisdictional grounds.

The lawsuit filed by Chasan is part of an ongoing fight between him and Pierce over their mutual representation of Hamilton in the Gears of War suit.

According to the complaint, Hamilton hired Chasan to represent him in December 2016 to bring the litigation. After he'd performed more than a year's worth of work on the matter, Hamilton dropped Chasan and hired Pierce in March 2018, the complaint says.

Chasan says he informed Pierce at the time of the transition that the client owed him $320,000 in fees and that it was Pierce's responsibility to make sure that he received the money. Pierce eventually responded that he did not owe Chasan anything and was not bound by any contract.

"To Chasan, Pierce's statement that his firm didn't have the money to pay the attorney's fees of BJC Law was inconsistent with his representation that the firm would fund $400,000 to $500,000 in litigation expenses to bring Hamilton's case to trial," the complaint says.

Chasan says that he later learned that Pierce had secured funding for the case from Pravati Capital, a litigation finance company, by stating that Hamilton's claims were worth as much as $1 billion. According to Chasan, those claims were "grossly exaggerated" and were used to secure money used to pay the firm's attorneys and recruit others.

A judge in the Hamilton case granted the defendants' request for summary judgment in September 2019.

Chasan alleges that he and Pierce went on to reach a settlement with regard to the attorney fee in which Pierce would pay Chasan $160,000, but Pierce backed out. Chasan has attempted to enforce that agreement via the courts, but was ultimately unsuccessful and filed the new lawsuit accusing Pierce and his name partners of tortious interference with contract on Monday.

"This whole mess could have been avoided if [Pierce] had honored the settlement, but he was frankly hellbent on being a jerk and there was nothing I could do to stop him," Chasan told Law360 on Tuesday.

Pravati Capital, which is also named in Chasan's lawsuit, did not respond to a request for comment Tuesday.

Bruce J. Chasan and the Law Offices of Bruce J. Chasan LLC are represented by Bruce J. Chasan and by Clifford E. Haines of Haines & Associates PC.

Counsel information for the defendants was not immediately available.

The case is Law Offices of Bruce J. Chasan LLC et al. v. Pierce Bainbridge Beck Price & Hecht LLP et al., case number 2020-cv-1338, in the U.S. District Court for the Eastern District of Pennsylvania.

--Additional reporting by Emma Cueto and Ryan Boysen. Editing by Jay Jackson Jr.

*Clarification: This article has been updated to clarify the nature of litigation between Donald Lewis and Pierce Bainbridge.*

All Content © 2003-2020, Portfolio Media, Inc.