**Pierce Bainbridge Beck Price & Hecht LLP**
Kathryn Lee Boyd (SBN 189496)
lboyd@piercebainbridge.com
355 S. Grand Ave 44th Floor
Los Angeles, California 90071
Telephone: (213) 262-9333

David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
Melody L. McGowin (admitted *pro hac vice*)
mmcgowin@piercebainbridge.com
277 Park Ave. 45th Floor
New York, New York 10172
Telephone: (212) 484-9866
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Social Technologies LLC, <br><br>      Plaintiff, <br><br>    v. <br><br> Apple Inc., <br><br>      Defendant. | No. 18-cv-05945-VC (SK) <br><br> NOTICE OF CHANGE IN COUNSEL |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE**

**CLERK OF THE COURT:**

Plaintiff hereby give notice that Brian J. Dunne, who previously entered his appearance

in this case, has left Pierce Bainbridge Beck Price & Hecht LLP. For this reason, Plaintiff

respectfully request that Mr. Dunne's appearance in this action be withdrawn.

Plaintiff continue to be represented by Kathryn Lee Boyd, David L. Hecht and Melody

L. McGowin of Pierce Bainbridge Beck Price & Hecht LLP.

1

2

Dated: March 4, 2020

Respectfully submitted,

3

PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP

4

/s/ David L. Hecht

5

Kathryn Lee Boyd
lboyd@piercebainbridge.com

6

355 S. Grand Ave. 44th Floor
Los Angeles, CA 90071

7

8

David L. Hecht (admitted pro hac vice)
dhecht@piercebainbridge.com
Melody L. McGowin (admitted pro hac vice)

9

mmcgowin@piercebainbridge.com
277 Park Avenue, 45th Floor

10

New York, New York 10172

11

*Attorney for Plaintiff Social
Technologies LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

**Notice of Change in Counsel**
**3:18-CV-05945-VC**