**Pierce Bainbridge Beck Price & Hecht LLP**
Kathryn Lee Boyd (SBN 189496)
lboyd@piercebainbridge.com
355 S. Grand Ave 44th Floor
Los Angeles, California 90071
Telephone: (213) 262-9333

David L. Hecht (admitted *pro hac vice*)
dhecht@piercebainbridge.com
277 Park Ave. 45th Floor
New York, New York 10172
Telephone: (212) 484-9866
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Social Technologies LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Apple Inc.,<br><br>    Defendant. | No. 18-cv-05945-VC (SK)<br><br>NOTICE OF CHANGE IN COUNSEL |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

Plaintiff hereby gives notice that Melody L. McGowin, who previously entered her appearance in this case, is leaving Pierce Bainbridge Beck Price & Hecht LLP. For this reason, Plaintiff respectfully requests that Ms. McGowin's appearance in this action be withdrawn.

Plaintiff continues to be represented by Kathryn Lee Boyd and David L. Hecht of Pierce Bainbridge Beck Price & Hecht LLP.

– 1 –
**Notice of Change in Counsel**
**3:18-CV-05945-VC**

– 2 –

| | |
|---|---|
| 1 | |
| 2 | Dated: March 30, 2020 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| ... | |

Dated: March 30, 2020

Respectfully submitted,

PIERCE BAINBRIDGE BECK
PRICE & HECHT LLP

/s/ David L. Hecht

Kathryn Lee Boyd
lboyd@piercebainbridge.com
355 S. Grand Ave. 44th Floor
Los Angeles, CA 90071

David L. Hecht (admitted pro hac vice)
dhecht@piercebainbridge.com
277 Park Avenue, 45th Floor
New York, New York 10172

*Attorney for Plaintiff Social Technologies LLC*

– 2 –
**Notice of Change in Counsel**
**3:18-CV-05945-VC**