| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | | **COURT USE ONLY** OBJECTION DEADLINE: 2/12/2020 OBJECTION FILED: YES ☒   No ☐ |
|---|---|---|---|
| 1. CASE NAME Social Technologies, LLC v. Apple Inc. | 2. CASE NUMBER 3:18-cv-05945-VC | 3. DATE JUDGMENT ENTERED January 15, 2020 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Social Technologies, LLC |
| 5. NAME OF CLAIMING PARTY Apple Inc. | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Diana M. Torres | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:    (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | | | | | |
| Service of Process, Civil LR 54-3(a)(2) | $3,034.00 | Declaration of Diana M. Torres, Exhibit C, Invoices from Process Servers | 0.00 | $3,034.00 | Disallowed as unrecoverable under 28 USC §1920. |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | | | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $31,724.55 | Declaration of Diana M. Torres, Exhibit A, Court Reporter Invoices | $25,487.05 | $6,237.50 | See note at section 9. |
| Deposition exhibits, Civil LR 54-3(c)(3) | $919.24 | Declaration of Diana M. Torres, Exhibit B, Printing Records and Invoices | $919.24 | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $85.00 | Declaration of Diana M. Torres, Exhibit A, Court Reporter Invoices | $0.00 | $85.00 | Disallowed as outside the ambit of Civil Local Rule 54-3. |
| d. REPRODUCTION, EXEMPLIFICATION | | | | | |
| Government records, Civil LR 54-3(d)(1) | $110.00 | Declaration of Diana M. Torres, Exhibit D, Gov't Form Retrieval | $110.00 | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | | | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |
| **TOTAL AMOUNT** | $35,872.79 | | $ 26,516.29 | $ 9,356.50 | |

9. ADDITIONAL COMMENTS, NOTES, ETC: The declaration stated the cost for the deposition of Christopher Anthony was $1,352. However, the items from the invoice added up to $1,322 which is the amount the Clerk used for calculations. Video synchronization costs were disallowed as unrecoverable. See Kalitta Air LLC v. Central Texas Airborne System, Inc., 741 F.3d 955 (9th cir. 2013)

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
**Name of Attorney/Claiming Party**: Diana M. Torres on behalf of Apple Inc.

SIGNATURE: /s/ Diana M. Torres     DATE: 1/29/2020

11. Costs are taxed in the amount of $26,516.29 and included in the judgment.
Susan Y. Soong
Clerk of Court

BY: /s/ M. Jock , Deputy Clerk     DATE: 5/1/2020

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| WITNESS NAME, CITY AND STATE OF RESIDENCE | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | TOTAL WITNESS FEES/EXPENSES | | | $ 0.00 |